JAP:CO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                 08-700-M

    - against -                          COMPLAINT

NORBY MARIN MORENO,                      (T. 21, U.S.C.,
                                              § 841)
          Defendant.

- - - - - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

       SALVADOR ACEVES, being duly sworn, affirms and states that he is a Special Agent with the Drug Enforcement Administration (the "DEA") duly appointed according to law and acting as such.

       Upon information and belief, on or about July 31, 2008, within the Eastern District of New York, the defendant NORBY MARIN MORENO did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance.

       (Title 21, United States Code, Section 841(1)(a))

       The source of your deponent's information and the grounds for his belief are as follows:[1]

---

    [1]    Because the purpose of this affidavit is to state only probable cause to arrest, I have not described all the relevant

1

1. The facts set forth in this affidavit are based in part on information that I have learned from review of written documents prepared by, and conversations with, members of the DEA. Unless otherwise noted, I have not distinguished between those facts of which I am personally aware and those that have been provided to me by other law enforcement officers.

2. On July 31, 2008, pursuant to an ongoing investigation, DEA Special Agents, including myself, responded to hotel room 166 at Hotel Metro, which is located at 7300 Queens Boulevard. Upon knocking on the door to the room, DEA Special Agents encountered defendant NORBY MARIN MORENO.

3. MORENO identified herself as the sole occupant of the room. Moreno also consented to allow Special Agents to search her room and personal effects. Moreno signed a written consent to this search. Special Agents found more than one kilogram of heroin concealed in four cylinders. The cylinders were made of metal and were found rolled-up in MORENO's personal clothes in suitcases that she identified as her own. The substance recovered from the opened cylinder filed-tested positive for the presence of heroin.

4. Consistent with my more than three years of experience as a Special Agent, more than one kilogram of heroin is consistent with distribution, not personal use.

---

facts and circumstances of which I am aware.

WHEREFORE, your affiant respectfully requests that a warrant for the defendant NORBY MARIN MORENO issue so that she may be dealt with according to law.

        SALVADOR ACEVES, Special Agent
        Drug Enforcement Administration

Sworn to before me this
31st day of July, 2008

s/ Bloom

_____ATE JUDGE
               EW YORK