JAN:AK
F.# 2008R01418

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                           08-CR-605(CPS)

NORBY MARIN MORENO

              Defendant.

- - - - - - - - - - - - - - - - -X


<u>GOVERNMENT'S EXHIBITS</u>




                      BENTON J. CAMPBELL
                      UNITED STATES ATTORNEY
                      Eastern District of New York
                      271 Cadman Plaza East
                      Brooklyn, New York 11201






Ali Kazemi
Assistant U.S. Attorney
(Of Counsel)

| EXHIBIT | DESCRIPTION | IDENTIFIED | ADMITTED |
|---------|-------------|------------|----------|
| 1A | Photograph - View of Metro Motel from Queens Boulevard | | |
| 1B | Photograph - View of Metro Motel with room to the left | | |
| 1C | Photograph - View of Metro Motel with orange cone marking room 166 | | |
| 1D | Photograph - View of Metro Motel with orange cone marking room 166 | | |
| 1E | Photograph - Direct view of Room 166 | | |
| 1F | Photograph - View of interior corridor of Metro Motel | | |
| 1G | Photograph - View of Metro Motel Room 166 from parking lot | | |
| 1H | Photograph - View of Metro Motel Room 166 from interior corridor | | |
| 2 | "Consent to Search" form | | |
| 3 | Cellular telephone | | |
| 4 | T-Mobile telephone records for 646-683-9726 | | |
| 5 | T-Mobile PIN Receipt | | |
| 6 | T-Mobile telephone records for 646-427-2509 | | |
| 7 | Cinco Telcom Prepaid Phone card | | |
| 8 | Compact Disk containing phone calls recorded July 31, 2008 First Call: 1:26pm Second Call: 1:28pm | | |
| 9 | Transcript (Spanish & English) of call recorded July 31, 2008, at 1:26 p.m. | | |

| EXHIBIT | DESCRIPTION | IDENTIFIED | ADMITTED |
|---------|-------------|------------|----------|
| 10 | Transcript (Spanish & English) of call recorded July 31, 2008, at 1:28 p.m. | | |
| 11A | Photograph - Perfume canisters | | |
| 11B | Photograph - Perfume canister lid and heroin | | |
| 11C | Photograph - Perfume canister and heroin | | |
| 11D | Photograph - Perfume canister and heroin | | |
| 11E | Photograph - Heroin | | |
| 12 | Black Luggage | | |
| 13 | Four perfume canisters and heroin | | |
| 14 | DEA Laboratory Report dated 8/19/08 | | |
| 15A | Prison Warden's Prayer - English Translation | | |
| 15B | Prison Warden's Prayer - Spanish | | |
| 16 | 3 SIM Cards - Comcel 3GSM, OLA, Comcel | | |
| 17 | Metro Motel receipt dated July 31, 2008, time stamped 7:02 a.m. | | |
| 18A | Metro Motel receipt dated April 23, 2007, time stamped 1:57 a.m. | | |
| 18B | Metro Motel receipt dated April 23, 2007, time stamped 3:19 p.m. | | |
| 19 | Metro Motel business card | | |
| 20 | Metro Motel phone record | | |
| 21 | Customs and Border Protection documents | | |