1

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
2      - - - - - - - - - - - - - - - X

3   UNITED STATES OF AMERICA,        :        Cr. 08-605

4               v.                   :        U.S. Courthouse
                                              Brooklyn, New York
5   NORBY MARIN MORENO,              :
                                              November 25, 2008
6               Defendant.    :        1:15 p.m.

7      - - - - - - - - - - - - - - - X

8
                     TRANSCRIPT OF PROCEEDINGS
9            BEFORE THE HONORABLE CHARLES P. SIFTON
                  UNITED STATES DISTRICT JUDGE
10

11  APPEARANCES:

12  For the Government:      BENTON J. CAMPBELL
                             United States Attorney
13                           By:  ALI KAZEMI
                                  JOHN NATHANSON
14                           Assistant U.S. Attorney
                             271 Cadman Plaza East
15                           Brooklyn, New York 11201

16  For the Defendant:       JUSTINE HARRIS, ESQ.

17

18

19  Court Reporter:          Burton H. Sulzer
                             225 Cadman Plaza East
20                           Brooklyn, New York 11201
                             (718) 613-2481
21                           Fax # (718) 613-2505

22

23
    Proceedings recorded by mechanical stenography, transcript
24  produced by CAT.

25

1          (Open court-case called.)

2          THE COURT:  Would you swear the interpreter.

3          (Interpreter sworn: Carmen Pascual.)

4          THE COURT:  Who is appearing for the prosecution?

5          MR. KAZEMI:  Ali Kazemi.  With me is John Nathanson

6  as well as Special Agent Salvatore Aceves.  I apologize for

7  being late.  There was a misunderstanding about the start

8  time.

9          THE COURT:  Who is representing Miss Marin Moreno?

10          MS. HARRIS:  Justine Harris, Federal Defenders, for

11  Miss Marin Moreno.  Good afternoon.

12          THE COURT:  All right.  This matter is before me on

13  an application to suppress evidence.  Why shouldn't I grant

14  this application without a hearing?

15          If you presented an affidavit of the sort you

16  presented to me to a United States Magistrate, I would hope

17  the magistrate would have denied an application to search.

18          You haven't given me any indication of the

19  reliability of the ultimate source of the information.  You

20  have given me generalities about how the investigation has

21  previously produced reliable information, but that's not the

22  standard, the standard is, Where did this come from?

23          If not, what's the name of the informant?  And, at

24  least, a statement that that particular individual has proven

25  reliable in the past because -- and some statement of whether

1   it led to arrest, indictment, convictions.

2       You haven't done anything of that sort. I don't know

3   why I should give -- I mean, if your adversary presented

4   conclusions, an affidavit of that conclusory nature, you'd ask

5   me to deny the motion without a hearing.

6       Why shouldn't I simply grant the motion under these

7   circumstances without a hearing?

8       MR. KAZEMI:  Agent Aceves is here and he is prepared

9   to testify as to the reliability --

10      THE COURT:  You say that is adequate, just to wait

11  until you walk into the courtroom and beg to amplify your

12  showing by affidavit?

13      I'll tell you what I'm going to do, I'm going to

14  take the testimony from your witnesses because I don't think,

15  as someone said, the public should suffer because somebody

16  stumbled, but I'm going to consider in deciding this matter

17  the deficiencies in the manner in which the issues were

18  raised.  I'm going to reserve on whether you're entitled to a

19  hearing in the circumstances.

20      Go ahead and call your witnesses.  Let's get started

21  and I will hear any witnesses the defense wants to call --

22      MS. HARRIS:  Your Honor --

23      THE COURT:  -- and reserve decision.

24      What?

25      MS. HARRIS: I wanted to add on that issue, I would

4

1   make a note, and I'll pull the transcript, that actually on

2   the day of Miss Marin Moreno's arrest, I made in court as

3   motion for lack of probable cause based on the deficiency --

4              THE COURT:  To me?

5              MS. HARRIS:  To the MAGISTRATE JUDGE at the time,

6   your Honor, directed to the Magistrate Judge.

7              So it was an issue that I had raised from the very

8   first day of Miss Marin Moreno's arrest.

9              THE COURT:  You certainly adequately raised it in

10   your motion before me and it didn't get much of a response,

11   did it?

12             All right.  Do you have any witnesses at this point

13   you intend to call?  Incidentally, your client has not -- does

14   she have an affidavit that she hasn't signed --

15             MS. HARRIS:  Your Honor  --

16             THE COURT: -- or you're relying on the recitations

17   by the prosecution?

18             MS. HARRIS:  Essentially, the probable cause issue

19   doesn't raise any facts within my client's knowledge for her

20   to put at issue with respect to an affidavit.

21             I think it's undisputed among the parties that she,

22   in terms of standing issue, that she was renting that room at

23   166, so in terms of the privacy --

24             THE COURT:  Let's go ahead.  Let me hear any

25   witnesses the prosecution has, although I think the most

1  essential fact here is who in the world gave this information

2  and why should I rely on it in the circumstances.

3         Go ahead.  I've got a letter from Miss Harris, dated

4  yesterday, saying she wants to call an unidentified expert

5  whose name and qualifications will be provided shortly.

6         When are you going to get that information?

7         MS. HARRIS:  I hope within, I would say,

8  approximately 48 hours.  I have a couple of people I talked

9  to.  There is an issue of scheduling problems, matching up

10  their schedules with the trial date.

11         THE COURT:  You'll do that by the end of the day

12  tomorrow, is that what you're saying?

13         MS. HARRIS:  Midday Thursday, would that be

14  sufficient, your Honor.

15         THE COURT:  Yes.

16         MR. KAZEMI:  Thursday is Thanksgiving.

17         MS. HARRIS:  Sorry.

18         THE COURT:  The end of the day Friday?

19         MS. HARRIS:  I'll file it by the end of the day

20  Friday, which may mean in actual fact that I'll do it by the

21  end of the day tomorrow.

22         THE COURT:  If the government has any opposition, I

23  assume I'll get that by the end of the day on Monday.

24         MR. KAZEMI: Yes, your Honor, we do intend to file a

25  motion to preclude the expert testimony.

1          THE COURT:  Why don't you sit and read what you get

2     before you respond.

3          All right, go ahead.  What's next?

4          MR. KAZEMI:  The government calls Special Agent

5     Salvatore Aceves.

6          I want to provide your Honor with the government's

7     3500 material.

8     SALVATORE ACEVES,

9          called as a witness, having been first duly sworn,

10         was examined and testified as follows:

11    DIRECT EXAMINATION

12    BY MR. KAZEMI:

13    Q     Good morning, Agent Aceves.

14    A     Good morning.

15    Q     Good afternoon.

16          By whom are you employed?

17    A     The Drug Enforcement Administration.

18    Q     Is the administration also known as the DEA?

19    A     Yes.

20    Q     What's your title at the DEA?

21    A     Special Agent.

22    Q     And how long have you been a DEA special agent?

23    A     A little over three and a half years.

24    Q     Directing your attention to the morning of July 31, 2008.

25    Where were you assigned at that time?

Aceves - direct - Kazemi                                    7

1   A    The New York Field Division.

2   Q    Do you have information involving the investigation of

3   the defendant in this case, Norby Marin Moreno?

4   A    Yes.

5   Q    What sources were used in connection with this

6   investigation?

7            THE COURT:  Look, it's not, I read it in Time

8   Magazine.  You've got to get to specific facts and tell me who

9   said what and why that particular statement, or that speaker

10  is reliable.  I don't want generalities, any more generalities

11  about a reliable investigation.

12  Q    Who specifically did you speak with in connection with

13  the investigation?

14  A    Special Agent Richard Walsh.

15  Q    And had you previously spoken with Richard Walsh in

16  connection with other investigations?

17  A    Yes.

18           THE COURT:  Is he a fellow agent of the Drug

19  Enforcement Administration?

20           THE WITNESS:  Yes, your Honor.  He's an agent who

21  was stationed in New York City for several years who I worked

22  with in New York City.

23           THE COURT:  So agent to agent communications, I

24  assume, are accepted or generally reliable.  What I need is

25  what the other agent told you, not only what information he

Aceves - direct - Kazemi                               8

1   relayed to you but why that was the ultimate source to be

2   relied on.

3   A     Special Agent Richard Walsh has an ongoing investigation

4   in Colombia, where he is working closely with Colombian

5   National Police, the CNP.  They worked in connection with

6   them, I believe, always since DEA's been in Colombia.

7             THE COURT:  Any particular officials in this foreign

8   police force or not?

9   A     Yes.  I don't have the names of the officials he's

10  working with because I work -- I speak with Richard, with

11  Special Agent Walsh, and Special Agent Walsh works with the

12  CNP.

13            THE COURT:  And this gentleman in the Colombian

14  Police Force passed on information he received from informants

15  or not?

16            THE WITNESS:  Information that he's receiving from

17  his investigation.

18            THE COURT:  You can't say whether it's gossip,

19  hearsay, rumor or some particular reliable individual?

20            THE WITNESS:  I can tell you that it's from a very

21  reliable source, and to tell you specifically where this

22  information is coming from reveals a large portion of this

23  investigation which would result in ruining an investigation

24  that is investigating high-level traffickers who are sources

25  of supply and trafficking through various countries along the

Aceves - direct - Kazemi                                  9

1   way --

2            THE COURT:  Where is this agent from, the DEA agent

3   who you were talking to, where is he located?

4            THE WITNESS:  He's located in Bogota, Colombia, your

5   Honor.

6            THE COURT:  Why am I not hearing from him rather

7   than this gentleman?  He at least could tell me the name of

8   the police officer in Colombia who furnished the information

9   ands perhaps could tell me where the police officer got his

10  information and why that source of information is better than

11  gossip or may be better than somebody out to get their

12  neighbors in trouble or worse.

13           Why can't I hear from this gentleman in Colombia?

14  He works for the United States government.

15  BY MR. KAZEMI:

16  Q    Agent Aceves, in working with Agent Walsh --

17           THE COURT:  I'm asking you, counsel.  Why am I not

18  hearing from him?

19           MR. KAZEMI:  Your Honor, Agent Aceves has been in

20  direct communication with Agent Walsh in Colombia --

21           THE COURT:  I gather that.  I just heard that.  But

22  this agent is unable to tell me the name of the Colombian

23  police officer who is the source of the information, the

24  nature of the information given by particular individuals or

25  what their reliability is.

1          MR. KAZEMI:  Agent Aceves can tell you the nature of

2    the information that's been received and he can also testify

3    as to multiple seizures of heroin and cocaine that have been

4    based on the same investigation that led --

5          THE COURT:  Same general investigation?

6          MR. KAZEMI:  No, the same limited investigation of a

7    particular organization based in Bogota that the defendant is

8    involved in, and Agent Aceves has three specific examples of

9    seizures of cocaine and heroin that have been seized as a

10   result of this on-going investigation.

11         THE COURT:  Sounds like then you couldn't have done

12   any better if you tried with your opposing papers and that we

13   very well may get to the point where the suppression motion is

14   granted because no one can reliably say the defendant wasn't

15   set up.

16         I don't know whether you haven't thought it through

17   or you thought it through and there's nothing better you can

18   give me.

19         MR. KAZEMI:  Your Honor, could I have a moment to

20   speak with Agent Aceves?

21         THE COURT:  Yes.  Maybe it ought to be more than a

22   moment where you can consider why not bring this gentleman up

23   here and get it all out.  We can protect individuals and

24   methods and things of that sort from others, but this woman is

25   entitled to make sure that she wasn't -- she's entitled to

Aceves - direct - Kazemi                                11

1    have me consider whether she wasn't set up by somebody in her

2    country.

3              Why don't you talk to your agents and see what we

4    ought to do here.

5              MR. KAZEMI:  Thank you.

6              MS. HARRIS:  I understand the conversation is going

7    to be focused on the disclosure, the propriety of the

8    disclosure and any additional information?

9              THE COURT:  I don't see what difference it makes at

10   this point.  We haven't gotten anywhere yet.

11             (Pause.)

12             THE COURT:  I asked you to come on back in because a

13   number of people haven't had lunch, waiting for this thing to

14   get started, so we can either take this up this afternoon or

15   we can go over to sometime next week when you're better

16   prepared.

17             MR. KAZEMI:  Your Honor, I think we'll have an

18   answer within two minutes.  Can I approach sidebar?

19             THE COURT:  For what purpose?  We're all here.  Why

20   do this at the sidebar?

21             MR. KAZEMI:  We're communicating with the agents in

22   Colombia.  The source in Colombia has yielded a tremendous

23   amount of valuable information leading to multiple seizures of

24   large quantities of narcotics --

25             THE COURT:  What do you want to do?

1          MR. KAZEMI:  We are waiting to hear back from

2    Colombia as to whether we can reveal the source of information

3    for the purpose of this hearing and we have left a message and

4    we're currently trying to contact another --

5          THE COURT:  There is only one source of all of this

6    information?

7          MR. KAZEMI:  It's Agent Walsh, we're trying to

8    contact Agent Walsh, who is supervising the investigation in

9    Colombia.

10         THE COURT:  Why don't you come on back after two and

11   tell me what you find out.

12         MR. KAZEMI:  Okay.  Thank you, your Honor.

13         (Luncheon recess.)

14

15

16

17

18

19

20

21

22

23

24

25

Aceves - direct - Kazemi                    13

1        A F T E R N O O N    S E S S I O N

2            THE COURT:  How long are you prepared to continue

3    this afternoon?

4            MR. KAZEMI:  We are available for the entire

5    afternoon.  We would like to recall Agent Aceves.

6            THE COURT:  Go ahead.

7            (Witness resumed.)

8    BY MR. KAZEMI:

9    Q    Special Agent, I'd like to remind you, you are still

10   under oath.

11   A    Yes.

12   Q    Could you please describe for the court the source of

13   information that was used in the investigation of the

14   defendant.

15   A    The source of information was a Title III investigation

16   targeting a drug trafficking organization in Cali, Colombia,

17   trafficking large amounts of cocaine and heroin to the United

18   States through various countries along the way; namely,

19   Panama, Guatemala, Mexico, as well as through Texas and into

20   New York City.

21   Q    When you say Title III, you mean there was a wiretap on a

22   phone in Colombia?

23   A    Yes.  Agent Walsh, who I mentioned before, was in the

24   Bogota wire room at the time, that morning, July 31st,

25   listening to the calls as they were coming in, and he was

Aceves - direct - Kazemi

1   giving me the information almost real-time as it came in.

2          For example, one call was, I just received a phone

3   call.  There's a courier in New York.  I'll call you back with

4   more information.

5          I would receive another phone call.  Her name is

6   Norby, an Hispanic woman, et cetera.

7          THE COURT:  The person you're quoting is this Agent

8   Walsh?

9          THE WITNESS:  Yes, your Honor.

10          THE COURT:  And he's reporting to you the substance

11   of what he hears on a wiretap?

12          THE WITNESS:  Yes, your Honor.

13          THE COURT:  Okay.

14          Do you have any information as to whose phone was

15   being tapped or any of the circumstances which led to this

16   wiretap?

17          Before you answer that question, is there any reason

18   I shouldn't see the affidavit on the basis of which this Title

19   III wiretap was issued?  That would probably give me as much

20   information as the circumstances which led to the monitoring?

21          Do you have access to that?

22          MR. KAZEMI:  I believe that affidavit was submitted

23   in Colombia because it is a Colombian wiretap.  We could

24   contact Agent Walsh --

25          THE COURT:  What do you mean it was a Title III

Aceves - direct - Kazemi

1    wiretap?

2            MR. KAZEMI:  It was a judicial wiretap instituted in

3    Colombia through Colombian --

4            THE COURT:  Under US Title III, under the statute?

5            MR. KAZEMI:  That's correct.

6            THE COURT:  It was under a Colombian statute?

7            MR. KAZEMI:  That's correct.  It's a Colombian

8    wiretap instituted by Colombian law enforcement authorities

9    working in conjunction with DEA.

10           THE COURT:  You don't have the order or the

11   affidavit?

12           MR. KAZEMI:  At this time I don't, your Honor.  I

13   believe the affidavit is in Spanish because it was in

14   Colombia.

15           THE COURT:  That may be, but it doesn't mean that

16   it's not subject to translation.  If you don't have it now why

17   don't you, after we're finished, see what, if any, difficulty

18   there would be getting both the Colombian order and

19   information on the basis of which it was issued.

20           All right, go ahead.

21   BY MR. KAZEMI:

22   Q    Agent Aceves, had this wiretap in Colombia also yielded

23   information in connection with other narcotics seizures?

24   A    Yes.  The same investigation yielded a seizure of

25   35 kilograms of cocaine in Cali, Colombia from a Luis

Aceves - direct - Kazemi

1  Gonzales.  I believe those narcotics were concealed in a

2  vehicle.  There was another --

3          THE COURT:  Hold on just a moment.

4          Who did the seizing?

5          THE WITNESS:  The Colombian National Police, your

6  Honor, in conjunction with DEA.

7          THE COURT:  Was this Agent Walsh again, did he

8  participate in that seizure, seize the cocaine?

9          THE WITNESS:  Yes, your Honor, he participated in

10  the seizure.  I'm not sure if he was present at the time it

11  was being removed from the vehicle, but he did participate in

12  the seizure.

13          THE COURT:  You better pin down whether he just

14  heard about this or whether it went beyond that.

15          Go ahead.

16  BY MR. KAZEMI:

17  Q    Were there any other seizures in connection with this

18  investigation, this particular wiretap?

19  A    Yes.  There was a five-kilo seizure of heroin in the Cali

20  Airport that was with Alexander Valasco.  There was another

21  seizure --

22          THE COURT:  Who is Valasco?

23          THE WITNESS:  He's the target.

24          THE COURT:  He was the individual from whom it was

25  seized?

Aceves - direct - Kazemi

1          THE WITNESS:  Yes, your Honor.

2          THE COURT:  How about the car --

3          THE WITNESS:  Luis Gonzales.

4          THE COURT:  Somebody named Gonzales?

5          THE WITNESS:  Yes, your Honor.

6          THE COURT:  Okay.

7          THE WITNESS:  Another seizure was of 56.7 kilograms

8   of cocaine in Buenaventura, Colombia.  It was concealed within

9   a hidden compartment in a regular passenger bus.  The bus was

10  full of passengers at the time, and I don't believe they were

11  arrested at the time.

12         THE COURT:  You're saying all of this resulted from

13  this wiretap order and whatever the basis was for it, is that

14  it?

15         THE WITNESS:  Your Honor.  There have been multiple

16  wiretaps under this specific organization and I can't tell you

17  right now if all of these seizures were from the exact same

18  phone that the defendant's information came from, but I can

19  say that this was all from the specific organization that is

20  being investigated by Special Agent Richard Walsh with the

21  Colombia National Police.

22         If it were a different organization, it would be

23  under a different case number, a different investigation

24  entirely.  We're not allowed to include seizures from other

25  cases, from other organizations under the same case or else it

Aceves - direct - Kazemi

1 would sort of be like double dipping.

2 THE COURT: You told me about three separate

3 seizures. Do you know whether any of these was based on

4 information gained from the particular telephone on which

5 Agent Walsh heard the information about the New York courier?

6 THE WITNESS: At this time I cannot tell you whether

7 or not any of those seizures were from the same phone as the

8 information from the defendant's information. Special Agent

9 Walsh said he would get that information for us.

10 THE COURT: Go ahead.

11 BY MR. KAZEMI:

12 Q  Could you please just remind the court, what information

13 did Agent Walsh pass on to you with regard to the defendant in

14 this case?

15 A  I was told that a heavyset Hispanic woman named Norby

16 would be at the Metro Hotel in Room 166 with approximately

17 1,200 grams of heroin and that she'd be waiting for a male

18 known only as Pintora to arrive and that either he or someone

19 would arrive to receive the heroin; that he would be giving

20 her $10,000.

21 We were also told that beforehand, he would contact

22 her and he would tell her that he was calling on behalf of El

23 Tio, which means the uncle.

24 He was calling on behalf of El Tio, and that was

25 their code to her for her to proceed as scheduled.

Aceves - direct - Kazemi

1  Q    After obtaining this information, did you establish

2  surveillance at Room 166 of the Metro Hotel?

3  A    Yes.

4  Q    Approximately what time did you establish the

5  surveillance?

6  A    Approximately noon.

7  Q    Can you please describe for the court the layout of the

8  Metro Hotel.

9  A    The Metro Hotel is on the south side of Queens Boulevard.

10 There's next to the lobby and reception, there's an archway

11 where one can drive in.

12         To the left are rooms, a slanted parking lot with

13 slanted parking.  On the right there's a brick wall that goes

14 all the way down to most of the end of the parking lot.  The

15 park lot, after the rooms on the left end, it opens up into a

16 large square parking lot.

17 Q    Were you the first agent to establish surveillance at the

18 Metro Hotel that day?

19 A    Yes.

20 Q    In what location did you establish your surveillance?

21 A    In the -- just at the beginning of the gravel parking lot

22 facing Room 166.

23         THE COURT:  Excuse me just a minute.

24         MR. KAZEMI:  May I approach the witness?

25         THE COURT:  Yes.

Aceves - direct - Kazemi                    20

1   Q    Agent Aceves, I'm showing you what has been marked for

2   identification as Government Exhibit 3.  Do you recognize that

3   document?

4   A    Yes.

5   Q    What is that?

6   A    This is a picture of the --

7   Q    Hold on a second.

8        Go ahead.

9   A    This is a picture of the Metro Hotel parking lot, from

10  the parking lot looking back.  As you can see, on the right of

11  this picture there is brick, that's where the rooms are.

12  Q    Is this an accurate depiction of the parking lot as you

13  saw it on July 31st?

14  A    Yes.  On July 31st there were more vehicles in the

15  parking lot, but this is what it looked like.

16            THE COURT:  Let me see the document, please.

17            If there is no objection, I'll consider this on the

18  hearing.  All right.

19            If you want, Miss Harris, you can come up and look

20  over our shoulder.  I'm just trying to get --

21            MS. HARRIS:  I have a copy, your Honor.

22            MR. KAZEMI:  There is also a courtesy copy provided

23  to the court.

24            THE COURT:  In here?

25            MR. KAZEMI:  Yes.

Aceves - direct - Kazemi

1      THE COURT:  Can you point out to me where you were

2  and where the room was?

3      THE WITNESS:  Yes, your Honor.  There's a better

4  picture.

5      THE COURT:  What am I looking at here?

6      THE WITNESS:  The room is approximately at the tip

7  of this red van, and I was approximately here in a vehicle.

8      I think there's another picture that shows better,

9  that has actually a cone placed where the room is and a cone

10  placed where the vehicle was.

11      THE COURT:  All right.

12      For the benefit of Miss Harris, you were saying the

13  room is in front of this red van?

14      THE WITNESS:  The room is the second room in, which

15  is at the wheel of this red van.

16      THE COURT:  There's a sidewalk or corridor that goes

17  down here?

18      THE WITNESS:  Nothing here, it just comes right up

19  to the building.

20      THE COURT:  You were somewhere off the picture --

21      THE WITNESS:  Yes.  There's another picture I

22  believe --

23      MR. KAZEMI:  I have several additional pictures,

24  your Honor, which I can present to the court.

25      THE COURT:  Okay.

Aceves - direct - Kazemi

1          MR. KAZEMI:  I'd move to admit Government Exhibit 3

2     into evidence.

3          THE COURT:  All right, I will consider it.

4          (So marked.)

5     BY MR. KAZEMI:

6     Q    Agent Aceves, I'm now going to show you what has been

7     marked for identification as Government Exhibit 4.

8          MR. KAZEMI:  May I approach, your Honor?

9          THE COURT:  Yes.

10    Q    Do you recognize this document?

11    A    Yes.

12    Q    Can you please tell the court what that is.

13    A    This is a picture of the parking lot from another angle,

14    and in this picture I have placed an orange parking cone in

15    the general vicinity of where my van was parked the day of

16    July 31st.

17    Q    When you parked your van at the cone, which way was your

18    van facing?

19    A    Facing Room 166.

20    Q    Facing toward the Metro Hotel rooms?

21    A    Yes.

22         MR. KAZEMI:  Your Honor, I move to admit Government

23    Exhibit 4 in evidence.

24         THE COURT:  All right.  There is no objection, it

25    will be received.

23

Aceves - direct - Kazemi

1          (So marked.)

2     A    Again you can see the red van there on the left and on

3     the right there's an orange cone.  That's approximately the

4     position the van was in.

5          THE COURT:  The red cone indicates what, where ---

6          THE WITNESS:  Where my surveillance van was, and the

7     red van, the front passenger side is where the door to Room

8     166 is.

9          There will be another photograph showing that door

10    clearer with the cone in front of it.

11         THE COURT:  And Queens Boulevard is back of where

12    the photographer was standing?

13         THE WITNESS:  Correct, to my back, through archway.

14         MR. KAZEMI:  May I approach, your Honor?

15         THE COURT:  Yes.

16    Q    Agent Aceves, I'm now showing you what has been marked

17    for identification as Government Exhibit 5.  Do you recognize

18    that document?

19    A    Yes.

20    Q    Could you please tell the court what that document is.

21    A    In this picture, I'm taking the picture from the point of

22    view of the surveillance vehicle where it would have been that

23    day -- or was that day, and I placed the orange cone in front

24    of Room 166.

25         So this is taken from the angle of the surveillance

Aceves - direct - Kazemi

1   vehicle at Room 166.

2   Q    So the orange cone is in front of Room 166?

3   A    Yes.

4   Q    Is that essentially the same view of Room 166 that you

5   had on July 31, 2008?

6   A    Yes, minus that stick.  It was not there.

7        This is from where my vehicle was that day and this

8   cone is directly in front of Room 166.

9        THE COURT:  Okay.

10  Q    Were there any vehicles obstructing your view on that

11  day?

12  A    No.

13       MR. KAZEMI:  Your Honor, I move Government Exhibit 5

14  into evidence.

15       THE COURT:  All right, I'll consider it.

16       (So marked.)

17  Q    And finally, Agent Aceves, I'd like to show you what's

18  been marked for identification as Government Exhibit 6.  Do

19  you recognize this photograph?

20  A    Yes.

21  Q    Can you please tell the Court what that photograph is?

22  A    This is a photograph of the interior corridor.  Room 166

23  is at the very end on the right, just beyond that last

24  cleaning cart.

25  Q    These are interior doors to the rooms on the first floor

Aceves - direct - Kazemi

1   of the Metro Hotel?

2   A    Yes.

3   Q    And one of those doors is the door to Room 166?

4   A    Yes.

5   Q    Can you tell from looking at that picture which door is

6   the door to Room 166?

7   A    I believe it is the door just beyond the cleaning cart.

8           MR. KAZEMI:  Your Honor, I move Government Exhibit 6

9   into evidence.

10          Would you like us to review each of the photographs

11  again, your Honor?

12          THE COURT:  We can deal with this one.

13          Could you tell us what we're looking at here in

14  Exhibit 6?

15          THE WITNESS:  Your Honor, a picture of the inner

16  corridor, and Room 166 would be near the end, the last door on

17  the right-hand side just beyond the cleaning cart.

18          THE COURT:  Is there a door from this into the

19  parking area where you were?

20          THE WITNESS:  At the end of the corridor, yes, your

21  Honor, there is at the end of the corridor also where the

22  photographer is standing, and to his right, to the right of

23  the picture, there's another corridor with another exit at

24  that end as well.

25          THE COURT:  Is there a door from each of these rooms

Aceves - direct - Kazemi

1    into the parking area or not?

2          THE WITNESS:  All the doors on the right have --

3    also have doors to the parking lot.

4          THE COURT:  All the rooms to the right looking at

5    this exhibit?

6          THE WITNESS:  Yes, looking at this exhibit, your

7    Honor, every room to the right also has a door opening to the

8    parking lot.

9          THE COURT:  And one opening into the corridor?

10         THE WITNESS:  Yes.

11         THE COURT:  Go ahead, what's next?

12   Q    Just to confirm, Agent Aceves, Room 16 had a door that

13   opened to the interior of the hotel and a door that opened to

14   the exterior to the parking lot?

15   A    Yes.

16   Q    Turning back to July 31, 2008, what door were you

17   observing from your van?

18   A    The exterior door of Room 166.

19   Q    So you did not have a view of the interior door from your

20   vantage point?

21   A    No.

22   Q    When you initially established surveillance of Room 166,

23   were with you aware that Room 166 had an interior door?

24   A    No.

25   Q    Did other agents subsequently establish surveillance of

Aceves - direct - Kazemi

1   Room 166?

2   A    Yes.

3   Q    Do you recall who those agents were?

4   A    Yes.  Special Agents David Samilo, Elizabeth O'Connor,

5   John Francola, Jeff Senn, Oresf Zachariasevych, and Ramon Sy.

6   Q    Do you recall approximately where they were located in

7   conducting their surveillance?

8   A    Some agents were in the parking lot and some agents were

9   on Queens Boulevard.

10  Q    Did there come a time when you observed an individual

11  entering Room 166?

12  A    Yes.

13  Q    And this was from your vantage point in the hotel parking

14  lot as depicted in Exhibit 5?

15  A    Yes.

16  Q    So she entered Room 166 through the outer door?

17  A    Yes.

18  Q    Approximately what time did the individual enter Room

19  166 --

20       THE COURT:  Where did she arrive from, did she drive

21  up, walk in?

22       THE WITNESS:  Your Honor, when I saw her, I first

23  noticed her because it was a heavyset Hispanic woman fitting

24  the description.

25       She walked through -- if you look in that picture,

Aceves - direct - Kazemi

1    to the upper left there is sort of an archway there.  She came

2    walking on foot through that archway.  I don't know if she was

3    dropped off or --

4            THE COURT:  You say archway --

5            THE WITNESS:  I'm sorry.  It's a square entrance,

6    almost like a garage entrance.  But that's the entrance for

7    cars to come in and out of the hotel parking lot from Queens

8    Boulevard.

9            THE COURT:  In other words, the cars go around the

10   building and come into the part of the parking lot we are

11   looking at?

12           THE WITNESS:  Straight through that opening is

13   Queens Boulevard.  So this sort of driveway is perpendicular

14   with --

15           THE COURT:  She came walking through that entrance

16   to the parking lot -- from Queens Boulevard, presumably?

17           THE WITNESS:  Correct.  I don't know if she was

18   dropped off or if she walked.  Wherever she was, alls I saw

19   was a heavyset Hispanic woman walking through there in the

20   direction of 166.  Since there were few people in that parking

21   lot that morning, I noticed her, I observed her, I kept my

22   eyes on her until she reached 166.

23           THE COURT:  What time of year was this again?

24           THE WITNESS:  July.

25           THE COURT:  How was she dressed?

Aceves - direct - Kazemi

1       THE WITNESS:  I don't remember exactly what clothing

2  she was wearing, but it was --

3       THE COURT:  Was she carrying anything?

4       THE WITNESS:  She was carrying 1 or 2 small plastic

5  bags, maybe like plastic bags from a deli.

6       THE COURT:  You mean the kind of bags where somebody

7  buys soda and they say, do you want it in a -- put it in a

8  bag, that kind of bag?

9       THE WITNESS:  Correct, your Honor.

10      THE COURT:  All right.  What;s next?

11  Q    What happened when the defendant approached Room 166?

12  A    The defendant approached 166.  She entered, she stepped

13  inside a for a second --

14      THE COURT:  Did she have a key or was the door

15  unlocked, or did you notice?

16      THE WITNESS:  Did not notice, your Honor.

17      THE COURT:  Okay.

18      THE WITNESS:  She entered.  She stepped in, stepped

19  back out, stepped in and stepped back out, all the while

20  holding a cell phone in her hand to her ear.

21      I could not tell whether she was speaking or just

22  listening, but she stepped in, looked around  -- sorry, she

23  stepped out of the room, looked around, stepped back in,

24  stepped back out twice and returned to her room, closed the

25  door behind her.

Aceves - direct - Kazemi

1       THE COURT:  What happened to the bags, did you

2   notice whether she left them when she came back out, had she

3   left the bags in the room?

4       THE WITNESS:  I don't recall, your Honor.

5   Q    Did there come a time when a member of your team learned

6   that there was an interior door to Room 166?

7   A    Yes.

8   Q    Do you recall which member of your team discovered the

9   interior door?

10  A    I don't recall specifically whether it was Special Agent

11  O'Connor or Special Agent Ramona Sy.

12      THE COURT:  You became aware of this while you were

13  still conducting surveillance, I take it?

14      THE WITNESS:  Correct, your Honor.  While we are

15  conducting surveillance and keeping an eye on the front door

16  other agents are putting themselves in a position --

17      THE COURT:  And you had some sort of radio

18  communication?

19      THE WITNESS:  Yes, your Honor.

20      THE COURT:  And somebody from your group told you

21  there's another door, or words to that effect?

22      THE WITNESS:  Yes, your Honor.

23  Q    So the members of your team discovered the interior door

24  after the defendant had already entered the room?

25  A    Yes.

Aceves - direct - Kazemi

1   Q    Approximately how long was the defendant inside the room

2   before you discovered that there was an interior door?

3   A    I don't remember the exact time.  I can approximate that

4   it was maybe half an hour or more.

5   Q    Did there come a time after the interior door --

6           THE COURT:  I'm sorry.  Did the person who told you

7   about the interior door tell you where he or she was located

8   or how she came to learn of this or not?

9           THE WITNESS:  Yes, your Honor.

10          We'd been told that somebody walks down the inner

11  corridor and noticed that there were doors to the inside as

12  well, and then we placed an agent in the inner corridor to

13  maintain surveillance there as well.

14          THE COURT:  All right.  Go ahead.

15  Q    Did there come a time after the interior door was

16  discovered that your team decided to approach Room 166?

17  A    Yes.

18  Q    What members of your team decided to approach Room 166?

19  A    Elizabeth O'Connor, David Samilo and myself.

20  Q    Why did you decide to approach the room at that point?

21  A    We believed, since up till then we did not know there was

22  an interior door; the courier could have left through the

23  door, Pintora could have entered through the door.

24          THE COURT:  I'm sorry.  When you decided to go in,

25  you did or didn't know about the interior door?

Aceves - direct - Kazemi                    32

1     THE WITNESS:  At this point we did know about the

2  interior door.

3     THE COURT:  Did know.  Okay.

4     THE WITNESS:  However, we did not know that -- we

5  did not know whether or not -- during the time we did not know

6  if somebody else could have entered or exited through that

7  interior door.  The drug transaction could have already taken

8  place while we were merely surveilling the exterior door.

9  Q   How did you decide to approach Room 166 at that point?

10 A   We start decided that Special Agent Elizabeth O'Connor

11 would ask a cleaning lady to knock on the door.

12 Q   What did you hope to accomplish by having a cleaning lady

13 knock on the door?

14 A   Wanted to see if Pintora was already inside and if the

15 defendant was still inside.

16 Q   Did the cleaning lady agree to knock upon the door?

17 A   Yes.

18 Q   Did she in fact knock on the door?

19 A   Yes.

20 Q   Please tell the court the locations of yourself, Agent

21 O'Connor and Agent Samilo at the time the cleaning lady

22 knocked on the door.

23 A   Agent O'Connor was with the cleaning lady at the door and

24 Agent Samilo and myself were approaching the door.

25 Q   And were you at the interior door or the exterior door at

Aceves - direct - Kazemi

1  that time?

2  A    The exterior door.

3  Q    Did you see what happened when the cleaning lady in fact

4  knocked on the exterior door?

5  A    From my vantage point I saw that the cleaning lady

6  knocked --

7          THE COURT:  Did she say anything?

8          THE WITNESS:  I did not hear if she said anything.

9          THE COURT:  "Room service" or anything of that sort?

10         Go ahead, what's next?

11         THE WITNESS:  The cleaning lady knocked.  The door

12  was opened by the defendant.  The defendant saw the cleaning

13  lady and then the defendant saw Agent O'Connor.

14         Upon seeing Agent O'Connor she attempted to close

15  the door.  I saw Agent O'Connor push the door open and enter.

16  And then I saw Agent Samilo enter behind her.  I entered

17  immediately after Agent Samilo.

18         When I entered the room, I saw Agent O'Connor

19  struggling with the defendant.  Agent Samilo went to assist

20  her and I went through the rest of the room, rest of the hotel

21  room to conduct a security sweep to make sure nobody else was

22  in the room.

23  Q    You testified that Agent Samilo and Agent O'Connor were

24  struggling with the defendant?

25  A    Yes.

Aceves - direct - Kazemi

1  Q   Was the defendant eventually subdued?

2  A   Yes.

3  Q   Was she handcuffed?

4  A   Yes.

5  Q   Why did you handcuff the defendant?

6  A   For our safety.

7  Q   Is this the DEA protocol?

8  A   Yes.

9  Q   After the defendant was handcuffed, did you attempt to

10 speak with the defendant?

11 A   Yes.

12 Q   Did the defendant speak English?

13 A   No.

14 Q   What language were you speaking with the defendant?

15 A   I should say -- I don't know if she does speak English.

16 She did not speak English with us.

17 Q   What language were you speaking with the defendant?

18 A   Spanish.

19 Q   And you're fluent in Spanish?

20 A   Yes.

21 Q   Have you ever worked as a Spanish translator?

22 A   Yes.

23 Q   Did any of the other agents speak with the defendant?

24 A   Through me.

25 Q   And which agents spoke with the defendant?

Aceves - direct - Kazemi

1  A    Agent O'Connor.

2  Q    So I take it that agent O'Connor doesn't speak Spanish?

3  A    No.

4  Q    Did the fact that you were translating Agent O'Connor's

5  statements for the defendant slow down your conversation at

6  all?

7  A    Yes.  I should state that Agent O'Connor can say the

8  basic hello, my name is, but she does not speak Spanish

9  fluently.

10 Q    She speaks about as well as I do?

11 A    Again, I don't know how you do.

12 Q    What did you discuss with the defendant at that time?

13 A    I asked her what her name was, where she was coming from,

14 when she arrived.

15 Q    Did you ask her any other questions?

16 A    At that time there were several questions.  I don't

17 recall all of them.

18 Q    After you had spoken with the defendant for awhile, how

19 would you describe her demeanor?

20 A    She calmed down.

21 Q    Did there come a time when you asked the defendant for

22 permission to conduct a search of her room?

23 A    Yes.

24 Q    How long had you been speaking with the defendant at the

25 time you asked for her consent to search the room?

Aceves - direct - Kazemi                    36

1   A    I don't know the exact amount of time.  It was possibly

2   10, 15 minutes.

3   Q    What was the defendant's reaction when you asked for

4   consent to search the room?

5   A    She agreed.

6   Q    Did she agree the first time you asked her?

7   A    Yes, she agreed immediately.

8   Q    Did she state anything else about the search process?

9   A    She also stated that upon her arrival that morning at JFK

10  that she had been searched by Customs.

11  Q    Why didn't you obtain a search warrant for the

12  defendant's bags at that time?

13  A    Because she agreed, she consented to a search.

14  Q    If she had not consented would you have asked for a

15  search warrant?

16  A    Yes.

17  Q    Is that standard DEA protocol?

18  A    Yes.

19  Q    Did you provide the defendant with a written consent to

20  search form?

21  A    Yes.

22  Q    What language was that form printed in?

23  A    English.

24  Q    Did you translate that document for the defendant?

25  A    Yes.

1    Q    How much time did you spend translating the document for

2    the defendant?

3    A    Just a couple of minutes.

4    Q    After you translated the form to the defendant, did you

5    confirm with her that she understood it?

6    A    Yes.

7    Q    Can you please just explain for the court how you went

8    about doing so.

9    A    I stood next to the defendant.  I showed her the form.  I

10   translated the first line and read it to her.  I translated

11   the second line, read it to her, translated the third line,

12   read it to her; asked if she understood and asked her to sign

13   it.

14   Q    And did the defendant in fact sign the consent to search

15   form?

16   A    Yes.

17             MR. KAZEMI:  Your Honor, may I approach?

18             THE COURT:  Yes.

19   Q    I'm showing you what has been marked for identification

20   as Government Exhibit 1.

21             Do you recognize this document?

22   A    Yes.

23   Q    Can you please tell the court what that document is.

24   A    It is the DEA consent to search form.

25   Q    And is that form signed?

Aceves - direct - Kazemi

1  A    Yes.  It's signed by the defendant, myself, and Elizabeth

2  O'Connor.

3  Q    What does the form say; can you please read the form to

4  the court.

5  A    That I'm Norby Marin Moreno.  I have been asked by the

6  officials if I will allow them to search my baggage and my

7  room.  It says:  I have not been threatened in any way and it

8  says:  I give them permission to search.

9        MR. KAZEMI:  Your Honor, I move to admit Government

10 Exhibit 1 into evidence.

11       THE COURT:  All right.

12       Incidentally, I noticed in your papers you referred

13 to pedigree information.  What do you contend in what I have

14 just heard is pedigree information, just the name?

15 Q    Agent, did you ask the defendant her name?

16 A    Yes.

17 Q    Did you ask her nationality?

18 A    Yes.

19 Q    Did you ask her, her country of origin?

20 A    Yes.

21       MR. KAZEMI:  Your Honor, those are essentially the

22 pedigree questions.

23       THE COURT:  That's it?  Okay.

24       What's next?

25 Q    What did you and the agents do after the defendant signed

Aceves - direct - Kazemi

1  the consent to search form?

2  A    After the consent to search form was signed, we searched

3  the room and started searching her belongings.

4  Q    Did you threaten the defendant in any way in order to

5  obtain her signature?

6  A    No.

7  Q    Did you make her any promises in order to obtain her

8  signature?

9  A    No.

10  Q    And once she signed you began searching her belongings?

11  A    Yes.

12  Q    What did you search?

13  A    We started searching the black suit case, the camouflage

14  suitcase, the red handbag, the brown purse and lime green

15  purse, and there were a few things scattered about the room on

16  some tables and nightstands.

17  Q    Did the defendant confirmed that these were her

18  belongings?

19  A    Yes.

20  Q    During your search did you find a cell phone?

21  A    Yes.

22  Q    Did you ask the defendant any questions about the cell

23  phone?

24  A    Yes.

25  Q    What sort of questions did you ask the defendant?

Aceves - direct - Kazemi

1   A    I asked if it was her cell phone and when she had gotten

2   it --

3           THE COURT:  You're saying this is pedigree

4   information?

5           MR. KAZEMI:  No, your Honor.  We're conceding

6   that --

7           THE COURT:  I'm asking for the record.  Right now

8   we're just dealing with probable cause.

9           Is there anything else that relates to probable

10  cause?  If so, let me hear it.

11          MR. KAZEMI:  I apologize, your Honor.

12  Q    Did there come a time when you resumed searching the

13  defendant's bags?

14  A    Yes.

15  Q    What happened next?

16  A    As we resumed searching -- as I resumed searching the

17  bags, Agent Samilo had discovered a metal cannister, a metal

18  perfume cannister concealed deep within one of the suitcases

19  wrapped in defendant's clothing.  He pulled one out, looked at

20  it.

21          It was a perfume cannister.  He took the lid off,

22  sprayed it, it was indeed perfume.  He showed it to me.  I

23  looked at it and we put it back on the bed and continued

24  searching.

25          He pulled out a second cannister, as I continued

Aceves - direct - Kazemi                                    41

1    searching, in a separate bag.  He pulled out a third

2    cannister, and by the time he pulled out the fourth cannister,

3    we both started examining them closely.

4           They were -- they appeared to be normal perfume

5    cannisters; however, they weren't weighted the way a liquid

6    should be weighted.  They didn't slosh around a bit, but they

7    were heavy as if they were full.

8           At this time, as I started shaking them and

9    inspecting them, at this time the defendant stated that they

10   were not hers.

11   Q    Did the defendant state that in response to a question?

12   A    No.

13   Q    She stated that on her own?

14   A    Yes.

15   Q    I'd like to show you what's been marked for

16   identification as Government Exhibit 7.

17          MR. KAZEMI:  Yes, your Honor, your Honor, may I

18   approach?

19          THE COURT:  Yes.

20   Q    Do you recognize this photograph?

21   A    Yes.

22   Q    Please tell the court what that is a photograph of.

23   A    This is a photograph of the four perfume cannisters that

24   were seized from the defendant's suitcase.

25   Q    So those are the perfume cannisters that were removed

Aceves - direct - Kazemi

1   from the defendant's luggage?

2   A    Yes.

3   Q    With the exception of the cannister lid at the bottom

4   left of that photograph, is that how the cannisters appeared

5   when they were removed from the defendant's luggage?

6   A    Yes.  When they were removed they were undamaged.  The

7   damage you see there is what we did trying to open them to

8   find the hidden heroin.

9   Q    And what happened after you removed the four cannisters?

10  A    After we removed the four cannisters and I was able to

11  open the lid of one of the cannisters, we field tested it and

12  it was positive for heroin.  We placed the defendant under

13  arrest and transported her for processing.

14  Q    What did you do with the defendant's belongings at that

15  time?

16  A    At that time we brought all the defendant's belongings

17  with us.  They were taken to the New York Field Division.

18  They were inventoried as is the standard.

19           MR. KAZEMI:  Your Honor, I'm sorry, I forget to

20  request that 7 be admitted into evidence.

21           THE COURT:  All right.

22           (So marked.)

23           THE COURT:  Received.

24  Q    You said the belongings were inventoried at DEA

25  headquarters?

Aceves - direct - Kazemi

1    A    Yes.

2    Q    Can you please describe the inventory process for the

3    court.

4    A    We must go through everything in the property, every

5    pocket, every bag; pull everything out and make a list of what

6    everything is.  We must inspect to make sure that there

7    isn't -- there aren't any other drugs or dangerous materials

8    inside the belongings.

9         They go into a safe vault where all nondrug exhibits

10   are stored and we can't have anything along the lines of

11   explosives or weapons or even other drug materials being

12   placed in a nondrug vault.

13   Q    I'm showing you what has been marked for identification

14   as Government Exhibit 2.   Do you recognize this document.

15   A    Yes.

16   Q    It's a five page document.

17   A    That is the inventory report of defendant's property.

18   Q    Did you create this inventory?

19   A    Yes.

20   Q    This is a full and accurate inventory of the defendant's

21   belongings?

22   A    Yes.

23   Q    Approximately how long did can it take for you to create

24   this inventory?

25   A    Few hours.

Aceves - direct - Kazemi

1  Q    Were the cannisters that you found in the defendant's

2  luggage also taken to DEA headquarters?

3  A    Yes.

4  Q    Were they subjected to further examination at that time?

5  A    Yes, they were taken to our laboratory.  That's the

6  laboratory, the laboratory for the Northeast Region.

7           MR. KAZEMI:  Your Honor, I'd like to move Exhibit 2

8  in evidence.

9           THE COURT:  All right.  No objection, it will be

10  received.

11           (So marked.)

12  Q    And Agent Aceves, I'd like to show you what have been

13  marked for identification as Government's Exhibits 8, 9 and

14  10.

15  A    Okay.

16  Q    Do you recognize Exhibit 8?

17           THE COURT:  Can you put it on its side.

18  A    Yes.  This exhibit is again the same cannisters.  Some

19  have been opened.  As you see there, there's that sort of gold

20  color cannister, yellow colored cannister.  Next to it is a

21  plastic wrapped chunk of heroin.

22           That's what was concealed inside each one of those

23  cannisters in the bottom portion.  Next to that is a small

24  portion.  That's what was at the very top of the cannister,

25  and the one you're pointing to -- the one in the middle of

Aceves - direct - Kazemi

1  those two smaller ones, that is the -- that is what was in the

2  lid.  If you look, that might be in another picture.

3          THE COURT:  What is the scale at the bottom?

4          THE WITNESS:  I believe that is in inches, your

5  Honor.

6          Can you go to the next picture?

7  Q    Sure.  This is Exhibit 9.

8  A    In this photograph you can see there, where the line is,

9  there is a small perfume bottle, I guess you could say, that

10  had perfume in it, so if any of the cannisters were tested

11  they would actually spray perfume.

12          Each one of them sprayed perfume, but you can see

13  it's only a very, very small amount of perfume that's in

14  there.  The rest of it was all heroin.

15  Q    And finally, this is Exhibit 10.  Can you please the

16  court what that is.

17  A    That again is one of the larger portions from the body of

18  the cannister, that was removed from one of the cannisters.

19          MR. KAZEMI:  Your Honor, I move to admit 8, 9 and 10

20  into evidence.

21          THE COURT:  All right.  They will be received.

22          (So marked.)

23  Q    And finally, Agent Aceves, I'd like to show you what's

24  been marked for identification as Government Exhibit 11.  Do

25  you recognize this document?

Aceves - cross - Harris

1   A    Yes.  This is a lab report from the heroin that was

2   submitted from the defendant's suitcase.  As you see there,

3   it's a net weight of 1209 grams and it is a purity of 93.5

4   percent, which is extremely high and extremely pure.

5            Anything above 80 would be considered extremely good

6   quality heroin.  This is almost -- I've never seen anything

7   above 80.

8   Q    And do you recall, finally, what weight the Colombian

9   source, the wiretap indicated the defendant would be carrying

10  on her?

11  A    We were told the defendant would have 1200 grams.

12  Q    And this lab report indicates what weight?

13  A    1209.

14           MR. KAZEMI:  Thank you.  No further questions.

15           THE COURT:  All right, Miss Harris, any

16  cross-examination?

17           MS. HARRIS:  Yes, your Honor.

18  CROSS-EXAMINATION

19  BY MS. HARRIS:

20  Q    Good afternoon, Agent.  I want to talk to you about the

21  source information that you had in Colombia.  You talked about

22  the investigation having multiple wiretaps; correct?

23  A    Yes.

24  Q    And the agent -- excuse me, withdrawn.  The investigation

25  also relied on other sources of information; correct?

Aceves - cross - Harris                                      47

1  A    I stated that the source of information was the wiretaps.

2  Q    But putting aside Miss Marin Moreno's case in particular,

3  in general, in the course of this investigation, there were

4  other pieces of evidence that the investigation had

5  discovered, correct?

6          MR. KAZEMI:  Objection, your Honor.  The source is

7  only relevant to Miss Marin Moreno's case.

8          THE COURT:  Overruled.

9  A    Sorry.  Could you restate the question.

10 Q    In the course of this investigation -- the investigation

11 had yielded additional pieces of evidence; correct?

12 A    Are you referring to the seizures that were made that I

13 mentioned earlier, the 35 kilos, the 8, the 5 kilos and the 6

14 kilos.

15 Q    I'm not referring to the seizures.  I'm asking you

16 generally, agent -- withdrawn.  Let me start again.

17          You referred to this investigation being under a

18 single case number, correct?

19 A    Yes.

20 Q    And that case number involved several different wiretaps;

21 correct?

22 A    Correct.

23 Q    And it's an investigation into a particular drug

24 organization in Colombia, correct?

25 A    Correct.

Aceves - cross - Harris

1      THE COURT:  Excuse me just a moment.

2           Do you know or were you told by this DEA agent in

3  Colombia with whom you spoke about the defendant whose phone

4  was being tapped?  Were you told anything about the individual

5  whose phone was being tapped?

6      THE WITNESS:  Yes.  At the time -- yes, but I don't

7  recall now.  They have been up and down on several phones

8  since then.  I can't tell you how many, but it's several

9  phones.

10      THE COURT:  You can't say who was overheard by the

11  agent or how he fit into their investigation or otherwise?

12      THE WITNESS:  I don't recall.  I don't have that

13  name right now, your Honor.  I know some of the principal

14  targets and I could --

15      THE COURT:  But you can't say --

16      THE WITNESS:  I can't say which one specifically.

17      THE COURT:  All right.  I think we better find out

18  more about that other sources.

19           Go ahead, Miss Harris.

20  Q    My last question -- withdrawn.

21           So this single investigation, or a single

22  investigation number, case number, did it also use informants?

23  A    Not to my knowledge.  The only information I received

24  thus far has been regarding the wiretaps, and on my end in New

25  York, I conducted my investigation with the defendant.

Aceves - cross - Harris

1    The agents in Colombia have their investigation.

2 They follow their leads where they take them.  When they have

3 information that crossed their paths, would cross the path of

4 the New York investigation, with my end of the same

5 investigation, they contact me say, okay, we have more New

6 York information on this investigation.  So --

7 Q    I'm sorry.  Continue.

8 A    That's fine.

9 Q    Was this the first time that you had received information

10 concerning a New York connection, from Agent Walsh, in

11 connection with this case number?

12 A    I had been in contact with him prior to July 31st in sort

13 of more or less a briefing of this investigation, that they

14 had started an investigation with ties to New York and for us

15 to start our end of the investigation.  So I had spoken to him

16 about this investigation prior to July 31st.

17    THE COURT:  The case number that you're talking

18 about is that a number assigned by the Colombian authorities

19 or by the DEA or --

20    THE WITNESS:  My case number, your Honor, is

21 assigned by the New York Field Division.  Richard Walsh has a

22 case number assigned by the Bogota --

23    THE COURT:  When you say that the wiretaps were in a

24 specific case number, is that a case number given by the

25 Colombian authorities or by your office?

50

Aceves - cross - Harris

1          THE WITNESS:  Both, your Honor.  There are three

2   case numbers right now; there is my case number in New York,

3   there's the Bogota DEA office case number, and there's the

4   Colombian National Police case number.  All three of them are

5   linked.

6          THE COURT:  All three of them relate to this wiretap

7   order and the wiretaps that have been placed pursuant to the

8   order?

9          THE WITNESS:  Yes, your Honor.

10          THE COURT:  I assume the numbers are different for

11   each agency and don't necessarily contain the same

12   information?

13          THE WITNESS:  The numbers will be different.  For

14   example, the numbers in New York start with a C-1.  The

15   numbers in Bogota start with a Z, the letter Z.  However, they

16   all -- for example, on my reports, I have to connect my case

17   to their cases because they are all under the same

18   investigation.

19          THE COURT:  Go ahead.

20   Q    You said there were multiple wiretaps.  More than five

21   wiretaps?

22   A    At that time, I don't think so.  Between now and then,

23   definitely.

24   Q    Sorry.  When you say between now and then, what time

25   period are you talking about?

Aceves - cross - Harris                        51

1    A    July 31st, the date of the defendant's arrest.  At that

2    time I don't know exactly how many were up at that time.  I

3    know it was more than one.  Between July 31st and now, there

4    have been definitely more than five.

5    Q    Do you know the number --

6    A    No.

7    Q    -- of wiretaps?

8    A    No.

9              THE COURT:  Had you received information previously

10   from this DEA agent in Colombia, from the same wiretap that

11   you got the information concerning the defendant from or not?

12             THE WITNESS:  No, your Honor.  This was -- this

13   investigation had just begun.  It had literally -- the phones

14   in Colombia had just begun to be intercepted.  The

15   investigation had just begun.

16             THE COURT:  This is the first time you'd gotten

17   information from this particular wiretap?

18             THE WITNESS:  Correct.

19             THE COURT:  Okay.  Go ahead, what's next?

20   Q    I'm sorry.  I'm asking you now about the time period

21   preceding July 31st.  This investigation had been proceeding,

22   correct, prior to July 31st?

23   A    Yes, this investigation was started before July 31st.

24   Q    Do you know when it started?

25   A    I don't know exactly the start date.

Aceves - cross - Harris

1    Q    More than six months prior?

2    A    I don't think so.

3    Q    And there were multiple wiretaps prior to July 31st;

4    correct?

5    A    I couldn't say.

6    Q    You said a moment ago that there were multiple phones

7    that had been picked up and dropped, correct?

8    A    Correct.

9    Q    So there had been different wiretap orders; correct?

10   A    Yes.  But we were talking about time periods.  I don't

11   know if you are specifically asking --

12            THE COURT:  What we're interested in is, prior to

13   the phone call in which you got this information had there

14   been a number of wiretap orders?

15            THE WITNESS:  At the time of July 31st, I know there

16   was more than one phone.

17   Q    Were you --

18            THE COURT:  Had you gotten information from any of

19   those phones before the 31st or not?

20            THE WITNESS:  The only information I'd received was

21   that Special Agent Walsh had started an investigation

22   targeting a source of supply in Cali, Colombia where they were

23   transporting heroin and cocaine from Colombia through Panama,

24   to Guatemala into Mexico, via Texas to New York and that he

25   would be getting me more information soon once the phone taps

Aceves - cross - Harris 53

1    revealed more information.

2           So prior to July 31st, that's the information I had,

3    that information would be --

4           THE COURT:  So none of that information, so far as

5    you were aware, had been acquired through a phone tap?

6           THE WITNESS:  That information, as I'd been told,

7    was -- honestly, I don't know if that was from the wiretap or

8    from the background investigation they had done on this

9    organization.

10          THE COURT:  All right.  Go ahead.

11   BY MS. HARRIS:

12   Q    You just described to the judge a general briefing about

13   the goals of the investigation; correct?

14   A    What I just described was what they believed this

15   organization was doing.

16   Q    But you had never before July 31st received any specific

17   tips concerning an illegal drug transaction that takes place

18   in New York; correct?

19   A    Regarding this investigation?  No.

20   Q    And you had never received prior to the morning of

21   July 31st any specific information about Miss Marin Moreno;

22   correct?

23   A    Prior to July 31st, no.

24   Q    Now, fair to say that whenever a phone is being

25   wiretapped there are multiple voices being picked up; correct?

Aceves - cross - Harris

1  A    Usually the target, the target who is in possession of

2  the cell phone, and whoever he or she is speaking with.

3  Q    But cell-phones can be passed to other people, correct?

4  A    Yes.  However, drug traffickers tend to not do that as

5  often unless they are finished with the phone.

6  Q    Now, you weren't aware on July 31st who was speaking on

7  the wiretap at issue; correct?

8  A    At this time I can't tell you.  I can get that

9  information for you, but at this time I don't know it.

10  Q    Now, you said during direct that there were multiple

11  calls that Agent Walsh overheard; is that correct?

12  A    Yes.

13  Q    And you don't know whether those --

14        THE COURT:  This is prior to speaking to you, you

15  heard multiple calls or just one call?

16        THE WITNESS:  Agent Walsh heard multiple calls on

17  the same line on July 31st.  As the calls came in, he called

18  me to tell me what was happening.

19        For example, the first call I received was, There's

20  a courier in New York.  She's in a hotel in Queens.  I'll call

21  you back with more information.

22        Agent Walsh heard another phone call.  He called me

23  back with more information:  A heavyset Hispanic woman.  Her

24  name is Norby.  She should be at the Metro Hotel.  I'll call

25  you back when I get more information.

Aceves - cross - Harris

1          Agent Walsh called me again at a later time to pass

2    more information until I had all the specifics.  As he was

3    listening to calls coming in on the same line -- I don't know

4    what the target of that line is, he can find out for me -- he

5    was relaying the information to me.

6    Q    And approximately how many phone calls then did you have

7    with Agent Walsh before your information that you conveyed to

8    us was complete?

9    A    There were so many phone calls between Agent Walsh and I

10   that day that I'd have to look at my phone records to tell

11   you.

12   Q    And these phone calls took place at approximately

13   10:00 a.m. on July 31st?

14   A    Starting at 10:00 a.m.  I believe he actually might have

15   called me before 10:00 a.m.  I did not get his phone call.  I

16   actually didn't speak with him until approximately a little

17   after 10:00 a.m.

18   Q    He initially called you for the first time that morning,

19   correct?

20   A    Correct.

21   Q    Did you take notes during the phone calls?

22   A    I believe I did take some notes in my red notebook.

23   Q    And Agent Walsh didn't tell you to whom -- withdrawn.

24          Agent Walsh didn't tell you whether he was picking

25   up the same voices on each of the multiple calls; correct?

Aceves - cross - Harris

1    A    That morning he did not tell me if it was the same voice.

2    That was the detail that was not mentioned.  However, since

3    then, speaking with him, he has stated that it was the same --

4    I'm going by what Agent Walsh has told me.  He's told me that

5    it was the same person on that line that day.

6    Q    Well, each phone call obviously has two individuals;

7    correct?

8    A    Correct.  I don't know if each time he was speaking to a

9    different individual.  It may be so.  You would have to ask

10   Agent Walsh.  But it's possible that he could have -- one

11   conversation was between the target and one contact and

12   another conversation was between the target and another

13   contact.  I know that he gave us enough information for us to

14   find the defendant.

15   Q    And you don't know the context of each phone

16   conversation, correct?

17   A    I was only given the pertinent information.

18   Q    You didn't hear what one individual said to the other;

19   correct?

20   A    Again, I just received the pertinent information.  I

21   didn't listen to the phone calls.

22   Q    You discussed on direct some seizures that had been made

23   in connection with this investigation.  There was a seizure of

24   drugs from a car and an arrest of an individual named Luis

25   Gonzales; correct?

Aceves - cross - Harris

1   A   Yes.

2   Q   When was that?

3   A   That was on September 1st.

4   Q   September 1st of 2008?

5   A   Yes.

6   Q   So that's after the arrest --

7   A   Yes.

8   Q   -- in this case?

9           And there were five kilos seized in the Cali

10  Airport.  When was that?

11  A   That was October 10th.

12  Q   Again, 2008?

13  A   Yes.

14  Q   That was after the arrest in this case, correct?

15  A   Yes.

16  Q   And there was a third seizure; correct?

17  A   October 16th.

18  Q   And all -- again, 2008?

19  A   Yes.

20  Q   Are you aware of any seizures of drugs that resulted from

21  this wiretap investigation prior to July 31, 2008?

22  A   No.  As I stated, that was the very beginning of this

23  investigation.  She was the first.

24  Q   I'm a little confused, I'm sorry.  A moment ago you said

25  that prior to July 31st there had been other wiretaps up and

Aceves - cross - Harris

1  running; correct?

2  A    Prior to -- a phone tap will last for a set period of

3  time.  So that phone -- I don't know when it started, if it

4  started on July 15th and been up for 15, 16 days before

5  July 31st, so prior to July 31st there had been a phone tap.

6        Had there been phone taps not including that 30-day

7  period before that, say May and June, I believe not.  But were

8  phones being listened to prior to July 31st, yes.  Were they

9  being listened to back in May and April?  I don't believe so,

10 but I'd have to check with Agent Walsh.  I do not believe it

11 went that far back.

12       When we received information prior to July 31st

13 about an organization that was going to be bringing narcotics

14 to New York, it was just before July 31st.  The information

15 regarding the defendant was the very first information to come

16 across the phone.  The phones had not been up very long.  But

17 had they been up prior to July 31st?  Yes.  Was it five days,

18 was it 15?  I don't know at this time.

19 Q    Well, let me ask you this.  There are a number of

20 different targets of this drug organization, correct?

21 A    Yes.

22 Q    And they used and dropped phones with a fair degree of

23 speed; correct?

24 A    Yes.

25 Q    So when you're talking about being up on the phones 10 or

Aceves - cross - Harris

1   15 days prior to July 31st, you're talking about being up on

2   this target's particular phone; correct?

3   A    The phone that the information was given on?

4   Q    Correct.

5   A    Yes.  So I don't know how many days before July 31st that

6   phone had been -- another target of the investigation, maybe

7   his phone had lasted since July 10th, that's possible, but

8   none of the phones in this investigation were back in -- I

9   don't believe May or April.

10       I believe that everything started in July.  It may

11  have been June with some of the preliminary investigation, but

12  I believe the bulk of it started sometime in July.  Agent

13  Walsh would be able to give you the specifics.

14  Q    And let's talk about these seizures then, the drugs

15  seized from Mr. Gonzales' car in September.

16       You have no knowledge one way or the other whether

17  or not the information for that seizure came from the same

18  phone that you got the information about Miss Moreno, correct?

19  A    At this time I don't know.

20  Q    The same applies to the second seizure related to Mr.

21  Valasco, correct?

22  A    Correct.

23  Q    Again, with respect to the third seizure in Buenaventura,

24  Colombia, you don't know whether that seizure resulted from

25  the same phone wiretap that you received the information from

Aceves - cross - Harris

1  Miss Marin Moreno, correct?

2  A    Correct.

3  Q    You got a fair bit of detailed information, correct?

4  A    Yes.

5  Q    You got the exact motel room number; correct?

6  A    Yes.

7  Q    You got the exact amount of drugs; correct?

8  A    Yes.

9  Q    And a physical description of Miss Marin Moreno; correct?

10 A    Yes.

11 Q    Fair to say it's unusual that tips are that detailed;

12 correct?

13 A    I believe that the tips for the following seizures were

14 possibly as detailed, I don't know, but I believe the

15 information from the phones for those was rather detailed,

16 since finding a seizure like -- in vehicles is sometimes even

17 more difficult.

18 Q    But you didn't receive those tips; correct?

19 A    No.

20 Q    So do you have personal knowledge as to the contents of

21 those tips?

22 A    At this time, no.

23 Q    When you received -- withdrawn.

24       You didn't receive any other information about the

25 woman who supposedly had drugs at the Hotel Metro; correct?

Aceves - cross - Harris                    61

1   A    I'm sorry, can you repeat that.

2   Q    Let me rephrase it.  We talked about what you learned

3   from Agent Walsh, correct?

4   A    Correct.

5   Q    Other than what you testified to so far, you didn't learn

6   anything else in those conversations concerning Miss Marin

7   Moreno, correct?

8   A    The only information I had came from Agent Walsh.

9   Q    And other than what you testified to here today, you

10  didn't learn any additional information, correct, on

11  July 31st?

12  A    Again, the only information I received on July 31st was

13  from Special Agent Walsh.

14  Q    There is nothing in those phone calls that led you to

15  believe that she was armed, correct?

16  A    Correct.

17  Q    And, in fact, your information was that she was allegedly

18  a low-level drug courier; correct?

19  A    Correct.

20  Q    And in your experience as a DEA agent, couriers don't

21  typically carry weapons, correct?

22  A    That's incorrect.  A courier can be armed.  Couriers

23  are -- they are possibly protecting a very valuable load.

24  There is no standard that couriers would be unarmed.

25  Q    Let me ask you this.  Couriers coming in through

Aceves - cross - Harris

1   international -- traveling internationally by airplane?

2   A    A courier coming in by airplane most likely is unarmed

3   coming off the plane.

4          If we had grabbed -- if we had come across the

5   defendant in the airport, then it would be more likely that

6   she would be unarmed, but the flight arrived that morning and

7   she could have had time, anytime between that morning and noon

8   or 1 o'clock, to obtain a weapon.

9   Q    How did you know what time she had arrived?

10  A    We were told that she was already there.  So when I

11  received the phone calls at 10, I knew she was -- I had been

12  told that she was already there.

13  Q    Were you told what time she'd arrived at?

14  A    No.  She have enough time to get from JFK to Queens

15  Boulevard.  Anywhere along the line she could have already

16  gotten rid of the drugs or even had time to obtain a weapon.

17  Q    Let's talk about when you arrived at the Hotel Metro.

18  You arrived at 12:00 p.m.; correct?

19  A    Approximately 12:00 p.m.

20  Q    And you arrived with other agents, correct?

21  A    Yes.

22  Q    Six agents in total; correct?

23  A    Six or 7.  I don't remember an exact number.

24  Q    And all of the agents arrived at roughly at the same

25  time; correct?

Aceves - cross - Harris

1  A    No.

2  Q    Who did you arrive with?

3  A    I was first to arrive.

4  Q    Did you have a partner in your car?

5  A    No.  I was the first to arrive.  Then I believe Agent

6  Samilo arrived, and one by one the other agents arrived.

7        The supervisor at the time, Elizabeth O'Connor, she

8  arrived.  John Francola -- the other agents I named, they all

9  arrived one by one.  It's not as though we all tried to meet

10 at the exact same time.

11 Q    How long did it take for all the agents to get to the

12 hotel?

13 A    I believe that by approximately 12:30 everyone was in

14 position.

15 Q    When you arrived at the hotel, did someone confirm with

16 the reception that indeed someone was in Room 166?

17 A    I'm sorry, at what point, when I arrived or when everyone

18 arrived?

19 Q    At any point in time when you arrived before you saw Miss

20 Marin Moreno --

21 A    As agents were arriving.  I said everyone arrived around

22 by 12:30, by 12:30, roughly around that time, I had seen the

23 defendant walk into the room so there wasn't a need to go

24 confirm whether somebody was in that room or not.  I just saw

25 a heavyset Hispanic woman walk into the room.

Aceves - cross - Harris

1   Q    My question is, before you actually saw someone walk into

2   the room, did anyone make efforts to confirm that the room was

3   indeed occupied?

4   A    I did not and I don't know if somebody else did.

5   Q    Did you -- there's a window, correct, that looks out into

6   the parking lot from Room 166?

7   A    Yes.

8   Q    Did you, as you drove past -- withdrawn.

9        As you went past the window, did you look into the

10  room?

11  A    The shade was drawn, as I recall.

12  Q    Can you tell me the location of each of the agents in the

13  surveillance team?

14  A    I can't tell you exactly who was where, but we formed a

15  perimeter around Room 166.

16  Q    Can you describe that perimeter?

17  A    There were agents on Queens Boulevard, there were agents,

18  including myself, in that vehicle facing Room 166.  There were

19  agents in the gravel parking lot next to the rooms, and there

20  was an agent in the inner corridor.

21  Q    And they were all in those positions by 12:30; correct?

22  A    I don't know if it was exactly 12:30 that they were all

23  in position.  I know around 12:30 everyone had arrived.  It

24  probably took us a little longer to shuffle people around and

25  get them in position.

Aceves - cross - Harris

1   Q   Perhaps 5 or 10 minutes; correct?

2   A   I couldn't say.

3   Q   Less than 15 minutes?

4   A   Possibly.

5   Q   I'm going to show you Government Exhibit 5.  You see the

6   white building towards the back of the driveway?

7   A   Yes.  That's part of the hotel.

8   Q   And you see there's a door there; correct?

9   A   The door for the driveway or the door with the small

10  awning almost in the shadows?

11  Q   The door with the small awning.

12  A   Yes.

13  Q   That door opened into the interior hallway, correct?

14  A   Yes.

15  Q   Now I want to show you Government Exhibit 6.

16          To get to the doorway we just discussed in

17  Government Exhibit 5, you would have to go slightly to your

18  right; correct?

19  A   To the right of this picture and down another corridor.

20  Q   A fairly short corridor, correct?

21  A   Relative to this corridor.

22  Q   And is there a door at the far end of this corridor?

23  A   Yes.

24  Q   And those are the only two doors at the interior

25  corridor, correct?

Aceves - cross - Harris

1  A    Beyond that small door that we initially were speaking

2  about, there's all -- the corridor continues and goes down and

3  I don't know where it goes to beyond that.  I don't know if

4  there's another exit that way.

5  Q    You're talking about another possible exit behind the

6  door here?

7  A    Possibly there or to the right.  When you enter that door

8  from the outside, to get to here you have to take a right.  If

9  you go to the left, there's a hallway that goes that way.

10       I don't know what goes that way.  If you go back one

11 picture it will make sense.  Through this door here, if you go

12 to the right you will see the corridor where we are taking the

13 picture from, looking at that picture.  However, if you go to

14 the left, I don't know what goes that way.

15 Q    Immediately to the left is the breezeway; correct?

16 A    No.  As you can see, there's a window open there as if

17 there's another office there.  I don't know if that opens up

18 to an office.  That might have a door to Queens Boulevard or

19 to other places.  Alls I know is it does go to the left as

20 well.

21 Q    I'm sorry.  That window is to the right of the door;

22 correct?

23 A    This window here?  It is to the left.

24 Q    I'm sorry.  I'll leave that up.

25 A    It looks like there's a window with a slant open like

Aceves - cross - Harris

1   that right here under this awning.  If not, I don't know what

2   that awning is covering.

3   Q    I'm sorry, I was confused.  I thought we indicated that

4   was a door and then the awning?

5   A    This is the door.  This is the door to enter and go to

6   the right.  There are the rooms or offices, I don't know what,

7   in this portion.

8           There's another window up here and there, so when

9   you go in, you can go to the left from this door, this is

10  where the door is.

11  Q    So there are two doors then that you can see at the end

12  that have driveway, correct?

13  A    There's a door on the right and a window of some sort on

14  the left and then there's the breezeway.

15  Q    And any other door that might exist would be facing

16  Queens Boulevard, correct?

17  A    Correct.

18  Q    Where you had agents stationed; correct?

19  A    Correct.

20  Q    You said that a maid knocked on the exterior door of 166?

21  A    Yes.

22  Q    Can you describe that maid for me, please.

23  A    It was a female.  Other than the fact that she was

24  average in size and dark long hair, that's all I remember.

25  Q    Was she white?

Aceves - cross - Harris

1  A    I don't recall.  I believe she wasn't, but I can't say

2  with certainty.

3  Q    Did she speak Spanish?

4  A    I did not speak with her.  The interaction -- I never had

5  interaction with the maid so I don't know what happened

6  between Agent O'Connor and the cleaning lady.

7  Q    You say she had long dark hair?

8  A    I remember her having dark hair and maybe being -- I

9  can't even guess as to age.  Agent O'Connor was handling that

10  and I just left it to her.  I never spoke with her or was

11  close to her at any point.  My attention was never focused on

12  her.  She left immediately.

13  Q    You were approximately 10 or 15 feet from the entrance to

14  Room 166, correct?

15  A    At the time the maid was there, my eyes were focused on

16  166.

17  Q    The maid was directly in front of Room 166; correct?

18  A    At the moment the maid was at 166, and I was gathering my

19  things to exit the van and run to that door.

20  Q    You say she had dark hair.  It was it longer than her

21  shoulders?

22  A    I don't recall.

23  Q    You said that all three of you approached room 166;

24  correct?

25  A    Agent O'Connor approached the door first with the

Aceves - cross - Harris

1    cleaning lady and then Agent Samilo and myself approached when

2    the door is knocked on.

3    Q    Was Agent Samilo directly behind Agent O'Connor?

4    A    By the time she was entering the room -- as I recall, by

5    the time she was entering the room, he was entering behind her

6    and then I entered behind him.

7    Q    The cleaning lady just stepped inside as you entered the

8    room?

9    A    Yes.  At no point during that would I have looked at the

10   cleaning lady because now my focus is on what's in that room

11   and is there anything dangerous in that room.

12   Q    This was a summer day, correct?

13   A    Yes.

14   Q    Relatively warm?

15   A    I don't remember it being cold.  On July 31st, I assume

16   it's a nice day.

17   Q    And you said that Miss Marin Moreno had one or two deli

18   bags with her, correct?

19   A    Correct.

20   Q    Smaller than -- containing items smaller than a loaf of

21   bread, correct?

22   A    Correct.

23   Q    And you say she stepped outside; correct?

24   A    Correct.  She stepped outside -- it's almost as if it

25   were one fluid act.  She stepped in, she stepped out, looked

1  around, stepped in, stepped around and looked around.

2          It wasn't -- it was one continuous sort of motion.

3  There weren't very long pauses.  It only took a few seconds,

4  the entire thing.

5  Q    Less than five seconds?

6  A    No more than ten.

7  Q    She just looked in that parking lot; correct?

8  A    She looked up towards the breezeway, down towards the

9  parking lot, up towards the breezeway.  She did that back and

10  forth.

11  Q    Now, you talked about witnessing a struggle with Miss

12  Marin Moreno.  Agents were never overwhelmed by Miss Marin

13  Moreno's force, correct?

14  A    When I entered the room, I saw Agent O'Connor struggling

15  with the defendant.  Defendant is heavyset, has a low center

16  of gravity, is much shorter than Agent O'Connor and it would

17  be easy for her to use that to her advantage.

18  Q    Miss Marin Moreno wasn't armed; correct?

19  A    We did not find any weapons.

20  Q    And but Agent O'Connor had a weapon, correct?

21  A    Yes.

22  Q    You say that Miss Marin Moreno started to close the door,

23  correct?

24  A    Correct.

25  Q    And at that point Agent O'Connor pushed the door open,

Aceves - cross - Harris

1    correct?

2    A    Correct.

3    Q    She drew her weapon; correct?

4    A    I don't recall whether Agent O'Connor's weapon was drawn

5    or not.

6    Q    Well, then Agent Samilo entered behind her, correct?

7    A    Yes.

8    Q    And he drew his weapon, correct?

9    A    I don't recall whether his weapon was drawn or not.

10   Q    Let's talk about you then.

11   A    I entered the room.  Two agents are struggling with the

12   defendant.  I enter the room.  I hope that they have that

13   under control, and I continued to do a security sweep through

14   the rest of the room with my weapon drawn, making sure that

15   nobody else was in that room and there are no dangers to us.

16   Immediately after doing so, I reholstered and snapped my gun

17   into its holster.

18   Q    When you did this security sweep, you lifted up items?

19   A    I came in.  I went into the bathroom.  I looked in the

20   bathroom, moved the screen, made sure no one is in the shower.

21   Opened the closet door, looked under the bed.

22   Q    You lifted up the cushions on the couch?

23   A    I don't think anybody would be that small.

24   Q    I'm going to show you what I'm going to mark for

25   identification as Defense Exhibit A.

Aceves - cross - Harris                              72

1          I realize you may not be able to see the number on

2    the doors there.  Is this a fair and accurate description of

3    the interior of Room 166?

4    A    It looks like it could be a room at that motel.

5    Q    With the door exiting onto the parking lot, correct?

6    A    Correct.

7          MS. HARRIS:  I move for the introduction of Defense

8    Exhibit A.

9          MR. KAZEMI:  No objection, your Honor.

10          THE COURT:  All right.

11          (So marked.)

12   Q    I'd like to show you what I'm going to mark for

13   identification as Defense Exhibit B.

14          THE COURT:  Let's take a brief recess and start

15   again shortly:

16          (Continued next page)

17

18

19

20

21

22

23

24

25

1          (Court resumed)

2          THE COURT: Have a seat.

3   S A L V A D O R   A C E V E S, resumed the stand and testified

4   further as follows :

5          THE COURT: Have a seat.  We will just keep going.

6   If we are unable to finish this evening, counsel and the

7   witness is available tomorrow morning?

8          MS. HARRIS:  About 10:30 I am.

9          MR. KAZEMI:  I am available any time, Your Honor.

10          THE COURT:  Okay. Have a seat and we will keep

11   going. Go ahead.

12   CROSS-EXAMINATION .

13   BY MS. HARRIS:

14   Q    Before I resume asking you about the photograph, I just

15   want to go back a step or two. By the time Ms. Marin Moreno

16   arrived into the parking lot, agents, for the most part, were

17   in position, correct?

18   A    I think I said by around 12:30, which was around the time

19   she arrived, that agents were still arriving and should have

20   arrived by then, and that it took some time after that to

21   create a perimeter around the hotel.  I believe that's what I

22   had said.

23   Q    You said ten or 15 minutes?

24   A    I said ten or 15 minutes.

25          I said I couldn't say exactly. Possibly it could

1    have taken that long.  It took us a while to look through all

2    the areas.  Eventually the corridor was discovered.  I don't

3    know how long it took for that. That was a while later, but we

4    did position people around there. I -- I said I couldn't

5    possibly say exactly how long it took. It was sort of a fluid

6    constant thing as, you know, people were coming.  You posted

7    another person.  You post there and then once we had people in

8    position people started moving around and searching until the

9    inner corridor was discovered.

10   Q    I believe you testified on direct that about ten or

11   15 minutes after the inner door was discovered it was arranged

12   for the maid to knock on the exterior door room 166; is that

13   correct?

14   A    After the interior door was discovered I'm not sure how

15   much time had passed between the interior door being

16   discovered and us knocking on the door.

17   Q    But several minutes, fair to say, several minutes had

18   passed?

19   A    I don't recall.

20        I do recall after the interior door was discovered

21   we realized that we wanted to move quicker because the

22   transaction could have already taken place, and the recipient

23   could have already been inside with the defendant.

24   Q    Let's talk about the interior of the room. I'm going to

25   show you what's been -- I think I had already started to

1  present this before we broke, it was been marked for

2  identification Defendant's Exhibit B.

3          There was a single bed in room 166, correct?

4  A   I believe there -- I recall there being at least one bed.

5  Q   Is this a fair and accurate description of room 166?

6  A   I can't say with certainty that this is room 166 but it

7  was similar.

8          MS. HARRIS:  Your Honor, I move for the introduction

9  of Defense Exhibit B.

10         MR. KAZEMI:  No objection.

11         THE COURT:  There being no objection, it will be

12  received.

13         (Defense Exhibit B received and marked in evidence)

14  Q   I'm going to show you what I am going to mark for

15  identification Defendant's Exhibit C.

16         THE COURT:  These are, for some reason, not very

17  clear. There we go.  That's better.

18         MS. HARRIS: Sorry about that.

19  Q   Is this the exterior of room 166?

20  A   I can't -- it's blurred.  The numbers are a little

21  blurred, so I can't see.  There you go.  That looks like 166

22  of the hotel.  Since I can't see the rest I can't say with

23  certainty that is, in fact, the hotel.

24         MS. HARRIS:  I move the introduction of Defense

25  Exhibit C.

1        THE COURT:  There being no objection, it will be

2   received.

3        MS. HARRIS:  No objection. Your Honor.

4        (Defendant Exhibit C received and marked in

5   evidence)

6   Q     You testified previously, you, Agent Samilo and

7   Agent O'Connor entered the room, correct?

8   A     Yes.

9   Q     And when you entered the room Ms. Moreno was cuffed,

10  correct?

11  A     When we entered the room we eventually cuffed her, yes.

12  Q     And you identified yourself as being with the DEA,

13  correct?

14  A     Correct.

15  Q     And at that point she was calmed down, correct?

16  A     I don't know if that calmed her down. At some point she

17  was calmed down, and at some point it was distinguished

18  between police and DEA.

19        THE COURT:  I am sorry.  At one point what?

20        THE WITNESS:  At one point she -- defendant began to

21  calm down and when we were fully identified as DEA.  I don't

22  know what point that took place.

23  Q     Then she was placed on the bed, correct?

24  A     I don't recall exactly where she was placed. I believe

25  she might have sat in the chair, maybe edge of the bed, but I

1   was -- Ms. O'Connor, being a female, she was the one handling

2   her.

3   Q     Was she cuffed in front or in back?

4   A     She was cuffed in back.

5              THE COURT:  Excuse me.

6              How were you dressed during this operation?

7              THE WITNESS:  I believe I had on -- I think I was

8   probably wearing blue-jeans and some sort of short sleeve

9   shirt and my bullet proof vest.

10              THE COURT:  Did you have any shield or

11   identification?

12              THE WITNESS:  DEA badge.

13              THE COURT:  How was that displayed?

14              THE WITNESS:  At that time it was displayed on my

15   hip, I believe.

16              THE COURT:  Did you, as you entered, did you say

17   anything?

18              THE WITNESS:  I heard the agents entering before me

19   say police. They were the ones making contact with the her. I

20   entered and the security did a security sweep of the room.

21   Once they had identified themselves and made contact with her,

22   it was then my job to ensure their safety and security.

23              THE COURT:  And was the word police said in English

24   or in Spanish, or both?

25              THE WITNESS:  I don't recall.

1          THE COURT:  Okay.

2          THE WITNESS:  The translation for police in Spanish

3  is policia and it's almost identical, and I would say that

4  almost any Spanish speaker would hear the word police and know

5  that it means policia.

6          THE COURT:  Go ahead.

7  Q    And the bullet proof vest you were wearing was over your

8  shirt, correct?

9  A    Correct.

10  Q    And were the other agents wearing bullet proof vests as

11  well?

12  A    I did not touch to see if each of them were.  I assume

13  they were.

14  Q    Visible?

15  A    I don't recall. We have some vests that fit under our

16  clothing. I recall seeing agents with their vests on. I don't

17  know.  I would assume so.  You always try to be as safe as

18  possible, so I would say, yes, they had them on. I don't

19  recall seeing them.

20          THE COURT:  Could you tell who were the agents who

21  attracted this woman's attention when she looked from the

22  hotel maid to the people who were standing there?

23          Was that you that she noticed or --

24          THE WITNESS:  No, she noticed Special Agent

25  Elizabeth O'Connor who was standing next to the cleaning lady.

1          THE COURT:  And what, if anything, was remarkable

2     about her?  Why would she draw anybody's attention?

3          THE WITNESS:  At that point I don't know. I believe

4     --

5          THE COURT:  For example, did she have a bullet proof

6     vest or shield around her neck?

7          THE WITNESS:  Yes.

8          THE COURT: Or --

9          THE WITNESS:  I know that Special Agent Elizabeth

10    O'Connor had a bullet proof vest with "police" across the

11    chest, and I believe she was wearing it.

12         THE COURT:  And what's the color of the vest?

13         THE WITNESS:  Blue with gold lettering.

14         THE COURT:  So "police" -- words "police" would be

15    in gold and that would be the dark blue or black?

16         THE WITNESS:  Correct.

17         THE COURT:  Okay.

18    Q    I'm sorry, Agent. Just before this line of questioning

19    from the Judge I had asked you whether you remembered what

20    kind of bullet proof vest the agents were wearing, correct?

21    A    I stated I did not know exactly who was wearing what.  I

22    stated that I know she has one and I believe she was wearing

23    it.

24    Q    Well, when I asked you, you said there were kinds of

25    vests that people have -- that agents had that they wore

1  underneath their clothes, correct?

2  A    Correct.

3        Other agents might have had time to put them

4  underneath their shirts.  I did not.  That's why mine was over

5  my shirt and I believe Elizabeth O'Connor did not as well.

6  That's why hers would have been over her shirt as well.

7        THE COURT: Where, if you know, where did she come

8  from?

9        Was she in the car conducting surveillance with you

10  or was she in another vehicle or do you know?

11        THE WITNESS:  Special Agent O'Connor?

12        THE COURT: Yes.

13        THE WITNESS:  She was in the van with us just prior

14  to this.  Going back to those photos, she was in the

15  surveillance van parked across from 166.

16        THE COURT:  All right.  Go ahead.

17  Q    I'm sorry.

18        When we are -- when I was asking you questions about

19  the description of the maid you had indicated that you were --

20  when the maid knocked on the door you were in your van getting

21  your things together, correct?

22  A    I was enroute.  When she was approached by Special Agent

23  O'Connor I was in the van.  When they moved to the door to

24  knock I was in transition from the van to the door. So as the

25  door is knocked, the door is opening, I'm getting out of the

1    van, I'm running to the door, but when I get to the door

2    Special Agent O'Connor is coming in and Agent Samilo is going

3    in and I'm behind them.

4    Q    Let me show you again Government Exhibit Exhibit Five. I

5    think you testified on direct that -- I'm sorry -- let me make

6    sure I'm showing the whole exhibit.  Here we are -- that your

7    surveillance van was parked, approximately, this distance --

8    the distance from the photographer to the tip --

9    A    -- correct --

10   Q    -- of the red van, correct?

11   A    Correct.

12   Q    Your testimony is that as the doors opened you're running

13   full speed towards the hotel room door, correct?

14   A    I'd say I am moving quickly from the van in the direction

15   of the door.

16   Q    And is it fair to say that this is about 20, 25 feet,

17   correct?

18   A    Approximately.

19   Q    And Agent Samilo is already ahead of you, correct?

20   A    Correct.

21   Q    Directly behind Agent O'Connor?

22   A    Agent Samilo was behind Agent O'Connor as she entered.  I

23   don't believe Agent Samilo was at the door as it was opened.

24   Q    Where was Agent O'Connor when the door was opened?

25   A    Agent O'Connor was right next to the maid when the door

1  was opened.

2  Q    And do you remember where Agent Samilo was?

3  A    He was he was moving from the van to the door to assist

4  Agent O'Connor.

5  Q    He was in front of you, correct?

6  A    Correct.

7  Q    Going back to inside the motel room, how many other

8  agents -- I'm sorry, withdrawn.

9         Did other agents join you in the hotel room?

10 A    At times.  There was more than one occasion where an

11 agent would enter, assist and leave, enter, bring information

12 and leave. We did have radios on but the radios we had -- we

13 were turning them off because we did not want the defendant to

14 hear what was being transmitted or it is standard for state of

15 security but we also had phones, again, to bring information

16 or assist or come in, but three that were in constantly were

17 O'Connor, Samilo and myself. The others were -- had come in,

18 come out.

19 Q    So at times they were as many as five or six agents in

20 the room at a time?

21 A    There weren't that many agents in the room at a time

22 until the end when it was time to gather her belongings and

23 leave.

24 Q    Now --

25 A    Maybe four agents at a time.

Case 1:08-cr-00605-CPS   Document 57   Filed 12/08/08   Page 83 of 122

1  Q    While Ms. Marin Moreno was handcuffed you said she was

2  seated, correct?

3  A    Correct.

4  Q    And Agent O'Connor was standing next to her, correct?

5  A    I don't know if she was standing next to her the entire

6  time when we were searching and doing other things. She was

7  seated and cuff but there wasn't somebody next to her the

8  entire time.

9  Q    Now, you testified that you read her the consent form,

10 correct?

11 A    Correct.

12 Q    And you read it to her exactly as it's written on the

13 form, correct?

14 A    Umm, not exactly.  I misspelled a word which I pronounced

15 correctly but spelled incorrectly.

16 Q    What word was that?

17 A    Amenazada  A-M-E-N-A-Z-A-D-A.  That's the correct

18 spelling of the word.

19 Q    And at the time that you read her the language of the

20 consent form how many agents were in the room?

21 A    Three.

22 Q    And you didn't add --

23 A    Three, including myself.

24 Q    You didn't add any of your own advice, correct?

25 A    No.

1  Q    No other agents give her advice concerning the consent

2  form, correct?

3  A    Concerning the consent form, no.

4  Q    Did any other agent give her advice at all?

5  A    Concerning?

6  Q    Concerning anything relating to the events that

7  transpired that day?

8  A    Could you be more specific?

9  Q    Well --

10  A    I don't know exactly what you --

11  Q    Did any other agents speak to her directly?

12  A    Almost all questions were directed through me because I

13  was the only Spanish speaker.  Agent O'Connor was able to ask

14  tu nombre.  Simple questions like that, but she pretty much

15  let most of it go through me since I'm the only Spanish

16  speaker.

17  Q    Did anyone advise Ms. Marin Moreno that it was in her

18  interest to cooperate?

19  A    I believe that at one point that was stated.

20  Q    And who made that statement?

21  A    I don't recall.

22  Q    But it was made through you, correct?

23  A    Yes, so at one point I would have said it whether --

24  regardless of who had came through I would have said it at

25  some point.

1        THE COURT:  Was it before or after she executed the

2   consent to search, if you remember?

3        THE WITNESS:  I believe that was after.

4        THE COURT:  What's next?

5   Q    Now, when she signed the consent form you had to uncuff

6   her, correct?

7   A    Yes.

8   Q    Now, you testified in fair detail about the cylinders

9   that you found in one of her suitcases?

10  A    They were found by Agent Samilo and I inspected them once

11  they were removed.  I was on the bed with one bag and he was

12  on the bed next to me with another bag.  I'm going through my

13  bag and he's pulling them out next to me.

14  Q    What bag did he find them in?

15  A    I believe -- you have to ask him specifically but I

16  believe they're in the black bag.

17  Q    And did you see how the cylinders were packed in the bag?

18  A    No.  He stated that they were wrapped within the clothing

19  in the bag; that the clothing was wrapped around them within

20  the bag, and I believe that might be stated in one of the

21  reports.

22  Q    Now, you testified that you seized one cellular phone,

23  correct?

24  A    There was a cellular phone, yes.

25  Q    And you took it, correct?

1   A    Correct.

2   Q    And when you took the phone did you check to see if

3   there'd been any calls made?

4          MR. KAZEMI:  Objection; beyond the scope of the

5   direct.

6          THE COURT:  Yes, I don't see what the relevance is.

7          Go ahead.  What's next?

8          MS. HARRIS:  Your Honor, the witness had indicated

9   that he'd been using her cell phone as a basis for probable

10  cause.

11         THE COURT:  Yes.

12         MS. HARRIS: I wanted to see if he verified --

13         THE COURT: They certainly don't know anything beyond

14  the fact that the cellular phone was being used, which is

15  certainly not incriminating in this city. Go ahead.

16  Q    Now, you didn't get a warrant that day, correct?

17  A    No.

18  Q    And you know who you go to, to get a warrant; correct?

19  A    Yes.

20  Q    You know you can get a telephonic warrant, correct?

21  A    I believe we can get a telephonic warrant.

22         MS. HARRIS:  Judge, can I have one moment, Your

23  Honor (perusing)?

24         THE COURT:  Yes.

25         (Pause)

1        Okay.  Is that it?

2        MS. HARRIS:  Just one moment, Judge.  I'm sorry.

3   Q    Two other questions.

4        In the beginning I had asked you whether or not it

5   was unusual to receive a tip in such detailed information.

6   Now, I wasn't sure if you'd answered.  I would ask you that

7   again, isn't it unusual to receive a tip with such detailed

8   information?

9   A    I believe I'd answered it and stated that quite possibly

10  the other tips with this investigation had given such details

11  to allow similar seizures because to find a hidden compartment

12  within a passenger bus one would have had to have had plenty

13  of detail.  Passenger buses are a thousand a day between small

14  cities, and not only that, but to find there was a hidden

15  compartment on a passenger bus would be extremely difficult

16  without specifics.

17  Q    My question was about tips that you received.

18  A    Tips that I have received?  I have received tips that

19  have given me exact time, date and location.

20  Q    I want to show you what was marked as Government

21  Exhibit 3500 SA-1.  No, I'm sorry. I'm sorry. SA-4 (handing to

22  the witness).

23  A    Thank you (perusing).

24  Q    That's a report that you prepared, correct?

25  A    Yes.

1  Q    And that's a report containing Ms. Marin Moreno's

2  statements on the day of her arrest, correct?

3  A    I believe there may be statements in here but I don't see

4  them right now.

5           Which paragraph are you referring to (perusing)?

6           MR. KAZEMI:  Your Honor, is there a question here?

7           THE COURT:  Yes, whether this is a court statement

8  made by the defendant.

9  Q    In paragraph six.

10          If you can draw your attention to paragraph six.

11 A    Umm-Humm (perusing).  Yes.

12 Q    That contains a summary of the statements she made that

13 day, correct?

14          THE WITNESS: Could I have a second to read it?

15          THE COURT: Yes, go ahead.

16          (Pause)

17 A    Yes.

18 Q    And other than what's written in that report, Ms. Marin

19 Moreno didn't make any other statements that day, correct?

20 A    No, that's incorrect. She -- I am sure she may have said

21 other things that day. That would be unlikely for her to have

22 said two or three things.

23 Q    Well, can you -- other than what's written in that

24 report, can you remember sitting here today what other

25 statements Ms. Marin may have made?

1          THE COURT:  Counsel, this is not discovery.  What's

2     the point of this?

3          MS. HARRIS: Your Honor, to the extent that my client

4     made other statements to law enforcement, we are certainly

5     entitled to know about it.

6          THE COURT:  Yes, but not as far as this hearing

7     goes. That is something that you get in discovery; not in a

8     hearing of this sort.

9          All right. What's next?

10         MS. HARRIS: I have no further questions.

11         THE COURT: Do you have any other questions?

12         MR. KAZEMI:  Very briefly, Your Honor.

13    REDIRECT EXAMINATION.

14    BY MR. KAZEMI:

15    Q    Good afternoon, Agent Aceves.

16    A    Good afternoon.

17    Q    First when you entered the room did you know the

18    defendant was armed?

19    A    No.

20    Q    And Ms. Harris asked you if you had obtained a warrant,

21    you said you didn't obtain a warrant. Why didn't you obtain a

22    warrant?

23    A    When the initial information came in I was told the

24    courier was there and that the transaction would be taking

25    place at any moment.  There wasn't enough time. My focus was

1    on getting to the hotel and establishing the surveillance

2    immediately.

3    Q    And prior to July 31st you had worked with Agent Walsh

4    before?

5    A    Yes.

6    Q    And you worked with him on investigations?

7    A    Yes.

8    Q    And some of these investigations involved wiretaps?

9    A    Yes.

10   Q    And other investigations yielded reliable information?

11   A    Yes.

12   Q    Now, when you approached -- when you were surveilling

13   room 166 of the Metro hotel, you were basing that surveillance

14   on information you obtained from Agent Walsh?

15   A    Yes.

16   Q    But you didn't immediately arrest the defendant when you

17   arrived at room 166?

18   A    No.

19   Q    Did anything else happen after you arrived at room 166

20   which then led to your --

21             THE COURT:  That we have not heard about already, is

22   that what your question is?  Is there anything else you

23   haven't mentioned?

24             THE WITNESS:  I'm sorry.  Could you repeat the

25   question?

1    THE COURT:  The question is whether you told us

2    everything that happened before you arrested the defendant.

3    Q    Well, my question is did the defendant's conduct in any

4    way lead to her arrest?

5    A    The conduct that she walked to her room?

6    Q    Yes.

7    A    It was suspicious the way she entered and looked around,

8    entered and looked around, but other than that, and the walk

9    she took, that was the only thing I saw suspicious.

10   Q    And the defendant's attempt to close the door when she

11   saw Agent O'Connor?

12   THE COURT:  Come on, counsel, just leading the

13   witness.  Anything more?

14   MR. KAZEMI:  Nothing further, Your Honor.

15   THE COURT: All right.  You can step down.

16   Do you have another witness ready to go or not?

17   MR. KAZEMI:  Your Honor, we would like to call Agent

18   O'Connor very briefly to testify to the entry into the room.

19   THE COURT: Okay. Could you come up, ma'am.  Have a

20   seat and be sworn.

21   E L I Z A B E T H   O ' C O N N O R ,  having been first duly

22   sworn, testified as follows:

23   DIRECT EXAMINATION

24   BY MR. KAZEMI:

25   Q    Good afternoon, Agent O'Connor.

1            By whom are you employed?

2    A    The Drug Enforcement Administration.

3    Q    And what is your title?

4    A    Special agent.

5    Q    How long have you been a DEA special agent?

6    A    Approximately 11 years.

7    Q    Directing your attention to the morning of July 31st,

8    2008, where were you assigned at that time?

9    A    To the New York Field Division.

10   Q    Did you have information involving the investigation of

11   the defendant Norby Marin Moreno?

12   A    Yes, I did.

13   Q    How did you obtain that information?

14   A    Through Special Agent Sal Aceves.

15   Q    As a result of that information did you assist in

16   establishing surveillance of room 166 of the Metro hotel?

17   A    Yes, I did.

18   Q    And approximately, what time did you establish

19   surveillance at the hotel?

20   A    Surveillance was established at, approximately, twelve

21   noon.

22   Q    And who established that initial surveillance?

23   A    Special Agent Sal Aceves and Special Agent David Samilo.

24   Q    Did there come a time when an individual entered room

25   166?

1    A     Yes.

2    Q     How was that individual described?

3    A     Hispanic female, heavy set.

4    Q     And approximately, what time did that individual enter

5    room 166?

6    A     I believe it was about 12:30.

7    Q     And were you on surveillance at that time?

8    A     No, I was not.

9    Q     How did you learn the individual had entered the room at

10   that time?

11   A     I received a telephone call from Special Agent Aceves.

12   Q     Did you subsequently establish --

13         THE COURT:  From special agent who?

14         THE WITNESS:  Aceves.

15         THE COURT: Okay.

16   Q     And was that individual later identified as the defendant

17   in this case Norby Marin Moreno?

18   A     Yes.

19   Q     After the defendant entered room 166 did there come a

20   time that you established surveillance at the Metro hotel?

21   A     Yes.

22   Q     Approximately what time was that?

23   A     Approximately one p.m.

24   Q     I'm showing you what's been previously admitted into

25   evidence as Government Exhibit Six. Do you recognize that

1  photograph?

2  A    Yes, I do.

3  Q    Could you please tell the Court what that photograph is?

4  A    This photo is a picture of the interior hallway of the

5  Metro hotel.

6  Q    When you arrived at the Metro hotel where did you

7  establish your surveillance?

8  A    I established foot surveillance.  I walked around the

9  hotel, both outside and inside, and eventually I put myself in

10 the interior hallway.

11 Q    And at that time what did you learn when you were

12 surveilling the interior hallway?

13 A    I learned that there was an interior doorway to the room

14 that the defendant was in as well as an exterior doorway.

15 Q    And what did you do after discovering the interior

16 doorway?

17 A    I posted another agent at the interior doorway.

18 Q    And what happened next?

19 A    A short time after I asked one of the chambermaids to

20 come with me to the exterior door of the hotel.

21 Q    Could you please describe the chambermaid for the Court?

22 A    Female middle age Hispanic.

23 Q    What did you ask the chambermaid to do at that point?

24 A    I asked her to knock on the door.

25 Q    And did she, in fact, knock on the door?

1   A    Yes, she did.

2   Q    And what happened after she knocked?

3          THE COURT: Did she say anything as she knocked or

4   just knocked?

5          THE WITNESS:  I believe she said room service or

6   maid service.  Something to that effect.

7          THE COURT:  And was she dressed in any uniform or

8   not, if you remember?

9          THE WITNESS:  Yes, Your Honor, she was.

10         THE COURT:  How was she dressed?

11         THE WITNESS:  I don't know what color but a dress, a

12  solid color uniform dress.

13         THE COURT:  Okay.

14  Q    And what happened after the maid knocked on the door?

15  A    The defendant opened the door, made eye contact with the

16  maid, smiled and she looked at, me and the smile dropped from

17  her face, and she went to slam the door in my face.

18  Q    Were you wearing any identification that would indicate

19  that you were --

20         THE COURT:  Well, come on, counsel.

21         MR. KAZEMI:  I apologize.

22  Q    What were you wearing at that time?

23  A    I was wearing my badge.

24  Q    And what happened after the maid attempted to close the

25  door?

1  A    The defendant --

2  Q    I'm sorry.  The defendant attempted to close the door.

3  A    I put my hand up to block the door from closing

4  completely.

5          THE COURT:  Were you wearing a bullet proof vest at

6  the time or not?

7          THE WITNESS:  No, Your Honor.

8          THE COURT:  Okay. What's next?

9  Q    And when you --

10          THE COURT: Excuse me just a moment.

11          Your badge, do you have that with you?  Did you have

12  that with you?

13          THE WITNESS:  I have it with me in the hallway in my

14  bag.  I'm sorry.

15          THE COURT:  How large is it?

16          THE WITNESS:  Maybe two and a half inches.

17          THE COURT: Okay, and it's what?  Silver, gold?

18          THE WITNESS:  Gold.

19          THE COURT: And you were wearing it on a chain?

20          THE WITNESS:  I was wearing it on my hip.

21          THE COURT:  Okay.

22  Q    What happened after you pushed the door open?

23  A    I gave the defendant commands.  I said calm trankuila.  I

24  said we are the police and I kept repeating those commands.

25  Q    And did the defendant physically resist you?

1   A    Yes, she did.

2   Q    Was your firearm drawn at that time?

3   A    No, it was not.

4   Q    And what happened as a result of the physical altercation

5   between you and the defendant?

6   A    I grabbed her left hand and tried to get her cuffed and I

7   was unable to do so, and I asked for assistance from Special

8   Agent Samilo.

9   Q    Was the defendant actually subdued?

10  A    Yes, she was.

11  Q    And was she handcuffed at that time?

12  A    Yes, she was.

13  Q    And why you did handcuff her?

14  A    It is our policy to handcuff defendants, and quite

15  frankly, you know, she resisted once, and I didn't want her to

16  do it again.

17          MR. KAZEMI:  No further questions, Your Honor.

18          THE COURT: All right. Do you have any questions?

19          MS. HARRIS: I do.

20  CROSS-EXAMINATION

21  BY MS. HARRIS:

22          THE COURT:  When you said "police" did you announce

23  -- when you are supposed to announce who you are did you do

24  that or not?

25          THE WITNESS:  Initially when I came to the door,

1    Your Honor, I was concerned with restraining the defendant.

2              THE COURT:  Sure.

3              THE WITNESS:  She was fighting with me and I said

4    calm down, police, calm down.  Calm trankuila.

5              THE COURT: And did you wear you badge on your hip or

6    your belt?  That is not very visible, is it?

7              THE WITNESS:  That's where I've been wearing it my

8    whole career.

9              THE COURT:  Okay.

10             THE WITNESS:  I'm a plain clothes police officer.  I

11   know you realize that but it is just where I feel comfortable.

12   I didn't feel comfortable with the chain around my neck where

13   somebody could grab it and choke me with it.

14             THE COURT:  All right. Go ahead.

15   BY MS. HARRIS:

16   Q    When you received -- good afternoon.

17             When you received the information that someone

18   matching the description of Norby had arrived at the hotel

19   where were you?

20   A    I was in my car driving to the location.

21   Q    And could you describe what you were wearing that day?

22   A    Yes.  I had a short sleeve white golf shirt, so to speak,

23   not a big one.  A small one, and I had green capri slacks on.

24   Khaki green capri slacks and loafers.

25   Q    Was the shirt tucked in?

1  A     No.

2  Q     And do you recall what the other agents -- I'm sorry.

3  Withdrawn.

4        Do you recall what Agent Aceves were wearing that

5  day?

6  A     Pants, short sleeve T-shirt and he had his vest on, I

7  believe.

8  Q     And do you recall what Agent Samilo was wearing that day?

9  A     Pants, short sleeve shirt, and also a vest.

10 Q     A vest over his shirt?

11 A     Correct.

12       THE COURT:  And when you say, "a vest," was it a

13 bullet proof vest?

14       THE WITNESS: Yes, Your Honor.

15 Q     You described the chambermaid as middle aged Hispanic

16 woman?

17 A     To the best of my recollection, yes.

18 Q     And can you give a fuller physical description of her?

19 A     Not any more than what I did.

20 Q     Color of her hair?

21 A     No.

22 Q     Light skinned?

23 A     No.  I would say medium.

24 Q     When the door was opened Agent Samilo was approaching

25 behind you?

1    A    No, he was off to the side.

2    Q    And where was Agent Aceves?

3    A    He was also off to the side.

4    Q    And let me show you --

5             MS. HARRIS: I'm sorry, Your Honor.  I misplaced

6    exhibits -- let me show you Government Exhibit Five.

7             THE COURT:  Can you see that?

8             THE WITNESS:  Yes, Your Honor.

9    Q    That shows the exterior of the Hotel Metro; is that

10   correct?

11   A    Correct.

12   Q    And room 166 is, approximately, where the tip of that

13   mini van is?

14   A    Yes.

15   Q    And perhaps --

16            MS. HARRIS: May I approach, Your Honor?

17   Q    (Cont'd):  Indicating on that photograph could you show

18   us first where Agent Samilo was, approximately, when the door

19   was opened?

20   A    You see the cone there, this is the doorway here.  He was

21   right here.  That's Samilo.

22   Q    Where that orange cone is?

23   A    Yes, I would say, approximately, yes.

24   Q    And Agent Aceves?

25   A    Was over here near the cone as well.

1   Q    When Ms. Marin Moreno attempted to close the door you

2   reached in, correct?

3   A    Yes.

4   Q    You grabbed Ms. Marin Moreno by the wrist?

5   A    I stopped the door first and then I grabbed her by the

6   wrist.

7   Q    Eventually the agents handcuffed her, correct?

8   A    We struggled first.

9         Well, actually our hands were clasped and we

10  struggled, and I grabbed her.  It would be her left hand, and

11  brought around her back and her right hand was underneath her,

12  at which time I called for Special Agent Samilo to assist me

13  with cuffing her.

14  Q    Is it fair to say that the struggle lasted just a few

15  seconds, correct?

16  A    Yes, less than a minute.

17  Q    And so you handcuffed her in the back, correct?

18  A    Correct. It is our policy.

19  Q    You seated her?

20  A    Yes.

21  Q    On a chair?

22  A    Yes, initially on the bed, and then moved her to a chair.

23  Q    And you stood near her during the time that you were in

24  the hotel room, correct?

25  A    Yes, not right by her, but within a few feet of her.

1    Q    Did you ask Ms. Marin any questions?

2    A    Yes.

3    Q    What did you ask her?

4    A    I asked her for identification.

5         MR. KAZEMI:  This is beyond the scope of direct.

6         THE COURT:  Now, when did this -- when did this

7    happen that you asked questions?

8         THE WITNESS:  After she -- Your Honor, after she

9    calmed down and she realized, I think, that we were the police

10   and not there to rob her is when I began to ask her who she

11   was. Conducted the interview.

12        THE COURT:  I'll permit it.

13   Q    What else did you ask her?

14   A    I asked her her name, I asked her for identification, I

15   had asked her what the purpose was of her travel here in New

16   York and I asked her who she was here to see.

17   Q    What did she tell you?

18   A    She told us where her passport was.  Confirmed her

19   identity.  She showed us her airlines tickets.  We saw when

20   she left, and she told me why she was here.  She told me she

21   was here to see her cousin.

22        THE COURT: See her?

23        THE WITNESS:  Cousin.

24   Q    Now, did there come a time when Agent Aceves presented

25   her with a Consent to Search Form?

1  A    Yes.

2  Q    And approximately, how many minutes after you entered the

3  room was that form presented to Ms. Marin Moreno?

4  A    I can't say exactly for sure, but maybe 30, 40 minutes

5  after.

6  Q    And had agents begun to search the room?

7  A    Only after she signed the form.

8        I want to clarify.  We did a security sweep of the

9  room when we entered to make sure there was no one else there,

10  but as far as searching her bags, that wasn't conducted until

11  after she signed the form.

12  Q    And during that 30 to 40 minutes you're conversing with

13  Ms. Marin Moreno, correct?

14  A    Yes, I was conversing through Special Agent Aceves and I

15  was also receiving phone calls from agents who were on

16  surveillance. There was a lot going on, but yes.

17  Q    During that entire time period she was handcuffed,

18  correct?

19  A    I would say so, yes.

20  Q    And other agents would periodically come into the room,

21  correct?

22  A    Basically it was the three of us, Special Agent Samilo

23  and myself and Special Agent Aceves who were in the room.

24  Special Agent Sy came in afterwards.  She was uncuffed to sign

25  the form.

1   Q    But then she was cuffed again, correct?

2   A    Correct.

3   Q    And did you at any time tell her that it was in her

4   interest to cooperate with the agents?

5           MR. KAZEMI:  This is all beyond the scope of direct.

6           THE COURT:  Well, I still think it's relevant to get

7   it out.

8           Go ahead.  What's the question?

9   Q    Did you at anytime tell Ms. Marin Moreno that it was in

10  her interest to cooperate?

11  A    I said to her -- I said there was -- you know, we weren't

12  here by mistake, and I said if there's something here that you

13  want to tell us or if there's something here that shouldn't be

14  here it's in your best interest to tell us now while you can

15  before we find it on our own.

16  Q    And you told her that during the 30 or 40 minutes

17  preceding the execution of the consent form, correct?

18  A    I believe so.

19  Q    You recall any other agents telling her that it was in

20  her interest to cooperate?

21  A    I do not recall that.

22  Q    But at no time did she admit that she had any narcotics

23  in her possession, correct?

24  A    Correct.

25           MS. HARRIS:  If I could have one moment, Your Honor?

1          THE COURT:  Yes.

2    Q    I'm sorry.

3          When you entered -- when you entered room 166 you

4    had a weapon, correct?

5    A    I had a weapon, yes.

6    Q    Was it drawn?

7    A    No, it was not drawn.

8    Q    And Agent Samilo, he was somewhat obscure, to the side of

9    door, correct?

10   A    Yes.

11   Q    And did he have his weapon drawn?

12   A    I didn't see it drawn. To my understanding he did have it

13   drawn but I went in first and he came in behind me.

14         MS. HARRIS: Okay. One moment, Your Honor.

15   Q    One last question.

16         The maid who knocked on the door, you had asked her

17   to knock on the door, correct?

18   A    That's correct.

19   Q    And did she speak English?

20   A    I am assuming she did because she understood what I said.

21   Q    And did she -- did you hear her say anything when she

22   knocked on the door?

23   A    I don't recall but I think she said room service or

24   something to that effect.

25         THE COURT:  Okay.

1          MS. HARRIS: Nothing further.

2          THE COURT: Anything further?

3          MR. KAZEMI:  Nothing further.

4          THE COURT:  All right.  You may step down.

5          We'll break. You are going to look into if we can

6   get some more information about this conversation overheard in

7   Colombia?

8          MR. KAZEMI:  Yes.

9          THE COURT:  And are you going to have any evidence

10  you will present tomorrow or not?

11         MS. HARRIS:  I don't believe so, Your Honor.

12         THE COURT: All right.  I will see you back here at

13  -- what did you say, 10:30 tomorrow?

14         MS. HARRIS: Yes, Your Honor.

15         MR. KAZEMI:  Thank you, Your Honor.

16         MS. HARRIS: Your Honor, I would request that the

17  government try to produce for us the transcript which I

18  understand the names may be an issue but --

19         THE COURT:  What transcript?

20         MS. HARRIS: Of the conversation that was listened to

21  in Colombia.

22         THE COURT:  Does anybody have access to that

23  transcript?

24         SPECIAL AGENT ACEVES:  Excuse me.  We will be more

25  than happy to provide that, but that won't be possible by

1   tomorrow.

2        THE COURT:  All right. I will see you back here

3   tomorrow.

4        (Proceedings adjourned as above set forth)

5                *   *   *   *   *   *   *   *

108

```
 1                    INDEX

 2    SALVATORE ACEVES                    6        8

 3    CROSS-EXAMINATION                  46       18

 4    CROSS-EXAMINATION                  73       12

 5    BY MS. HARRIS:

 6    REDIRECT EXAMINATION.              89       13

 7    BY MR. KAZEMI:

 8    E L I Z A B E T H   O ' C O N N O R  91     21

 9    DIRECT EXAMINATION                 91       23

10    BY MR. KAZEMI

11    CROSS-EXAMINATION                  97       20

12    BY MS. HARRIS:

13                   EXHIBITS

14    Government Exhibit 3               20        2

15     Government Exhibit 4 in evidence 22       22

16    Government Exhibit 5              24        13

17    Government Exhibit 6              25         8

18     Government Exhibit 1            38         9

19     7                              42        20

20    2                               44         7

21    8, 9 and 10                     45        19

22    Defense Exhibit A               72         7

23    Defense Exhibit B               75        13

24    Defendant Exhibit C             76         4

25
```

1

## $

**$10,000** [1] - 18:20

## 0

**08-605** [1] - 1:3

## 1

**1** [5] - 29:4, 37:20, 38:10, 62:8, 108:18
**1,200** [1] - 18:17
**10** [9] - 36:2, 44:14, 45:15, 45:19, 58:25, 62:11, 65:1, 68:13, 108:21
**10:00** [4] - 55:13, 55:14, 55:15, 55:17
**10:30** [2] - 73:8, 106:13
**10th** [2] - 57:11, 59:7
**11** [2] - 45:24, 92:6
**11201** [2] - 1:15, 1:20
**12** [1] - 108:4
**1200** [1] - 46:11
**1209** [2] - 46:3, 46:13
**12:00** [2] - 62:18, 62:19
**12:30** [8] - 63:13, 63:22, 64:21, 64:22, 64:23, 73:18, 93:6
**13** [3] - 108:6, 108:16, 108:23
**15** [9] - 36:2, 58:4, 58:18, 59:1, 65:3, 68:13, 73:23, 73:24, 74:11
**15th** [1] - 58:4
**16** [2] - 26:12, 58:4
**166** [57] - 4:23, 18:16, 19:2, 19:22, 22:19, 23:8, 23:24, 24:1, 24:2, 24:4, 24:8, 24:22, 25:3, 25:6, 25:16, 26:18, 26:22, 26:23, 27:1, 27:11, 27:16, 27:19, 28:20, 28:22, 29:11, 29:12, 30:6, 31:16, 31:18, 32:9, 63:16, 64:6, 64:15, 64:18, 67:20, 68:14, 68:16, 68:17, 68:18, 68:23, 72:3, 74:12, 75:3, 75:5, 75:6, 75:19, 75:21, 80:15, 90:13, 90:17, 90:19, 92:16, 92:25, 93:5, 93:19, 100:12, 105:3
**16th** [1] - 57:17
**18** [1] - 108:3
**19** [1] - 108:21
**1:15** [1] - 1:6
**1st** [2] - 57:3, 57:4

## 2

**2** [5] - 29:4, 43:14, 44:7, 108:14, 108:20
**20** [4] - 81:16, 108:11, 108:14, 108:19
**2008** [9] - 1:5, 6:24, 24:5, 26:16, 57:4, 57:12, 57:18, 57:21, 92:8
**21** [1] - 108:8
**22** [2] - 108:15
**225** [1] - 1:19
**23** [1] - 108:9

**24** [1] - 108:16
**25** [3] - 1:5, 81:16, 108:17
**271** [1] - 1:14

## 3

**3** [3] - 20:2, 22:1, 108:14
**30** [3] - 103:4, 103:12, 104:16
**30-day** [1] - 58:6
**31** [4] - 6:24, 24:5, 26:16, 57:21
**31st** [35] - 13:24, 20:13, 20:14, 22:16, 49:12, 49:16, 51:1, 51:3, 51:21, 51:22, 51:23, 52:3, 52:15, 52:19, 53:2, 53:16, 53:21, 53:23, 54:6, 54:17, 55:13, 57:25, 58:5, 58:8, 58:12, 58:14, 58:17, 59:1, 59:5, 61:11, 61:12, 69:15, 90:3, 92:7
**35** [2] - 15:25, 47:13
**3500** [2] - 6:7, 87:21
**38** [1] - 108:18

## 4

**4** [4] - 22:7, 22:23, 108:15, 108:25
**40** [1] - 103:4, 103:12, 104:16
**42** [1] - 108:19
**44** [1] - 108:20
**45** [1] - 108:21
**46** [1] - 108:3
**48** [1] - 5:8

## 5

**5** [8] - 23:17, 24:13, 27:14, 47:13, 65:1, 65:5, 65:17, 108:16
**56.7** [1] - 17:7

## 6

**6** [7] - 24:18, 25:8, 25:14, 47:13, 65:15, 108:2, 108:17
**613-2481** [1] - 1:20
**613-2505** [1] - 1:21

## 7

**7** [6] - 41:16, 42:20, 62:23, 108:19, 108:20, 108:22
**718** [2] - 1:20, 1:21
**72** [1] - 108:22
**73** [1] - 108:4
**75** [1] - 108:23
**76** [1] - 108:25

## 8

**8** [7] - 44:13, 44:16, 45:19, 47:13, 108:2, 108:17, 108:21

**80** [2] - 46:5, 46:7
**89** [1] - 108:6

## 9

**9** [5] - 44:13, 45:7, 45:19, 108:18, 108:21
**91** [2] - 108:8, 108:9
**93.5** [1] - 46:3
**97** [1] - 108:11

## A

**A-M-E-N-A-Z-A-D-A** [1] - 83:17
**a.m** [4] - 55:13, 55:14, 55:15, 55:17
**able** [4] - 42:10, 59:13, 72:1, 84:13
**accepted** [1] - 7:24
**access** [2] - 14:21, 106:22
**accomplish** [1] - 32:12
**accurate** [4] - 20:12, 43:20, 72:2, 75:5
**Aceves** [29] - 2:6, 3:8, 6:5, 6:13, 9:16, 9:19, 10:1, 10:8, 10:20, 13:5, 15:22, 20:1, 22:6, 23:16, 24:17, 26:12, 44:12, 45:23, 89:15, 92:14, 92:23, 93:11, 93:14, 99:4, 100:2, 100:24, 102:24, 103:14, 103:23
**ACEVES** [3] - 6:8, 106:24, 108:2
**acquired** [1] - 53:5
**act** [1] - 69:25
**actual** [1] - 5:20
**add** [3] - 3:25, 83:22, 83:24
**additional** [4] - 11:8, 21:23, 47:11, 61:10
**adequate** [1] - 3:10
**adequately** [1] - 4:9
**adjourned** [1] - 107:4
**Administration** [3] - 6:17, 7:19, 92:2
**administration** [1] - 6:18
**admit** [5] - 22:1, 22:22, 38:9, 45:19, 104:22
**admitted** [2] - 42:20, 93:24
**advantage** [1] - 70:17
**adversary** [1] - 3:3
**advice** [3] - 83:24, 84:1, 84:4
**advise** [1] - 84:17
**affidavit** [9] - 2:15, 3:4, 3:12, 4:14, 4:20, 14:18, 14:22, 15:11, 15:13
**afternoon** [10] - 2:11, 6:15, 11:14, 13:3, 13:5, 46:20, 89:15, 89:16, 91:25, 98:16
**afterwards** [1] - 103:24
**age** [2] - 68:9, 94:22
**aged** [1] - 99:15
**agency** [1] - 50:11
**agent** [25] - 6:22, 7:18, 7:20, 7:23, 7:25, 9:2, 9:22, 19:17, 31:12, 35:2, 46:24, 47:16, 48:2, 48:11, 51:10, 61:20, 64:20, 82:11, 84:4, 92:4, 92:5, 93:13, 94:17
**Agent** [133] - 2:6, 3:8, 6:4, 6:13, 6:21,

7:14, 8:3, 8:11, 9:16, 9:19, 9:20, 10:1, 10:8, 10:20, 12:7, 12:8, 13:5, 13:9, 13:23, 14:7, 14:24, 15:22, 16:7, 17:20, 18:5, 18:8, 18:13, 20:1, 22:6, 23:16, 24:17, 26:12, 30:10, 30:11, 32:10, 32:20, 32:21, 32:23, 32:24, 33:13, 33:14, 33:15, 33:16, 33:17, 33:18, 33:19, 33:23, 35:1, 35:4, 35:7, 38:15, 40:17, 44:12, 45:23, 46:20, 49:10, 52:21, 54:11, 54:16, 54:22, 55:1, 55:7, 55:9, 55:23, 55:24, 56:4, 56:10, 58:10, 59:12, 61:3, 61:8, 61:13, 63:5, 68:6, 68:9, 68:25, 69:1, 69:3, 70:14, 70:16, 70:20, 70:25, 71:4, 71:6, 76:6, 76:7, 78:24, 79:9, 79:18, 80:11, 80:22, 81:2, 81:19, 81:21, 81:22, 81:23, 81:24, 81:25, 82:2, 82:4, 83:4, 84:13, 85:10, 89:15, 90:3, 90:14, 91:11, 91:17, 91:25, 92:14, 92:23, 93:11, 97:8, 99:4, 99:8, 99:24, 100:2, 100:18, 100:24, 101:12, 102:24, 103:14, 103:22, 103:23, 104:23, 105:8
   **AGENT** [1] - 106:24
   **Agents** [2] - 27:4, 70:12
   **agents** [48] - 11:3, 11:21, 26:25, 27:3, 27:8, 30:16, 34:23, 34:25, 38:25, 49:1, 62:20, 62:22, 62:24, 63:6, 63:8, 63:11, 63:21, 64:12, 64:17, 64:19, 67:18, 71:11, 73:16, 73:19, 77:18, 78:10, 78:16, 78:20, 79:20, 79:25, 80:3, 82:8, 82:9, 82:19, 82:21, 82:25, 83:20, 84:1, 84:11, 99:2, 101:7, 103:6, 103:15, 103:20, 104:4, 104:19
   **ago** [2] - 52:6, 57:24
   **agree** [2] - 32:16, 36:6
   **agreed** [3] - 36:5, 36:7, 36:13
   **ahead** [8] - 3:20, 4:24, 5:3, 6:3, 13:6, 15:20, 16:15, 18:10, 20:8, 26:11, 31:14, 33:10, 48:19, 50:19, 51:19, 53:10, 73:11, 78:6, 80:16, 81:19, 86:7, 86:15, 88:15, 98:14, 104:8
   **airlines** [1] - 102:19
   **airplane** [2] - 62:1, 62:2
   **Airport** [2] - 16:20, 57:10
   **airport** [1] - 62:5
   **Alexander** [1] - 16:20
   **ALI** [1] - 1:13
   **Ali** [1] - 2:5
   **allegedly** [1] - 61:17
   **allow** [2] - 38:6, 87:11
   **allowed** [1] - 17:24
   **alls** [1] - 28:18
   **Alls** [1] - 66:19
   **Almost** [1] - 84:12
   **almost** [7] - 14:1, 28:6, 46:6, 65:10, 69:24, 78:3, 78:4
   **altercation** [1] - 97:4
   **Amenazada** [1] - 83:17
   **AMERICA** [1] - 1:3
   **amount** [4] - 11:23, 36:1, 45:13, 60:7
   **amounts** [1] - 13:17

   **amplify** [1] - 3:11
   **ands** [1] - 9:9
   **angle** [2] - 22:13, 23:25
   **announce** [2] - 97:22, 97:23
   **answer** [2] - 11:18, 14:17
   **answered** [2] - 87:6, 87:9
   **anytime** [2] - 62:7, 104:9
   **apologize** [3] - 2:6, 40:11, 95:21
   **APPEARANCES** [1] - 1:11
   **appeared** [2] - 41:4, 42:4
   **appearing** [1] - 2:4
   **application** [3] - 2:13, 2:14, 2:17
   **applies** [1] - 59:20
   **approach** [11] - 11:18, 19:24, 22:8, 23:14, 31:16, 31:18, 31:20, 32:9, 37:17, 41:18, 100:16
   **approached** [7] - 29:11, 29:12, 68:23, 68:25, 69:1, 80:22, 90:12
   **approaching** [2] - 32:24, 99:24
   **approximate** [1] - 31:3
   **April** [2] - 58:9, 59:9
   **archway** [5] - 19:10, 23:13, 28:1, 28:2, 28:4
   **area** [2] - 25:19, 26:1
   **areas** [1] - 74:2
   **armed** [4] - 61:15, 61:22, 70:18, 89:18
   **arranged** [1] - 74:11
   **arrest** [11] - 3:1, 4:2, 4:8, 42:13, 51:1, 56:24, 57:6, 57:14, 88:2, 90:16, 91:4
   **arrested** [2] - 17:11, 91:2
   **arrival** [1] - 36:9
   **arrive** [6] - 18:18, 18:19, 27:20, 63:2, 63:3, 63:5
   **arrived** [25] - 35:14, 62:6, 62:9, 62:13, 62:17, 62:18, 62:20, 62:24, 63:6, 63:8, 63:9, 63:15, 63:17, 63:18, 63:19, 63:21, 64:23, 73:16, 73:19, 73:20, 90:17, 90:19, 94:6, 96:18
   **arriving** [2] - 63:21, 73:19
   **aside** [1] - 47:2
   **assigned** [4] - 6:25, 49:18, 49:21, 49:22, 92:8
   **assist** [5] - 33:19, 82:3, 82:11, 82:16, 92:15, 101:12
   **assistance** [1] - 97:7
   **Assistant** [1] - 1:14
   **assume** [6] - 5:23, 7:24, 50:10, 69:15, 78:12, 78:17
   **assuming** [1] - 105:20
   **attempt** [2] - 34:9, 91:10
   **attempted** [4] - 33:14, 95:24, 96:2, 101:1
   **attention** [6] - 6:24, 68:11, 78:21, 79:2, 88:10, 92:7
   **Attorney** [2] - 1:12, 1:14
   **attracted** [1] - 78:21
   **authorities** [3] - 15:8, 49:18, 49:25
   **available** [3] - 13:4, 73:7, 73:9
   **average** [1] - 67:24
   **aware** [5] - 26:23, 30:12, 53:5, 54:6, 57:20

   **awhile** [1] - 35:18
   **awning** [5] - 65:10, 65:11, 67:1, 67:2, 67:4

## B

   **background** [1] - 53:8
   **badge** [4] - 77:12, 95:23, 96:11, 98:5
   **bag** [13] - 29:8, 41:1, 43:5, 85:11, 85:12, 85:13, 85:14, 85:16, 85:17, 85:19, 85:20, 96:14
   **baggage** [1] - 38:6
   **bags** [10] - 29:5, 29:6, 30:1, 30:3, 36:12, 40:13, 40:17, 69:18, 103:10
   **based** [4] - 4:3, 10:4, 10:7, 18:3
   **basic** [1] - 35:8
   **basing** [1] - 90:13
   **basis** [4] - 14:18, 15:19, 17:13, 86:9
   **bathroom** [2] - 71:19, 71:20
   **became** [1] - 30:12
   **bed** [9] - 40:23, 71:21, 75:3, 75:4, 76:23, 76:25, 85:11, 85:12, 101:22
   **BEFORE** [1] - 1:9
   **beforehand** [1] - 18:21
   **beg** [1] - 3:11
   **began** [3] - 39:10, 76:20, 102:10
   **beginning** [3] - 19:21, 57:22, 87:4
   **begun** [4] - 51:13, 51:14, 51:15, 103:6
   **behalf** [2] - 18:22, 18:24
   **behind** [12] - 29:25, 33:16, 66:5, 69:3, 69:5, 69:6, 71:6, 81:3, 81:21, 81:22, 99:25, 105:13
   **belongings** [9] - 39:3, 39:10, 39:18, 42:14, 42:16, 42:24, 43:8, 43:21, 82:22
   **belt** [1] - 98:6
   **benefit** [1] - 21:12
   **BENTON** [1] - 1:12
   **best** [2] - 99:17, 104:14
   **better** [10] - 9:10, 9:11, 10:12, 10:17, 11:15, 16:13, 21:3, 21:8, 48:17, 75:17
   **Between** [2] - 50:22, 51:3
   **between** [10] - 50:24, 55:9, 56:11, 56:12, 62:7, 68:6, 74:15, 76:18, 87:13, 97:5
   **Beyond** [1] - 66:1
   **beyond** [9] - 16:14, 24:23, 25:7, 25:17, 66:3, 86:4, 86:13, 102:5, 104:5
   **big** [1] - 98:23
   **bit** [2] - 41:6, 60:3
   **black** [3] - 39:13, 79:15, 85:16
   **block** [1] - 96:3
   **Blue** [1] - 79:13
   **blue** [2] - 77:8, 79:15
   **blue-jeans** [1] - 77:8
   **blurred** [2] - 75:20, 75:21
   **body** [1] - 45:17
   **Bogota** [6] - 9:4, 10:7, 13:24, 49:22, 50:3, 50:15
   **bottle** [1] - 45:9
   **bottom** [3] - 42:3, 44:23, 45:3

**Boulevard** [10] - 19:9, 23:11, 27:9, 28:8, 28:13, 28:16, 62:15, 64:17, 66:18, 67:16
**bread** [1] - 69:21
**break** [1] - 106:5
**breezeway** [4] - 66:15, 67:14, 70:8, 70:9
**brick** [2] - 19:13, 20:11
**brief** [1] - 72:14
**briefing** [2] - 49:13, 53:12
**briefly** [2] - 89:12, 91:18
**bring** [3] - 10:22, 82:11, 82:15
**bringing** [1] - 58:13
**broke** [1] - 75:1
**Brooklyn** [3] - 1:4, 1:15, 1:20
**brought** [2] - 42:16, 101:11
**brown** [1] - 39:14
**Buenaventura** [2] - 17:8, 59:23
**building** [3] - 21:19, 28:10, 65:6
**bulk** [1] - 59:12
**bullet** [8] - 77:9, 78:7, 78:10, 79:5, 79:10, 79:20, 96:5, 99:13
**Burton** [1] - 1:19
**bus** [4] - 17:9, 87:12, 87:15
**buses** [1] - 87:13
**buys** [1] - 29:7
**BY** [18] - 6:12, 9:15, 13:8, 15:21, 16:16, 18:11, 22:5, 46:19, 53:11, 73:13, 89:14, 91:24, 97:21, 98:15, 108:5, 108:7, 108:10, 108:12

## C

**C-1** [1] - 50:14
**Cadman** [2] - 1:14, 1:19
**Cali** [5] - 13:16, 15:25, 16:19, 52:22, 57:9
**calm** [4] - 76:21, 96:23, 98:4
**Calm** [1] - 98:4
**calmed** [5] - 35:20, 76:15, 76:16, 76:17, 102:9
**camouflage** [1] - 39:13
**CAMPBELL** [1] - 1:12
**cannister** [11] - 40:17, 40:18, 40:21, 40:25, 41:2, 42:3, 44:20, 44:24, 45:18
**cannisters** [12] - 41:5, 41:23, 41:25, 42:4, 42:9, 42:10, 42:11, 44:1, 44:18, 44:23, 45:10, 45:18
**cannot** [1] - 18:6
**capri** [2] - 98:23, 98:24
**car** [6] - 17:2, 56:24, 59:15, 63:4, 80:9, 98:20
**career** [1] - 98:8
**Carmen** [1] - 2:3
**carry** [1] - 61:21
**carrying** [3] - 29:3, 29:4, 46:9
**cars** [2] - 28:7, 28:9
**cart** [3] - 24:24, 25:7, 25:17
**case** [25] - 2:1, 7:3, 17:23, 17:25, 18:14, 39:13, 47:2, 47:7, 47:18, 47:20,

48:22, 49:11, 49:17, 49:20, 49:22, 49:24, 50:2, 50:3, 50:4, 50:16, 57:8, 57:14, 93:17
**cases** [2] - 17:25, 50:17
**CAT** [1] - 1:24
**cell** [7] - 29:20, 39:20, 39:22, 40:1, 54:2, 54:3, 86:9
**cell-phones** [1] - 54:3
**cellular** [3] - 85:22, 85:24, 86:14
**center** [1] - 70:15
**certainly** [4] - 4:9, 86:13, 86:15, 89:4
**certainty** [3] - 68:2, 75:6, 75:23
**cetera** [1] - 14:6
**chain** [2] - 96:19, 98:12
**chair** [3] - 76:25, 101:21, 101:22
**chambermaid** [3] - 94:21, 94:23, 99:15
**chambermaids** [1] - 94:19
**CHARLES** [1] - 1:9
**check** [2] - 58:10, 86:2
**chest** [1] - 79:11
**choke** [1] - 98:13
**chunk** [1] - 44:21
**circumstances** [5] - 3:7, 3:19, 5:2, 14:15, 14:20
**cities** [1] - 87:14
**City** [3] - 7:21, 7:22, 13:20
**city** [1] - 86:15
**clarify** [1] - 103:8
**clasped** [1] - 101:9
**cleaning** [17] - 24:24, 25:7, 25:17, 32:11, 32:12, 32:16, 32:21, 32:23, 33:3, 33:5, 33:11, 33:12, 68:6, 69:1, 69:7, 69:10, 78:25
**clear** [1] - 75:17
**clearer** [1] - 23:10
**client** [2] - 4:13, 89:3
**client's** [1] - 4:19
**close** [7] - 33:14, 68:11, 70:22, 91:10, 95:24, 96:2, 101:1
**closed** [1] - 29:24
**closely** [2] - 8:4, 41:3
**closet** [1] - 71:21
**closing** [1] - 96:3
**clothes** [2] - 80:1, 98:10
**clothing** [5] - 29:1, 40:19, 78:16, 85:18, 85:19
**CNP** [2] - 8:5, 8:12
**cocaine** [7] - 10:3, 10:9, 13:17, 15:25, 16:8, 17:8, 52:23
**code** [1] - 18:25
**cold** [1] - 69:15
**Colombia** [30] - 8:4, 8:6, 9:4, 9:8, 9:13, 9:20, 11:22, 12:2, 12:9, 13:16, 13:22, 14:23, 15:3, 15:14, 15:22, 15:25, 17:8, 17:21, 46:21, 47:24, 48:3, 49:1, 51:10, 51:14, 52:22, 52:23, 59:24, 106:7, 106:21
**Colombian** [14] - 8:4, 8:13, 9:22, 14:23, 15:3, 15:6, 15:7, 15:8, 15:18, 16:5, 46:8, 49:18, 49:25, 50:4
**color** [4] - 44:20, 79:12, 95:11, 95:12

**Color** [1] - 99:20
**colored** [1] - 44:20
**comfortable** [2] - 98:11, 98:12
**coming** [9] - 8:22, 13:25, 35:13, 55:3, 61:25, 62:2, 62:3, 74:6, 81:2
**commands** [2] - 96:23, 96:24
**communicating** [1] - 11:21
**communication** [2] - 9:20, 30:18
**communications** [1] - 7:23
**compartment** [3] - 17:9, 87:11, 87:15
**complete** [1] - 55:8
**completely** [1] - 96:4
**concealed** [4] - 16:1, 17:8, 40:18, 44:22
**conceding** [1] - 40:5
**concerned** [1] - 98:1
**Concerning** [3] - 84:3, 84:5, 84:6
**concerning** [5] - 49:10, 51:11, 53:17, 61:6, 84:1
**conclusions** [1] - 3:4
**conclusory** [1] - 3:4
**conduct** [4] - 33:21, 35:22, 91:3, 91:5
**conducted** [2] - 48:25, 103:10
**Conducted** [1] - 102:11
**conducting** [4] - 27:7, 30:13, 30:15, 80:9
**cone** [13] - 21:9, 22:14, 22:17, 23:3, 23:5, 23:10, 23:23, 24:2, 24:8, 100:20, 100:22, 100:25
**confirm** [5] - 26:12, 37:5, 63:15, 63:24, 64:2
**confirmed** [1] - 39:17
**Confirmed** [1] - 102:18
**confused** [2] - 57:24, 67:3
**conjunction** [2] - 15:9, 16:6
**connect** [1] - 50:16
**connection** [9] - 7:5, 7:12, 7:16, 8:5, 15:23, 16:17, 49:10, 49:11, 56:23
**Consent** [1] - 102:25
**consent** [14] - 35:25, 36:4, 36:19, 37:14, 37:24, 39:1, 39:2, 83:9, 83:20, 84:1, 84:3, 85:2, 85:5, 104:17
**consented** [2] - 36:13, 36:14
**consider** [6] - 3:16, 10:22, 11:1, 20:17, 22:3, 24:15
**considered** [1] - 46:5
**constant** [1] - 74:6
**constantly** [1] - 82:16
**Cont'd** [1] - 100:17
**contact** [11] - 12:4, 12:8, 14:24, 18:21, 49:5, 49:12, 56:11, 56:13, 77:19, 77:21, 95:15
**contain** [1] - 50:11
**containing** [2] - 69:20, 88:1
**contains** [1] - 88:12
**contend** [1] - 38:13
**contents** [1] - 60:20
**context** [1] - 56:15
**Continue** [1] - 49:7
**continue** [1] - 13:2
**continued** [3] - 40:23, 40:25, 71:13

**Continued** [1] - 72:16
**continues** [1] - 66:2
**continuous** [1] - 70:2
**control** [1] - 71:13
**conversation** [7] - 11:6, 35:5, 56:11, 56:12, 56:16, 106:6, 106:20
**conversations** [1] - 61:6
**conversing** [2] - 103:12, 103:14
**conveyed** [1] - 55:7
**convictions** [1] - 3:1
**cooperate** [4] - 84:18, 104:4, 104:10, 104:20
**copy** [2] - 20:21, 20:22
**Correct** [39] - 23:13, 28:17, 29:9, 30:14, 47:22, 47:25, 51:18, 52:8, 55:20, 56:8, 59:4, 59:22, 60:2, 61:4, 61:16, 61:19, 67:17, 67:19, 69:19, 69:22, 69:24, 70:24, 71:2, 72:6, 76:14, 78:9, 79:16, 80:2, 81:11, 81:20, 82:6, 83:3, 83:11, 86:1, 99:11, 100:11, 101:18, 104:2, 104:24
**correct** [134] - 15:5, 15:7, 46:22, 46:25, 47:5, 47:11, 47:18, 47:21, 47:24, 51:22, 52:4, 52:7, 52:9, 53:13, 53:18, 53:22, 53:25, 54:3, 54:7, 54:11, 55:19, 55:25, 56:7, 56:16, 56:19, 56:25, 57:14, 57:16, 58:1, 58:20, 58:23, 59:2, 59:18, 59:21, 60:1, 60:3, 60:5, 60:7, 60:9, 60:12, 60:18, 60:25, 61:3, 61:7, 61:10, 61:15, 61:18, 61:21, 62:18, 62:20, 62:22, 62:25, 64:5, 64:21, 65:1, 65:8, 65:13, 65:18, 65:20, 65:25, 66:15, 66:22, 67:12, 67:16, 67:18, 68:14, 68:17, 68:24, 69:12, 69:18, 69:21, 69:23, 70:7, 70:13, 70:18, 70:20, 70:23, 71:1, 71:3, 71:6, 71:8, 72:5, 73:17, 74:13, 75:3, 76:7, 76:10, 76:13, 76:15, 76:23, 78:8, 79:20, 80:1, 80:21, 81:9, 81:10, 81:13, 81:17, 81:19, 82:5, 83:2, 83:4, 83:10, 83:13, 83:17, 83:24, 84:2, 84:22, 85:6, 85:23, 85:25, 86:16, 86:18, 86:20, 87:24, 88:2, 88:13, 88:19, 100:10, 101:2, 101:7, 101:15, 101:17, 101:24, 103:13, 103:18, 103:21, 104:1, 104:17, 104:23, 105:4, 105:9, 105:17, 105:18
**correctly** [1] - 83:15
**corridor** [19] - 21:16, 24:22, 25:16, 25:20, 25:21, 25:23, 26:9, 31:11, 31:12, 64:20, 65:19, 65:20, 65:21, 65:22, 65:25, 66:2, 66:12, 74:2, 74:9
**couch** [1] - 71:22
**Counsel** [1] - 89:1
**counsel** [4] - 9:17, 73:6, 91:12, 95:20
**countries** [2] - 8:25, 13:18
**country** [2] - 11:2, 38:19
**couple** [2] - 5:8, 37:3
**courier** [8] - 14:3, 18:5, 31:22, 54:20, 61:18, 61:22, 62:2, 89:24
**couriers** [2] - 61:20, 61:24
**Couriers** [1] - 61:22, 61:25
**course** [2] - 47:3, 47:10

**court** [3] - 2:1, 4:2, 88:7
**COURT** [1] - 1:1
**Court** [2] - 1:19, 73:1
**court-case** [1] - 2:1
**courtesy** [1] - 20:22
**Courthouse** [1] - 1:4
**courtroom** [1] - 3:11
**cousin** [1] - 102:21
**Cousin** [1] - 102:23
**covering** [1] - 67:2
**Cr** [1] - 1:3
**create** [3] - 43:18, 43:23, 73:21
**CROSS** [2] - 46:18, 73:12, 97:20, 108:3, 108:4, 108:11
**cross** [2] - 46:16, 49:3
**cross-examination** [1] - 46:16
**CROSS-EXAMINATION** [6] - 46:18, 73:12, 97:20, 108:3, 108:4, 108:11
**crossed** [1] - 49:3
**cuff** [1] - 83:7
**cuffed** [4] - 76:9, 76:11, 77:3, 77:4, 97:6, 104:1
**cuffing** [1] - 101:13
**cushions** [1] - 71:22
**Customs** [1] - 36:10
**cylinders** [2] - 85:8, 85:17

**D**

**damage** [1] - 42:7
**dangerous** [2] - 43:7, 69:11
**dangers** [1] - 71:15
**dark** [5] - 67:24, 68:7, 68:8, 68:20, 79:15
**date** [4] - 5:10, 51:1, 51:25, 87:19
**dated** [1] - 5:3
**David** [3] - 27:4, 31:19, 92:23
**days** [4] - 58:4, 58:17, 59:1, 59:5
**DEA** [21] - 6:18, 6:20, 6:22, 9:2, 15:9, 16:6, 34:7, 36:17, 37:24, 42:24, 44:2, 48:2, 49:19, 50:3, 51:10, 61:20, 76:12, 76:18, 76:21, 77:12, 92:5
**DEA's** [1] - 8:6
**deal** [1] - 25:12
**dealing** [1] - 40:8
**decide** [2] - 31:20, 32:9
**decided** [4] - 31:16, 31:18, 31:24, 32:10
**deciding** [1] - 3:16
**decision** [1] - 3:23
**deep** [1] - 40:18
**defendant** [75] - 7:3, 10:7, 10:14, 13:14, 18:13, 29:11, 29:12, 30:24, 31:1, 32:15, 33:12, 33:13, 33:19, 33:24, 34:1, 34:5, 34:9, 34:10, 34:12, 34:14, 34:17, 34:23, 34:25, 35:5, 35:12, 35:18, 35:21, 35:24, 36:19, 36:24, 37:2, 37:4, 37:9, 37:14, 38:1, 38:15, 38:25, 39:4, 39:17, 39:22, 39:25, 41:9, 41:11, 42:12, 46:9, 46:11, 48:3, 48:25, 51:11, 56:14, 58:15,

62:5, 63:23, 70:15, 71:12, 74:23, 76:20, 82:13, 88:8, 89:18, 90:16, 91:2, 92:11, 93:16, 93:19, 94:14, 95:15, 96:1, 96:2, 96:23, 96:25, 97:5, 97:9, 98:1
**Defendant** [5] - 1:6, 1:16, 70:15, 76:4, 108:25
**defendant's** [18] - 17:18, 18:8, 36:3, 36:12, 40:13, 40:19, 41:24, 42:1, 42:5, 42:14, 42:16, 43:17, 43:20, 44:1, 46:2, 51:1, 91:3, 91:10
**Defendant's** [2] - 75:2, 75:15
**defendants** [1] - 97:14
**Defenders** [1] - 2:10
**defense** [1] - 3:21
**Defense** [8] - 71:25, 72:7, 72:13, 75:9, 75:13, 75:24, 108:22, 108:23
**deficiencies** [1] - 3:17
**deficiency** [1] - 4:3
**definitely** [2] - 50:23, 51:4
**degree** [1] - 58:22
**deli** [2] - 29:5, 69:17
**demeanor** [1] - 35:19
**denied** [1] - 2:17
**deny** [1] - 3:5
**depicted** [1] - 27:14
**depiction** [1] - 20:12
**describe** [8] - 13:12, 19:7, 35:19, 43:2, 64:16, 67:22, 94:21, 98:21
**described** [4] - 53:12, 53:14, 93:2, 99:15
**description** [7] - 27:24, 60:9, 72:2, 75:5, 80:19, 98:18, 99:18
**detail** [3] - 56:2, 85:8, 87:13
**detailed** [6] - 60:3, 60:11, 60:14, 60:15, 87:5, 87:7
**details** [1] - 87:10
**difference** [1] - 11:9
**different** [9] - 17:22, 17:23, 47:20, 50:10, 50:13, 52:9, 56:9, 58:20
**difficult** [2] - 60:17, 87:15
**difficulty** [1] - 15:17
**dipping** [1] - 18:1
**DIRECT** [3] - 6:11, 91:23, 108:9
**direct** [8] - 9:20, 54:10, 56:22, 74:10, 81:5, 86:5, 102:5, 104:5
**directed** [2] - 4:6, 84:12
**Directing** [2] - 6:24, 92:7
**direction** [2] - 28:20, 81:14
**directly** [4] - 24:8, 68:17, 69:3, 84:11
**Directly** [1] - 81:21
**disclosure** [2] - 11:7, 11:8
**discovered** [12] - 30:8, 30:23, 31:2, 31:16, 40:17, 47:5, 74:2, 74:9, 74:11, 74:14, 74:16, 74:20
**discovering** [1] - 94:15
**discovery** [2] - 89:1, 89:7
**discuss** [1] - 35:12
**discussed** [2] - 56:22, 65:16
**displayed** [2] - 77:13, 77:14
**distance** [2] - 81:7, 81:8
**distinguished** [1] - 76:17

**DISTRICT** [3] - 1:1, 1:1, 1:9
**Division** [4] - 7:1, 42:17, 49:21, 92:9
**document** [12] - 20:3, 20:16, 22:10, 23:18, 23:20, 36:24, 37:1, 37:21, 37:23, 43:14, 43:16, 45:25
**done** [3] - 3:2, 10:11, 53:8
**door** [115] - 23:7, 23:9, 25:3, 25:5, 25:6, 25:7, 25:16, 25:20, 25:24, 26:7, 26:12, 26:13, 26:16, 26:18, 26:19, 26:23, 27:16, 29:14, 29:25, 30:6, 30:9, 30:15, 30:21, 30:23, 31:2, 31:5, 31:7, 31:15, 31:22, 31:23, 31:25, 32:2, 32:7, 32:8, 32:11, 32:13, 32:16, 32:18, 32:22, 32:23, 32:24, 32:25, 33:2, 33:4, 33:11, 33:15, 65:8, 65:9, 65:11, 65:13, 65:22, 66:1, 66:6, 66:7, 66:11, 66:18, 66:21, 67:4, 67:5, 67:9, 67:10, 67:13, 67:15, 67:20, 68:19, 68:25, 69:2, 70:22, 70:25, 71:21, 72:5, 74:11, 74:12, 74:14, 74:15, 74:16, 74:20, 80:20, 80:23, 80:24, 80:25, 81:1, 81:13, 81:15, 81:23, 81:24, 81:25, 82:3, 91:10, 94:20, 94:24, 94:25, 95:14, 95:15, 95:17, 95:25, 96:2, 96:3, 96:22, 97:25, 99:24, 100:18, 101:1, 101:5, 105:9, 105:16, 105:17, 105:22
**doors** [9] - 24:25, 25:3, 26:2, 26:3, 31:11, 65:24, 67:11, 72:2, 81:12
**doorway** [6] - 65:16, 94:13, 94:14, 94:16, 94:17, 100:20
**double** [1] - 18:1
**down** [19] - 16:13, 19:14, 21:17, 31:10, 35:5, 35:20, 48:7, 65:19, 66:2, 70:8, 76:15, 76:16, 76:17, 76:21, 91:15, 98:4, 102:9, 106:4
**draw** [2] - 79:2, 88:10
**drawn** [10] - 64:11, 71:4, 71:9, 71:14, 97:2, 105:6, 105:7, 105:11, 105:12, 105:13
**dress** [2] - 95:11, 95:12
**dressed** [4] - 28:25, 77:6, 95:7, 95:10
**drew** [2] - 71:3, 71:8
**drive** [2] - 19:11, 27:20
**driveway** [4] - 28:13, 65:6, 65:9, 67:12
**driving** [1] - 98:20
**dropped** [5] - 28:3, 28:18, 52:7, 58:22, 95:16
**drove** [1] - 64:8
**Drug** [3] - 6:17, 7:18, 92:2
**drug** [8] - 13:16, 32:7, 43:11, 47:23, 53:17, 54:4, 58:20, 61:18
**drugs** [7] - 43:7, 56:24, 57:20, 59:14, 60:7, 60:25, 62:16
**duly** [2] - 6:9, 91:21
**During** [2] - 39:20, 103:17
**during** [8] - 32:5, 54:10, 55:21, 69:9, 77:6, 101:23, 103:12, 104:16

---

### E

**ear** [1] - 29:20
**East** [2] - 1:14, 1:19

---

**EASTERN** [1] - 1:1
**easy** [1] - 70:17
**edge** [1] - 76:25
**effect** [3] - 30:21, 95:6, 105:24
**efforts** [1] - 64:2
**either** [2] - 11:14, 18:18
**El** [2] - 18:22, 18:24
**Elizabeth** [8] - 27:4, 31:19, 32:10, 38:1, 63:7, 78:25, 79:9, 80:5
**employed** [2] - 6:16, 92:1
**end** [18] - 5:11, 5:18, 5:19, 5:21, 5:23, 19:14, 19:15, 24:23, 25:16, 25:20, 25:21, 25:24, 48:24, 49:4, 49:15, 65:22, 67:11, 82:22
**enforcement** [2] - 15:8, 89:4
**Enforcement** [3] - 6:17, 7:19, 92:2
**English** [6] - 34:12, 34:15, 34:16, 36:23, 77:23, 105:19
**enroute** [1] - 80:22
**ensure** [1] - 77:22
**enter** [9] - 27:18, 33:15, 33:16, 66:7, 67:5, 71:12, 82:11, 93:4
**entered** [29] - 27:16, 29:12, 29:18, 30:24, 31:23, 32:6, 33:16, 33:18, 69:6, 69:7, 70:14, 71:6, 71:11, 76:7, 76:9, 76:11, 77:16, 77:20, 81:22, 89:17, 91:7, 91:8, 92:24, 93:9, 93:19, 103:2, 103:9, 105:3
**entering** [5] - 27:11, 69:4, 69:5, 77:18
**entire** [5] - 13:4, 70:4, 83:5, 83:8, 103:17
**entirely** [1] - 17:24
**entitled** [4] - 3:18, 10:25, 89:5
**entrance** [5] - 28:5, 28:6, 28:15, 68:13
**entry** [1] - 91:18
**ESQ** [1] - 1:16
**essential** [1] - 5:1
**essentially** [2] - 24:4, 38:21
**Essentially** [1] - 4:18
**establish** [8] - 19:1, 19:4, 19:17, 19:20, 26:25, 92:18, 93:12, 94:7
**established** [5] - 26:22, 92:20, 92:22, 93:20, 94:8
**establishing** [2] - 90:1, 92:16
**et** [1] - 14:6
**evening** [1] - 73:6
**events** [1] - 84:6
**eventually** [3] - 34:1, 76:11, 94:9
**Eventually** [2] - 74:2, 101:7
**evidence** [16] - 2:13, 22:2, 22:23, 24:14, 25:9, 38:10, 42:20, 44:8, 45:20, 47:4, 47:11, 75:13, 76:5, 93:25, 106:9, 108:15
**exact** [8] - 17:17, 31:3, 36:1, 60:5, 60:7, 62:23, 63:10, 87:19
**exactly** [13] - 29:1, 51:2, 51:25, 64:14, 64:22, 73:25, 74:5, 76:24, 79:21, 83:12, 83:14, 84:10, 103:4
**EXAMINATION** [11] - 6:11, 46:18, 73:12, 89:13, 91:23, 97:20, 108:3, 108:4, 108:6, 108:9, 108:11

---

**examination** [2] - 44:4, 46:16
**examined** [1] - 6:10
**examining** [1] - 41:3
**example** [5] - 14:2, 50:14, 50:16, 54:19, 79:5
**examples** [1] - 10:8
**exception** [1] - 42:3
**Excuse** [5] - 19:23, 48:1, 77:5, 96:10, 106:24
**excuse** [1] - 46:24
**executed** [1] - 85:1
**execution** [1] - 104:17
**exhibit** [4] - 26:5, 26:6, 44:18, 81:6
**Exhibit** [44] - 20:2, 22:1, 22:7, 22:23, 23:17, 24:13, 24:18, 25:8, 25:14, 27:14, 37:20, 38:10, 41:16, 43:14, 44:7, 44:16, 45:7, 45:15, 45:24, 65:5, 65:15, 65:17, 71:25, 72:8, 72:13, 75:2, 75:9, 75:13, 75:15, 75:25, 76:4, 81:4, 87:21, 93:25, 100:6, 108:14, 108:15, 108:16, 108:17, 108:18, 108:22, 108:23, 108:25
**EXHIBITS** [1] - 108:13
**exhibits** [2] - 43:9, 100:6
**Exhibits** [1] - 44:13
**exist** [1] - 67:15
**exit** [4] - 25:23, 66:4, 66:5, 68:19
**exited** [1] - 32:6
**exiting** [1] - 72:5
**experience** [1] - 61:20
**expert** [2] - 5:4, 5:25
**explain** [1] - 37:7
**explosives** [1] - 43:11
**extent** [1] - 89:3
**exterior** [12] - 26:14, 26:18, 32:8, 32:25, 33:2, 33:4, 67:20, 74:12, 75:19, 94:14, 94:20, 100:9
**extremely** [4] - 46:4, 46:5, 87:15
**eye** [2] - 30:15, 95:15
**eyes** [2] - 28:22, 68:15

---

### F

**face** [2] - 95:17
**facing** [4] - 19:22, 22:18, 64:18, 67:15
**Facing** [2] - 22:19, 22:20
**fact** [11] - 5:1, 5:20, 32:18, 33:3, 35:4, 37:14, 61:17, 67:23, 75:23, 86:14, 94:25
**facts** [2] - 4:19, 7:8
**fair** [11] - 53:24, 58:22, 60:3, 72:2, 74:17, 75:5, 81:16, 85:8, 101:14
**Fair** [1] - 60:11
**fairly** [1] - 65:20
**far** [7] - 48:24, 53:4, 58:11, 61:5, 65:22, 89:6, 103:10
**Fax** [1] - 1:21
**Federal** [1] - 2:10
**feet** [3] - 68:13, 81:16, 101:25
**fellow** [1] - 7:18
**Female** [1] - 94:22

**female** [3] - 67:23, 77:1, 93:3
**Few** [1] - 43:25
**few** [5] - 28:20, 39:15, 70:3, 101:14, 101:25
**Field** [4] - 7:1, 42:17, 49:21, 92:9
**field** [1] - 42:11
**fighting** [1] - 98:3
**file** [2] - 5:19, 5:24
**finally** [4] - 24:17, 45:15, 45:23, 46:8
**fine** [1] - 49:8
**finish** [1] - 73:6
**finished** [2] - 15:17, 54:5
**firearm** [1] - 97:2
**First** [1] - 89:17
**first** [21] - 4:8, 6:9, 19:17, 24:25, 27:22, 36:6, 37:10, 49:9, 51:16, 54:19, 55:18, 57:23, 58:15, 63:3, 63:5, 68:25, 91:21, 100:18, 101:5, 101:8, 105:13
**fit** [2] - 48:11, 78:15
**fitting** [1] - 27:23
**Five** [2] - 81:4, 100:6
**five** [8] - 16:19, 43:16, 50:20, 51:4, 57:9, 58:17, 70:5, 82:19
**five-kilo** [1] - 16:19
**flight** [1] - 62:6
**floor** [1] - 24:25
**fluent** [1] - 34:19
**fluently** [1] - 35:9
**fluid** [2] - 69:25, 74:5
**focus** [2] - 69:10, 89:25
**focused** [3] - 11:7, 68:11, 68:15
**follow** [1] - 49:2
**following** [1] - 60:13
**follows** [3] - 6:10, 73:4, 91:22
**foot** [2] - 28:2, 94:8
**force** [2] - 8:8, 70:13
**Force** [1] - 8:14
**foreign** [1] - 8:7
**forget** [1] - 42:19
**form** [22] - 36:20, 36:22, 37:4, 37:9, 37:15, 37:24, 37:25, 38:3, 39:1, 39:2, 83:9, 83:13, 83:20, 84:2, 84:3, 85:5, 103:3, 103:7, 103:11, 103:25, 104:17
**Form** [1] - 102:25
**formed** [1] - 64:14
**forth** [2] - 70:10, 107:4
**four** [4] - 41:23, 42:9, 42:10, 82:25
**fourth** [1] - 41:2
**Francola** [2] - 27:5, 63:8
**frankly** [1] - 97:15
**Friday** [2] - 5:18, 5:20
**front** [10] - 21:13, 23:7, 23:10, 23:23, 24:2, 24:8, 30:15, 68:17, 77:3, 82:5
**full** [4] - 17:10, 41:7, 43:20, 81:13
**fuller** [1] - 99:18
**fully** [1] - 76:21
**furnished** [1] - 9:8

### G

**gained** [1] - 18:4
**garage** [1] - 28:6
**gather** [2] - 9:21, 82:22
**gathering** [1] - 68:18
**general** [4] - 10:5, 22:15, 47:3, 53:12
**generalities** [3] - 2:20, 7:10
**generally** [2] - 7:24, 47:16
**gentleman** [4] - 8:13, 9:7, 9:13, 10:22
**given** [8] - 2:18, 2:20, 9:24, 49:24, 56:17, 59:3, 87:10, 87:19
**goals** [1] - 53:13
**gold** [4] - 44:19, 79:13, 79:15, 96:17
**Gold** [1] - 96:18
**golf** [1] - 98:22
**Gonzales** [4] - 16:1, 17:3, 17:4, 56:25
**Gonzales'** [1] - 59:15
**gossip** [2] - 8:18, 9:11
**Government** [26] - 1:12, 20:2, 22:1, 22:7, 22:22, 23:17, 24:13, 24:18, 25:8, 37:20, 38:9, 41:16, 43:14, 45:24, 65:5, 65:15, 65:17, 81:4, 87:20, 93:25, 100:6, 108:14, 108:15, 108:16, 108:17, 108:18
**government** [4] - 5:22, 6:4, 9:14, 106:17
**government's** [1] - 6:6
**Government's** [1] - 44:13
**grab** [1] - 98:13
**grabbed** [5] - 62:4, 97:6, 101:4, 101:5, 101:10
**grams** [3] - 18:17, 46:3, 46:11
**grant** [2] - 2:13, 3:6
**granted** [1] - 10:14
**gravel** [2] - 19:21, 64:19
**gravity** [1] - 70:16
**green** [3] - 39:14, 98:23, 98:24
**group** [1] - 30:20
**Guatemala** [2] - 13:19, 52:24
**guess** [2] - 45:9, 68:9
**gun** [1] - 71:16

### H

**hair** [5] - 67:24, 68:7, 68:8, 68:20, 99:20
**half** [3] - 6:23, 31:4, 96:16
**hallway** [6] - 65:13, 66:9, 94:4, 94:10, 94:12, 96:13
**hand** [6] - 25:17, 29:20, 96:3, 97:6, 101:10, 101:11
**handbag** [1] - 39:14
**handcuff** [3] - 34:5, 97:13, 97:14
**handcuffed** [7] - 34:3, 34:9, 83:1, 97:11, 101:7, 101:17, 103:17
**handing** [1] - 87:21
**handling** [2] - 68:9, 77:1
**hands** [1] - 101:9
**happy** [1] - 106:25

**HARRIS** [43] - 1:16, 2:10, 3:22, 3:25, 4:5, 4:15, 4:18, 5:7, 5:13, 5:17, 5:19, 11:6, 20:21, 46:17, 46:19, 53:11, 72:7, 73:8, 73:13, 75:8, 75:18, 75:24, 76:3, 86:8, 86:12, 86:22, 87:2, 89:3, 89:10, 97:19, 97:21, 98:15, 100:5, 100:16, 104:25, 105:14, 106:1, 106:11, 106:14, 106:16, 106:20, 108:5, 108:12
**Harris** [7] - 2:10, 5:3, 20:19, 21:12, 46:15, 48:19, 89:20
**headquarters** [2] - 42:25, 44:2
**hear** [10] - 3:21, 4:24, 9:13, 12:1, 33:8, 40:10, 56:18, 78:4, 82:14, 105:21
**heard** [9] - 9:21, 16:14, 18:5, 38:14, 54:15, 54:16, 54:22, 77:18, 90:21
**hearing** [10] - 2:14, 3:5, 3:7, 3:19, 9:6, 9:18, 12:3, 20:18, 89:6, 89:8
**hears** [1] - 14:11
**hearsay** [1] - 8:19
**heavy** [2] - 41:7, 93:3
**heavyset** [6] - 18:15, 27:23, 28:19, 54:23, 63:25, 70:15
**hello** [1] - 35:8
**heroin** [13] - 10:3, 10:9, 13:17, 16:19, 18:17, 18:19, 42:8, 42:12, 44:21, 45:14, 46:1, 46:6, 52:23
**hidden** [4] - 17:9, 42:8, 87:11, 87:14
**high** [2] - 8:24, 46:4
**high-level** [1] - 8:24
**hip** [3] - 77:15, 96:20, 98:5
**Hispanic** [9] - 14:6, 18:15, 27:23, 28:19, 54:23, 63:25, 93:3, 94:22, 99:15
**Hold** [2] - 16:3, 20:7
**holding** [1] - 29:20
**holster** [1] - 71:17
**honestly** [1] - 53:7
**Honor** [84] - 3:22, 4:6, 4:15, 5:14, 5:24, 6:6, 7:20, 9:5, 9:19, 10:19, 11:17, 12:12, 14:9, 14:12, 15:12, 16:6, 16:9, 17:1, 17:5, 17:15, 20:21, 21:3, 21:24, 22:8, 22:22, 23:14, 24:13, 25:8, 25:11, 25:15, 25:21, 26:7, 27:22, 29:16, 30:4, 30:14, 30:19, 30:22, 31:9, 37:17, 38:9, 38:21, 40:5, 40:11, 41:17, 42:19, 44:7, 44:5, 45:19, 46:17, 47:6, 48:13, 49:20, 50:1, 50:9, 51:12, 72:9, 73:9, 75:8, 76:3, 86:8, 86:23, 88:6, 89:3, 89:12, 91:14, 91:17, 95:9, 96:7, 97:17, 98:1, 99:14, 100:5, 100:8, 100:16, 102:8, 104:25, 105:14, 106:11, 106:14, 106:15, 106:16
**HONORABLE** [1] - 1:9
**hope** [4] - 2:16, 5:7, 32:12, 71:12
**Hotel** [12] - 18:16, 19:2, 19:8, 19:9, 19:18, 20:9, 22:20, 25:1, 54:24, 60:25, 62:17, 100:9
**hotel** [25] - 26:13, 27:13, 28:7, 33:20, 54:20, 63:12, 63:15, 65:7, 73:21, 75:22, 75:23, 78:22, 81:13, 82:9, 90:1, 90:13, 92:16, 92:19, 93:20, 94:5, 94:6, 94:9, 94:20, 98:18, 101:24

**hour** [1] - 31:4
**hours** [2] - 5:8, 43:25
**Humm** [1] - 88:11

# I

**identical** [1] - 78:3
**identification** [17] - 20:2, 22:7, 23:17, 24:18, 37:19, 41:16, 43:13, 44:13, 45:24, 71:25, 72:13, 75:2, 75:15, 77:11, 95:18, 102:4, 102:14
**identified** [4] - 76:12, 76:21, 77:21, 93:16
**identity** [1] - 102:19
**III** [5] - 13:15, 13:21, 14:19, 14:25, 15:4
**illegal** [1] - 53:17
**Immediately** [2] - 66:15, 71:16
**immediately** [5] - 33:17, 36:7, 68:12, 90:2, 90:16
**inches** [2] - 45:4, 96:16
**Incidentally** [2] - 4:13, 38:12
**include** [1] - 17:24
**including** [3] - 58:6, 64:18, 83:23
**incorrect** [2] - 61:22, 88:20
**incorrectly** [1] - 83:15
**incriminating** [1] - 86:15
**indeed** [3] - 40:22, 63:16, 64:3
**INDEX** [1] - 108:1
**indicate** [1] - 95:18
**indicated** [4] - 46:9, 67:3, 80:19, 86:8
**indicates** [2] - 23:5, 46:12
**Indicating** [1] - 100:17
**indication** [1] - 2:18
**indictment** [1] - 3:1
**individual** [14] - 2:24, 8:19, 16:24, 27:10, 27:18, 48:4, 56:9, 56:18, 56:24, 92:24, 93:2, 93:4, 93:9, 93:16
**individuals** [3] - 9:24, 10:23, 56:6
**informant** [1] - 2:23
**informants** [2] - 8:14, 48:22
**information** [94] - 2:19, 2:21, 5:1, 5:6, 7:2, 7:25, 8:14, 8:22, 9:8, 9:10, 9:23, 9:24, 10:2, 11:8, 11:23, 12:2, 12:6, 13:13, 13:15, 14:1, 14:4, 14:14, 14:20, 15:19, 15:23, 17:18, 18:4, 18:5, 18:8, 18:9, 18:12, 19:1, 38:13, 38:14, 40:4, 46:21, 46:25, 47:1, 48:23, 49:3, 49:6, 49:9, 50:12, 51:9, 51:11, 51:17, 52:13, 52:18, 52:20, 52:25, 53:1, 53:2, 53:3, 53:4, 53:6, 53:21, 54:9, 54:21, 54:23, 54:25, 55:2, 55:5, 55:7, 56:13, 56:17, 56:20, 58:12, 58:14, 58:15, 59:3, 59:17, 59:18, 59:25, 60:3, 60:15, 60:24, 61:8, 61:10, 61:12, 61:17, 82:11, 82:15, 87:5, 87:8, 89:23, 90:10, 90:14, 92:10, 92:13, 92:15, 98:17, 106:6
**Information** [1] - 8:16
**initial** [2] - 89:23, 92:22
**inner** [6] - 25:15, 31:10, 31:12, 64:20, 74:9, 74:11

**inside** [11] - 29:13, 31:1, 31:11, 32:14, 32:15, 43:8, 44:22, 69:7, 74:23, 82:7, 94:9
**inspect** [1] - 43:6
**inspected** [1] - 85:10
**inspecting** [1] - 41:9
**instituted** [2] - 15:2, 15:8
**intend** [2] - 4:13, 5:24
**interaction** [2] - 68:4, 68:5
**intercepted** [1] - 51:14
**interest** [5] - 84:18, 104:4, 104:10, 104:14, 104:20
**interested** [1] - 52:12
**interior** [30] - 24:22, 24:25, 26:13, 26:19, 26:23, 30:6, 30:9, 30:23, 31:2, 31:5, 31:7, 31:15, 31:22, 31:25, 32:2, 32:7, 32:25, 65:13, 65:24, 72:3, 74:14, 74:15, 74:20, 74:24, 94:4, 94:10, 94:12, 94:13, 94:15, 94:17
**international** [1] - 62:1
**internationally** [1] - 62:1
**interpreter** [1] - 2:2
**Interpreter** [1] - 2:3
**interview** [1] - 102:11
**introduction** [3] - 72:7, 75:8, 75:24
**inventoried** [1] - 42:18, 42:24
**inventory** [5] - 43:2, 43:17, 43:18, 43:20, 43:24
**investigated** [1] - 17:20
**investigating** [1] - 8:24
**investigation** [56] - 2:20, 7:2, 7:6, 7:11, 7:13, 8:3, 8:17, 8:23, 10:4, 10:5, 10:6, 10:10, 12:8, 13:13, 13:15, 15:24, 16:18, 17:23, 46:22, 46:24, 47:3, 47:4, 47:10, 47:17, 47:23, 48:11, 48:21, 48:22, 48:25, 49:1, 49:4, 49:5, 49:6, 49:13, 49:14, 49:15, 49:16, 50:18, 51:13, 51:15, 51:21, 51:23, 52:21, 53:8, 53:13, 53:19, 56:23, 57:21, 57:23, 59:6, 59:8, 59:11, 87:10, 92:10
**investigations** [4] - 7:16, 90:6, 90:8, 90:10
**involved** [3] - 10:8, 47:20, 90:8
**involving** [2] - 7:2, 92:10
**issue** [8] - 3:25, 4:7, 4:18, 4:20, 4:22, 5:9, 54:7, 106:18
**issued** [2] - 14:19, 15:19
**issues** [1] - 3:17
**items** [2] - 69:20, 71:18

# J

**jeans** [1] - 77:8
**Jeff** [1] - 27:5
**JFK** [2] - 36:9, 62:14
**job** [1] - 77:22
**John** [3] - 2:5, 27:5, 63:8
**JOHN** [1] - 1:13
**join** [1] - 82:9
**Judge** [4] - 4:6, 79:19, 86:22, 87:2

**JUDGE** [2] - 1:9, 4:5
**judge** [1] - 53:12
**judicial** [1] - 15:2
**July** [43] - 6:24, 13:24, 20:13, 20:14, 22:16, 24:5, 26:16, 28:24, 49:12, 49:16, 51:1, 51:3, 51:21, 51:22, 51:23, 52:3, 52:15, 53:2, 53:16, 53:21, 53:23, 54:6, 54:17, 55:13, 57:21, 57:25, 58:4, 58:5, 58:8, 58:12, 58:14, 58:17, 59:1, 59:5, 59:7, 59:10, 59:12, 61:11, 61:12, 69:15, 90:3, 92:7
**June** [2] - 58:7, 59:11
**JUSTINE** [1] - 1:16
**Justine** [1] - 2:10

# K

**KAZEMI** [69] - 1:13, 2:5, 3:8, 5:16, 5:24, 6:4, 6:12, 9:15, 9:19, 10:1, 10:6, 10:19, 11:5, 11:17, 11:21, 12:1, 12:7, 12:12, 13:4, 13:8, 14:22, 15:2, 15:5, 15:7, 15:12, 15:21, 16:16, 18:11, 19:24, 20:22, 20:25, 21:23, 22:1, 22:5, 22:8, 22:22, 23:14, 24:13, 25:8, 37:17, 38:9, 38:21, 40:5, 40:11, 41:17, 42:19, 44:7, 45:19, 46:14, 47:6, 72:9, 73:9, 75:10, 86:4, 88:6, 89:12, 89:14, 91:14, 91:17, 91:24, 95:21, 97:17, 102:5, 104:5, 106:3, 106:8, 106:15, 108:7, 108:10
**Kazemi** [1] - 2:5
**keep** [2] - 73:5, 73:10
**keeping** [1] - 30:15
**kept** [2] - 28:21, 96:24
**key** [1] - 29:14
**Khaki** [1] - 98:24
**kilo** [1] - 16:19
**kilograms** [2] - 15:25, 17:7
**kilos** [4] - 47:13, 47:14, 57:9
**kind** [3] - 29:6, 29:8, 79:20
**kinds** [1] - 79:24
**knock** [9] - 32:11, 32:13, 32:16, 32:18, 74:12, 80:24, 94:24, 94:25, 105:17
**knocked** [14] - 32:22, 33:4, 33:6, 33:11, 67:20, 69:2, 80:20, 80:25, 95:2, 95:3, 95:4, 95:14, 105:16, 105:22
**knocking** [1] - 74:16
**knowledge** [4] - 4:19, 48:23, 59:16, 60:20
**known** [2] - 6:18, 18:18

# L

**lab** [2] - 46:1, 46:12
**laboratory** [3] - 44:5, 44:6
**lack** [1] - 4:3
**lady** [14] - 32:11, 32:12, 32:16, 32:21, 32:23, 33:3, 33:5, 33:11, 33:13, 68:6, 69:1, 69:7, 69:10, 78:25
**language** [4] - 34:14, 34:17, 36:22, 83:19

**large** [5] - 8:22, 11:24, 13:17, 19:16, 96:15
**larger** [1] - 45:17
**last** [5] - 24:23, 25:16, 48:20, 58:2, 105:15
**lasted** [2] - 59:7, 101:14
**late** [1] - 2:7
**law** [2] - 15:8, 89:4
**layout** [1] - 19:7
**lead** [1] - 91:4
**leading** [2] - 11:23, 91:12
**leads** [1] - 49:2
**learn** [5] - 31:8, 61:5, 61:10, 93:9, 94:11
**learned** [3] - 30:5, 61:2, 94:13
**least** [3] - 2:24, 9:7, 75:4
**leave** [4] - 66:24, 82:11, 82:12, 82:23
**led** [6] - 3:1, 10:4, 14:15, 14:20, 61:14, 90:20
**left** [21] - 12:3, 19:12, 19:15, 23:2, 28:1, 30:2, 30:3, 31:22, 42:4, 66:9, 66:14, 66:15, 66:19, 66:23, 67:9, 67:14, 68:10, 68:12, 97:6, 101:10, 102:20
**less** [2] - 49:13, 101:16
**Less** [2] - 65:3, 70:5
**letter** [2] - 5:3, 50:15
**lettering** [1] - 79:13
**level** [2] - 8:24, 61:18
**lid** [4] - 40:21, 42:3, 42:11, 45:2
**lifted** [2] - 71:18, 71:22
**Light** [1] - 99:22
**likely** [2] - 62:2, 62:5
**lime** [1] - 39:14
**limited** [1] - 10:6
**line** [10] - 37:10, 37:11, 45:8, 54:17, 55:3, 55:4, 56:5, 62:15, 79:18
**lines** [1] - 43:10
**linked** [1] - 50:5
**liquid** [1] - 41:5
**list** [1] - 43:5
**listen** [1] - 56:21
**listened** [3] - 58:8, 58:9, 106:20
**listening** [3] - 13:25, 29:22, 55:3
**literally** [1] - 51:13
**load** [1] - 61:23
**loaf** [1] - 69:20
**loafers** [1] - 98:24
**lobby** [1] - 19:10
**located** [4] - 9:3, 9:4, 27:6, 31:7
**location** [4] - 19:20, 64:12, 87:19, 98:20
**locations** [1] - 32:20
**Look** [1] - 7:7
**look** [7] - 20:19, 27:25, 45:2, 55:10, 64:9, 74:1, 106:5
**looked** [16] - 20:15, 29:22, 29:23, 40:19, 40:23, 69:9, 69:25, 70:1, 70:7, 70:8, 71:19, 71:21, 78:21, 91:7, 91:8, 95:16
**looking** [8] - 20:10, 21:5, 25:5, 25:13, 26:4, 26:6, 28:11, 66:13

**looks** [4] - 64:5, 66:25, 72:4, 75:21
**low** [2] - 61:18, 70:15
**low-level** [1] - 61:18
**luggage** [3] - 42:1, 42:5, 44:2
**Luis** [3] - 15:25, 17:3, 56:24
**lunch** [1] - 11:13
**Luncheon** [1] - 12:13

## M

**ma'am** [1] - 91:19
**Magazine** [1] - 7:8
**Magistrate** [2] - 2:16, 4:6
**MAGISTRATE** [1] - 4:5
**magistrate** [1] - 2:17
**maid** [16] - 67:20, 67:22, 68:5, 68:15, 68:17, 68:18, 74:12, 78:22, 80:19, 80:20, 81:25, 95:6, 95:14, 95:16, 95:24, 105:16
**maintain** [1] - 31:13
**male** [1] - 18:17
**manner** [1] - 3:17
**MARIN** [1] - 1:5
**Marin** [32] - 2:9, 2:11, 4:2, 4:8, 7:3, 38:5, 47:2, 47:7, 53:21, 60:1, 60:9, 61:6, 63:20, 69:17, 70:12, 70:18, 70:22, 73:15, 83:1, 84:17, 88:1, 88:18, 88:25, 92:11, 93:17, 101:1, 101:4, 102:1, 103:3, 103:13, 104:9
**mark** [3] - 71:24, 72:12, 75:14
**marked** [20] - 20:1, 22:4, 22:7, 23:1, 23:16, 24:16, 24:18, 37:19, 41:15, 42:22, 43:13, 44:11, 44:13, 45:22, 45:24, 72:11, 75:1, 75:13, 76:4, 87:20
**matching** [2] - 5:9, 98:18
**material** [1] - 6:7
**materials** [2] - 43:7, 43:11
**matter** [2] - 2:12, 3:16
**mean** [6] - 3:3, 5:20, 13:21, 14:25, 15:15, 29:6
**means** [2] - 18:23, 78:5
**mechanical** [1] - 1:23
**medium** [1] - 99:23
**meet** [1] - 63:9
**member** [2] - 30:5, 30:8
**members** [2] - 30:23, 31:18
**mentioned** [4] - 13:23, 47:13, 56:2, 90:23
**merely** [1] - 32:8
**message** [1] - 12:3
**metal** [2] - 40:17
**methods** [1] - 10:24
**Metro** [17] - 18:16, 19:2, 19:8, 19:9, 19:18, 20:9, 22:20, 25:1, 54:24, 60:25, 62:17, 90:13, 92:16, 93:20, 94:5, 94:6, 100:9
**Mexico** [2] - 13:19, 52:24
**Midday** [1] - 5:13
**middle** [3] - 44:25, 94:22, 99:15
**might** [7] - 45:2, 55:14, 66:18, 67:15,

76:25, 80:3, 85:20
**mine** [1] - 80:4
**mini** [1] - 100:13
**minus** [1] - 24:6
**minute** [2] - 19:23, 101:16
**minutes** [14] - 11:18, 36:2, 37:3, 65:1, 65:3, 73:23, 73:24, 74:11, 74:17, 103:2, 103:4, 103:12, 104:16
**misplaced** [1] - 100:5
**Miss** [22] - 2:9, 2:11, 4:2, 4:8, 5:3, 20:19, 21:12, 46:15, 47:2, 47:7, 48:19, 53:21, 59:18, 60:1, 60:9, 61:6, 63:19, 69:17, 70:11, 70:12, 70:18, 70:22
**misspelled** [1] - 83:14
**mistake** [1] - 104:12
**misunderstanding** [1] - 2:7
**moment** [13] - 10:19, 10:22, 16:3, 48:1, 52:6, 57:24, 68:18, 86:22, 87:2, 89:25, 96:10, 104:25, 105:14
**Monday** [1] - 5:23
**monitoring** [1] - 14:20
**months** [1] - 52:1
**MORENO** [1] - 1:5
**Moreno** [26] - 2:9, 2:11, 7:3, 38:5, 53:21, 59:18, 60:1, 60:9, 61:7, 63:20, 69:17, 70:12, 70:18, 70:22, 73:15, 76:9, 83:1, 84:17, 88:19, 92:11, 93:17, 101:1, 101:4, 103:3, 103:13, 104:9
**Moreno's** [6] - 4:2, 4:8, 47:2, 47:7, 70:13, 88:1
**morning** [13] - 6:13, 6:14, 6:24, 13:24, 28:21, 36:9, 53:20, 55:18, 56:1, 62:6, 62:7, 73:7, 92:7
**most** [5] - 4:25, 19:14, 62:2, 73:16, 84:15
**motel** [3] - 60:5, 72:4, 82:7
**motion** [7] - 3:5, 3:6, 4:3, 4:10, 5:25, 10:13, 70:2
**move** [11] - 22:1, 22:22, 24:13, 25:8, 38:9, 44:7, 45:19, 72:7, 74:21, 75:8, 75:24
**moved** [3] - 71:20, 80:23, 101:22
**moving** [3] - 74:8, 81:14, 82:3
**MR** [68] - 2:5, 3:8, 5:16, 5:24, 6:4, 6:12, 9:15, 9:19, 10:1, 10:6, 10:19, 11:5, 11:17, 11:21, 12:1, 12:7, 12:12, 13:4, 13:8, 14:22, 15:2, 15:5, 15:7, 15:12, 15:21, 16:16, 18:11, 19:24, 20:22, 20:25, 21:23, 22:1, 22:5, 22:8, 22:22, 23:14, 24:13, 25:8, 37:17, 38:9, 38:21, 40:5, 40:11, 41:17, 42:19, 44:7, 45:19, 46:14, 47:6, 72:9, 73:9, 75:10, 86:4, 88:6, 89:12, 89:14, 91:14, 91:17, 91:24, 95:21, 97:17, 102:5, 104:5, 106:3, 106:8, 106:15, 108:7, 108:10
**MS** [42] - 2:10, 3:22, 3:25, 4:5, 4:15, 4:18, 5:7, 5:13, 5:17, 5:19, 11:6, 20:21, 46:17, 46:19, 53:11, 72:7, 73:8, 73:13, 75:8, 75:18, 75:24, 76:3, 86:8, 86:12, 86:22, 87:2, 89:3, 89:10, 97:19, 97:21, 98:15, 100:5, 100:16, 104:25, 105:14,

106:1, 106:11, 106:14, 106:16, 106:20, 108:5, 108:12

**multiple** [12] - 10:3, 11:23, 17:15, 46:22, 50:20, 52:3, 52:6, 53:25, 54:10, 54:15, 54:16, 55:25

**must** [2] - 43:4, 43:6

## N

**name** [12] - 2:23, 5:5, 9:7, 9:22, 14:5, 35:8, 35:13, 38:14, 38:15, 48:13, 54:24, 102:14

**named** [4] - 17:4, 18:15, 56:24, 63:8

**namely** [1] - 13:18

**names** [2] - 8:9, 106:18

**narcotics** [5] - 11:24, 15:23, 16:1, 58:13, 104:22

**Nathanson** [1] - 2:5

**NATHANSON** [1] - 1:13

**National** [4] - 8:5, 16:5, 17:21, 50:4

**nationality** [1] - 38:17

**nature** [3] - 3:4, 9:24, 10:1

**near** [3] - 25:16, 100:25, 101:23

**necessarily** [1] - 50:11

**neck** [2] - 79:6, 98:12

**need** [2] - 7:24, 63:23

**neighbors** [1] - 9:12

**net** [1] - 46:3

**never** [7] - 46:6, 53:16, 53:20, 68:4, 68:10, 68:11, 70:12

**NEW** [1] - 1:1

**New** [24] - 1:4, 1:15, 1:20, 7:1, 7:21, 7:22, 13:20, 14:3, 18:5, 42:17, 48:24, 49:4, 49:5, 49:10, 49:14, 49:21, 50:2, 50:14, 52:24, 53:18, 54:20, 58:14, 92:9, 102:15

**next** [25] - 6:3, 11:15, 19:10, 26:11, 29:10, 33:10, 37:9, 38:24, 40:15, 45:6, 51:19, 64:19, 72:16, 78:25, 81:25, 83:4, 83:5, 83:7, 85:4, 85:12, 85:13, 86:7, 89:9, 94:18, 96:8

**Next** [2] - 44:20, 44:23

**nice** [1] - 69:16

**nightstands** [1] - 39:16

**nobody** [2] - 33:21, 71:15

**nombre** [1] - 84:14

**nondrug** [2] - 43:9, 43:12

**none** [2] - 53:4, 59:8

**noon** [3] - 19:6, 62:7, 92:21

**NORBY** [1] - 1:5

**Norby** [8] - 7:3, 14:6, 18:15, 38:5, 54:24, 92:11, 93:17, 98:18

**normal** [1] - 41:4

**Northeast** [1] - 44:6

**note** [1] - 4:1

**notebook** [1] - 55:22

**notes** [2] - 55:21, 55:22

**nothing** [2] - 10:17, 61:14

**Nothing** [4] - 21:18, 91:14, 106:1, 106:3

**notice** [3] - 29:15, 29:16, 30:2

**noticed** [6] - 27:23, 28:21, 31:11, 38:12, 78:23, 78:24

**November** [1] - 1:5

**number** [12] - 11:13, 17:23, 47:18, 47:20, 48:22, 49:11, 49:17, 49:18, 49:20, 49:22, 49:24, 50:2, 50:3, 50:4, 51:5, 52:14, 58:19, 60:5, 62:23, 72:1

**numbers** [6] - 50:2, 50:10, 50:13, 50:14, 50:15, 75:20

## O

**o'clock** [1] - 62:8

**O'Connor** [43] - 27:4, 30:11, 31:19, 32:10, 32:21, 32:23, 33:13, 33:14, 33:15, 33:18, 33:23, 35:1, 35:2, 35:7, 38:2, 63:7, 68:6, 68:9, 68:25, 69:3, 70:14, 70:16, 70:20, 70:25, 76:7, 77:1, 78:25, 79:10, 80:5, 80:11, 80:23, 81:2, 81:21, 81:22, 81:24, 81:25, 82:4, 82:17, 83:4, 84:13, 91:11, 91:18, 91:25

**O'Connor's** [2] - 35:4, 71:4

**oath** [1] - 13:10

**Objection** [2] - 47:6, 86:4

**objection** [8] - 20:17, 22:24, 44:9, 72:9, 75:10, 75:11, 76:1, 76:3

**obscure** [1] - 105:8

**observed** [2] - 27:10, 28:21

**observing** [1] - 26:17

**obstructing** [1] - 24:10

**obtain** [8] - 36:11, 39:5, 39:7, 62:8, 62:16, 89:21, 92:13

**obtained** [2] - 89:20, 90:14

**obtaining** [1] - 19:1

**obviously** [1] - 56:6

**occasion** [1] - 82:10

**occupied** [1] - 64:3

**October** [2] - 57:11, 57:17

**OF** [3] - 1:1, 1:3, 1:8

**office** [4] - 49:25, 50:3, 66:17, 66:18

**officer** [4] - 9:8, 9:9, 9:23, 98:10

**offices** [1] - 67:6

**officials** [3] - 8:7, 8:9, 38:6

**often** [1] - 54:5

**on-going** [1] - 10:10

**Once** [1] - 77:21

**once** [5] - 39:10, 52:25, 74:7, 85:10, 97:15

**one** [54] - 10:14, 12:5, 14:2, 19:11, 25:3, 25:12, 26:9, 40:18, 40:19, 42:11, 44:22, 44:25, 45:12, 45:17, 45:18, 48:16, 51:3, 52:16, 54:15, 56:10, 56:11, 56:18, 59:16, 63:6, 63:9, 66:10, 69:17, 69:25, 70:2, 71:20, 75:4, 76:19, 76:20, 77:1, 79:22, 82:10, 84:19, 84:23, 85:9, 85:11, 85:20, 85:22, 86:22, 87:2, 87:12, 93:23, 94:19, 98:23, 103:9, 104:25

**One** [2] - 105:14, 105:15

**ones** [2] - 45:1, 77:19

**ongoing** [1] - 8:3

**open** [7] - 33:15, 42:7, 42:11, 66:16, 66:25, 70:25, 96:22

**Open** [2] - 2:1

**opened** [12] - 26:13, 33:12, 44:19, 65:13, 81:12, 81:23, 81:24, 82:1, 95:15, 99:24, 100:19

**Opened** [1] - 71:21

**opening** [4] - 26:7, 26:9, 28:12, 80:25

**opens** [2] - 19:15, 66:17

**operation** [1] - 77:6

**opposing** [1] - 10:12

**opposition** [1] - 5:22

**orange** [5] - 22:14, 23:3, 23:23, 24:2, 100:22

**order** [7] - 15:10, 15:18, 17:13, 39:4, 39:7, 50:7, 50:8

**orders** [2] - 52:9, 52:14

**Oresf** [1] - 27:5

**organization** [10] - 10:7, 13:16, 17:16, 17:19, 17:22, 47:24, 53:9, 53:15, 58:13, 58:20

**organizations** [1] - 17:25

**origin** [1] - 38:19

**otherwise** [1] - 48:11

**ought** [2] - 10:21, 11:4

**outer** [1] - 27:16

**outside** [4] - 66:8, 69:23, 69:24, 94:9

**overheard** [3] - 48:10, 54:11, 106:6

**Overruled** [1] - 47:8

**overwhelmed** [1] - 70:12

**own** [3] - 41:13, 83:24, 104:15

## P

**p.m** [4] - 1:6, 62:18, 62:19, 93:23

**packed** [1] - 85:17

**page** [2] - 43:16, 72:16

**Panama** [2] - 13:19, 52:23

**Pants** [2] - 99:6, 99:9

**papers** [2] - 10:12, 38:12

**paragraph** [3] - 88:5, 88:9, 88:10

**park** [1] - 19:15

**parked** [4] - 22:15, 22:17, 80:15, 81:7

**parking** [28] - 19:12, 19:13, 19:14, 19:16, 19:21, 20:9, 20:10, 20:12, 20:15, 22:13, 22:14, 25:19, 26:1, 26:3, 26:8, 26:14, 27:8, 27:13, 28:7, 28:10, 28:16, 28:20, 64:6, 64:19, 70:7, 70:9, 72:5, 73:16

**part** [3] - 28:10, 65:7, 73:16

**participate** [2] - 16:8, 16:11

**participated** [1] - 16:9

**particular** [12] - 2:24, 7:9, 8:7, 8:19, 9:24, 10:7, 16:18, 18:4, 47:2, 47:23, 51:17, 59:2

**parties** [1] - 4:21

**partner** [1] - 63:4

**Pascual** [1] - 2:3

**pass** [2] - 18:13, 55:1

**passed** [4] - 8:14, 54:3, 74:15, 74:18
**passenger** [4] - 17:9, 23:7, 87:12, 87:15
**Passenger** [1] - 87:13
**passengers** [1] - 17:10
**passport** [1] - 102:18
**past** [3] - 2:25, 64:8, 64:9
**path** [1] - 49:3
**paths** [1] - 49:3
**Pause** [3] - 11:11, 86:25, 88:16
**pauses** [1] - 70:3
**pedigree** [4] - 38:13, 38:14, 38:22, 40:3
**people** [11] - 5:8, 11:13, 28:20, 54:3, 64:24, 74:4, 74:6, 74:7, 74:8, 78:22, 79:25
**percent** [1] - 46:4
**perfume** [11] - 40:18, 40:21, 40:22, 41:4, 41:23, 41:25, 45:9, 45:10, 45:11, 45:12, 45:13
**perhaps** [2] - 9:9, 100:15
**Perhaps** [1] - 65:1
**perimeter** [2] - 64:15, 64:16, 73:21
**period** [5] - 50:25, 51:20, 58:2, 58:7, 103:17
**periodically** [1] - 103:20
**periods** [1] - 52:10
**permission** [2] - 35:22, 38:8
**permit** [1] - 102:12
**perpendicular** [1] - 28:13
**person** [4] - 14:7, 31:6, 56:5, 74:7
**personal** [1] - 60:20
**pertinent** [2] - 56:17, 56:20
**perusing** [2] - 86:23, 88:5
**perusing)** [2] - 87:23, 88:11
**phone** [48] - 13:22, 14:2, 14:5, 14:14, 17:18, 18:7, 29:20, 39:20, 39:23, 40:1, 48:3, 48:5, 52:13, 52:16, 52:25, 53:5, 53:24, 54:2, 54:5, 54:22, 55:6, 55:9, 55:10, 55:12, 55:15, 55:21, 56:6, 56:15, 56:21, 58:2, 58:3, 58:5, 58:6, 58:16, 59:2, 59:3, 59:6, 59:7, 59:18, 59:25, 61:14, 62:11, 85:22, 85:24, 86:2, 86:9, 86:14, 103:15
**phones** [13] - 48:7, 48:9, 51:13, 52:6, 52:19, 54:3, 58:8, 58:16, 58:22, 58:25, 59:8, 60:15, 82:15
**photo** [1] - 94:4
**photograph** [13] - 23:9, 24:19, 24:21, 24:22, 41:20, 41:22, 41:23, 42:4, 45:8, 73:14, 94:1, 94:3, 100:17
**photographer** [3] - 23:12, 25:22, 81:8
**photographs** [1] - 25:10
**photos** [1] - 80:14
**physical** [3] - 60:9, 97:4, 99:18
**physically** [1] - 96:25
**picked** [2] - 52:7, 53:25
**picking** [1] - 55:24
**picture** [22] - 20:6, 20:9, 20:11, 21:4, 21:8, 21:20, 21:21, 22:13, 22:14, 23:21, 25:5, 25:15, 25:23, 27:25, 45:2, 45:6,

65:19, 66:11, 66:13, 94:4
**pictures** [1] - 21:23
**pieces** [2] - 47:4, 47:11
**pin** [1] - 16:13
**Pintora** [3] - 18:18, 31:23, 32:14
**place** [6] - 32:8, 53:17, 55:12, 74:22, 76:22, 89:25
**placed** [10] - 21:9, 21:10, 22:14, 23:23, 31:12, 42:12, 43:12, 50:7, 76:23, 76:24
**places** [1] - 66:19
**plain** [1] - 98:10
**plane** [1] - 62:3
**plastic** [3] - 29:4, 29:5, 44:21
**Plaza** [2] - 1:14, 1:19
**plenty** [1] - 87:12
**pocket** [1] - 43:5
**point** [28] - 4:12, 10:13, 11:10, 21:1, 23:21, 26:20, 27:13, 31:20, 32:1, 32:9, 33:5, 63:17, 63:19, 68:11, 69:9, 70:25, 76:15, 76:16, 76:17, 76:19, 76:20, 76:22, 79:3, 84:19, 84:23, 84:25, 89:2, 94:23
**pointing** [1] - 44:25
**Police** [5] - 8:5, 8:14, 16:5, 17:21, 50:4
**police** [17] - 8:8, 9:8, 9:9, 9:23, 76:18, 77:19, 77:23, 78:2, 78:4, 79:10, 79:14, 96:24, 97:22, 98:4, 98:10, 102:9
**policia** [2] - 78:3, 78:5
**policy** [2] - 97:14, 101:18
**portion** [4] - 8:22, 44:23, 44:24, 67:7
**portions** [1] - 45:17
**position** [8] - 23:4, 30:16, 63:14, 64:23, 64:25, 73:17, 74:4, 74:8
**positions** [1] - 64:21
**positive** [1] - 42:12
**possession** [2] - 54:1, 104:23
**possible** [5] - 56:10, 59:7, 66:5, 78:18, 106:25
**Possibly** [3] - 65:4, 66:7, 73:25
**possibly** [5] - 36:1, 60:14, 61:23, 74:5, 87:9
**post** [1] - 74:7
**posted** [2] - 74:6, 94:17
**preceding** [2] - 51:21, 104:17
**preclude** [1] - 5:25
**preliminary** [1] - 59:11
**prepared** [4] - 3:8, 11:16, 13:2, 87:24
**present** [4] - 16:10, 21:24, 75:1, 106:10
**presented** [5] - 2:15, 2:16, 3:3, 102:24, 103:3
**presumably** [1] - 28:16
**pretty** [1] - 84:14
**previously** [5] - 2:21, 7:15, 51:9, 76:6, 93:24
**principal** [1] - 48:13
**printed** [1] - 36:22
**privacy** [1] - 4:23
**probable** [5] - 4:3, 4:18, 40:8, 40:9, 86:9
**problems** [1] - 5:9

**proceed** [1] - 18:25
**proceeding** [1] - 51:21
**PROCEEDINGS** [1] - 1:8
**Proceedings** [2] - 1:23, 107:4
**process** [2] - 36:8, 43:2
**processing** [1] - 42:13
**produce** [1] - 106:17
**produced** [2] - 1:24, 2:21
**promises** [1] - 39:7
**pronounced** [1] - 83:14
**proof** [8] - 77:9, 78:7, 78:10, 79:5, 79:10, 79:20, 96:5, 99:13
**property** [2] - 43:4, 43:17
**propriety** [1] - 11:7
**prosecution** [3] - 2:4, 4:17, 4:25
**protect** [1] - 10:23
**protecting** [1] - 61:23
**protocol** [2] - 34:7, 36:17
**proven** [1] - 2:24
**provide** [3] - 6:6, 36:19, 106:25
**provided** [2] - 5:5, 20:22
**public** [1] - 3:15
**pull** [2] - 4:1, 43:5
**pulled** [4] - 40:19, 40:25, 41:1, 41:2
**pulling** [1] - 85:13
**pure** [1] - 46:4
**purity** [1] - 46:3
**purpose** [3] - 11:19, 12:3, 102:15
**purse** [2] - 39:14, 39:15
**pursuant** [1] - 50:7
**push** [1] - 33:15
**pushed** [2] - 70:25, 96:22
**put** [7] - 4:20, 29:7, 40:23, 44:17, 80:3, 94:9, 96:3
**putting** [2] - 30:16, 47:2

## Q

**qualifications** [1] - 5:5
**quality** [1] - 46:6
**quantities** [1] - 11:24
**Queens** [11] - 19:9, 23:11, 27:9, 28:7, 28:13, 28:16, 54:20, 62:14, 64:17, 66:18, 67:16
**questioning** [1] - 79:18
**questions** [16] - 35:15, 35:16, 38:22, 39:22, 39:25, 46:14, 80:18, 84:12, 84:14, 87:3, 89:10, 89:11, 97:17, 97:18, 102:1, 102:7
**quicker** [1] - 74:21
**quickly** [1] - 81:14
**quite** [2] - 87:9, 97:14
**quoting** [1] - 14:7

## R

**radio** [1] - 30:17
**radios** [2] - 82:12
**raise** [1] - 4:19

**raised** [3] - 3:18, 4:7, 4:9
**Ramon** [1] - 27:5
**Ramona** [1] - 30:11
**rather** [2] - 9:6, 60:15
**reached** [2] - 28:22, 101:2
**reaction** [1] - 36:3
**read** [10] - 6:1, 7:7, 37:10, 37:11, 37:12, 38:3, 83:9, 83:12, 83:19, 88:14
**ready** [1] - 91:16
**real** [1] - 14:1
**real-time** [1] - 14:1
**realize** [2] - 72:1, 98:11
**realized** [2] - 74:21, 102:9
**reason** [2] - 14:17, 75:16
**receive** [6] - 14:5, 18:19, 60:18, 60:24, 87:5, 87:7
**Received** [1] - 42:23
**received** [29] - 8:14, 10:2, 14:2, 22:25, 44:10, 45:21, 48:23, 49:9, 51:9, 52:20, 53:16, 53:20, 54:19, 56:20, 58:12, 59:25, 60:23, 61:12, 62:11, 75:12, 75:13, 76:2, 76:4, 87:17, 87:18, 93:11, 98:16, 98:17
**receiving** [2] - 8:16, 103:15
**reception** [2] - 19:10, 63:16
**recess** [2] - 12:13, 72:14
**recipient** [1] - 74:22
**recitations** [1] - 4:16
**recognize** [10] - 20:2, 22:10, 23:17, 24:19, 37:21, 41:20, 43:14, 44:16, 45:25, 93:25
**recollection** [1] - 99:17
**record** [1] - 40:7
**recorded** [1] - 1:23
**records** [1] - 55:10
**red** [9] - 21:7, 21:13, 21:15, 23:2, 23:5, 23:7, 39:14, 55:22, 81:10
**REDIRECT** [2] - 89:13, 108:6
**referred** [2] - 38:12, 47:17
**referring** [3] - 47:12, 47:15, 88:5
**regard** [1] - 18:13
**Regarding** [1] - 53:19
**regarding** [2] - 48:24, 58:15
**regardless** [1] - 84:24
**Region** [1] - 44:6
**regular** [1] - 17:9
**reholstered** [1] - 71:16
**relate** [1] - 50:6
**related** [1] - 59:20
**relates** [1] - 40:9
**relating** [1] - 84:6
**Relative** [1] - 65:21
**Relatively** [1] - 69:14
**relayed** [1] - 8:1
**relaying** [1] - 55:5
**relevance** [1] - 86:6
**relevant** [2] - 47:7, 104:6
**reliability** [3] - 2:19, 3:9, 9:25
**reliable** [8] - 2:21, 2:25, 7:10, 7:11, 7:24, 8:19, 8:21, 90:10
**reliably** [1] - 10:14

**relied** [2] - 8:2, 46:25
**rely** [1] - 5:2
**relying** [1] - 4:16
**remarkable** [1] - 79:1
**remember** [10] - 29:1, 31:3, 62:23, 67:24, 68:8, 69:15, 82:2, 85:2, 88:24, 95:8
**remembered** [1] - 79:19
**remind** [2] - 13:9, 18:12
**removed** [6] - 16:11, 41:25, 42:5, 42:6, 42:9, 42:10, 45:18, 85:11
**renting** [1] - 4:22
**repeat** [2] - 61:1, 90:24
**repeating** [1] - 96:24
**rephrase** [1] - 61:2
**report** [7] - 43:17, 46:1, 46:12, 87:24, 88:1, 88:18, 88:24
**Reporter** [1] - 1:19
**reporting** [1] - 14:10
**reports** [2] - 50:16, 85:21
**representing** [1] - 2:9
**request** [2] - 42:20, 106:16
**reserve** [2] - 3:18, 3:23
**resist** [1] - 96:25
**resisted** [1] - 97:15
**respect** [2] - 4:20, 59:23
**respond** [1] - 6:2
**response** [2] - 4:10, 41:11
**rest** [5] - 33:20, 45:14, 71:14, 75:22
**restate** [1] - 47:9
**restraining** [1] - 98:1
**result** [4] - 8:23, 10:10, 92:15, 97:4
**resulted** [3] - 17:12, 57:20, 59:24
**resume** [1] - 73:14
**resumed** [6] - 13:7, 40:12, 40:16, 73:1, 73:3
**returned** [1] - 29:24
**reveal** [1] - 12:2
**revealed** [1] - 53:1
**reveals** [1] - 8:22
**review** [1] - 25:10
**Richard** [6] - 7:14, 7:15, 8:3, 8:10, 17:20, 49:21
**rid** [1] - 62:16
**right-hand** [1] - 25:17
**rob** [1] - 102:10
**room** [82] - 4:22, 13:24, 21:2, 21:6, 21:9, 21:13, 21:14, 26:7, 29:23, 29:24, 30:3, 30:24, 31:1, 31:20, 33:18, 33:20, 33:21, 33:22, 35:22, 35:25, 36:4, 38:7, 39:3, 39:15, 60:5, 63:23, 63:24, 63:25, 64:2, 64:10, 68:23, 69:4, 69:5, 69:8, 69:10, 69:11, 70:14, 71:11, 71:12, 71:14, 71:15, 72:4, 74:12, 74:24, 75:3, 75:5, 75:6, 75:19, 76:7, 76:9, 76:11, 77:20, 81:13, 82:7, 82:9, 82:20, 82:21, 83:20, 89:17, 90:13, 90:17, 90:19, 91:5, 91:18, 92:16, 92:24, 93:5, 93:9, 93:19, 94:13, 95:5, 100:12, 101:24, 103:3, 103:6, 103:9, 103:20, 103:23, 105:3, 105:23

**Room** [35] - 18:16, 19:2, 19:22, 22:19, 23:7, 23:24, 24:1, 24:2, 24:4, 24:8, 24:22, 25:3, 25:6, 25:16, 26:12, 26:18, 26:22, 26:23, 27:1, 27:11, 27:16, 27:18, 29:11, 30:6, 31:18, 32:9, 33:9, 63:16, 64:6, 64:15, 64:18, 68:14, 68:17, 72:3
**rooms** [9] - 19:12, 19:15, 20:11, 22:20, 24:25, 25:25, 26:4, 64:19, 67:6
**roughly** [2] - 62:24, 63:22
**ruining** [1] - 8:23
**rumor** [1] - 8:19
**run** [1] - 68:19
**running** [3] - 58:1, 81:1, 81:12

**S**

**SA-1** [1] - 87:21
**SA-4** [1] - 87:21
**safe** [2] - 43:9, 78:17
**safety** [2] - 34:6, 77:22
**Sal** [2] - 92:14, 92:23
**SALVATORE** [2] - 6:8, 108:2
**Salvatore** [2] - 2:6, 6:5
**Samilo** [30] - 27:4, 31:19, 32:21, 32:24, 33:16, 33:17, 33:19, 33:23, 40:17, 63:6, 69:1, 69:3, 71:6, 76:6, 81:2, 81:19, 81:22, 81:23, 82:2, 82:17, 85:10, 92:23, 97:8, 99:8, 99:24, 100:18, 100:21, 101:12, 103:22, 105:8
**sat** [1] - 76:25
**saw** [16] - 20:13, 27:22, 28:18, 33:5, 33:12, 33:13, 33:15, 33:16, 33:18, 63:19, 63:24, 64:1, 70:14, 91:9, 91:11, 102:19
**scale** [1] - 45:3
**scattered** [1] - 39:15
**scheduled** [1] - 18:25
**schedules** [1] - 5:10
**scheduling** [1] - 5:9
**scope** [3] - 86:4, 102:5, 104:5
**screen** [1] - 71:20
**search** [19] - 2:17, 35:22, 35:25, 36:4, 36:8, 36:11, 36:13, 36:15, 36:20, 37:14, 37:24, 38:6, 38:8, 39:1, 39:2, 39:12, 39:20, 85:2, 103:6
**Search** [1] - 102:25
**searched** [2] - 36:10, 39:2
**searching** [11] - 39:3, 39:10, 39:13, 40:12, 40:16, 40:24, 41:1, 74:8, 83:6, 103:10
**seat** [4] - 73:2, 73:5, 73:10, 91:20
**seated** [3] - 83:2, 83:7, 101:19
**second** [7] - 20:7, 21:14, 29:13, 37:11, 40:25, 59:20, 88:14
**seconds** [3] - 70:3, 70:5, 101:15
**security** [8] - 33:21, 71:13, 71:18, 77:20, 77:22, 82:15, 103:8
**see** [35] - 11:3, 11:9, 14:18, 15:17, 20:10, 20:16, 23:2, 32:14, 33:3, 42:7,

44:19, 45:8, 45:12, 46:2, 65:5, 65:8, 66:12, 66:16, 67:11, 72:1, 75:21, 75:22, 78:12, 85:17, 86:2, 86:6, 86:12, 88:3, 100:7, 100:20, 102:16, 102:21, 105:12, 106:12, 107:2
**See** [1] - 102:22
**seeing** [3] - 33:14, 78:16, 78:19
**seize** [1] - 16:8
**seized** [6] - 10:9, 16:25, 41:24, 57:9, 59:15, 85:22
**seizing** [1] - 16:4
**seizure** [14] - 15:24, 16:8, 16:10, 16:12, 16:19, 16:21, 17:7, 56:23, 57:16, 59:17, 59:20, 59:23, 59:24, 60:16
**seizures** [16] - 10:3, 10:9, 11:23, 15:23, 16:17, 17:17, 17:24, 18:3, 18:7, 47:12, 47:15, 56:22, 57:20, 59:14, 60:13, 87:11
**Senn** [1] - 27:5
**sense** [1] - 66:11
**separate** [2] - 18:2, 41:1
**September** [3] - 57:3, 57:4, 59:15
**service** [4] - 33:9, 95:5, 95:6, 105:23
**set** [5] - 10:15, 11:1, 58:2, 93:3, 107:4
**several** [8] - 7:21, 21:23, 35:16, 47:20, 48:7, 48:8, 74:17
**shade** [1] - 64:11
**shadows** [1] - 65:10
**shaking** [1] - 41:8
**shield** [2] - 77:10, 79:6
**shirt** [9] - 77:9, 78:8, 80:5, 80:6, 98:22, 98:25, 99:6, 99:9, 99:10
**shirts** [1] - 80:4
**short** [6] - 65:20, 77:8, 94:19, 98:22, 99:6, 99:9
**shorter** [1] - 70:16
**shortly** [2] - 5:5, 72:15
**shoulder** [1] - 20:20
**shoulders** [1] - 68:21
**show** [26] - 22:6, 24:17, 41:15, 44:12, 45:23, 65:5, 65:15, 71:24, 72:12, 74:25, 75:14, 81:4, 87:20, 100:4, 100:6, 100:17
**showed** [3] - 37:9, 40:22, 102:19
**shower** [1] - 71:20
**showing** [8] - 3:12, 20:1, 23:9, 23:16, 37:19, 43:13, 81:6, 93:24
**shows** [2] - 21:8, 100:9
**shuffle** [1] - 64:24
**side** [7] - 19:9, 23:7, 25:17, 44:17, 100:1, 100:3, 105:8
**sidebar** [2] - 11:18, 11:20
**sidewalk** [1] - 21:16
**SIFTON** [1] - 1:9
**sign** [3] - 37:12, 37:14, 103:24
**signature** [2] - 39:5, 39:8
**signed** [9] - 4:14, 37:25, 38:1, 38:25, 39:2, 39:10, 85:5, 103:7, 103:11
**Silver** [1] - 96:17
**similar** [2] - 75:7, 87:11
**Simple** [1] - 84:14

**simply** [1] - 3:6
**single** [4] - 47:18, 48:21, 75:3
**sit** [1] - 6:1
**sitting** [1] - 88:24
**Six** [3] - 62:22, 62:23, 93:25
**six** [4] - 52:1, 82:19, 88:9, 88:10
**size** [1] - 67:24
**skinned** [1] - 99:22
**slacks** [2] - 98:23, 98:24
**slam** [1] - 95:17
**slant** [1] - 66:25
**slanted** [2] - 19:12, 19:13
**sleeve** [4] - 77:8, 98:22, 99:6, 99:9
**slightly** [1] - 65:17
**slosh** [1] - 41:6
**slow** [1] - 35:5
**small** [10] - 29:4, 44:23, 45:9, 45:13, 65:9, 65:11, 66:1, 71:23, 87:13, 98:23
**Smaller** [1] - 69:20
**smaller** [2] - 45:1, 69:20
**smile** [1] - 95:16
**smiled** [1] - 95:16
**snapped** [1] - 71:16
**soda** [1] - 29:7
**solid** [1] - 95:12
**someone** [3] - 3:15, 18:18, 63:15, 63:16, 64:1, 98:17
**sometime** [2] - 11:15, 59:12
**sometimes** [1] - 60:16
**somewhat** [1] - 105:8
**somewhere** [1] - 21:20
**soon** [1] - 52:25
**sorry** [27] - 28:5, 29:22, 31:6, 31:24, 42:19, 49:7, 51:20, 57:24, 61:1, 63:17, 66:21, 66:24, 67:3, 76:19, 79:18, 80:17, 81:5, 82:8, 87:2, 87:21, 90:24, 96:2, 96:14, 99:2, 100:5, 105:2
**Sorry** [4] - 5:17, 47:9, 50:24, 75:18
**sort** [16] - 2:15, 3:2, 10:24, 18:1, 28:1, 28:13, 30:17, 33:9, 39:25, 44:19, 49:12, 67:13, 70:2, 74:5, 77:8, 89:8
**Sounds** [1] - 10:11
**source** [15] - 2:19, 8:1, 8:21, 9:10, 9:23, 11:22, 12:2, 12:5, 13:12, 13:15, 46:9, 46:21, 47:1, 47:6, 52:22
**sources** [7] - 7:5, 8:24, 46:25, 48:18
**south** [1] - 19:9
**Spanish** [12] - 15:13, 34:18, 34:19, 34:21, 35:2, 35:8, 68:3, 77:24, 78:2, 78:4, 84:13, 84:15
**speaker** [4] - 7:9, 78:4, 84:13, 84:16
**speaking** [10] - 29:21, 34:14, 34:17, 35:24, 54:2, 54:6, 54:14, 56:3, 56:8, 66:1
**speaks** [1] - 35:10
**Special** [32] - 2:6, 6:4, 6:21, 7:14, 8:3, 8:11, 13:9, 17:20, 18:8, 27:4, 30:10, 30:11, 32:10, 52:21, 61:13, 78:24, 79:9, 80:11, 80:22, 81:2, 92:4, 92:14, 92:23, 93:11, 97:7, 101:12, 103:14, 103:22, 103:23, 103:24

**SPECIAL** [1] - 106:24
**special** [3] - 6:22, 92:5, 93:13
**specific** [8] - 7:8, 10:8, 17:16, 17:19, 49:24, 53:16, 53:21, 84:8
**specifically** [6] - 7:12, 8:21, 30:10, 48:16, 52:11, 85:15
**specifics** [3] - 55:2, 59:13, 87:16
**speed** [2] - 58:23, 81:13
**spelled** [1] - 83:15
**spelling** [1] - 83:18
**spend** [1] - 37:1
**spoken** [3] - 7:15, 35:18, 49:15
**spray** [1] - 45:11
**sprayed** [2] - 40:22, 45:12
**square** [2] - 19:16, 28:5
**stand** [1] - 73:3
**standard** [2] - 2:22, 36:17, 42:18, 61:24, 82:14
**standing** [7] - 4:22, 23:12, 25:22, 78:22, 78:25, 83:4, 83:5
**start** [8] - 2:7, 32:10, 47:16, 49:15, 50:14, 50:15, 51:25, 72:14
**started** [17] - 3:20, 11:14, 39:3, 39:13, 41:3, 41:8, 49:14, 51:23, 51:24, 52:21, 58:3, 58:4, 59:10, 59:12, 70:22, 74:8, 74:25
**Starting** [1] - 55:14
**state** [4] - 35:7, 36:8, 41:11, 82:14
**statement** [5] - 2:24, 2:25, 7:9, 84:20, 88:7
**statements** [7] - 35:5, 88:2, 88:3, 88:12, 88:19, 88:25, 89:4
**STATES** [3] - 1:1, 1:3, 1:9
**States** [4] - 1:12, 2:16, 9:14, 13:18
**stationed** [2] - 7:21, 67:18
**statute** [2] - 15:4, 15:6
**stenography** [1] - 1:23
**step** [2] - 73:15, 91:15, 106:4
**stepped** [16] - 29:12, 29:18, 29:19, 29:22, 29:23, 29:24, 69:7, 69:23, 69:24, 69:25, 70:1
**stick** [1] - 24:6
**still** [5] - 13:9, 30:13, 32:15, 73:19, 104:6
**stood** [2] - 37:9, 101:23
**stopped** [1] - 101:5
**stored** [1] - 43:10
**Straight** [1] - 28:12
**struggle** [2] - 70:11, 101:14
**struggled** [2] - 101:8, 101:10
**struggling** [4] - 33:19, 33:24, 70:14, 71:11
**stumbled** [1] - 3:16
**subdued** [2] - 34:1, 97:9
**subject** [1] - 15:16
**subjected** [1] - 44:4
**submitted** [2] - 14:22, 46:2
**subsequently** [2] - 26:25, 93:12
**substance** [1] - 14:10
**suffer** [1] - 3:15
**sufficient** [1] - 5:14

**suit** [1] - 39:13
**suitcase** [3] - 39:14, 41:24, 46:2
**suitcases** [2] - 40:18, 85:9
**Sulzer** [1] - 1:19
**summary** [1] - 88:12
**summer** [1] - 69:12
**supervising** [1] - 12:8
**supervisor** [1] - 63:7
**supply** [2] - 8:25, 52:22
**supposed** [1] - 97:23
**supposedly** [1] - 60:25
**suppress** [1] - 2:13
**suppression** [1] - 10:13
**surveillance** [27] - 19:2, 19:5, 19:17, 19:20, 23:6, 23:22, 23:25, 26:22, 26:25, 27:7, 30:13, 30:15, 31:13, 64:13, 80:9, 80:15, 81:7, 90:1, 90:13, 92:16, 92:19, 92:22, 93:7, 93:20, 94:7, 94:8, 103:16
**Surveillance** [1] - 92:20
**surveilling** [3] - 32:8, 90:12, 94:12
**suspicious** [2] - 91:7, 91:9
**swear** [1] - 2:2
**sweep** [5] - 33:21, 71:13, 71:18, 77:20, 103:8
**sworn** [4] - 2:3, 6:9, 91:20, 91:22
**Sy** [3] - 27:5, 30:11, 103:24

---

## T

**T-shirt** [1] - 99:6
**tables** [1] - 39:16
**tap** [3] - 53:5, 58:2, 58:5
**tapped** [3] - 14:15, 48:4, 48:5
**taps** [2] - 52:25, 58:6
**target** [7] - 16:23, 54:1, 55:4, 56:11, 56:12, 59:6
**target's** [1] - 59:2
**targeting** [2] - 13:16, 52:22
**targets** [2] - 48:14, 58:20
**team** [6] - 30:5, 30:8, 30:23, 31:16, 31:18, 64:13
**telephone** [2] - 18:4, 93:11
**telephonic** [2] - 86:20, 86:21
**ten** [4] - 70:6, 73:23, 73:24, 74:10
**tend** [1] - 54:4
**terms** [2] - 4:22, 4:23
**tested** [2] - 42:11, 45:10
**testified** [12] - 6:10, 33:23, 61:5, 61:9, 73:3, 74:10, 76:6, 81:5, 83:9, 85:8, 85:22, 91:22
**testify** [3] - 3:9, 10:2, 91:18
**testimony** [3] - 3:14, 5:25, 81:12
**Texas** [2] - 13:19, 52:24
**Thanksgiving** [1] - 5:16
**THE** [96] - 1:9, 7:20, 8:16, 8:20, 9:4, 14:9, 14:12, 16:5, 16:9, 16:18, 17:1, 17:3, 17:5, 17:7, 17:15, 18:6, 21:3, 21:6, 21:14, 21:18, 21:21, 23:6, 23:13, 25:15, 25:20, 26:2, 26:6, 26:10, 27:22, 28:5, 28:12, 28:17, 28:24, 29:1, 29:4,

29:9, 29:16, 29:18, 30:4, 30:14, 30:19, 30:22, 31:9, 32:1, 32:4, 33:8, 33:11, 45:4, 48:6, 48:12, 48:16, 49:20, 50:1, 50:9, 50:13, 51:12, 51:18, 52:15, 52:20, 53:6, 54:16, 76:20, 77:7, 77:12, 77:14, 77:18, 77:25, 78:2, 78:24, 79:3, 79:7, 79:9, 79:13, 79:16, 80:11, 80:13, 85:3, 88:14, 90:24, 93:14, 95:5, 95:9, 95:11, 96:7, 96:13, 96:16, 96:18, 96:20, 97:25, 98:3, 98:7, 98:10, 99:14, 100:8, 102:8, 102:23
**The court** [225] - 2:2, 2:4, 2:9, 2:12, 3:10, 3:23, 4:4, 4:9, 4:16, 4:24, 5:11, 5:15, 5:18, 5:22, 6:1, 7:7, 7:18, 7:23, 8:7, 8:13, 8:18, 9:2, 9:6, 9:17, 9:21, 10:5, 10:11, 10:21, 11:9, 11:12, 11:19, 11:25, 12:5, 12:10, 13:2, 13:6, 13:12, 14:7, 14:10, 14:13, 14:25, 15:4, 15:6, 15:10, 15:15, 16:3, 16:7, 16:13, 16:22, 16:24, 17:2, 17:4, 17:6, 17:12, 18:2, 18:10, 18:12, 19:7, 19:23, 19:25, 20:16, 20:23, 20:24, 21:1, 21:5, 21:11, 21:16, 21:20, 21:24, 21:25, 22:3, 22:9, 22:12, 22:24, 23:5, 23:11, 23:15, 23:20, 24:9, 24:15, 24:21, 25:12, 25:18, 25:25, 26:4, 26:9, 26:11, 27:20, 28:4, 28:9, 28:15, 28:23, 28:25, 29:3, 29:6, 29:10, 29:14, 29:17, 30:1, 30:12, 30:17, 30:20, 31:6, 31:14, 31:24, 32:3, 32:20, 33:7, 33:9, 37:7, 37:18, 37:23, 38:4, 38:11, 38:23, 40:3, 40:7, 41:19, 41:22, 42:21, 42:23, 43:2, 44:9, 44:17, 45:3, 45:15, 45:21, 46:15, 47:8, 48:1, 48:10, 48:15, 48:17, 49:17, 49:23, 50:6, 50:10, 50:19, 51:9, 51:16, 51:19, 52:12, 52:18, 53:4, 53:10, 54:14, 72:10, 72:14, 73:2, 73:5, 73:10, 75:11, 75:16, 76:1, 76:19, 77:5, 77:10, 77:13, 77:16, 77:23, 78:1, 78:6, 78:20, 79:1, 79:5, 79:8, 79:12, 79:14, 79:17, 80:7, 80:12, 80:16, 85:1, 85:4, 86:6, 86:11, 86:13, 86:24, 88:7, 88:15, 89:1, 89:6, 89:11, 90:21, 91:1, 91:12, 91:15, 91:19, 93:13, 93:15, 94:3, 94:21, 95:3, 95:7, 95:10, 95:13, 95:20, 96:5, 96:8, 96:10, 96:15, 96:17, 96:19, 96:21, 97:18, 97:22, 98:2, 98:5, 98:9, 98:14, 99:12, 100:7, 102:6, 102:12, 102:22, 104:6, 105:1, 105:25, 106:2, 106:4, 106:9, 106:12, 106:19, 106:22, 107:2
**themselves** [2] - 30:16, 77:21
**there'd** [1] - 86:3
**third** [4] - 37:11, 41:1, 57:16, 59:23
**thousand** [1] - 87:13
**threaten** [1] - 39:4
**threatened** [1] - 38:7
**Three** [2] - 83:21, 83:23
**three** [10] - 6:23, 10:8, 18:2, 50:1, 50:4, 50:6, 68:23, 82:16, 88:22, 103:22
**Thursday** [2] - 5:13, 5:16
**tickets** [1] - 102:19
**ties** [1] - 49:14
**Tio** [2] - 18:23, 18:24

**tip** [5] - 21:6, 81:8, 87:5, 87:7, 100:12
**Tips** [1] - 87:18
**tips** [8] - 53:17, 60:11, 60:13, 60:18, 60:21, 87:10, 87:17, 87:18
**title** [2] - 6:20, 92:3
**Title** [3] - 13:15, 13:21, 14:18, 14:25, 15:4
**today** [2] - 61:9, 88:24
**together** [1] - 80:21
**tomorrow** [7] - 5:12, 5:21, 73:7, 106:10, 106:13, 107:1, 107:3
**took** [12] - 40:21, 55:12, 64:24, 70:3, 73:20, 74:1, 74:3, 74:5, 76:22, 85:25, 86:2, 91:9
**top** [1] - 44:24
**total** [1] - 62:22
**touch** [1] - 78:12
**toward** [1] - 22:20
**towards** [5] - 65:6, 70:8, 70:9, 81:13
**traffickers** [2] - 8:24, 54:4
**trafficking** [3] - 8:25, 13:16, 13:17
**trankuila** [2] - 96:23, 98:4
**transaction** [4] - 32:7, 53:17, 74:22, 89:24
**transcript** [5] - 1:23, 4:1, 106:17, 106:19, 106:23
**TRANSCRIPT** [1] - 1:8
**transition** [1] - 80:24
**translate** [1] - 36:24
**translated** [4] - 37:4, 37:10, 37:11
**translating** [2] - 35:4, 37:1
**translation** [2] - 15:16, 78:2
**translator** [1] - 34:21
**transmitted** [1] - 82:14
**transpired** [1] - 84:7
**transported** [1] - 42:13
**transporting** [1] - 52:23
**travel** [1] - 102:15
**traveling** [1] - 62:1
**tremendous** [1] - 11:22
**trial** [1] - 5:10
**tried** [3] - 10:12, 63:9, 97:6
**trouble** [1] - 9:12
**try** [2] - 78:17, 106:17
**trying** [4] - 12:4, 12:7, 20:20, 42:7
**tu** [1] - 84:14
**tucked** [1] - 98:25
**Turning** [1] - 26:16
**turning** [1] - 82:13
**twelve** [1] - 92:20
**twice** [1] - 29:24
**Two** [2] - 71:11, 87:3
**two** [10] - 11:18, 12:10, 45:1, 56:6, 65:24, 67:11, 69:17, 73:15, 88:22, 96:16
**typically** [1] - 61:21

---

## U

**U.S** [2] - 1:4, 1:14

**ultimate** [2] - 2:19, 8:1
**Umm** [2] - 83:14, 88:11
**Umm-Humm** [1] - 88:11
**unable** [3] - 9:22, 73:6, 97:7
**unarmed** [3] - 61:24, 62:2, 62:6
**uncle** [1] - 18:23
**uncuff** [1] - 85:5
**uncuffed** [1] - 103:24
**undamaged** [1] - 42:6
**under** [14] - 3:6, 13:10, 15:4, 15:6, 17:16, 17:23, 17:25, 42:12, 47:17, 50:17, 67:1, 71:13, 71:21, 78:15
**Under** [1] - 15:4
**underneath** [3] - 80:1, 80:4, 101:11
**understood** [3] - 37:5, 37:12, 105:20
**undisputed** [1] - 4:21
**unidentified** [1] - 5:4
**uniform** [2] - 95:7, 95:12
**UNITED** [3] - 1:1, 1:3, 1:9
**United** [4] - 1:12, 2:16, 9:14, 13:17
**unless** [1] - 54:5
**unlikely** [1] - 88:21
**unlocked** [1] - 29:15
**unusual** [3] - 60:11, 87:5, 87:7
**up** [30] - 5:9, 10:15, 10:22, 11:1, 11:14, 19:15, 20:19, 21:18, 27:21, 31:21, 48:7, 51:2, 52:7, 53:25, 55:25, 57:25, 58:4, 58:16, 58:17, 58:25, 59:1, 66:17, 66:24, 67:8, 70:8, 70:9, 71:18, 71:22, 91:19, 96:3
**upper** [1] - 28:1
**US** [1] - 15:4

**V**

**Valasco** [3] - 16:20, 16:22, 59:21
**valuable** [2] - 11:23, 61:23
**van** [23] - 21:7, 21:13, 21:15, 22:15, 22:17, 22:18, 23:2, 23:4, 23:6, 23:7, 26:17, 68:19, 80:13, 80:15, 80:20, 80:23, 80:24, 81:1, 81:7, 81:10, 81:14, 82:3, 100:13
**vantage** [3] - 26:20, 27:13, 33:5
**various** [2] - 8:25, 13:18
**vault** [2] - 43:9, 43:12
**vehicle** [9] - 16:2, 16:11, 21:7, 21:10, 23:22, 24:1, 24:7, 64:18, 80:10
**vehicles** [3] - 20:14, 24:10, 60:16
**verified** [1] - 86:12
**vest** [12] - 77:9, 78:7, 79:6, 79:10, 79:12, 79:20, 96:5, 99:6, 99:9, 99:10, 99:12, 99:13
**vests** [4] - 78:10, 78:15, 78:16, 79:25
**via** [1] - 52:24
**vicinity** [1] - 22:15
**view** [4] - 23:22, 24:4, 24:10, 26:19
**Visible** [1] - 78:14
**visible** [1] - 98:6
**voice** [1] - 56:1
**voices** [2] - 53:25, 55:25

**W**

**wait** [1] - 3:10
**waiting** [3] - 11:13, 12:1, 18:17
**walk** [6] - 3:11, 27:21, 63:23, 63:25, 64:1, 91:8
**walked** [4] - 27:25, 28:18, 91:5, 94:8
**walking** [3] - 28:2, 28:15, 28:19
**walks** [1] - 31:10
**wall** [1] - 19:13
**Walsh** [37] - 7:14, 7:15, 8:3, 8:11, 9:16, 9:20, 12:7, 12:8, 13:23, 14:8, 14:24, 16:7, 17:20, 18:5, 18:9, 18:13, 49:10, 49:21, 52:21, 54:11, 54:16, 54:22, 55:1, 55:7, 55:9, 55:23, 55:24, 56:4, 56:10, 58:10, 59:13, 61:3, 61:8, 61:13, 90:3, 90:14
**wants** [2] - 3:21, 5:4
**warm** [1] - 69:14
**warrant** [9] - 36:11, 36:15, 86:16, 86:18, 86:20, 86:21, 89:20, 89:21, 89:22
**weapon** [11] - 62:8, 62:16, 70:20, 71:3, 71:4, 71:8, 71:9, 71:14, 105:4, 105:5, 105:11
**weapons** [3] - 43:11, 61:21, 70:19
**wear** [1] - 98:5
**wearing** [18] - 29:2, 77:8, 78:7, 78:10, 79:11, 79:20, 79:21, 79:22, 95:18, 95:22, 95:23, 96:5, 96:19, 96:20, 98:7, 98:21, 99:4, 99:8
**week** [1] - 11:15
**weight** [3] - 46:3, 46:8, 46:12
**weighted** [2] - 41:5, 41:6
**What;s** [1] - 29:10
**wheel** [1] - 21:15
**white** [3] - 65:6, 67:25, 98:22
**whole** [2] - 81:6, 98:8
**window** [8] - 64:5, 64:9, 66:16, 66:21, 66:23, 66:25, 67:8, 67:13
**wire** [1] - 13:24
**wiretap** [21] - 13:21, 14:11, 14:16, 14:19, 14:23, 15:1, 15:2, 15:8, 15:22, 16:18, 17:13, 46:9, 50:6, 51:10, 51:17, 52:9, 52:14, 53:7, 54:7, 57:21, 59:25
**wiretapped** [1] - 53:25
**wiretaps** [13] - 17:16, 46:22, 47:1, 47:20, 48:24, 49:23, 50:7, 50:20, 50:21, 51:7, 52:3, 57:25, 90:8
**withdrawn** [7] - 46:24, 47:16, 48:20, 55:23, 60:23, 64:8, 82:8
**Withdrawn** [1] - 99:3
**Witness** [1] - 13:7
**witness** [6] - 6:9, 19:24, 73:7, 86:8, 91:13, 91:16
**WITNESS** [95] - 7:20, 8:16, 8:20, 9:4, 14:9, 14:12, 16:5, 16:9, 16:23, 17:1, 17:3, 17:5, 17:7, 17:15, 18:6, 21:3, 21:6, 21:14, 21:18, 21:21, 23:6, 23:13, 25:15, 25:20, 26:2, 26:6, 26:10, 27:22,

28:5, 28:12, 28:17, 28:24, 29:1, 29:4, 29:9, 29:16, 29:18, 30:4, 30:14, 30:19, 30:22, 31:9, 32:1, 32:4, 33:8, 33:11, 45:4, 48:6, 48:12, 48:16, 49:20, 50:1, 50:9, 50:13, 51:12, 51:18, 52:15, 52:20, 53:6, 54:16, 76:20, 77:7, 77:12, 77:14, 77:18, 77:25, 78:2, 78:24, 79:3, 79:7, 79:9, 79:13, 79:16, 80:11, 80:13, 85:3, 88:14, 90:24, 93:14, 95:5, 95:9, 95:11, 96:7, 96:13, 96:16, 96:20, 97:25, 98:3, 98:7, 98:10, 99:14, 100:8, 102:8, 102:23
**witness)** [1] - 87:22
**witnesses** [5] - 3:14, 3:20, 3:21, 4:12, 4:25
**witnessing** [1] - 70:11
**woman** [9] - 10:24, 14:6, 18:15, 27:23, 28:19, 54:23, 60:25, 63:25, 99:16
**woman's** [1] - 78:21
**word** [5] - 77:23, 78:4, 83:14, 83:16, 83:18
**words** [3] - 28:9, 30:21, 79:14
**wore** [1] - 79:25
**works** [2] - 8:11, 9:14
**world** [1] - 5:1
**worse** [1] - 9:12
**wrapped** [4] - 40:19, 44:21, 85:18, 85:19
**wrist** [2] - 101:4, 101:6
**written** [4] - 36:19, 83:12, 88:18, 88:23

**Y**

**year** [1] - 28:23
**years** [3] - 6:23, 7:21, 92:6
**yellow** [1] - 44:20
**yesterday** [1] - 5:4
**yielded** [5] - 11:22, 15:22, 15:24, 47:11, 90:10
**YORK** [1] - 1:1
**York** [24] - 1:4, 1:15, 1:20, 7:1, 7:21, 7:22, 13:20, 14:3, 18:5, 42:17, 48:25, 49:4, 49:6, 49:10, 49:14, 49:21, 50:2, 50:14, 52:24, 53:18, 54:20, 58:14, 92:9, 102:16
**yourself** [2] - 32:20, 76:12

**Z**

**Zachariasevych** [1] - 27:5