UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA,
     Plaintiff,

                     08 CR 605


     versus     United States Courthouse
                225 Cadman Plaza East
                Brooklyn, N.Y. 11201
NORBY MARIN MORENO,

     DEFENDANT.


----------------------------------------x

               December 9, 2008
               9:30 a.m.
       TRANSCRIPT OF TRIAL
Before: HON. CHARLES P. SIFTON,
             DISTRICT COURT JUDGE


       APPEARANCES

BENTON CAMPBELL
United States Attorney - Eastern District of New York
One Pierrepont Plaza
Brooklyn, New York 11201
   ALI KAZEMI, ESQ.
Assistant United States Attorney

ATTORNEY FOR DEFENDANT:
Federal Defender's Office
16 Court Street  Third floor
Brooklyn, New York 11241
BY: JUSTINE HARRIS, ESQ.


Reporter: ALLAN R. SHERMAN, CSR, RPR
      225 Cadman Plaza East Rm 374
      Brooklyn, New York 11201
      Tel: (718) 613-2529 Fax: (718) 613-2630


Proceedings recorded by mechanical stenography, transcription
by CAT.

1          THE CLERK:  Criminal cause on trial, United States

2     of America versus Norby Marin Morena, docket number 08 CR 605.

3          (Official Spanish Interpreters sworn, Estrelita

4     Plested and Francisco Olivero.)

5          THE COURT:  Could you state your names for the court

6     reporter.

7          INTERPRETER ESTRELITA PLESTED:  For the record,

8     Estrelita Plested, certified Spanish interpreter.

9          INTERPRETER OLIVERO:  Francisco Olivero, certified

10    Spanish interpreter.

11         THE COURT:  So have a seat and we have the jury.

12         Mr. Kessler is orienting the jury as to how to get

13    in and out of the jury room with their security passes and

14    while he is doing that, we can take up a few preliminary

15    matters.

16         I've looked at your in limine applications and the

17    largest one it seems to me is the one concerning the alleged

18    effort to frame Ms. Morena by planting narcotics in her

19    luggage.

20         Now, the problem I have with that is, first of all,

21    I haven't been given an affidavit as to what Ms. Morena is

22    going to testify to.  I assume that she will testify in some

23    fashion that justifies putting this evidence concerning the

24    unfortunate circumstances that her family has gone through in

25    Colombia either through corroborating evidence, including

1   possibly expert testimony, but the presentation of what she is

2   going to testify to is so sketchy that I am not going to

3   permit any reference or evidence on that score until I have

4   heard more of what she has to say.

5        There is a potential for prejudice in the form of

6   simply eliciting the quite natural reaction on the part of

7   jurors to think that Ms. Morena and her family have gone

8   through enough hardships in this world and shouldn't be

9   subjected to criminal penalties which would prejudice the

10  government's case and that the only purpose for introducing

11  this subject of the Colombian disappearances is to elicit

12  prejudicial sympathy.

13       One part that troubles me in particular is sort of

14  the lack of logic.  The circumstances don't quite hang

15  together in a logical fashion and in particular, even if there

16  was a substantial motivation on the part of Colombian

17  paramilitaries to plant evidence, and even that aspect of the

18  defense is sketchy, why would they go through this very

19  roundabout way of notifying the U.S. authorities that there

20  was drugs to be found in luggage?

21       So what I am going to do is wait until I have heard

22  Ms. Morena's testimony before ruling on the admissibility of

23  the expert testimony and these newspaper articles and

24  certificates and reports so that I am in a better position

25  than I am now to weigh the probative value of the proposed

1    evidence against its prejudicial effect.

2           Concerning some of the other in limine applications,

3    I'm going to grant the government's motion to preclude proof

4    concerning the government's plea offer because the probative

5    value of that is substantially outweighed by the prejudice and

6    confusion that would be generated by getting into the subject

7    of mandatory minimums and safety valves and sentencing

8    overall.

9           So that motion is granted.

10          With respect to the motion to preclude the

11   government's border patrol records, I'm not going to rule one

12   way or the other at this stage as to that.  The more

13   straightforward way of dealing with the circumstances under

14   which the defendant was stopped at the border is to have the

15   person who stopped her testify to the circumstances.  And

16   again, there I will weigh the probative value both of the

17   testimony and of the records against the potential prejudice

18   that would exist if we took the rather amorphous circumstances

19   which lead people at the border to search and use that kind of

20   suspicious circumstances to bolster proof of the defendant's

21   guilt.

22          So don't get into those records until after the

23   border patrol agent has testified and we'll see if anything

24   further is necessary to explain the circumstances under which

25   the border patrol acted or didn't act.

1      Apart from that, I think what I'll do is simply

2  bring the jury in and give them the usual preliminary

3  procedural instructions.  I don't believe they have been sworn

4  so we'll swear them in and we'll get started.

5      MS. HARRIS:  Your Honor, there is one I think other

6  important matter to take up.

7      THE COURT:  What is that?

8      MS. HARRIS:  I am concerned what the government is

9  going to try to elicit from their witness concerning the

10  source that led them to the Metro Motel.

11      THE COURT:  Yes.

12      MS. HARRIS:  And I understand and agree that it's

13  necessary that some basic information that they receive is

14  necessary but any reference to a wiretap would be hearsay and

15  present confrontation clause issues for us since we've never

16  been presented with the substance or content of that wiretap.

17      THE COURT:  I haven't seen the wiretap yet either.

18  Are you going to present the wiretap?

19      MR. KAZEMI:  Your Honor, we would intend to present

20  the wiretap not for its truth.

21      THE COURT:  Before you get into it, I'll give both

22  sides an opportunity to be heard.

23      MS. HARRIS:  They are presenting a not for the

24  truth.

25      THE COURT:  Are you asking me or the government

1    attorney?  That is not appropriate.  Don't do that.

2                MS. HARRIS:  I apologize.

3                MR. KAZEMI:  We will present the fact of the wiretap

4    to explain Agent Aceves' actions not for their truth but to

5    explain why Agent Aceves went to the Metro Motel room 166.

6                THE COURT:  There is some area in which this is

7    appropriate and we'll take it up before it's presented.

8                MS. HARRIS:  I believe the government may open on

9    it.

10               THE COURT:  On the contents of the report?  Don't

11   refer to the contents of the report.

12               MR. KAZEMI:  Your Honor, the government does intend

13   to open on the fact that there was a wiretap.

14               THE COURT:  No, I won't permit that.

15               MR. KAZEMI:  May the government open on the fact

16   that there was a source of information that led Agent

17   Aceces --

18               THE COURT:  Yes, source of information is fine.

19               MR. KAZEMI:  And I spoke with defense counsel.  She

20   is willing to stipulate to the authenticity of two original

21   CDP customs declarations which the government does intend to

22   open on.

23               On those declarations the defendant lists her

24   intended address which is not the address that she went to

25   after she arrived in the United States.

1        THE COURT:  Why do I need to know all this?  You

2  have a stipulation?  If you have a stipulation, you don't have

3  to tell me.

4        MS. HARRIS:  There was one other matter, an in

5  limine application, and that is expert testimony from the

6  government agent on the behavior of narcotics traffickers.

7        It does seem to me that there is an appropriate

8  place for experts to testify as to how SIM cards and prepaid

9  phones get wrapped up in the apparatus of drug traffickers,

10  however, I don't at this point see any need for expert

11  testimony on the use of couriers or the packaging of narcotics

12  in the context of this case.

13        If you'll ask the jury to come in, we'll get

14  started.

15        MR. KAZEMI:  Your Honor, just one final matter, if

16  it pleases the Court.

17        THE COURT:  Go ahead.

18        MR. KAZEMI:  I'm not sure if the defendant intends

19  to open on the theory that the drugs were planted by a

20  Colombian paramilitary organization.

21        THE COURT:  She can open on whatever she says her

22  client is going to testify to if the defense wishes to do that

23  but don't get into the corroboration from newspapers or

24  matters of that sort.

25        Just let them know in your openings as to what each

1   side is going to prove without getting into the details of how

2   it's going to be proved apart from the reference to the fact

3   that the defendant is going to explain her conduct, her

4   circumstances.

5          MR. KAZEMI:  Thank you, your Honor.

6          (Jury in at 10:15 a.m.)

7          THE COURT:  Come on in, ladies and gentlemen, and

8   have a seat and we'll rearrange you if necessary and get

9   everybody back in the positions in which you were during your

10  jury selection.

11         Let's go through the jury role.

12         (Jury roll taken and all jurors present.)

13         THE COURT:  Okay, everybody is in the right place.

14         Ladies and gentlemen, my name is Charles Sifton.  I

15  am the judge who will be presiding over the trial, the case.

16  I'm sorry I wasn't with you yesterday during the jury

17  selection.  I had another commitment and Magistrate Judge Go

18  was kind enough to step in and do the jury selection.

19         I think it was here in the courtroom and I'm glad

20  you are already oriented as to where you were seated and I

21  hope you are also oriented as to how to get into the jury room

22  during the course of the trial and leave from it.

23         We'll get started with the trial.

24         The first event is to administer the oath of office

25  to you and I'll ask Mr. Kessler to do that.

Opening by the Court

1          (Jury sworn.)

2          THE COURT:  We're going to start out by giving you

3     some legal instructions.  The legal instructions that I am

4     going to give you now have to do with the procedure that will

5     we'll be following during the course of the trial, basically

6     just to tell you what comes first and second and what the

7     overall procedural trajectory of the trial will be.

8          When that is finished, we'll get started with the

9     opening statements and the taking of testimony and the balance

10    of the trial.

11         As I suspect you may have been told yesterday during

12    the jury selection the judge in each case during the trial is

13    responsible for informing you about the portion of the law

14    that you need to know in order to function as jurors.  We

15    don't expect that you'll come here already learned in the law

16    and in fact instruct you to disregard anything that you may

17    know about the law from other contexts because the law changes

18    over time and is different in different courts and is

19    different depending on what kind of case you are dealing with,

20    whether it's criminal or civil or what the accusations or

21    complaint is.

22         Now, in advising you of the law and instructing you

23    on the law, there are basically three categories of law that

24    you need to be informed of.  The most important comes at the

25    conclusion of the case just before you retire to consider your

Opening by the Court

1   verdict.

2        We call that body of law the substantive law,

3   meaning simply that this is the law that makes the kind of

4   conduct that is the subject of the accusations that are made

5   here against Ms. Morena a crime if those accusations are

6   proved beyond a reasonable doubt.  And that law comes from

7   Congress.  The Congress passes a law and in the substantive

8   instructions, I'll actually read to you the portion of the

9   particular legal statute that makes certain conduct, if proved

10  beyond a reasonable doubt, a crime and more specifically,

11  after I have read you the law, I'll then advise you what

12  essential facts have to be proved beyond a reasonable doubt

13  before someone can be found to have committed the crime that

14  is prohibited by the statute.

15       The essential facts are not lengthy or numerous but

16  I'll set them out, I'll define certain terms that are used in

17  the statute and give you the legal definition of them and I'll

18  give you some additional procedural instructions as to how to

19  deal with the particular categories of evidence that are

20  presented to you.

21       Now, in addition to the substantive law, there is

22  what I am explaining to you now, the procedural rules that we

23  follow which dictate such matters as who goes first and what

24  the order of the trial is going to be.

25       And finally, there is a body of law called the Rules

Opening by the Court

1   of Evidence which determines the kinds of information that can

2   be considered in deciding a matter of this importance.  Those

3   are also spelled out as rules and it will be my job to make

4   sure -- and the attorneys' job, to make sure that those Rules

5   of Evidence are complied with.

6           Now, let me get to the procedural instructions that

7   you need to be aware of.  You need to be aware of them in the

8   sense of understanding what we're doing, where we are in the

9   process of the trial for reasons that will become apparent.

10          So when I finish these procedural instructions,

11  we'll go to the first step which will be these so-called

12  opening statements by the lawyers.

13          The lawyer for the prosecution, the assistant United

14  States Attorneys who will be trying this case, will go first,

15  not out of any deference to the prosecution, both sides as I

16  am sure you were told yesterday are treated equally, neither

17  side is entitled to special consideration, but because the

18  prosecution has the burden of proof and the burden of

19  convincing you beyond a reasonable doubt that each of the

20  essential facts have been proved, they speak to you first and

21  are followed then by the defense lawyers.

22          Now, the opening statements you may think in your

23  own mind, why do we need to hear from the lawyers,

24  particularly because what the lawyers tell you is not part of

25  the evidence in the case.

Opening by the Court

1       The lawyers and I as a general matter should be

2   helping you to understand the evidence and the opening

3   statements serve the function of telling you what the lawyers

4   anticipate the evidence will be so that you get sort of an

5   overview of what all the case is going to look like at the end

6   which you'll find will help you in understanding a particular

7   witness who testified or understanding where we are in the

8   presentation of the proof.

9       When I say that the lawyer is not giving you

10  evidence, it may be helpful to understand that under the rules

11  of the legal profession, a lawyer who is in the position of a

12  witness who could give evidence about the case is in fact

13  disqualified from acting as a trial lawyer in the case.  For

14  example, if a lawyer is driving across the Brooklyn Bridge and

15  an accident occurs in front of his or her car, that lawyer

16  cannot act as a trial lawyer for anybody involved in that

17  accident.

18      And the reason is a practical one of making sure

19  that jurors do not confuse what lawyers say in describing or

20  orienting you on evidence with the evidence itself.  Their

21  role is to help you understand the evidence, to think about

22  it, reason about it but not to give evidence themselves.  And

23  I ask the lawyers, for example, in their opening statements to

24  make it easier for you by saying we expect to prove X rather

25  than just saying the fact of the matter is X and to always

Opening by the Court

1    phrase things in a way which helps you to distinguish what

2    lawyers say from what witnesses say.  Witnesses testify under

3    oath.  They are subject to cross-examination.  Lawyers are

4    not.  They are the ones who do the cross-examining for one

5    thing.

6         So it's a logical question to ask why not just get

7    straight to the evidence without taking time for opening

8    statements and the answer to that is that the Rules of

9    Evidence which put certain limits on what witnesses can say

10   prevent witnesses from telling you where their testimony fits

11   in as it were or they can't for example say well, I don't know

12   the answer to that question but the next witness who comes in

13   to testify is going to be able to explain that to you.

14        That sort of non-evidentiary explanation where

15   things fit in or what you can conclude from the evidence that

16   is presented is separated out and given to the lawyers as

17   their function to help you follow the testimony as it comes

18   in.

19        Now, the prosecution's lawyer will present what he

20   anticipates the evidence will be.  After that, as I said, the

21   defense lawyer has an opportunity to put before you what she

22   anticipates, what additional proof she anticipates is going to

23   be before you.  And following that, we get to the evidence

24   itself which will be pretty quickly this morning.

25        Now, the prosecution, once again not out of

Opening by the Court

Page 14

1   deference to the prosecution but simply as a matter of good

2   order, will present all of the evidence that the prosecution

3   has to offer you in support of the charges before the

4   defendant has an opportunity to present evidence herself.

5   That doesn't mean that the defense lawyer is going to sit on

6   her hands or not be heard from or ask any questions.  Each

7   witness, as you are probably aware, is questioned first on

8   what we call direct examination by the lawyer calling the

9   witness to the witness stand.  After that questioning is

10  concluded, the other side gets to engage in what I've referred

11  to already as cross-examination but cross-examination is

12  limited to the subject that the witness testified about on the

13  first round of questioning.  After the cross-examination, the

14  questioning can go back to the lawyer that started the witness

15  out but again, the questioning at that stage is limited to the

16  subjects that were inquired about in the preceding round of

17  questioning.

18          So it goes back and forth each time getting more and

19  more limited until both sides have asked all the questions

20  that they want to ask on the particular subject that the

21  witness was called upon to testify about on the first round of

22  questions.

23          Now, you can see how that manner of presenting

24  evidence means that the same witness may be called to testify

25  twice in a trial, once by the prosecution and later by the

Opening by the Court

1    defense because each side wants to ask the questions of the

2    witness on a different subject.  So there may be instances in

3    which a witness will come back and testify to some unrelated

4    subject that the witness was not questioned about initially.

5           In addition to testimony under oath, you'll also be

6    presented with evidence in the form of for lack of a better

7    word objects, things that can't speak for themselves.  They

8    are called exhibits.  They will be identified by exhibit

9    stickers, each one given a separate number or letter of the

10   alphabet.

11          The exhibits may simply be shown to a witness, for

12   example, to refresh a witness' recollection in which case if

13   it's successful in refreshing the witness' recollection.

14          The witness will then give the testimony and the

15   exhibit will not itself be offered in evidence so that it

16   won't be available for you to examine during your

17   deliberations, but that exhibit will have an identifying

18   number or letter but it will not be, as we say, received in

19   evidence to be available to you later on in the trial.

20   Instead, the issue will be decided on the testimony, but there

21   are instances in which these exhibits will be used not to

22   refresh people's recollection or assist a witness in

23   explaining himself but will be themselves offered in evidence

24   so that they can be considered by you independently of

25   anybody's testimony.  Examples could be what pieces of

Opening by the Court

1   luggage, the appearance, size, the weight of the luggage is of

2   significance to you in deciding an issue in the case.

3          Other times the exhibits will be pieces of paper.

4   Sometimes the pieces of paper will be offered simply for their

5   appearance, for numbers or letters that happen to be written

6   on the piece of paper which, for example, seven numbers on a

7   piece of paper, even though the paper itself doesn't explain

8   what the seven number are, if it turns out the seven numbers

9   on the piece of paper happen to be a telephone number the same

10  as what someone else says is my telephone number or somebody

11  else's telephone number, that exhibit will be put before you

12  together with the circumstances under which this piece of

13  paper was found to establish some kind of connection between

14  the place where the paper was found and the individual who

15  says that those numbers are a telephone number.

16         Other times documents, memoranda, records,

17  accounting records, that sort of thing, are placed in evidence

18  not simply for their appearance, whether they are on a white

19  piece of paper or have an individual's handwriting on them but

20  rather pretty much the way witnesses are put before you.  We

21  say that the exhibit is offered for its truth, meaning by that

22  not that the writer when he or she wrote on the memo was sworn

23  to tell the truth or something of that sort or was subject to

24  cross-examination because you can't cross-examine a document,

25  what we mean when a document is offered for its truth is that

Opening by the Court

1    it is one of those categories of documentary evidence that the

2    Rules of Evidence permit to be placed before you even though

3    not prepared under oath or subject to cross-examination.  An

4    example of that -- the standard example is business records

5    which ordinarily if they are established to be genuine or

6    plausibly established to be business records, we say well, in

7    most businesses people keep records more or less accurately

8    because otherwise how do they know whether they are making

9    money or losing money or owe taxes or not.

10            So under the rules of evidence, that kind of

11   document, once it's established to be that kind of document,

12   can be received in evidence even though not prepared under

13   oath because there are sufficient what we call indicia of

14   reliability to get it up to the level of reliability that we

15   hope is acquired when people testify under oath and are

16   cross-examined.

17            This may be a good point to distinguish between what

18   is permitted under the Rules of Evidence and what is the

19   truth.

20            The fact that something is written down in a

21   business record doesn't obviously establish that the records

22   are truthful or accurate but then no more does the taking of

23   the oath and subjecting oneself to cross-examination establish

24   that someone is telling the truth.  It would require you to

25   accept the testimony as true.  And the reason for that is

Opening by the Court

1    because although I am the judge of whether something meets the

2    Rules of Evidence or can lawfully be considered, the decision

3    as to where the truth lies, whether the witness is telling the

4    truth, whether the document is an accurate business record is

5    a factual matter and as I suspect the magistrate would have

6    told you during jury selection, you decide all the facts of

7    the case, not the lawyers and not I.

8           So the fact that I say well, you could consider that

9    under the Rules of Evidence means just that, you can consider

10   it, you can accept it, you can reject it, you can decide it's

11   accurate or inaccurate, false or true.  Those are all factual

12   issues which are up to you to decide.

13          Now, there are in addition to testimony and

14   exhibits, there are other categories of evidence which will be

15   put before you and as it's put before you, I may give you some

16   additional procedural instructions as to how to approach these

17   different categories of evidence but we'll wait until we get

18   to one or the other of these different categories of evidence

19   to give you the procedural instructions as to how the deal

20   with them.

21          Now, after the government has presented all of its

22   proof, the defendant has had an opportunity and it's just an

23   opportunity, I use that word advisedly because as you'll

24   probably have been told, a jury does not have to prove his or

25   her innocence.  The burden is always on the prosecution to

Opening by the Court

1    prove the essential elements of the accusation and to prove it

2    beyond a reasonable doubt.  But obviously although not under

3    any obligation to offer evidence or to testify, a defendant

4    has an opportunity if she chooses to offer evidence and to

5    testify.  And that will come in the defense case.

6         After the defense case, the prosecution then because

7    of its burden of proof which always resides with the

8    prosecution, the government has an opportunity although it's

9    not an obligation, to present a rebuttal case although the

10   obligation overall is to prove the defendant's guilt beyond a

11   reasonable doubt.

12        After both sides have presented all the evidence

13   each side intends to put before you, we then get to another

14   stage of the proceeding in which the lawyers address you.

15   They don't add to the evidence but they in their closing

16   arguments, their summations, we use those two different words

17   to refer to this stage of the proceeding besides the different

18   functions of the statements by the attorneys.  The statement

19   at that point is not adding to the evidence but it is again an

20   opportunity for the lawyers each from each lawyer's client's

21   perspective to put before you the arguments not in the sense

22   of heated table stomping, emotional presentations but the

23   logical arguments as to what reason and common sense can lead

24   you to conclude from the evidence as to whether the essential

25   facts have or have not been established.

Opening by the Court

1    I should say that throughout this trial, if the

2  magistrate didn't say this, let me say it again, but even if

3  she did, it's worth repeating, everybody in this proceeding

4  including you yourself are to approach the case and the

5  evidence from the perspective of reason and common sense and

6  meaning by that that you are not to decide any aspect of the

7  case, I don't want to say irrationally, non-rationally, that

8  is based on emotions.  Emotions are quite natural in this

9  courtroom.  It's inevitable.  Sympathy for someone accused of

10  a crime is a natural reaction to a criminal prosecution.

11  Antipathy to someone accused of a crime can also arise but as

12  I hope you understand, in performing your function and the

13  lawyers in performing their function are not here to morally

14  condemn or emotionally appeal to you but rather to use reason

15  and common sense to decide whether the essential facts of the

16  case have or have not been established beyond a reasonable

17  doubt.

18    So when we get to the summations, you will not be

19  appealed to emotionally or at no point during the trial will

20  the lawyers be appealing to your emotions or non-rational

21  feelings about people of different backgrounds or races or

22  ethnic backgrounds, it will all be on the basis of reason and

23  common sense.

24    Now, the other word we use to refer to these closing

25  statements by the lawyers is summation.  And what we mean by

Opening by the Court

1  that is very simply the closing statement is an opportunity

2  for the lawyer to remind you of the evidence or testimony that

3  you've heard or to point out to you -- you'll notice that we

4  have a screen over here, and actually in the arms of your

5  chairs you'll find, if you fold back the top, that there is a

6  computer screen like this and that will give the lawyers

7  during the course of the trial an opportunity to let you see

8  the exhibits that the witnesses are testifying about or are

9  being questioned about pretty much as the witness sees it and

10  everybody can be looking at the same thing at the same time.

11      So part of the effort of summations is to point out

12  to you in documents portions that are of particular

13  significance from the perspective of the lawyer who is making

14  the statement in deciding the case.

15      Now, after both sides have an opportunity to sum up

16  and give you closing arguments, that will be the next stage,

17  the stage at which I instruct you on the law which makes

18  certain conduct if proved beyond a reasonable doubt and other

19  essential elements, if proved beyond a reasonable doubt

20  sufficient to establish guilt.

21      You'll then following that retire to consider your

22  verdict which as I am sure you were told must be unanimous.

23  One of the reasons we rely on reason and common sense is not

24  because reason and common sense are better than emotions as a

25  means of deciding things in all situations but simply because

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter
United States District Court   Eastern District of New York

Opening by the Court

1   with a rule which requires a unanimous decision, it doesn't

2   work if people just say, well, thinks how I feel about it and

3   I'm not going to change my mind.

4           Feelings are not necessarily bad but they are the

5   kind of approach to evidence which cannot be relied on to

6   bring unanimity.  Everybody has to proceed on the same

7   wavelength to assure that we get to the unanimous decision and

8   it's part of the oath which you took at the beginning of the

9   trial to proceed on that basis, proceed on the basis of reason

10  and common sense.

11          Now, you yourselves will continue the process that

12  the lawyers have started of thinking about the case and seeing

13  what conclusions can be drawn and refreshing each other's

14  recollection as to what the evidence has been and then

15  reaching your decision and reporting a verdict.

16          Now, I've talked about the way we are going to

17  proceed.  Let me conclude with one final instruction that I'll

18  repeat because of its importance at numerous points during the

19  trial.

20          You are first of all not to discuss the case, not to

21  start prematurely the process of deliberating among yourselves

22  by talking about the case among yourselves until the case is

23  submitted to you to reach a verdict.  And the quite sensible

24  reason for that, as you can see, you have gone through all the

25  stages of the case, is that if you hear a witness and then go

Opening by the Court

1    out to the jury room on a morning or afternoon recess and you

2    say to a colleague, well, I didn't think very much of that

3    fellow's testimony, later evidence or cross-examination or

4    some instruction you are given later in the trial may cause

5    you to change your mind.  But what about the other person that

6    you talked to?  Do you have an obligation to go to that person

7    and undo any affect you've had in announcing your premature

8    decision?  To avoid any difficulties of that sort, the rule

9    which we follow is don't talk about the case among yourselves

10   until you are instructed to consider your verdict.

11           Also, don't talk about the case with anyone else.

12   The best method for avoiding that is tell people at home or

13   place of business if you happen to go to one that you are

14   serving on a jury in a criminal case in Federal Court but then

15   before whoever you are talking to can get a word in edgewise,

16   tell them that you have been ordered, directed, however strong

17   you need to make it to get the point across, not to discuss

18   the case with anyone until after its concluded.  You can talk

19   about it after it's concluded to your heart's content but

20   don't talk about the case with anyone else so that someone

21   else, even if you rely on it in other contexts, you can't rely

22   on someone who hasn't been through this whole process to help

23   you resolve any issue.

24           You are all here together, each of you coming,

25   looking inevitably at it from a different perspective on the

1    same body of evidence and all of you coming together to some

2    common sense conclusion.

3             So that is the process to follow.   Some portions of

4    this evidence may deal with locations in a particular part of

5    the city.   Don't go to visit the location for a lot of

6    reasons, very practical reasons.   One is you may go to the

7    wrong place.   Another is the location may have changed between

8    the time being testified about and your visit.   And also, it's

9    unfair to the participants, to the parties to have you go.

10   You are not here to do your own independent investigation.

11   The obligation is on the government to do its investigation,

12   the defense lawyer, and it would be unfair to them to have you

13   doing something that they are unaware of that they can't

14   cross-examine or reproduce.

15            All right, that pretty much concludes that I had to

16   say although I will be giving you additional instructions on

17   procedure from time to time during the trial.   I also will be

18   ruling on whether things can be in evidence or shouldn't be in

19   evidence.

20            We try to do that in a way that interferes with your

21   understanding of the evidence as little as possible at various

22   points during the course of the trial.   The sort of

23   telegraphic way of dealing with issues of evidence is to have

24   a lawyer simply stand up and say I object.   I then if I see

25   what the problem is will rule on the objection either by

Opening by the Court

1    saying sustained, meaning that the question may call for

2    information that shouldn't be put in evidence or overruled,

3    meaning that the witness can go ahead and answer the question,

4    that there isn't a problem under the Rules of Evidence.

5            Sometimes I'll have to ask the lawyers to come up

6    here to the side of the bench with the court reporter to see

7    what arguments are by one side or the other whether to admit

8    something in evidence.

9            These are all interruptions during the course of

10   presenting the evidence to you and we try to keep them at a

11   minimum to deal with them before you are in the jury box or at

12   the end of the day or during recesses but the reason for doing

13   this up here at the sidebar, if we have to do it outside your

14   presence, is because obviously talking about whether something

15   should be placed this evidence or not sort of let's the cat

16   out of the bag in a sense that it puts the information in

17   front of you and then you have to forget what you heard about

18   the evidence.  It's not impossible to do and I may on occasion

19   instruct you to disregard something, and I'll explain what I

20   mean by that at an appropriate point but we try to limit the

21   evidentiary arguments to this I object and sustained or

22   overruled or to discussions here at the sidebar to make it

23   easier for you to concentrate on the evidence and not be

24   distracted by other kind of information.

25            All right, why don't we start with the opening

Opening by the Court

1    statement.

2           How long do you think you are going to be in your

3    opening?

4           MR. KAZEMI:  Five minutes, your Honor.

5           THE COURT:  Then we'll hear the openings.  I assume

6    you won't be much longer, then we'll take a recess.

7           MR. KAZEMI:  Late in the evening of July 30, 2008

8    the defendant, Norby Marin Marino, boarded a flight in

9    Colombia, South America.

10          THE COURT:  I take it not because you were there but

11   because you are going to present some evidence that will show

12   this?

13          MR. KAZEMI:  Yes, your Honor.

14          THE COURT:  Let's make it easy for the jurors to

15   understand the distinction.

16          MR. KAZEMI:  The evidence will show that the

17   defendant Norby Marin Marino boarded a flight in Colombia

18   South America carrying more than a kilogram of heroin.  She

19   flew to JFK International Airport, picked up her bags and went

20   to a motel to deliver her package to another drug trafficker.

21   And the drugs were stuffed in her suitcase hidden inside four

22   metal perfume canisters buried deep inside her clothes.

23   Unfortunately for the defendant, the evidence will show that

24   agents of the Drug Enforcement Administration or DEA found out

25   about this deal, located the defendant at the Metro Motel,

fce0b17b-f3f5-4498-9412-7a95a6ee3e26

Opening/Government/Kazemi

1   interrupted her plans and seized the heroin that was hidden in

2   her suitcase.

3          Before I go any further, let me introduce myself.

4   My name is Ali Kazemi and I'm an assistant United States

5   Attorney here in the Eastern District of New York.   Sitting

6   with me at counsel table is Assistant United States Attorney

7   John Nathanson and DEA Special Agent Salvador Aceves.

8   Together we represent the United States.

9          Ladies and gentlemen, the evidence in this case will

10  show that the defendant arrived at JFK early in the morning of

11  July 31 and filled out a customs form.   On that form she

12  stated that while she was in the United States, she would be

13  staying at 5921 Calloway in New York.   The only problem is

14  that she never went to 5921 Calloway, instead she went to this

15  place called the Metro Motel with a suitcase full a drugs

16  which you will hear that the defendant and her drugs never

17  went any further.   That's because DEA agents had learned about

18  the defendant's plans through a source of information in

19  Colombia.   The evidence will show that the source of

20  information in Colombia told the DEA agents that a heavy set

21  Hispanic woman, a drug courier named Norby would be carrying a

22  package of 1.02 kilograms of heroin.   She would be carrying it

23  into the United States and staying in a hotel called the Metro

24  Motel in Queens, New York.   They even stated that she would be

25  staying in room 166 and transferring her drugs to the next

Opening/Government/Kazemi

1    member of this drug ring imminently.

2         The courier the DEA learned about through this

3    course of information in Colombia was the defendant Norby

4    Marin Marino.  You will hear that the DEA agents acted on this

5    information by heading straight for room 166 of the Metro

6    Motel where they found the defendant.  You will hear that

7    during a search of the defendant's bags, they found four metal

8    perfume canisters buried deep inside the defendant's large

9    suitcase.  They looked like normal perfume canisters.  They

10   even sprayed perfume but upon closer inspection, the agent

11   learned that the perfume canisters held more than perfume,

12   they also held 1.2 kilograms of heroin.

13        You'll also learn that while the agents were

14   searching the defendant's bags, she received a series of phone

15   calls on her cell phone.  All of these calls came from the

16   same caller.  The first two calls weren't answered in time but

17   the second two calls were answered and recorded.  You will

18   hear those recordings.

19        During the first recorded call, the defendant picked

20   up the phone and with the DEA agent standing next to her, she

21   said:  Who are you?  Why did you dial my number?  The male

22   caller responded to the defendant by saying Norby.  The

23   defendant told the man he had the wrong number.  You will then

24   learn that moments later, this same man called the defendant

25   right back.  The defendant picked up the phone and again with

Opening/Government/Kazemi

1    DEA agents standing around her, she said:  I don't know who

2    you are and I don't know why you are calling; yet the evidence

3    will show that the defendant had a two minute call with this

4    same caller only two hours earlier that morning and that call

5    took place without any DEA agents around.

6           The evidence will also show in this case that

7    besides the drugs, the defendant was carrying various other

8    items that you might not expect the average carrier -- the

9    average traveler to be carrying, things like a prayer to save

10   yourself if you are find yourself locked up in jail.

11          So why did the defendant conspire with others to

12   bring heroin into the United States?  Money.

13          You'll hear a drug expert testify that the heroin

14   the defendant smuggled is worth tens of thousands of dollars

15   in the streets of New York City.  You'll also hear from the

16   DEA agents who found the heroin hidden in the defendant's

17   luggage and recorded those two calls in her motel room.

18   You'll hear those recorded calls.  And you'll see phone

19   records showing that those were not the only two calls between

20   the defendants and that unknown caller.  You will also see the

21   customs declaration the defendant filled out where she says

22   she is heading for 5921 Calloway Avenue.

23          Then you'll hear from the person who actually lived

24   at 5921 Calloway.  She will tell you that she hardly knows the

25   defendant and she had no idea that the defendant was even

1    going to be in New York.

2            Let me say a few words about the charges in this

3    case.  There are two.  In the first charge, the defendant is

4    accused of conspiring with people like the man on the

5    telephone to possess with intent to distribute heroin.  In the

6    second charge the defendant is accused of actually possessing

7    heroin like the heroin that was found in her suitcase.

8            With regard to these two charges, all that the

9    government asks of you at this time is that you sit here and

10   listen carefully to the evidence that is presented.  At the

11   end of this case, I'll ask you to return the only verdict that

12   is consistent with that evidence and that is a verdict of

13   guilty.

14           THE COURT:  All right, Ms. Harris.

15           MS. HARRIS:  Norby Marin Marino did not know that

16   there were drugs in her suitcase.

17           THE COURT:  Once again, you are not witnesses.  Just

18   put this --

19           MS. HARRIS:  In this case the evidence will show

20   that Norby Marin Marino did not know that there were drugs in

21   her suitcase.  Before the DEA agents opened that suitcase in

22   room 166 in the Metro Motel, Ms. Morena had never seen those

23   perfume canisters before.

24           The evidence will show that those were not her drugs

25   and she is not guilty.  You will hear from Ms. Marin Moreno

Opening/Defendant/Harris

1   and you will hear that paramilitary in Colombia connected to

2   drug traffickers and government officials in Colombia have

3   killed Ms. Marin Moreno's father, two brothers and one of her

4   sons.

5        Two years ago those same paramilitaries were

6   responsible for the disappearance of two more sons.  It is

7   those individuals and people associated with those individuals

8   who placed the drugs, who planted the drugs in Ms. Marin

9   Moreno's suitcase.

10        You will hear from Ms. Marin Moreno that since the

11   death and disappearance of her sons, she has been desperate

12   and distraught.  She has been on a journey to find out the

13   truth about what happened to her sons, their true fate.  She

14   wants to know if they have been kidnapped so she can figure

15   out a way to pay the ransom.  She wants to know if they are

16   dead so she can give them a proper burial.

17        It's that journey, that mission that brought her to

18   the United States where many of the paramilitary leaders are

19   now jailed.

20        In Colombia, the paramilitary leaders who were in

21   jail are disclosing to the government and to the public their

22   crimes.  They are telling people where the bodies are buried

23   so they can get more lenient sentences.  She learned that and

24   came to the United States in an effort the get the information

25   about her sons from the leaders who are jailed here.  But

Opening/Defendant/Harris

1    someone wanted to stop Ms. Marin Moreno from finding out the

2    truth.  Someone wanted to stop her from searching for the

3    truth here and from searching for the truth in Colombia.

4          Now, Ms. Marin Moreno is a damaged person.  She has

5    suffered a lot.  And when you hear her testify and you see

6    her, you will see that in order to survive, she has had to

7    turn off some of her feelings, that in order to get by day by

8    day, she has become numb.  And I want you to keep that in mind

9    when you hear from her.

10          To the government, this seems like an open and shut

11    case and when you hear from the government witnesses and the

12    DEA agents in their blue suits, you are going to think that

13    it's an open and shut case.  Drugs in your suitcase, they are

14    yours, you are guilty, you go to jail.  But we know that life

15    is never open and shut.  Life is complicated and it's messy.

16    And when half your family has been killed by Colombian

17    paramilitary groups, the America rules and common sense just

18    don't apply.  Life is different for Norby Marin Marino.  It

19    doesn't make sense that a mother should lose three of her four

20    sons.  It doesn't make sense that --

21          THE COURT:  Counsel, let's get --

22          MS. HARRIS:  You will hear from Ms. Norby Marin

23    Marion that in Colombia the rules of life are different.

24    Nothing happens as it should.  And when you listen to the

25    government, I want you to keep in mind that real world

Opening/Defendant/Harris

1   Colombia, that Ms. Marin Moreno's real world is a very

2   different world.

3          By our standards, much of Ms. Marin Moreno's life

4   doesn't make any sense.  It's messy.  It's sad and it's

5   complicated.  But one thing is for sure, you will hear from

6   the evidence that when Ms. Marin Moreno came to the United

7   States, she did not bring drugs.  You will hear her testify

8   those were not her canisters, those were not her drugs and she

9   is not guilty.

10         Thank you.

11         THE COURT:  All right, ladies and gentlemen, we'll

12   take a brief recess.  I hope Mr. Kessler told you how these

13   doors operate but if someone takes one of those white cards

14   and puts it against that box with the red button on it, that

15   will deactivate the alarm and you just go right here to the

16   jury room.

17         We'll bring you back after a brief recess.  You may

18   withdraw.

19         (Jury out at 11:10 a.m.)

20         THE COURT:  All right, we'll take a 10 minute break.

21   If you are going to display any of your evidence on the

22   projector, if someone can gently take the monitors out of the

23   jurors' chairs and make sure that things are functioning.

24   We'll take a 10 minute break and get started.

25         (Recess.)

1        (Continued on next page.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        THE COURT:  For the benefit of the lawyers -- where

2   is Ms. Harris?

3        MR. KAZEMI:  She is right outside.  She will be

4   stepping in shortly.

5        (Pause.)

6        THE COURT:  Just for the benefit of the lawyers, you

7   may or may not be aware that Mr. Kessler has had a medical

8   emergency so we are going to limp along as best we can without

9   him but Teresa Henry may be up.  I've got an arraignment at

10  12:30 .

11       MR. NATHANSON:  It's at noon.  I'm going to cover

12  that for the assigned assistant.

13       THE COURT:  You will.

14       Well, when your adversary appears, you can just hold

15  up your finger or something like that and let me know.  We

16  probably won't take it until 12:30 during the luncheon recess.

17       I had one other question.

18       Is the government going to bring this gentleman up

19  who overheard this conversation on the phone in Colombia or

20  not?

21       MR. KAZEMI:  We're not, your Honor but all the

22  government seeks to do is introduce the fact that the source

23  of information was a wiretap.  It's irrelevant to the jurors'

24  analysis.

25       THE COURT:  Do you have any problem with the fact

1    that it was a wiretap?

2            MS. HARRIS:  Two; one is that the alleged purpose

3    for which it is being offered is for Agent Aceves' state of

4    mind.

5            THE COURT:  His state of mind?

6            MS. HARRIS:  That is the purported basis.

7            THE COURT:  That is not the purpose of it at all.

8    It's to prove, simply to prove that it was a wiretap.

9            MS. HARRIS:  He didn't hear the happen, your Honor,

10   at the time of the call.

11           THE COURT:  I understand that.

12           MS. HARRIS:  So we have a hearsay issue number one.

13   And number 2 --

14           THE COURT:  It's really unfair.  That's why I'm

15   questioning you rather carefully on it.  To say that this was

16   an anonymous tip or to leave the jury with the impression that

17   this was an anonymous tip when you know pretty certainly that

18   it wasn't an anonymous tip is quite unfair.

19           So if you are not going to stipulate to it, I guess

20   we'll just have to think how it might be offered short of

21   bringing the gentleman up here from Colombia.

22           MR. KAZEMI:  Well, your Honor --

23           THE COURT:  Yes.

24           MR. KAZEMI:  The defendant has put this issue in

25   play by claiming that --

1    THE COURT:  I understand that and you can be

2    absolutely sure that if under the circumstances, Ms. Harris,

3    you suggest that this was anything like an anonymous tip, that

4    I'll come down on you like a ton of bricks because that would

5    be really unfair to the government in the circumstances but

6    we'll proceed as best we can.

7    MS. HARRIS:  For the record, I just want to make

8    clear this is a wiretap of which I have never seen any

9    evidence of.  It has not been --

10    THE COURT:  I understand your argument and I'm

11    disposed to accept it but I'm not going to allow you to make

12    use of this circumstances in a manner that is unfair.  That is

13    all.

14    MS. HARRIS:  I understand.

15    THE COURT:  You ask for fairness and the government

16    is entitled to ask for fairness too.

17    MR. KAZEMI:  Your Honor, may I --

18    THE COURT:  Let's not go further with it.  We are

19    keeping the jury waiting.  We'll take it up at some

20    appropriate time.

21    MR. KAZEMI:  Early in Agent Aceves' testimony I

22    simply seek to elicit the fact that the source was a wiretap.

23    THE COURT:  I know and I'm going to sustain an

24    objection to it because it's hearsay.

25    MR. KAZEMI:  It's not being offered for its truth.

1  The reason Agent Aceves acted so quickly based on the source

2  of information was just the fact that it was a wiretap as

3  opposed to an anonymous tip.  Had it been an anonymous tip, he

4  may not have acted so quickly.  The DEA receives anonymous

5  tips all the time.  In this case they had a wiretap which is

6  why Agent Aceves moved so quickly to room 166.

7           THE COURT:  I'll consider the argument and any

8  others that you come up with.

9           Would you ask the jury to come in.

10          Your argument is why did you move so fast, agent?

11 Well, because I was under the impression that the information

12 came from a wiretap.

13          And I'll instruct the jury just because the agent

14 said it was under his impression doesn't mean that that was

15 the case.

16          Maybe there is some way to get it before the jury

17 but it sounds to me that what you really will be eventually

18 attempting to do is to say how implausible Ms. Morena's

19 testimony is since why would they not just make an anonymous

20 tip rather than use a wiretap which is a use of the

21 information for its truth.

22          MR. KAZEMI:  That's exactly right, your Honor.

23          THE COURT:  If I'm exactly right then you are not

24 going to offer it.

25          (Jury in at 11:45 a.m.)

1    THE COURT:  All right, ladies and gentlemen, come on

2  in and have a seat.

3    The evidence monitors are up so don't trip on them

4  or tear your clothing on them.  That's not why we put them up.

5    Actually, these monitors turn.  If they are in your

6  way, you can sort of get them out of your way and I activate

7  them from up here.  You don't need to pay any attention to

8  them until they are on.

9    Would you call your first witness.

10    MR. KAZEMI:  Yes.  The government calls DEA Special

11  Agent Salvador Aceves.

12    THE COURT:  Come on up, sir, and be sworn.

13  SALVADOR  ACEVES,  having been called as a

14    witness, first being duly sworn, was examined and

15    testified as follows:

16    THE CLERK:  Please be seated.

17    State your name for the record.

18    THE WITNESS:  Salvador Aceves, A-C-E-V-E-S.

19    THE COURT:  I think that microphone may not be on.

20    Is it on?

21    THE CLERK:  Yes, your Honor.

22    THE COURT:  So the microphone picks up your voice at

23  a distance so you don't have to have it right in your face as

24  it were.

25    All right, go ahead, counsel.

Aceves/Direct/Kazemi

Page 40

1    DIRECT EXAMINATION

2    BY MR. KAZEMI:

3    Q       Good morning, agent.

4               By whom are you employ?

5    A       The Drug Enforcement Administration.

6    Q       Is that also known as the DEA?

7    A       Yes.

8    Q       What is your title?

9    A       Special Agent.

10   Q       How long have you been a DEA Special Agent?

11   A       A little over three and a half years.

12   Q       Directing your attention to the morning of July 31, 2008,

13   where were you assigned at that time?

14   A       The New York Field Division.

15   Q       Are you involved in the investigation of the defendant in

16   this case, Norby Marin Marino?

17   A       Yes.

18   Q       Are you a case agent for this investigation?

19   A       Yes.

20   Q       What does case agent mean?

21   A       I'm the lead agent in the investigation.

22   Q       Could you please tell the Court how you came to be

23   involved in this investigation?

24   A       On the morning of July 31 I received information from an

25   Agent Richard Walsh who is also with the DEA.  He is assigned

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court   Eastern District of New York

Aceves/Direct/Kazemi

1    to the Bogota country office.  He called me with information

2    regarding a heroin courier that was located in New York.

3    Q    Was --

4         THE COURT:  Hold on.

5         I'm going to see if we can do this without the

6    microphone because it alters your voice.

7         Keep your voice up.

8    Q    Was the source of this information an anonymous tip?

9    A    No.

10   Q    Does DEA receive anonymous tips regularly?

11   A    Yes, we receive anonymous tips on a regular basis, dozens

12   if not maybe -- there are just many a day.

13   Q    Does DEA typically act on anonymous tips?

14   A    Anonymous tips are taken and recording but an anonymous

15   tip is usually unreliable and usually has vague information

16   from the person.

17        MS. HARRIS:  Objection, your Honor.

18        THE COURT:  I think we have gone far enough into

19   where this information came from.

20        Go ahead.

21        What is next?

22   Q    Was this information obtained as part of a broader

23   investigation?

24   A    Yes.

25   Q    What information did Agent Walsh provide you with?

Aceves/Direct/Kazemi

Page 42

1          MS. HARRIS:  Objection.

2          MR. KAZEMI:  Not being offered for its truth,

3    your Honor.

4          THE COURT:  As the lawyer just said, it's not being

5    offered for its truth.

6          If this agent down this Colombia wants to come up

7    here and testify under oath and be subject to

8    cross-examination, then we can consider whatever he says as

9    though it were testimony, but at this point we are simply

10   receiving this information that was passed on to this agent

11   for the fact that the agent learned this information as just

12   sort of background information to explain how it is he came to

13   encounter the defendant.

14          For example, somebody in Colombia used the word

15   Norby.  That doesn't mean that this defendant is the Norby

16   that was referred for in the conversation.  That is something

17   that could only be discovered if somebody got up here and

18   swore the name Norby was used and there was cross-examination

19   about it.

20          But the fact that the agent was told and heard

21   something about a Norby explains why it is the agent was, if

22   he was, looking for somebody with the name Norby.  That is

23   all.

24          Go ahead.

25   Q    What information did Agent Walsh provide you with?

Aceves/Direct/Kazemi

1   A     On that morning I was told that there was a heavy set

2   Hispanic woman named Norby at the Metro Motel on Queens

3   Boulevard, 7300 Queens Boulevard, in room 166 with

4   approximately 1200 grams of heroin.  I was given her phone

5   number and I was told that she would be meeting with an

6   individual known only as Pintor.

7           THE COURT:  What was the information you were given

8   about a phone number?

9           THE WITNESS:  Yes, it's in the notes that I took

10  that day as well.  There was a phone number for the defendant

11  as well.

12          THE COURT:  You were given a phone number?

13          THE WITNESS:  Correct.

14          THE COURT:  And I interrupted what you were saying

15  about Pintor.

16          How did that name come up?

17          THE WITNESS:  Yes, your Honor, I was told that

18  Pintor would contact the defendant in some way in order to

19  arrange the exchange for the 1200 grams of heroin.  In

20  exchange we were told that Pintor and an associate of his

21  might be giving her approximately $10,000 which would probably

22  be the courier cost, not the cost of the heroin.  It would be

23  much more than that, and that he would contact her prior to

24  meeting with her.  And over the phone he would say that he was

25  calling on behalf of El Tio, which just means uncle, he was

Aceves/Direct/Kazemi

1    calling on behalf of the uncle.  That was the code for her to

2    know that this was the person to be contacting her and that

3    they were to proceed as planned.

4    Q    And El Tio means uncle in Spanish?

5    A    Yes.

6    Q    How do you know that?

7    A    I speak Spanish.

8    Q    How did you learn Spanish?

9    A    Aside from my mother and father both being from Mexico, I

10    spent a little over two years in Costa Rica when I was in the

11    Peace Corps.

12    Q    How many calls did you have with Agent Walsh?

13    A    I couldn't recall exactly how many.  We were in almost

14    constant communication that morning.  He was calling me -- as

15    he received more information, he was calling me to update me

16    on a regular basis.

17    Q    Did Agent Walsh tell you when the suspect would be

18    arriving in the United States?

19    A    When he contacted me that morning, maybe around 10:00, I

20    had been told that the defendant was already here.

21    Q    How quickly was the information being passed from Agent

22    Walsh to you?

23    A    Almost realtime.  I was told that he was -- as he was

24    getting information, he was giving it to me as quickly as

25    possible.  He wanted me to get there as quickly as possible

Aceves/Direct/Kazemi

1    and intercept the heroin before it was given to Pintor and

2    left the hotel.  We knew where it was.  That was our

3    opportunity to act right then and there.

4    Q    Did you attempt to follow up on the lead obtained from

5    this non-anonymous source?

6              MS. HARRIS:  Objection.

7              THE COURT:  Yes, I'll sustain it.

8              Go ahead.

9              What is next?

10   Q    Did you attempt to follow up on the lead obtained from

11   the source of information?

12   A    Yes.

13   Q    How did you do so?

14   A    As soon as I was -- I gathered my things, I made my way

15   out to Queens Boulevard, 7300, the Metro Motel, and I

16   established surveillance.

17   Q    Did you establish surveillance alone or as part of a

18   team?

19   A    As part of a team.

20   Q    How was this team assembled?

21   A    Would you like the names of the individuals who were

22   there that day?

23   Q    Sure.

24   A    Elizabeth O'Connor, Ramon Acie, David Samilo, John

25   Francolla, Jeff Senn and Orst Zacharizovich.  I think that's

Aceves/Direct/Kazemi

Page 46

1    all.

2    Q    Was there a supervisory special agent for this team?

3    A    Yes, Liz O'Connor.

4    Q    Is she a DEA special agent?

5    A    Yes.

6    Q    So there came a time when you established surveillance at

7    the Metro Motel?

8    A    Yes.

9    Q    Approximately when was that?

10   A    I was there by about noon.

11   Q    Can you please describe the layout of the Metro Motel to

12   the?

13   A    It is on the south side of Queens Boulevard.  As you face

14   the motel, there is a lobby to the right, a breezeway to the

15   left that you can drive through.  As you drive in, there are

16   motel rooms on the left and a slanted parking lot in front of

17   them or slanted parking directly in front of them.  It opens

18   up into a large square gavel parking lot that is enclosed.

19   Q    Were you the first agent to establish surveillance at the

20   Metro Motel?

21   A    Yes.

22   Q    In what location did you establish surveillance?

23   A    In the gravel parking lot but maybe about 20 feet or so

24   away from room 166.  I was directly in front of it facing room

25   166.

Aceves/Direct/Kazemi

Page 47

1    Q    I'm going to show you what has been marked as
2    Government's Exhibit 1 A for identification and you should
3    have a copy in front of you.
4         I'm going to put a copy up on --
5         THE COURT:  What are you going to do?
6         Hold on.  Hold on.
7         What is the exhibit?
8         MR. KAZEMI:  18 for identification.
9         THE COURT:  Don't put it up on the screen until you
10   have offered it in evidence if there is any objection.
11        MR. KAZEMI:  Yes, your Honor.
12   Q    Do you recognize Exhibit 1.
13   A    Yes.
14   Q    What is that?
15   A    This is a picture of the Metro Motel from Queens
16   Boulevard looking in at the hotel.
17   Q    That is a true and accurate depiction of the Metro Motel?
18   A    Yes.
19   Q    The entry area as it appeared on July 31, 2008?
20   A    Yes.  There may have been more or less vehicles but it's
21   the same.
22        MR. KAZEMI:  Your Honor, I move to admit the Exhibit
23   1A into evidence.
24        THE COURT:  If there is no objection, I'll receive
25   it and mark it.

Aceves/Direct/Kazemi

Page 48

1            MS. HARRIS:  No objection.

2            MR. KAZEMI:  I believe you have a copy as well.

3            THE COURT:  What I want to do is physically mark

4    into evidence the exhibit that we'll be using and which will

5    be available to the jury during its deliberations.

6            So in doing that, I am marking on this exhibit

7    sticker with my initials in small letters ev to indicate that

8    this is an exhibit in evidence.

9            Now if you want to put it up on the projector, I'll

10   display it to the jury.

11           MR. KAZEMI:  Thank you, your Honor.

12           THE COURT:  Get it in place and then I'll -- is that

13   where you want it?

14           Okay, counsel?

15           MR. KAZEMI:  Yes, your Honor.

16           THE COURT:  Okay.

17           Anyone having any difficulty seeing that?

18           Go ahead.

19   Q    Agent Aceves, can you please describe the layout of the

20   Metro Motel using this picture as an aid?

21   A    As I was saying, the lobby is right there on the right

22   under the words Metro Motel.  To the left is the breezeway

23   that goes in, diagonal parking directly in front of that.

24   Beyond that, it opens up into a large -- not that large but a

25   larger square parking lot that opens up more.  Once you pass

Aceves/Direct/Kazemi

Page 49

1    the building to the left, it opens up.

2            THE COURT:  Is this looking, is it the photographer

3    standing more or less where Queens Boulevard is?

4            THE WITNESS:  Yes.

5            THE COURT:  A looking into the parking area and the

6    entrance -- at an entrance to the motel?

7            THE WITNESS:  Yes, your Honor.

8            THE COURT:  Okay.

9            Go ahead.

10   Q    Agent Aceves, please take a look at what has been marked

11   for identification as Exhibit 1 B.

12           Do you recognize that photograph?

13   A    Yes.  This is another photograph of the Metro Motel.

14   It's a closer photograph of the rooms to the left.  There is

15   an orange cone directly in front of room 166 just before the

16   gravel parking lot.

17   Q    Is that photograph an accurate description of the Metro

18   Motel as it appeared on July 31, 2008?

19   A    Yes.

20           MR. KAZEMI:  Your Honor, I'd move to admit.

21           THE COURT:  Do you have self of these photographs?

22           MR. KAZEMI:  Yes.

23           THE COURT:  Because we might as well deal with them

24   in terms of offering them in evidence as a group and then I'll

25   mark all of them.

Aceves/Direct/Kazemi

Page 50

1          What other exhibits are you offering?

2    Q    Agent Aceves, if you can review --

3    A    Okay.

4    Q    1E through?

5    A    1C.  1C is again --

6    Q    Just review them, Agent Aceves, through 1E.  I'm sorry,

7    1H.

8          THE COURT:  Offer them because I anticipate there is

9    no objection.  If there isn't, then I'll mark them all and you

10   can take the agent through them.

11         So which are you offering now?

12         MR. KAZEMI:  1B through 1H, your Honor.

13         THE COURT:  If there is no objection, I'll receive

14   them and mark them.

15         MS. HARRIS:  No objection, your Honor.

16         (So marked in evidence as Government's Exhibit 1B

17   through 1H.)

18         (Pause.)

19         THE COURT:  All right.  They are received and

20   marked.

21         MR. KAZEMI:  Thank you, your Honor.

22   Q    Agent Aceves, directing your attention to Exhibit 1B, can

23   you please describe this photograph and what it depicts?

24         THE COURT:  You can put it up on the screen now that

25   they are in evidence.

Aceves/Direct/Kazemi

1    A    It is a closer picture of the motel rooms, they are on

2    the left.  As you can see, there is an orange cone on the

3    picture towards the end of the sidewalk just before the gravel

4    parking lot that is directly in front of room 166.

5         THE COURT:  So again, this is looking away from

6    Queens Boulevard from the entrance, is that right?

7         THE WITNESS:  Yes, your Honor.  I walked through the

8    breezeway into the parking area.  Queens Boulevard is still to

9    the back and it's looking away from Queens Boulevard and that

10   sidewalk is perpendicular to Queens Boulevard.

11   Q    Now turning to Exhibit 1C, can you please describe this

12   photograph and what it depicts?

13   A    This is a photograph from the gravel parking lot now

14   looking back towards Queens Boulevard and the breezeway.

15   Again the orange cone is placed directly in front of room 166.

16   Q    Now one D.

17   A    Photograph 1D in this picture, you can see the orange

18   cone directly in front of the open door that is room 166.  You

19   see the gravel parking lot.  Again, Queens Boulevard is behind

20   to the back and there is a blue vehicle parked approximately

21   where my surveillance vehicle was parked that day on the left

22   of the picture.

23   Q    That is this vehicle?

24   A    Yes.

25   Q    The vehicle to the right of the picture?

Aceves/Direct/Kazemi

Page 52

1    A    Yes, the picture, the vehicle on the right, far right,

2    that's approximately where my vehicle was parked that day and

3    the orange cone is directly in front of 166.

4    Q    Can you please describe what is depicted in Exhibit 1E?

5    A    1E is the exterior door of room 166.

6    Q    That is the door that you were observing on July 31?

7    A    That is the day I was watching room 166, on July 31.

8    Q    So room 166 had an exterior door as depicted in 1E?

9    A    Yes.

10   Q    Did it have any other doors to your knowledge?

11   A    Yes.

12   Q    What was that door?

13   A    There was also an interior door that led to an interior

14   corridor.

15   Q    I'm now showing you Exhibit 1F.

16        Do you recognize that photograph?

17   A    Yes.

18   Q    What does that depict?

19   A    The interior corridor of the Metro Motel.  Room 166 is at

20   the very end on the right.  If you look closely, there is a

21   cleaning cart at the end of the hallway.  Just beyond that,

22   there is a silver ashtray which was placed directly in front

23   of room 166.

24   Q    There are just two more.

25   A    Did I say the room was on the far right or the far left?

Aceves/Direct/Kazemi

1   It was at the end on the right.

2   Q    The far right?

3   A    Correct.

4   Q    Now Exhibit 1G.

5         Can you describe that photograph, please?

6   A    This is a picture of 166 looking in and through the room.

7   And you can see the interior door to the interior corridor is

8   open on the other side.

9         THE COURT:  Did you take these photographs on the

10  day that you were conducting the surveillance or was this at a

11  later point?

12        THE WITNESS:  This was at a later point, your Honor.

13        THE COURT:  So this isn't necessarily what the

14  interior looked like the day you were there?

15        THE WITNESS:  No, your Honor, you can see the bed is

16  still unmade.  I think the chambermaids hadn't finished

17  turning over the room yet.

18        THE COURT:  Go ahead, counsel.

19  Q    And one last picture, Agent Aceves.

20        1H, can you please describe that photograph?

21  A    This is the picture from an interior corridor looking

22  through the interior door into the room and out through the

23  exterior door of 166 to the diagonal parking lot, parking

24  spaces.

25        THE COURT:  So these are the two ways of getting

Aceves/Direct/Kazemi

1    into the room, one from the parking lot and one through the

2    door through which the photograph is being taken?

3             THE WITNESS:  Yes, your Honor.

4             THE COURT:  Okay.

5    Q    Turning back to July 31, 2008, what door were you

6    observing from then?

7    A    The exterior door of 166, the one facing the diagonal

8    parking.

9    Q    Did you have a view of the interior door from your

10   vantage point?

11   A    No.

12   Q    When you established surveillance of room 166, were you

13   initially aware that room 166 had an interior door?

14   A    No.

15   Q    You testified earlier that other agents joined you in

16   surveillance.

17            When approximately did they arrive?

18   A    They arrived one at a time but roughly around 12:30 most

19   of the agents were there and were trickling in.  As I said, we

20   received information and we tried to get to the location as

21   quickly as possible.

22   Q    Why were there so many agents involved?

23   A    We always have that many agents.  We always try to have

24   as many agents as possible to insure our safety.

25   Q    Who was leading the team?

Aceves/Direct/Kazemi

1   A    Elizabeth O'Connor.

2   Q    Were all the agents wearing uniforms?

3   A    No, we -- we are not uniformed officers.  We don't wear

4   uniforms.  If we conduct surveillance in our uniform or suit

5   or clean look, we would alert traffickers to the presence of

6   police.  I think the last time I was in this court, I had a

7   beard.  We try to conceal the fact that --

8           MS. HARRIS:  Objection.

9           THE COURT:  Yes, I think I don't need you to go into

10  that.

11          What is next?

12  Q    Were the agents in marked cars or unmarked cars?

13  A    Unmarked cars.

14  Q    Was there a tactical plan for approaching room 166?

15  A    After it was established that there was an interior door

16  that we were initially unaware of, yes.

17  Q    How did your team members communicate with each other as

18  they arrived at the surveillance location?

19  A    Via radio and cell phone.

20  Q    And they continued communicating with each other by this

21  method?

22  A    Yes.

23  Q    Did there come a time when you observed an individual

24  enter room 166?

25  A    Yes.

Aceves/Direct/Kazemi

1 Q    This was from your vantage point in the Metro Motel

2 parking lot?

3 A    Yes.

4 Q    So she entered through the outer door?

5      MS. HARRIS:  Objection.

6      THE COURT:  I'll permit it.

7 Q    What door did she enter through?

8 A    I saw the defendant enter through the exterior door of

9 166.

10 Q    What time is that, approximately?

11 A    It was around 12:30.

12 Q    How would you describe that individual?

13 A    As a heavy set Hispanic woman.

14 Q    That is the same description that was obtained from the

15 Colombian source of information?

16 A    Yes.

17 Q    Was the individual you observed entering room 166 later

18 identified as the defendant in this case, Norby Marin Marino?

19 A    Yes.

20 Q    Is she sitting in this courtroom today?

21 A    Yes.

22      THE COURT:  Wait a minute.

23      There is a more straightforward way of asking.

24      Do you see the person who you saw this evening or

25 that day rather here in the courtroom or not?

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter
United States District Court   Eastern District of New York

fce0b17b-f3f5-4498-9412-7a95a6ee3e26

Aceves/Direct/Kazemi

1          THE WITNESS:  Yes, your Honor.

2          THE COURT:  And could you indicate where she is?

3          THE WITNESS:  She is seated next to Ms. Harris

4   wearing the green sweater and brown shirt.

5          THE COURT:  The record will reflect the

6   identification of the defendant.

7          Go ahead.

8   Q    When the defendant entered the room, was she carrying

9   anything?

10  A    I saw in her hand some small plastic bags; one, maybe two

11  small black plastic bags, something one might get from a deli.

12  Q    What did she do -- what did she do as she entered the

13  room?

14         THE COURT:  What did she do?

15         MR. KAZEMI:  Yes, your Honor.

16  A    She entered the room.  Moments later she reappeared from

17  the open door.  She looked around, she looked up towards the

18  breezeway, down towards the parking lot holding a cell phone

19  to her ear.  I don't know if she was using it at the time or

20  just about to make a call.  She looked -- she returned to the

21  room.  She reentered her room and then stepped back out to the

22  street, looked up towards the breezeway, down to the parking

23  lot and then reentered her room and closed the door.

24         THE COURT:  Still with the cell phone at her ear or

25  that was only the first time?

Aceves/Direct/Kazemi

Page 58

1          THE WITNESS:  No, the second time as well,

2    your Honor.  It was all very briefly.

3          THE COURT:  Go ahead.

4          What is next?

5    Q    Did there come a time when a member of your surveillance

6    team learned that there was an interior door to room 166?

7    A    Yes.

8    Q    Do you recall which members of the surveillance team

9    learned of the interior door?

10   A    I don't recall specifically which one it was but I

11   believe it was either Elizabeth O'Connor or Ramon Acie.

12   Q    Did he or she tell you how they came to learn about the

13   interior door?

14         MS. HARRIS:  Objection.

15         THE COURT:  Yes.  We can get the individual who

16   learned about it here to testify about what brought this to

17   his or her attention.

18         Go ahead.

19         What is next?

20         The objection is sustained.

21   Q    So the defendant -- so which door did the defendant enter

22   through?

23   A    The exterior door.

24   Q    And that was the door you were watching?

25   A    Yes.

Aceves/Direct/Kazemi

1    Q     And when you saw the defendant enter room 166 through the

2    exterior door, you did not know there was an interior door at

3    that time?

4    A     No.

5          THE COURT:  Is that -- what were you looking for at

6    this point?

7          Why didn't you go up and just apprehend the

8    defendant as soon as you saw her?

9          THE WITNESS:  Because, your Honor, we were told that

10   another participant would be arriving with a large sum of

11   money.

12         THE COURT:  So you were waiting for another person

13   to enter the room?

14         THE WITNESS:  Yes, we were told that she would make

15   contact with someone named Pintor and that that would be the

16   person who she would be delivering the narcotics to.  We

17   wanted to arrest as many people as possible.

18         THE COURT:  Go ahead, counsel.

19   Q     Did you devise a strategy for approaching the room?

20   A     Yes, after we discovered that there was an interior door

21   and we had only been watching the exterior door, we decided we

22   needed to move quickly.

23   Q     What did you decide to do at that point?

24   A     Which decided that Agent Elizabeth O'Connor would ask one

25   of the chambermaids to knock on the door of room 166.

Aceves/Direct/Kazemi

1   Q     Do you recall what the chamber made looked like?

2   A     I recall that she was a relatively short woman with dark

3   hair.  I never really focused on her again.  I was focusing on

4   166.

5   Q     Did the chamber made knock on the door?

6   A     Yes.

7         THE COURT:  I take it you had some plan in mind.

8   Tell us what the plan was?

9         THE WITNESS:  The plan was to have the defendant

10  open the door, speak with the defendant and be able to see

11  whether or not Pintor or somebody else was already inside the

12  room, whether or not the drug transaction was taking place,

13  find out if the defendant would consent to a search of her

14  belongings.

15        THE COURT:  Go ahead.

16        What is next?

17  Q     What happened after the chambermaid knocked on the door?

18  A     The chambermaid knocked on the door, the defendant opened

19  the door.  Norby, the defendant, attempted to close the door

20  as soon as the defendant saw Agent O'Connor.  Agent O'Connor

21  pushed the door open, entered the room, entered into a

22  struggle with the defendant.  As Agent Samilo was following

23  her into the room, Agent Samilo, Agent David Samilo had to

24  help Agent O'Connor.

25        THE COURT:  Did you yourself see this?

Aceves/Direct/Kazemi

Page 61

1          THE WITNESS:  Yes.

2          THE COURT:  Just tell us what you saw.  When you say

3    entered into a struggle, tell us what you saw?

4          THE WITNESS:  When I saw -- I saw Agent O'Connor

5    push the door open and enter the room.  I saw Agent Samilo

6    enter the room behind her.  I entered the room and saw Agent

7    O'Connor in a semi-wrestling match with the defendant.  I saw

8    David Samilo assist Agent O'Connor in subduing the defendant.

9          I then conducted a security sweep of the hotel room

10   to make sure that nobody else was in the room, went to the

11   bathroom, the closets, the shower curtain just to make sure

12   that somebody else wasn't in there that could be a danger to

13   us.

14         THE COURT:  Did you see who initiated this struggle,

15   whether the agent was tackling the defendant or the defendant

16   was tackling the agent?

17         THE WITNESS:  It appeared that the defendant

18   struggled immediately.

19         THE COURT:  Sorry?

20         THE WITNESS:  It appeared that the defendant

21   struggled immediately.

22         THE COURT:  Struggled, meaning what, attempted to

23   leave the room?

24         THE WITNESS:  She attempted to evade Agent O'Connor.

25         THE COURT:  Go ahead.

Aceves/Direct/Kazemi

1              What is next?

2    Q    Was the defendant handcuffed?

3    A    Yes.

4    Q    Why was that?

5              THE COURT:  At what point did this happen?

6              THE WITNESS:  As soon as the agents were able to

7    subdue the defendant, she was handcuffed.

8    Q    Why was she handcuffed?

9    A    For our safety.

10   Q    Is this DEA protocol?

11             MS. HARRIS:  Objection.

12             THE COURT:  Overruled.

13             You can answer the question.

14             Is this the general practice where you I make an

15   arrest?

16             THE WITNESS:  Yes.

17             THE COURT:  All right, go ahead.

18             What is next?

19   Q    Please describe which agents were now in the room with

20   the defendant?

21   A    Agent Samilo, Agent O'Connor and myself.

22   Q    At that point once you were in the room, did you attempt

23   to speak with the defendant?

24   A    Yes.

25   Q    And does the defendant speak English?

Aceves/Direct/Kazemi

Page 63

1    A    I don't know.  If she does, she did not on that day.

2    Q    So what language were you speaking with the defendant?

3    A    Spanish.

4    Q    Did any of the other agents speak with the defendant?

5    A    No, they spoke mostly through me.  I know that Agent

6    O'Connor knows a few words.  Most agents in New York, police

7    officers in New York learn a little bit of Spanish but most of

8    the speaking was through me.

9    Q    Did there come a time when you asked the defendant if you

10   could search her bags?

11   A    Yes.

12   Q    What happened next?

13            THE COURT:  This -- you asked this in Spanish?

14            THE WITNESS:  Yes, your Honor.

15            THE COURT:  Do you remember what you said?

16            THE WITNESS:  I asked if we could search her bags in

17   the room.

18            THE COURT:  And what did the defendant say in

19   response?

20            THE WITNESS:  She consented without hesitation.

21   Q    I'm showing what has been marked for identification as

22   Government's Exhibit 2.

23            Can you please review that document.

24   A    After I received verbal consent, yes.  I'm sorry.

25   Q    Do you recognize that document?

Aceves/Direct/Kazemi

Page 64

1    A    Yes.

2    Q    What is that document?

3    A    This is a written consent to search form.

4    Q    Did you provide that document to the defendant?

5    A    Yes.

6    Q    Is that form signed?

7    A    Yes.

8    Q    Is that the defendant's signature at the bottom of the

9    form?

10   A    Yes, the defendant -- it's the defendant's signature, my

11   signature and Agent O'Connor's signature.

12   Q    Did you witness her signing that document?

13   A    Yes.

14        MR. KAZEMI:  Your Honor, I move to admit

15   Government's Exhibit 2.

16        THE COURT:  All right, if there is no objection.  Is

17   this document in Spanish or English?

18        THE WITNESS:  It's in both, your Honor.

19        THE COURT:  We can mark the stickered document.

20        It's received in evidence and marked.

21        Don't consult with your witness during the

22   examination.

23        MR. KAZEMI:  I apologize, your Honor.

24        THE COURT:  Okay, it's received and marked.

25        (So marked in evidence Government's Exhibit 2.)

Aceves/Direct/Kazemi

Page 65

1          MR. KAZEMI:  I'm publishing what has been marked as

2    Government's Exhibit 2.

3    Q    That is the document that was signed by the defendant?

4    A    Yes.

5    Q    And what does that document say?

6    A    In sum and substance what the translation of the Spanish

7    writing that I wrote in there says I -- it says that Norby

8    Marin Marino has been asked by the officials if they can

9    search my bags and my room.

10         The next line is:  They have not threatened me in

11   any way and I give them permission to search.

12   Q    What did your team do after?

13         THE COURT:  Excuse me.  The portions that are in

14   English, you say there was a Spanish translation?

15         THE WITNESS:  That's what is written in Spanish

16   underneath the English.

17         THE COURT:  In other words, you wrote on the form

18   the translation of the questions?

19         THE WITNESS:  Yes, your Honor.  At that moment I did

20   not have a Spanish form so I wrote this in Spanish to the best

21   of my ability at that moment so that she could have something

22   in her native language to sign despite the fact she already

23   gave verbal consent.

24         THE COURT:  You handed her that to read and she

25   signed it?

Aceves/Direct/Kazemi

1      THE WITNESS:  Yes.

2  Q    Have you previously worked as an English to Spanish

3  translator, agent?

4  A    Yes.

5  Q    What did the agents do after the defendant signed this

6  form?

7  A    I'm sorry?

8  Q    What did the agents do after the defendant signed this

9  form?

10 A    We began searching her luggage, her bags and the room.

11 Q    During your search, did you find a cell phone?

12 A    Yes.

13      THE COURT:  Where did you find the cell phone?

14      THE WITNESS:  I don't recall where it was found or

15 who found it but there was a cell phone in the room that was

16 brought to my attention after it was found.

17      THE COURT:  After it was found.

18      Okay.

19 Q    I'm showing you what has been marked a Government's

20 Exhibit 3.

21      Do you recognize that item?

22 A    Yes.

23 Q    What is it?

24 A    That was the cell phone that was in the defendant's

25 possession.

Aceves/Direct/Kazemi

1   Q     Is that in substantially the same condition it was in

2   when you recovered it from the defendant?

3   A     Yes.

4           MR. KAZEMI:  Your Honor, I move to admit

5   Government's Exhibit 3.

6           THE COURT:  If there is no objection, it will be

7   received and marked.

8           Are you able to say whether this is the same cell

9   phone you saw the defendant listening to when you first saw

10  her or not?

11          THE WITNESS:  From my vantage point, the phone would

12  have been too small and on the opposite side of her head.

13          THE COURT:  So you can't tell whether this is the

14  same or not?

15          THE WITNESS:  No, your Honor.

16          THE COURT:  Okay.

17          Well, you have a problem here.  I'm receiving and

18  marking the exhibit in evidence as Government's Exhibit 3 but

19  just for purposes of clarity, I take it this see-through

20  envelope here is an evidence envelope that you used to keep

21  evidence that you obtained and then you seal it, is that how

22  it works?

23          THE WITNESS:  Yes, your Honor.  It's only been

24  opened recently for this purpose.

25          THE COURT:  Okay.

Aceves/Direct/Kazemi

1    So what is in evidence is the contents of the

2  envelope, not the envelope itself.

3  Q    While you were in the room, did the defendant receive any

4  phone calls on that cell phone?

5  A    Yes.

6  Q    Was it more than one call?

7  A    Yes.

8  Q    Do you recall how many phone calls she received?

9  A    Approximately four.

10  Q    When did she receive the first call?

11  A    I think she -- I believe she received the first call

12  around the time we were entering the room.

13  Q    Was it answered?

14  A    No.

15    THE COURT:  So was there some kind of signal from

16  the cell phone?  How do you know?

17    THE WITNESS:  There is a ring but at that time, that

18  was -- the last thing on our mind was a phone ringing when we

19  are trying to subdue the defendant.

20    THE COURT:  But you heard a cell phone ringing?

21    THE WITNESS:  Yes, your Honor.

22    THE COURT:  Go ahead.

23    What is next?

24  Q    Did you ask the defendant to check her voice mail?

25  A    Yes.

Aceves/Direct/Kazemi

1    Q    Did she do so?

2    A    I recall asking her to check her voice mail.  I don't

3    recall what happened.  I don't recall if there was a voice

4    mail.  I don't recall if she had voice mail set up but that's

5    it.

6    Q    Did she receive another call?

7    A    Yes.

8    Q    Approximately when did she receive the second call?

9    A    Maybe 15 minutes or so after the first call.

10   Q    Was it answered?

11   A    No.

12   Q    What happened next?

13   A    After that, we asked the defendant to return the call of

14   the caller.

15   Q    Why did you ask the defendant to return the call?

16   A    We believed that the person trying to contract her was

17   the person scheduled to meet with her to receive the heroin.

18   Q    Did the defendant agree to return the call?

19   A    Yes, the defendant agreed to return the call and to have

20   it recorded.

21   Q    Did there come a time when the defendant called back the

22   caller?

23   A    Yes, she called back the caller and at the same time that

24   she was calling him, he was calling her.  She answered the

25   incoming call waiting and we recorded the short conversation

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter
United States District Court  Eastern District of New York

Aceves/Direct/Kazemi

1    between the defendant and the caller.

2    Q    What device did you use in order to record the call?

3    A    A small digital recorder with the earpiece that goes next

4    to the phone.

5    Q    How many calls did you record on this device?

6    A    Two.

7    Q    Agent Aceves, I'm now going to show you what has been

8    previously marked for identification as Government's

9    Exhibit 8.

10          Do you recognize this item?

11   A    Yes, this is the CD I made of two recordings that were

12   made that day.  It's my initials at the top of the CD.

13   Q    How did you make that CD?

14   A    I downloaded the digital recorder into the case file that

15   we have on line for all our cases into the specific case

16   specific case file for this case.  From that case file, I

17   burned the CD.

18   Q    Did you personally download the digital recording device

19   to the computer or case file?

20   A    Yes.

21   Q    Did you personally burn the CD from the case file?

22   A    Yes.  These are my initials at the top of the CD.

23          MR. KAZEMI:  Your Honor, I move to admit

24   Government's Exhibit 8 into evidence.

25          THE COURT:  Okay, I take it since then you probably

Aceves/Direct/Kazemi

1    listened to what got onto the CD?

2           THE WITNESS:  Yes, your Honor.  Actually, that day

3    as it was being recorded, I stood next to the defendant and

4    listened live to the calls as well.  I've since then listened

5    to the calls again.

6           THE COURT:  So what is on the CD is precisely what

7    you heard on the phone or overheard on the phone?

8           THE WITNESS:  On the second call there is mostly a

9    one-sided conversation because the earpiece --

10           THE COURT:  But the words are the same?

11           THE WITNESS:  Yes, your Honor.

12           THE COURT:  So you were successful in burning the

13    CD, something I'm not always successful at.

14           It's received in evidence and marked.

15           Are you going to play that at this point or not?

16           MR. KAZEMI:  Yes, your Honor.  First I'd like to

17    read a stipulation into the record.

18           THE COURT:  If it relates to this, maybe the best

19    thing to do is take the luncheon recess.

20           Get everything set up.  I have another matter that I

21    am going to deal with during the luncheon recess.

22           So we'll take the break now.

23           We'll start again at 1:30.

24           I'm ask you to be back in the jury room at 1:30 and

25    please be on time because we can't get started until all of

Aceves/Direct/Kazemi

1    you are here.

2            Don't talk about the case among yourselves or permit

3    anyone else to talk to you.

4            If you call home, just tell them you've been

5    directed not to talk about the case.  And if any pesky

6    relative tells you oh, come on, tell me what is happening and

7    you need help, let us know and I'll get the point across to

8    whoever doesn't get it.

9            So have a good lunch.

10           We'll see you back here in the jury room at 1:30.

11           (Jury out at 12:30 p.m.)

12           THE COURT:  So how are you going to play this,

13   through this presentation?

14           MR. NATHANSON:  Yes, your Honor, off the prosecution

15   laptop.

16           MR. KAZEMI:  The computer has already been

17   configured to play.

18           THE COURT:  So all I need to do is permit the

19   prosecution laptop to do its thing.

20           This is a DVD but it's in your laptop?

21           MR. NATHANSON:  That's correct.

22           THE COURT:  Do you have copies?

23           MR. KAZEMI:  I have copies for all the jurors and

24   the defense table.

25           THE COURT:  Why don't you mark those or one of them

Aceves/Direct/Kazemi

1   for identification and then you can put them face down on the

2   jurors' seats and I'll instruct them to attend to what they

3   are listening to rather than what is in the transcript.

4           You'll hand it up.

5           (Whereupon, there was a luncheon recess.)

6           (Continued on next page.)

Aceves/Direct/Kazemi

Page 74

1          (Whereupon, the afternoon session began at 1:40

2    p.m.)

3          THE COURT:  If we are ready to continue.

4          MR. KAZEMI:  Yes, your Honor.

5          THE COURT:  I would you ask the jury to come on in.

6          MR. KAZEMI:  Would you like Agent Aceves in the box

7    when the jury comes in?

8          THE COURT:  For purposes of the record, we are

9    working without some of the court reporter's equipment but we

10   are keeping a record of the proceedings.

11         I think where we broke off, I had marked into

12   evidence what was described as a disc reproducing the contents

13   of a telephone call.

14         I've also in your absence, ladies and gentlemen,

15   marked for purposes of identification a document which was on

16   your chairs when you came in which includes what I believe the

17   parties have agreed is a transcript in both Spanish and

18   translated into English of what can be heard on the tape

19   recording.

20         There is a procedural instruction that I'm required

21   to give you before we listen to this which is that the

22   evidence in the case is what can be heard on the disc not what

23   is written in the transcript if only because the transcript

24   doesn't convey such matter as how loud people are talking, how

25   fast and if you perceive any difference between what you are

1    hearing on the tape recording and what is written down in the

2    transcript, it's what you hear on the tape recording that is

3    the evidence that controls.

4           All right, do you want to go ahead now and play the

5    tape recording?

6           MR. KAZEMI:  Yes, your Honor.

7           Just for the Court's benefit, if I can issue just

8    refresh the jury's memory as to what happened leading up to

9    the recording on the phone call very briefly, your Honor.

10          THE COURT:  Yes.

11   DIRECT EXAMINATION (Continued)

12   BY MR. KAZEMI:

13   Q    Agent Aceves, you previously testified there were two

14   phone calls neither of which were recorded?

15   A    Yes.

16   Q    Both of those phone calls were received from the same

17   incoming caller?

18   A    It appeared to be the same phone number.

19   Q    And this was the third phone call?

20   A    Correct.

21   Q    This was the call that was recorded?

22   A    Correct, it was the first of the two that were recorded.

23          THE COURT:  How did you determine that it was the

24   same incoming caller?  Was it some form of caller ID on the

25   cell phone?

Aceves/Direct/Kazemi

1          THE WITNESS:  Yes.  If you look at the phone, it's

2     not a flip phone or anything the screen.  It's right on the

3     phone.  As the phone is ringing, it shows the phone number.

4          THE COURT:  You looked at the screen and saw the

5     number?

6          THE WITNESS:  Yes.

7          THE COURT:  On each of these calls?

8          THE WITNESS:  Yes, not the very --

9          THE COURT:  How about the one where it was, you

10     could hear it but you didn't know where it was coming from?

11          THE WITNESS:  Correct, not on that call, your Honor.

12          THE COURT:  Was there some mechanism in the cell

13     phone that saved where the earlier call came from, saved the

14     identification?

15          THE WITNESS:  I'm sure there is but at that time we

16     just saw the following one.

17          THE COURT:  So you saw one?

18          THE WITNESS:  One, and the second one which was not

19     recorded.  The very first one was not seen.

20          THE COURT:  Or recorded?

21          THE WITNESS:  Or recorded.  The second one, the

22     number was seen but not recorded.  The third one, the number

23     was seen and recorded.  The fourth one, the number was seen

24     and recorded.

25          THE COURT:  Okay.

fce0b17b-f3f5-4498-9412-7a95a6ee3e26

1          What is on this CD is the two that were recorded, is

2     that correct?

3          THE WITNESS:  The last two that were recorded, yes,

4     your Honor.

5          THE COURT:  Go ahead.

6          MR. KAZEMI:  And the parties have stipulated

7     pursuant to Exhibit 26 that Exhibit 9 and 10 which are the two

8     transcripts bear accurate translations of the Spanish

9     conversation to English.  And at this time I'd like to play

10    the call recorded on July 31 at 1:26 p.m. and the transcript

11    of that call is Government's Exhibit 9 which the jurors have

12    in front of them.

13         THE COURT:  So you can take a look at the transcript

14    that you have before you and when you have it before you as to

15    that, we'll listen to what is on the disc.

16         Okay, go ahead.

17         (Whereupon, the audiotape was played.)

18    Q    Agent Aceves, can you please tell us how you came to

19    record that first phone call?

20    A    That phone call was recorded after we saw that the number

21    was calling again.  As I explained earlier, it was the second

22    call that we saw that phone number.  And this first call, we

23    saw this phone number again and we asked to have it recorded

24    and monitored because I did listen to it as it was being

25    recorded.  I stood next to the defendant and put my head next

Aceves/Direct/Kazemi

1    to hers and listened to the phone call so I could hear both

2    sides as it was happening.

3    Q    Did you hear a beeping sound during the call?

4    A    Yes, the beeping sound you can hear is the call waiting

5    because at the exact same time she is calling him, he is

6    calling her again.

7    Q    Can we play that call one more time?

8         THE COURT:  The static I take it was static that you

9    could hear, you could hear on the phone?

10        THE WITNESS:  I don't know if that is the wrestling

11   of the phone against the ear or if that's --

12        THE COURT:  But it was something you could hear?

13        THE WITNESS:  The actual phone call was much

14   clearer.  I think that is static from the phone being held

15   against the earpiece, your Honor.

16        THE COURT:  Go ahead.

17        (Whereupon, the audio tape was played.)

18   Q    Agent Aceves, during this call, where were you standing?

19   A    Directly next to the defendant.

20   Q    Who was the speaker listed on the transcript as

21   unidentified female one?

22   A    The defendant.

23   Q    How do you know that?

24   A    Because I was there and I listened to the phone call when

25   it was recorded.

Aceves/Direct/Kazemi

1    Q    Who was the speaker listed as unidentified male two?

2    A    We believe that that would be Pintor, the person

3    arranging to meet with the defendant to retrieve the

4    1200 grams of --

5              MS. HARRIS:  Objection, your Honor.

6              THE COURT:  Well, whoever was calling on the phone

7    was the person you listed as an unidentified male, is that

8    right?

9              THE WITNESS:  Yes, your Honor.

10             THE COURT:  Okay.

11   Q    So unidentified male two is the incoming caller?

12   A    Yes.

13   Q    Who was that unidentified male one or unidentified male?

14   A    The unidentified male, that would be me.

15   Q    So after the call was terminated, that is you speaking

16   with the defendant?

17   A    Yes.

18   Q    When did that happen after that first call was recorded?

19   A    Two minutes later, approximately.

20             THE COURT:  Wait a minute.  What did you say?  What

21   are the words that you used?  What are the words that you

22   spoke which were recorded?

23             THE WITNESS:  It says yes, because I don't recall

24   exactly what the rest of that sentence was.  I wanted to know

25   what had just taken place and why she.

Aceves/Direct/Kazemi

1    THE COURT:  Don't tell us why you said whatever you

2    said.  So you said si, porque and, in Spanish?

3    THE WITNESS:  Yes, and it was in response to

4    something she says prior to that where they have the

5    unidentified.

6    THE COURT:  Statement?

7    THE WITNESS:  Correct.  She says something, then I

8    respond yes, but I don't recall what the rest of I was.  I

9    don't recall exactly what she said there either.

10    THE COURT:  Go ahead, counsel.

11   Q    What is it that unidentified male two is saying on this

12   call?

13   A    The defendant's name said Norby.

14   Q    How does the defendant respond?

15   A    She says no, no, you have the wrong number.

16   Q    After this call, you said another call was placed?

17   A    Yes, approximately two minutes later the same caller

18   again as identified by the caller ID, the same number calls in

19   to the defendant again and we recorded that phone call as

20   well.

21   Q    Where were you standing during the second phone call?

22   A    Again, right next to the defendant so I could hear

23   exactly what was being said by the caller and by the defendant

24   at the same time.

25   Q    And the defendant agreed to have the call recorded again?

Aceves/Direct/Kazemi

Page 81

1   A    Yes.

2            MR. KAZEMI:  At this time I'd like the play for the

3   jury the second recorded phone call.

4            THE COURT:  Okay.

5            MR. KAZEMI:  And the jurors have the transcripts.

6            THE COURT:  Okay.

7            (Whereupon, the audio tape was played.)

8   Q    In this call, who is unidentified female?

9   A    The defendant.

10  Q    How do you know that?

11  A    Again, I was standing right there when it was recorded.

12  Q    Who is unidentified female two?

13  A    Unidentified female two, that is the defendant as well.

14  Q    How do you know that?

15  A    Again, because I was right there.

16  Q    And unidentified male?

17  A    That is me.

18  Q    Did you also listen directly to this call?

19  A    Yes.

20  Q    During this call, you had mentioned there was a problem

21  with the recording device?

22  A    Correct.  This time when we didn't expect another call so

23  quickly after the defendant had said she wasn't the defendant.

24  So when we put the earpiece back into the defendant's ear, it

25  was unintentionally put in backwards.  If you put the earpiece

Aceves/Direct/Kazemi

1    one way, it records both sides of the conversation.  If you

2    put it in the other side, it just records one side.  And it

3    only recorded one side of this conversation.  That's why you

4    don't hear who she is speaking with.  You can hear very

5    faintly in the background but it's difficult to make out.

6    Q    Did you personally hear the individual on the other end

7    of the line?

8    A    Yes.

9    Q    What did you hear him say?

10            MS. HARRIS:  Objection.

11            MR. KAZEMI:  Conspirator statement, your Honor.

12            THE COURT:  Counsel, if you want to argue some

13   evidentiary points, you do it up here at the sidebar not by

14   making statements of that sort in the presence of the jury.

15            I'll instruct the jury to disregard the comment.

16            Come on up to the sidebar if there is some argument

17   you want to make.

18

19

20

21

22

23

24

25

Aceves/Direct/Kazemi

1          (Whereupon, the following took place at the

2     sidebar.)

3          THE COURT:  Don't do that sort of thing.  That is

4     totally confusing and misleading.

5          All right, you're arguing that, and I think at this

6     point it's an evidentiary matter, further that the person

7     speaking at the other end was a member of the conspiracy to

8     import this?

9          MR. KAZEMI:  Yes, your Honor, and also --

10         THE COURT:  All right, hold on just a second.  We

11    don't even have his statements.

12         I see.  This agent is going to tell us what he said.

13         MR. KAZEMI:  Your Honor, his statement will also

14    give context to the defendant's response.

15         THE COURT:  What is the witness going to testify he

16    heard said?

17         MR. KAZEMI:  The speaker says I'm calling on behalf

18    of El Tio, which is the code that was to be used to indicate

19    the transaction should proceed.

20         THE COURT:  I'll overrule the objection and permit

21    the witness to testify but not for its truth, simply for the

22    fact that something once again matched up to other

23    information.

24         (End of discussion at sidebar.)

25

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

Aceves/Direct/Kazemi

Page 84

1          THE COURT:  All right, the objection is overruled.

2          I'm going to receive this account of what the other

3     person said on the phone not for its truth but simply for the

4     fact that the statement was made.

5          All right, go ahead.

6     DIRECT EXAMINATION (Continued)

7     BY MR. KAZEMI:

8     Q    Agent Aceves, what did you hear the individual on the

9     other end of the line say at that time?

10    A    I heard the individual on the other end of the line,

11    other side of the phone call say that he was calling on behalf

12    of El Tio.  Then you hear her say that she doesn't know

13    anything about El Tio.

14    Q    Did you recognize that information from any other

15    information you received?

16    A    Yes, that was the code I had been told earlier in the

17    day.

18         THE COURT:  That was the same name that you had been

19    told.

20         THE WITNESS:  Yes, that was the same code, that they

21    would be calling on behalf of El Tio.

22    Q    What was that code?

23         THE COURT:  Who knows that that is a code?  That is

24    something you can argue to the jury, but in any event, you

25    heard this word.

Aceves/Direct/Kazemi

Page 85

1          What is the word in Spanish?

2          THE WITNESS:  El Tio?  T-I-O.

3          THE COURT:  Is that a name or word?

4          THE WITNESS:  It means uncle.

5          THE COURT:  All right, go ahead.

6          MR. KAZEMI:  Can we just play the audio one more

7   time.

8          THE COURT:  Sure.

9          (Whereupon, the audio tape was played.)

10  DIRECT EXAMINATION (Continued)

11  BY MR. KAZEMI:

12  Q    You were standing next to defendant when she responded in

13  that fashion?

14  A    Yes.

15          THE COURT:  Okay, ladies and gentlemen, just put

16  these transcripts down and we will go on.

17          What is next?

18          MR. KAZEMI:  Thank you, your Honor.

19  Q    Did the defendant receive any other calls while you were

20  in the Metro Motel room with her?

21  A    Yes, there was a call to the hard line.  That is the

22  motel room, that motel room telephone.

23  Q    What happened during this call?

24  A    I answered the phone.  The person on the other line asked

25  for --

Aceves/Direct/Kazemi

Page 86

1           MS. HARRIS:  Objection.

2           THE COURT:  Did you record this or not?

3           THE WITNESS:  No.

4           THE COURT:  You did not?

5           THE WITNESS:  No.

6           THE COURT:  So you just listened to it?

7           THE WITNESS:  And I spoke to the caller.

8           THE COURT:  Okay, I'll overrule the objection but

9      once again permit these statements which are obviously unsworn

10     statements not subject to cross-examination.

11          I'll receive them not as though the speaker was

12     telling the truth but simply for the fact that these were the

13     words he used.

14          Tell us what he said, what words he used?

15          THE WITNESS:  The caller asked for Norby.  I told

16     the caller that she was unavailable and that was the end of

17     the call.

18     Q    Did you recognize the voice on the motel room phone?

19     A    Yes.

20     Q    What did you recognize the voice as?

21     A    The same voice that I heard on the two previous calls

22     that were recorded.

23     Q    Did the defendant receive any additional calls at that

24     time?

25     A    No.

Aceves/Direct/Kazemi

1   Q    Did there come a time that you resumed searching the

2   defendant's bags?

3   A    Yes, after the phone calls took place, I resumed

4   searching one of the defendant's suitcases.  I placed it on

5   the bed and was going through the things that were in there.

6   There was another agent, David Samilo, next to me with another

7   suitcase and he was going through the items in that suitcase.

8           THE COURT:  Keep your voice up.

9           THE WITNESS:  Yes, your Honor.

10  Q    I'm showing you what has been marked for identification

11  as Government's Exhibit 12.

12          Do you recognize this item?

13  A    Yes, that is one of the suitcases that was in the

14  defendant's possession.

15          THE COURT:  That was one of the suitcases you

16  searched?

17          THE WITNESS:  Yes, your Honor.

18          MR. KAZEMI:  May I approach, your Honor?

19  Q    Please examine the item, agent.

20  A    Yes.

21  Q    Is this item in substantially the same condition it was

22  in when it was recovered from the defendant?

23  A    Aside from the tape and the evidence stickers, it had a

24  baggage tag on I believe which was in evidence but that is it.

25          MR. KAZEMI:  Your Honor, may I open Exhibit 12?

Aceves/Direct/Kazemi

Page 88

1          THE COURT:  Are you going to offer it and its

2     contents?

3          MR. KAZEMI:  I am.

4          THE COURT:  Any objection?  If not, I'll mark the

5     exhibit.

6          Exhibit 12 is received in evidence and so marked.

7          (So marked in evidence as Government's Exhibit 12.)

8     Q    Agent Aceves, will you take a moment to look through the

9     belongings in Exhibit 12.

10    A    Those are the defendant's belongings.

11    Q    Is that substantially in the same condition, the inside

12    of Exhibit 12, as it was at the time it was recovered from the

13    defendant?

14    A    It was a little neater, but yes.

15    Q    Agent Aceves, what happened when Exhibit 12 was searched?

16    A    Agent Samilo was searching that bag and found a metal

17    perfume canister.  He pulled it out, looked at it and took the

18    cap off.  He sprayed it.  It was indeed perfume.  He put the

19    cap back on and showed it to me.  I handled it.  I didn't

20    think much of it.  I put it down on the bed because it had

21    perfume in it.  It looked like a perfume canister that a woman

22    would buy in a store.  I think it had a name brand on it that

23    I don't recall at the time.  Then we continued searching.  I

24    continued searching the other suitcase.  He continued

25    searching this suitcase.  He pulled out a second canister

Aceves/Direct/Kazemi

Page 89

1    different color but same looking canister.  Then he pulled out

2    a third canister the same, again, a different color.  Then he

3    pulled out a fourth canister.  This seemed a little odd, these

4    big perfume canisters.  By the time he had the fourth one, we

5    looked at it again, shaking them around.  He handed it to me.

6    They appeared to be full because they were heavy, however,

7    when you have a liquid, you shake it, it kind of sloshes

8    around.  There was no slosh to this.  Whatever was inside was

9    solid.  I again took the can and sprayed it.  It was indeed

10   perfume.  At this time the defendant stated that the canisters

11   were not --

12              MS. HARRIS:  Objection.

13              THE COURT:  I'll permit it.

14              Go ahead.

15   A    At this time the defendant stated that the cannisters

16   were not hers, which led me -- yes?

17   Q    Did the defendant see Agent Samilo remove the canisters?

18   A    Yes.

19   Q    How do you know that?

20   A    The defendant was sitting right next -- the room is not

21   large enough for her to be in a concealed area.  She was

22   sitting right next to us.  As we went through her belongings,

23   we did it right in front of her.

24   Q    At what point did the defendant state that the canisters

25   were not hers?

Aceves/Direct/Kazemi

1    A    By the time, we were at the fourth one and showing much

2    more interest in the suspiciousness of these canisters.

3    Q    Did the defendant's denial regarding her ownership of the

4    canisters increase your suspicion about them?

5              MS. HARRIS:  Objection.

6              THE COURT:  Sustained.

7    Q    Based on your experience as a DEA agent.

8              MS. HARRIS:  Objection.

9              THE COURT:  Is this going to be the same question?

10             MR. KAZEMI:  It will be a similar question,

11   your Honor.

12             THE COURT:  No.  That is a matter of argument and we

13   don't base it on suspicions.

14   Q    Agent Aceves, I'm showing you what has been marked for

15   identification as Government's Exhibit 11 A.

16             Do you recognize the photograph?

17   A    Yes.

18   Q    What is that photograph of?

19   A    These are the four perfume canisters that were found in

20   the defendant's suitcase.  The lid of the one on the bottom

21   left-hand corner was the one that I was able to open up and

22   find the heroin in initially.

23   Q    With the exception of the canister at the bottom left of

24   the photograph, is that how the canisters appeared at the time

25   when Agent Samilo removed them from the defendant's luggage?

Aceves/Direct/Kazemi

Page 91

1    A    Yes.   There is also a black one on the far left that says

2    Perry Ellis.   At the top it's a little damaged.   That also was

3    us trying to open the canisters up but the way they were

4    found, they were perfect, no dents, no scratches, no seams,

5    nothing.

6              MR. KAZEMI:   Your Honor, I have a series of

7    photographs of the canisters.

8              Can I bring them to the Court?

9              THE COURT:   Yes.   If there is no objection, I'll

10   mark them.

11             They are received and marked as Government's

12   Exhibit 11 A, 11 B, 11 C and 11 E and 11 D.

13             (So marked in evidence as Government's Exhibit 11 A,

14   B, C, D, E.)

15             MR. KAZEMI:   I move to admit Government's Exhibit 11

16   A through E into evidence.

17             THE COURT:   They are received and marked already.

18             Go ahead.

19   Q    Agent Aceves, again direct your attention to Government's

20   Exhibit 11 A.

21             Are those canisters similar to the way they appeared

22   when they were removed from the luggage with the exception of

23   the bottom left?

24   A    Correct, the cap on the bottom left and the black Perry

25   Ellis canister.   Other than that, they were in perfect

Aceves/Direct/Kazemi

Page 92

1   condition.

2           THE COURT:  What, Perry Ellis?

3           THE WITNESS:  I believe is says Perry Ellis at the

4   top, your Honor.

5           THE COURT:  Each?

6           THE WITNESS:  No, I think the others might have

7   different name brands.

8           THE COURT:  Go ahead, counsel.

9   Q    Now, I'm showing you what has been marked as Government's

10  Exhibit 11 B.

11          Can you please explain what that document is?

12  A    That is the cap of the first perfume canister I was able

13  to open.  In the very middle there is a little sliver of sort

14  of a light brownish tan colored substance that field tested

15  positive for heroin.

16          THE COURT:  How did you open this?

17          THE WITNESS:  I was able to pry the plastic.  There

18  is a plastic cap that was within this cap which is where the

19  little spray nozzle for the perfume canister was seated in.

20  So once I pulled the plastic portion out, in the top of the

21  cap, the very, very top of the cap was a portion of heroin.

22          THE COURT:  Did you use a tool, did you use a knife

23  or something?

24          THE WITNESS:  I used a knife.

25          THE COURT:  Okay.

Aceves/Direct/Kazemi

Page 93

1  Q    Approximately how long did it take for you to pry open

2  this canister?

3  A    It took me a few minutes.

4  Q    I'm now showing you Exhibit 11 C.

5       Would you please explain that photograph for the

6  jury?

7  A    In this photograph you can see the metal is peeled away

8  on that black canister and there is a large chunk that is

9  plastic wrapped, has some writing on it.  That is a chunk of

10 heroin.

11      In the middle of the picture there is a very small

12 spray nozzle.  That is the small portion of actual perfume

13 that was in the canisters.  So if they were tested at any

14 point to see if they were real, they would spray perfume.

15      Then the rest, the scraps are the metal from the

16 canister.  There is the caps laying next to them.  You can see

17 the caps have a little hole in them where the spray nozzle

18 would just go into.

19      Then the other canisters are still there.

20 Q    This is 11 E?

21 A    Again, here the metal is peeled away so you can see more

22 of a cross-section or better view of the heroin and how it was

23 concealed inside and how essentially the containers were

24 completely full of heroin with just a small amount of perfume

25 and a very small amount of wasted space.

Aceves/Direct/Kazemi

1      THE COURT:  The numbers at the bottom of this

2  photograph are what?

3      THE WITNESS:  I believe those are inches, your Honor

4  but I'm not sure.

5      THE COURT:  Some sort of scale?

6      THE WITNESS:  Yes.

7      THE COURT:  To indicate the size?

8      THE WITNESS:  Yes, your Honor.

9      THE COURT:  Go ahead.

10  Q    Finally, 11E.

11  A    That is one of the portions from the body of the

12  canister.  That is all heroin and then it's just next to a

13  Leatherman tool for scale.

14      THE COURT:  Leatherman is a brand of knife, is that

15  right?

16      THE WITNESS:  Yes, your Honor.

17      THE COURT:  Okay.

18  Q    And where was that chunk removed from?

19  A    The inside of one of the canisters.

20      THE COURT:  In that photograph, I take it they are

21  both in somebody's hand?

22      THE WITNESS:  Yes, that photo was in the hand of one

23  of the agents.

24  Q    I'm now going to show you what has been marked for

25  identification as Government's Exhibit 13.

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

Aceves/Direct/Kazemi

1       THE WITNESS:  Excuse me, may I step down to open the

2  exhibit?

3       THE COURT:  Yes.

4       Is this something that you have seen before?

5       THE WITNESS:  Yes, that is the box that I placed the

6  exhibit into when I submitted it to the lab for analysis.

7       THE COURT:  Go ahead if you want to open it up.  And

8  we'll see if there are any objections.

9       THE WITNESS:  For the record, I will state that I

10  opened the brown box, the exhibit.

11  Q    Would you please show the jury what was contained inside

12  the box?

13       THE WITNESS:  May I get a little closer?

14       THE COURT:  Yes.

15       MS. HARRIS:  May we approach briefly?

16       THE COURT:  What are you going to do?  You are going

17  to take something out of the box?

18       THE WITNESS:  Would you like to see, your Honor?

19       THE COURT:  No.  Are you going to take exhibits from

20  the box separately marked?

21       I'm asking the lawyer.

22       MR. KAZEMI:  Your Honor, Exhibit 13 is the heroin.

23       THE COURT:  All right, come on up.

24

25

Aceves/Direct/Kazemi

Page 96

1              (Whereupon, the following took place at the

2      sidebar.)

3              THE COURT:  When you talk about the exhibits, talk

4      about them by number not describing them.

5              MS. HARRIS:  The only issue is I've never seen the

6      packaging and what labels.  They put a lot of labels on the

7      evidence, the DEA, and I don't want the labels going back to

8      the jury.

9              THE COURT:  Let's take a brief recess.  Maybe we can

10     get this court reporting back on line and you can look at the

11     exhibits.

12             (End of discussion at sidebar.)

13             THE COURT:  Ladies and gentlemen, we are going to

14     take a brief recess.

15             Don't talk about the case or permit it to be

16     discussed with you.  We'll start again shortly.  You may

17     retire.

18             Just leave the transcripts behind.

19             (Jury out at 2:25 p.m.)

20             THE COURT:  I think probably, and this is not a

21     rabbit out of the hat situation, maybe you can just take

22     things out and put them on the table and the witness can step

23     down and identify each exhibit.

24             We'll start again shortly.

25             (Recess.)

Aceves/Direct/Kazemi

1          THE COURT:  Please have a seat.  All right.  Are we

2     ready to go?

3          MR. NATHANSON:  Yes, your Honor.

4          MS. HARRIS:  Yes, your Honor.

5          THE COURT:  We got the exhibits all out of the box?

6          MR. KAZEMI:  Yes, your Honor.  We relabeled them

7     13A, B, C and D just for ease of understanding for the jury.

8          THE COURT:  If there's no objection, can we mark

9     them now?

10         MS. HARRIS:  That's fine, your Honor.

11         THE COURT:  Teresa, you can go and mark them.

12         Why don't you go get the jury?

13         COURTROOM DEPUTY:  You want me to mark them before I

14    bring the jury out?

15         THE COURT:  No.  No.

16         (Brief pause.)

17         (The jury enters the courtroom.)

18         THE COURT:  All right.  In the interim we've taken

19    the materials outside the box.

20         Ms. Henry, would you mark the exhibits that both

21    sides are not objecting to in evidence and read into the

22    record the number that's been placed on the exhibit?

23         THE INTERPRETER:  I'm sorry, your Honor.  I'm having

24    some trouble with the equipment.

25         THE COURT:  Oh, everything is breaking down today.

Aceves/Direct/Kazemi

1  Why don't you put yourself in a position so you can sit next

2  to the defendant?

3          THE INTERPRETER:  Okay.

4          (Brief pause.)

5          THE COURT:  You've marked them?

6          COURTROOM DEPUTY:  Yes, they are marked.

7          THE COURT:  You have to say it on the record so we

8  have a record of what's been marked and received.

9          COURTROOM DEPUTY:  Government's Exhibit 13A marked

10  in evidence.

11          Government's Exhibit 13B marked in evidence.

12          Government's Exhibit 13C marked in evidence.

13          And Government's Exhibit 13D marked in evidence.

14          THE COURT:  All right.  Let's go ahead.

15          Do you want to stand or stay where you are?

16          THE WITNESS:  I think it might be easier, your

17  Honor, if I stand.

18  BY MR. KAZEMI:

19  Q    Explain to the jury the four exhibits that have been

20  marked.

21  A.    Exhibit 13A --

22          THE COURT:  Maybe you can hold it up so people can

23  see what you're referring to.  You don't have to bring it over

24  there, just where everybody in the courtroom can see it.

25          THE WITNESS:  These are the metal shards that were

Aceves/Direct/Kazemi

1      the containers, the shell of the containers.

2              THE COURT:  This is what's left after you opened

3      them up and removed the contents?

4              THE WITNESS:  Correct.  These were the outer shells

5      of the containers, of the perfume canisters.

6              These are the wrappings.

7              MR. NATHANSON:  What are the exhibit numbers?

8              THE WITNESS:  13B.  These are the wrappings that the

9      heroin was in inside the metal canisters.  You can see some of

10     these are --

11             THE COURT:  Actually, you might just lay that on the

12     evidence presentation under the camera on the podium; and that

13     will permit jurors to see a little bit more clearly what

14     you're referring to.

15             THE WITNESS:  I've tilted it so you can see some of

16     them are tubes almost as if they were an empty roll of a paper

17     towel or --

18             THE COURT:  Now we've lost everything.

19             Hold on a second.  All right.  This is not working

20     either.  All right.

21             Go ahead.  Continue the way --

22             COURTROOM DEPUTY:  There it is.

23             THE COURT:  Oh, you've got it back.

24             THE WITNESS:  Okay.  As you see, I tilted it so you

25     can look down into the tubes.  Those were just the linings

Aceves/Direct/Kazemi

1    that were inside the metal shards.

2          THE COURT:  All right.  Can you turn it on its side

3    so we can see it from that angel?

4          THE WITNESS:  Yes.  It appears to be some sort of

5    plastic container.

6          THE COURT:  All right.  And you want to turn it over

7    to the other side, too?

8          THE WITNESS:  (Complies.)

9          THE COURT:  What are we looking at here?

10          THE WITNESS:  These are just the wrappings from the

11   containers.

12          THE COURT:  Okay.

13          THE WITNESS:  These were sort of sealed so the

14   heroin cannot be got from within.

15          THE COURT:  All right.  Go ahead.  What's next?

16          THE WITNESS:  Next one is 13C.

17          THE COURT:  Ladies and gentlemen, you'll have an

18   opportunity to have all the evidence in your hands during your

19   deliberations.  So, this is just so you can follow the

20   testimony as it comes in.  All right.

21          Go ahead.

22          THE WITNESS:  These are caps.  You're going to see

23   little caps with holes.  That's where the lid for actually the

24   sprayer for the perfume would go over the top of that to cover

25   it.

NICOLE M. WARREN, RPR, RMR, CRR

Aceves/Direct/Kazemi

1          THE COURT:  Can that be displayed through the

2    projection or not?

3          THE WITNESS:  In here as well are actual small

4    perfume samples.

5          THE COURT:  You want to point where the spray is, if

6    you can see it?

7          THE WITNESS:  Yes.  Inside here you can see --

8          THE COURT:  Aluminum.

9          THE WITNESS:  -- this is the top of the sprayer

10   (points).  This is the liquid inside this glass tube.  This is

11   where the perfume was.  Only this small sample was perfume.

12   The rest of the canister was heroin.

13          Here these are the lids for the canisters.  You'll

14   see one here.  This lid's over the top of the sprayer

15   (points).

16          THE COURT:  All right.

17          THE WITNESS:  Last but not least is 13D, and this is

18   the 1200 grams of heroin.

19          THE COURT:  All right.  You want to put that on the

20   camera, too?  Be easier to see that.

21          THE WITNESS:  (Complies.)

22          THE COURT:  That writing, I take it, you placed on

23   that after it was seized?

24          THE WITNESS:  No, your Honor.  This is from the lab.

25          THE COURT:  The laboratory that analyzed it?  Okay.

Aceves/Direct/Kazemi

1            THE WITNESS:  Yes.  These are markings from the

2   chemist.

3            THE COURT:  You want to turn it over just so we can

4   see it from another perspective?

5            THE WITNESS:  Again, these markings in the inside

6   are from the chemist.

7            THE COURT:  Okay.  All right.  Thanks.

8            THE WITNESS:  (Resumes stand.)

9            THE COURT:  Okay.  Go ahead, counsel.

10  BY MR. KAZEMI:

11  Q    Now, Agent Aceves, I've posted Government's Exhibit 11A.

12  That's how the exhibits you just explained to the jury were

13  originally packaged?

14  A.   Yes.  Again, except for the slight damage on the one on

15  the left and the damage to the lid that I did trying to open

16  the lid.

17  Q.   What did you do after the heroin was discovered in the

18  canisters?

19  A.   Placed the defendant under arrest, gathered her

20  belongings, and transported her for processing.

21  Q.   What is the DEA's protocol for dealing with a defendant's

22  belongings after arrest?

23  A.   We take them with us and inventory them.

24  Q.   Can you please describe this inventory process?

25  A.   You have to go through the belongings and sift through

Aceves/Direct/Kazemi

Page 103

1    them and make sure there's nothing in there that isn't drugs

2    as well.  Make sure there's nothing in there that's

3    dangerous -- weapons, guns, knives, explosives.

4              Then we put drug evidence such as that into our drug

5    vault.  It goes through to the lab.  They analyze it.

6              These items, nondrug items, personal items go

7    into -- I'm sorry.  The nondrug items go into the nondrug

8    evidence vault and are stored there for safekeeping.

9    Q.   Did you personally perform the inventory of the

10   defendant's belongings in this case?

11   A.   Yes.

12   Q.   How long did that take you?

13   A.   Several hours.

14   Q.   And while creating this inventory, did you personally

15   examine each item?

16   A.   Yes.

17   Q.   I'm showing you what's been marked for identification as

18   Government's Exhibit 22.  What is this item?

19   A.   This is a page in the defendant's address book or an

20   address book that was found on the defendant.

21   Q    Is this a photocopy of that page?

22   A    Yes.  It's a photocopy of a page of an address book that

23   was in the defendant's possession.

24   Q.   Is it a fair and accurate copy of that address as it

25   appeared in the defendant's address book?

Aceves/Direct/Kazemi

1    A.    Yes.

2              MR. KAZEMI:  Your Honor, I'd move to admit Exhibit

3    22 into evidence.

4              MS. HARRIS:  Objection.

5              THE COURT:  Sorry?

6              MS. HARRIS:  Objection.

7              THE COURT:  Come on up.  Bring the item and come up

8    to the sidebar.  Tell me what the objection is.

9              (Discussion at sidebar; continued on the next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

fce0b17b-f3f5-4498-9412-7a95a6ee3e26

1

2          THE COURT:  What's the objection?

3          MS. HARRIS:  I'm not sure what the relevance is,

4     your Honor.

5          MR. KAZEMI:  In 2007 when the defendant entered the

6     United States, she falsely declared on her customs form she

7     was going to this address.  Instead, she went to the Metro

8     Motel.  The relevance is it shows absence of mistake.  She did

9     the same thing in 2008.  She falsely placed an address on her

10    customs declaration form and went to the Metro Motel.  In 2008

11    it was a different address but the same pattern.

12         THE COURT:  Did you ask for disclosure of other

13    misconduct?

14         MS. HARRIS:  I did.  I made a full discovery letter.

15         THE COURT:  I'll exclude this because I don't

16    remember you made any offer that you were going to offer

17    evidence of other misconduct by the defendant.

18         Let's go ahead.

19         (Discussion at sidebar concludes; held in open

20    court.)

21

22

23

24

25

Aceves/Direct/Kazemi

1

2

3          THE COURT:  All right.  The objection's sustained.

4    What's next?

5    BY MR. KAZEMI:

6    Q    I'm now showing you what's been marked for identification

7    as Government Exhibit 17, 18A, 18B, and 19.

8          Please review those documents.

9    A.   (Reviews documents.)  Seventeen?

10   Q.   Yes.

11   A.   This is --

12          MS. HARRIS:  May we approach again, please?

13          THE COURT:  Sorry?

14          MS. HARRIS:  May we approach again, please?

15          THE COURT:  If you want to come up here and look at

16   what the witness is looking at, you can.

17          MS. HARRIS:  Before he describes the document, I

18   wanted to approach.

19          THE COURT:  Well, come on up and take a look at

20   what's being looked at, if you want.

21          Do you recognize those as something you've seen

22   before or not?

23          THE WITNESS:  Yes.

24          THE COURT:  And you have an objection to the witness

25   describing what he recognizes these to be?

Aceves/Direct/Kazemi

1          MS. HARRIS:  I do, your Honor.

2          THE COURT:  All right.  Bring the documents over.

3    Come up to the sidebar, although I want to say to the

4    attorneys that this is the kind of thing that ought to be

5    taken up not while the jury is in the box but during the

6    recesses so that we don't keep the jurors waiting, resolving

7    these matters that should have been resolved before they came

8    out.

9          (Discussion at sidebar; continued on the next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Aceves/Direct/Kazemi

1

2

3

4          THE COURT:  Let me see the documents, please.  Let's

5     hurry up.  This is really an awkward way to proceed.

6          What's the objection?

7          MS. HARRIS:  Your Honor, again, they're trying to

8     put in hotel records from 2007.  I understood they were --

9          MR. KAZEMI:  2008, your Honor.  It's also a business

10    card that shows the address for the Metro Motel.

11         THE COURT:  That I'll admit.  That's Exhibit 19.

12         (Government Exhibit 19 received in evidence.)

13         THE COURT:  What else?

14         MR. KAZEMI:  A receipt from the Metro Motel.  It

15    shows the defendant checked in.

16         MS. HARRIS:  We obviously consent to that, but

17    there's also 2007 records.

18         MR. KAZEMI:  2008 is right here.

19         THE COURT:  All right.  I'll mark in evidence --

20    could you take these out so I can mark the exhibit number?

21         MR. KAZEMI:  Sure.

22         (Government Exhibit 17 received in evidence.)

23         THE COURT:  All right.  Well, 18A, B I'll sustain

24    the objection there; but I'll permit inquiry perhaps on

25    cross-examination of the defendant when she testifies.  All

Aceves/Direct/Kazemi

1    right.

2            Let's go ahead.

3            MR. KAZEMI:  Your Honor, I'd just like to note for

4    18A and B, the significance of these documents is that she

5    knew where she was going when she came back to the United

6    States.  She had previously stayed here before.

7            THE COURT:  Let's go.

8            MR. KAZEMI:  Same hotel.

9            (Discussion at sidebar conclude; held in open

10   court.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5    BY MR. KAZEMI:

6    Q    Agent Aceves, what is Exhibit 17?

7    A.   Exhibit 17 is a hotel receipt that was found on the

8    defendant.  It's a hotel receipt marked July 31st, 2008, Room

9    166, $95; and it's time stamped at 7:02 a.m. and has the

10   defendant's signature on it.

11   Q.   Do you know what hotel that receipt is from?

12   A.   The Metro Motel.

13   Q.   And how do you know that?

14   A.   I went -- well, after it was found on the defendant, we

15   confirmed with the Metro Motel that this is a copy of their

16   receipt.

17   Q.   And what is Exhibit 19?

18        THE COURT:  What's the date of that?  I'm sorry.

19        THE WITNESS:  Your Honor, it's July 31st.  The time

20   is 7:02 a.m.

21        THE COURT:  Yes, sir.

22   BY MR. KAZEMI:

23   Q    What is Exhibit 19?

24   A.   Exhibit 19 is a -- looks to be a business card from the

25   Metro Motel.  It also was found on the defendant.

Aceves/Direct/Kazemi

1    Q.   You said on Exhibit 17 that the receipt was time stamped

2    7:02 a.m.

3    A.   Correct.

4    Q.   And do you recall when the defendant arrived at JFK

5    Airport?

6    A.   I have to look at the documents to be certain of the

7    exact time.

8            THE COURT:  You weren't there when the defendant

9    arrived.

10           THE WITNESS:  No, your Honor.

11           THE COURT:  All right.  What's next?

12   BY MR. KAZEMI:

13   Q    Were these documents recovered from the defendant?

14   A.   Yes.

15           MR. KAZEMI:  Your Honor, I'd move to admit 17 and 19

16   into evidence.

17           THE COURT:  I believe I've already marked them in

18   evidence.

19           MR. KAZEMI:  Thank you, your Honor.

20   BY MR. KAZEMI:

21   Q    The defendant have a key for 166 of the Metro Motel when

22   she was arrested?

23   A.   Yes.

24   Q.   And was any money recovered from the defendant?

25   A.   Yes.

Aceves/Direct/Kazemi

1  Q.   Do you recall approximately how much money the defendant

2  was carrying at the time of her arrest?

3  A.   It's in the inventory report that I wrote but in one

4  wallet there was $600 and in another wallet there were a few

5  dollars.  She had some Columbian pesos as well in a change

6  purse and some bills totaling in US currency maybe around $650

7  total, but that's just a rough estimate since I don't know the

8  exact exchanges with the Columbian pesos and whatnot.

9  Q.   I now show you what's been marked for identification as

10 Government Exhibit 15B.

11        Do you recognize that document?

12 A.   I'm sorry.  15B?

13 Q.   B.

14 A.   15B is a prayer that was found on the defendant.

15        THE COURT:  A what?

16        THE WITNESS:  A prayer.  It's a Prison Warden's

17 Prayer.

18 BY MR. KAZEMI:

19 Q    And do you recognize Government's Exhibit 15A?

20 A.   Yes.  This is a translation of the Prison Warden's

21 Prayer.

22        MR. KAZEMI:  And, your Honor, the parties have

23 agreed pursuant to stipulation that it is a fair and accurate

24 translation of the prayer from Spanish to English.

25        I'd like to move Exhibit 15A into evidence.

Aceves/Direct/Kazemi

Page 113

1           THE COURT:  All right.  No objection, that will be

2     received and marked.

3           (Government Exhibits 15A and 15B received in

4     evidence.)

5           THE WITNESS:  15A or B?  Here's A, your Honor.

6           MR. KAZEMI:  A and B.

7           THE WITNESS:  A and this is B, your Honor.

8           THE COURT:  All right.

9           THE WITNESS:  Thank you, sir.

10          THE COURT:  They're received and marked.

11          What's next?

12          MR. KAZEMI:  Your Honor, I'd like to provide to the

13    jury a copy of the translation of 15A.

14          THE COURT:  That's what we have the projector for.

15          MR. KAZEMI:  Okay.  I'm posting for the jury Exhibit

16    15A.

17    BY MR. KAZEMI:

18    Q    Agent Aceves, can you please read that document?

19          THE COURT:  What's that?  Can you get the image back

20    on the screen, please?  All right.

21          THE WITNESS:  There it is.

22          THE COURT:  Okay.  Do you want to read that off so

23    people can follow it or not?

24          THE WITNESS:  As you wish, your Honor.

25          MR. KAZEMI:  Yes.

Aceves/Direct/Kazemi

Page 114

1          THE COURT:  Go ahead.

2          THE WITNESS:  Prison Warden's Prayer.

3          "My sweetest Jesus, for the sake of your beloved

4  mother and your sacred passion, deliver me in this instance

5  from enemies and rivals.  Wherever I go, may I walk without

6  fear.  I fear no one.  I walk with your mother the Queen of

7  Heaven and Earth.

8          Protect me, Mother, defend me like a son should I

9  perchance be guilty with justice ready to set upon me, may it

10  cower, may it lose its brawn and valor.

11          Doors and windows, chains, bars, and shackles, keys

12  stocks, and handcuffs, all unfasten that I (name of person)

13  may leave exclaiming:  Jesus, Jesus, Jesus, be my aid on this

14  occasion, Amen.

15          Say this extremely powerful prayer with great faith,

16  and its effects shall be soon be seen."

17          THE COURT:  Okay.

18  BY MR. KAZEMI:

19  Q    And that document was found on the defendant at the time

20  of her arrest?

21  A.    Yes.

22  Q.    And now I'd like to show you Government's Exhibit 5.

23          Do you recognize that document?

24  A.    Yes.  This is a receipt that was found on the defendant.

25  It's for --

fce0b17b-f3f5-4498-9412-7a95a6ee3e26

Aceves/Direct/Kazemi

1           THE COURT:  Well, don't get into the contents of it.

2           Are you offering it?

3           MR. KAZEMI:  Yes, your Honor.

4           THE COURT:  All right.  If you'll bring it up and

5      there's no objection, I'll mark it.

6           MS. HARRIS:  No objection.

7           THE COURT:  Received in evidence and so marked.

8           (Government Exhibit 5 received in evidence.)

9           THE WITNESS:  Thank you, sir.

10     BY MR. KAZEMI:

11     Q     Do you recognize that item?

12     A.    Yes.

13     Q.    What is it?

14     A.    It is a receipt for $25 worth of T-Mobile minutes for a

15     prepaid cell phone.

16     Q.    And what's the date of that receipt?

17     A.    It is time stamped 7-31-2008, 11:14:53.

18     Q.    And where is the storage the receipt came from?

19     A.    It is 8601 Roosevelt Avenue.  It's Jackson Heights, New

20     York.

21     Q.    Approximately how far from the Metro Motel is that store?

22     A.    It's not that far.  I would say maybe between a mile and

23     a half and two miles, tops.

24     Q.    And how do you know this?

25     A.    'Cause I went from the hotel to the store.

Aceves/Direct/Kazemi

Page 116

1    Q.    I'd now like to show you Government's Exhibit 16 for

2    identification.

3    A.    Thank you.

4    Q.    Do you recognize those items?

5    A.    Yes.

6    Q.    What are those items?

7    A.    These are SIM cards or subscriber identity module cards

8    and each one of these is -- essentially, there's three of

9    them.  Each one of them is essentially a different phone

10   number that's assigned to each one.  So, if a person has a

11   cell phone, they can switch out different phone numbers using

12   just one cell phone.

13          So, these were also found on the defendant.  So,

14   between this and the cell phone, the defendant had four phone

15   numbers.

16          MR. KAZEMI:  Government moves to admit Exhibit 16

17   into evidence, your Honor.

18          THE COURT:  All right.  If there's no objection,

19   I'll receive and mark this in evidence as Exhibit 16.

20          (Government Exhibit 16 received in evidence.)

21          THE WITNESS:  Thank you, sir.

22   BY MR. KAZEMI:

23   Q    After the defendant was arrested, did you continue your

24   investigation?

25   A.    Yes.

Aceves/Direct/Kazemi

1    Q.    Did there come a time when you subpoenaed the phone

2    records for the defendant?

3    A.    Yes.

4    Q.    And was this a subpoena for the phone that was found in

5    defendant's possession?

6    A.    Yes.

7    Q.    And that was the phone that was admitted as Exhibit 3?

8    A.    Yes.

9    Q.    When was the first time that you subpoenaed the records

10   for that phone?

11   A.    I believe it was August 12th.  I don't remember exactly,

12   but I believe that's what date it was.

13   Q.    I'll show you what's been marked for identification as

14   Government's Exhibit 4.

15         Do you recognize these documents?

16   A.    Exhibit 4?  Exhibit 4, yes.

17   Q.    And what are they?

18   A.    These are phone records for the cell phone that was found

19   on the defendant on July 31st.

20         MR. KAZEMI:  And, your Honor, pursuant to the

21   stipulation, the parties have agreed to offer these phone

22   records into evidence.

23         THE COURT:  All right.  I'll receive and mark

24   Exhibit 4 in evidence.

25         (Government Exhibit 4 received in evidence.)

Aceves/Direct/Kazemi

1    BY MR. KAZEMI:

2    Q    Showing you page 1 of Exhibit 4, what is the name listed

3    as a subscriber for this phone?

4    A.    The name listed is Consuelo --

5              THE COURT:  Wait a minute.  Hold still.  Okay.  Got

6    it.

7              Go ahead.

8              THE WITNESS:  The name --

9    BY MR. KAZEMI:

10   Q    What's the name list?

11   A.    The name listed is Consuelo Gomez.

12   Q.   And this was the phone found in the defendant's

13   possession?

14   A.    Correct.

15   Q.   Is there a address or second area phone number listed --

16             THE COURT:  Do you know what the "none" means

17   between the Consuelo --

18             THE WITNESS:  No middle name, I believe, your Honor.

19   No middle name was given at the time.

20             THE COURT:  Okay.  I see.

21   BY MR. KAZEMI:

22   Q    Is there an address or secondary phone number listed for

23   this subscriber?

24   A.    No.  Just a date of birth and no address or secondary

25   phone number.

NICOLE M. WARREN, RPR, RMR, CRR

Aceves/Direct/Kazemi

1   Q.   What is the date of birth listed?

2   A.   February 7th, 1957.

3   Q.   Is that the defendant's date of birth?

4   A.   No.

5   Q.   Did you attempt to confirm if the information provided

6   for the defendant's phone -- specifically Consuelo Gomez; date

7   of birth February 7th, 1957 -- corresponded to the identity of

8   a real person?

9   A.   Yes, I --

10          MS. HARRIS:  Objection.

11          THE COURT:  Well, I'll allow it.  I'll sustain the

12   objection to the form of the question.

13          What, if anything, did you do with that name and

14   birthdate?

15          THE WITNESS:  I tried to find out if there actually

16   was a Consuelo Gomez with that name and birthdate; and I could

17   not verify that there was, your Honor.

18          THE COURT:  How did you do that?  What steps did you

19   take?

20          THE WITNESS:  I looked it up in the systems that we

21   use on a regular basis to identify, locate suspects.

22          THE COURT:  Well, what?  The phone book or --

23          THE WITNESS:  No, we have systems online on the

24   computer.

25          THE COURT:  So, you did some sort of computer search

Aceves/Direct/Kazemi

Page 120

1    and couldn't turn up that name at all?

2         THE WITNESS:  Not with that date of birth, your

3    Honor.

4         THE COURT:  Not with that date of birth.

5         THE WITNESS:  That name did come up several times,

6    but it did not come up with a match to that date of birth.

7         THE COURT:  All right.  What's next?

8    BY MR. KAZEMI:

9    Q    When was this phone activated?

10   A.   This phone, it states it was activated on April 25th,

11   2007.

12   Q.   And when was the last refill date for the phone?

13   A.   The last refill date was July 31st, 2008.

14   Q.   If you can please explain to the Court what that means,

15   "refill date."

16   A.   It was the last time that prepaid minutes were added to

17   the phone account.  The receipt we looked at before with the

18   $25 worth of T-Mobile minutes, that was -- that would be that

19   refill.

20   Q.   So, the receipt previously admitted had the same refill,

21   had the same date as the refill date for this phone?

22   A.   Correct.

23   Q.   And does the record indicate whether this is a prepaid

24   phone?

25   A.   It does.  It states that it is a prepaid phone.

NICOLE M. WARREN, RPR, RMR, CRR

Aceves/Direct/Kazemi

Page 121

1    Q.    Does it contain the defendant's phone number?

2    A.    Yes.

3    Q.    And what's that number?

4    A.    (646)683-9762.

5              THE COURT:  And that's the number associated with

6    this particular account.  Is that what you're saying?

7              THE WITNESS:  Correct.  That's the phone number that

8    was --

9              THE COURT:  Associated with this account.

10             THE WITNESS:  Correct.  Yes, your Honor.

11             THE COURT:  If you dial that number, did or did you

12   dial that number to see if it rang on the phone you acquired?

13             THE WITNESS:  I did not.

14             THE COURT:  Was there any concern whether this is

15   the same number that's on the phone or not?

16             I take it not.  So, let's go ahead.

17   BY MR. KAZEMI:

18   Q    Have you subpoenaed the phone records for this number?

19   A.    Yes, for this number, yes.

20   Q.    I'd like to show you the second to last page on this

21   exhibit which has been stipulated into evidence.  Can you

22   explain to the jury the information --

23             THE COURT:  Is it marked in evidence?

24             MR. KAZEMI:  Which has been marked into evidence.

25             THE COURT:  Has been marked as exhibit what?

Aceves/Direct/Kazemi

Page 122

1      MR. KAZEMI:  This, your Honor, is exhibit -- it's

2  part of Exhibit 4.

3      THE COURT:  All right.

4  BY MR. KAZEMI:

5  Q   Can you please explain to the jury the information

6  contained in each column of these records?

7  A.   You have the phone number assigned to this account in the

8  first column on the left, the date of the call where there was

9  an incoming call or outgoing call, the time, the phone number

10  that was calling or that was called, the type of call.

11      At the bottom is a legend for the time.  I see the

12  first one says "D."  I think that's a text message or picture

13  and then the minutes of the duration of that call.

14  Q.   Did you review these phone records for July 31st, 2008?

15  A.   Yes.

16  Q.   And what did you learn as a result of your review of

17  these records?

18  A.   That there were on here four phone calls between the

19  defendant and the (646)427-2509 number that was calling the

20  defendant when we were in the room with the defendant and

21  those were the calls that we recorded and listened to earlier.

22  Q.   So, two of those calls were the calls that were played

23  for the jury?

24  A.   Yes.  I believe the one that says 10:26 and 10:28, these

25  records are on Pacific time.  So, it's a three-hour

Aceves/Direct/Kazemi

Page 123

1    difference.  So, that would be 1:26 and 1:28.

2              THE COURT:  I'm sorry.  Three-hour difference

3    between what?

4              THE WITNESS:  The T-Mobile call records are on

5    Pacific time.  So, that 10:26 is actually 1:26, your Honor;

6    and the 10:28 is 1:28.

7              THE COURT:  Okay.

8              THE WITNESS:  I believe at the bottom the PDT, I

9    think it stands for Pacific time.

10   BY MR. KAZEMI:

11   Q    Do these records indicate when the first call was

12   received from that caller?

13   A.   8:18 which would be 11:18.

14   Q.   And do you recall when that time relates to the time when

15   the defendant purchased her prepaid minutes?

16   A.   I believe on that receipt it says 11:14.  So, it was

17   approximately four minutes after that.

18   Q.   So, would it be accurate to say that the man who called

19   the defendant --

20             MS. HARRIS:  Objection.

21             THE COURT:  Don't -- I think there's going to be an

22   objection to form but go ahead.  State your question.

23   BY MR. KAZEMI:

24   Q    So, the (646)427-2509 number called the defendant at

25   8:18 -- at 11:18 on July 31 --

1    A.    Yes.

2    Q.    -- based on these records?

3    A.    Yes, just four minutes approximately after the defendant

4    had just put -- refilled the minutes on her phone.

5    Q.    And do these records indicate how long that phone call

6    lasted?

7    A.    It states two minutes.

8            THE COURT:  And when was that in relation to the

9    time that you arrived at this motel and started surveillance?

10           THE WITNESS:  I started surveillance at

11   approximately noon, your Honor; and this was approximately 40

12   minutes prior to that, 40, 45 minutes prior to that.

13           THE COURT:  Oh, okay.

14           Go ahead.  What's next?

15   BY MR. KAZEMI:

16   Q    Do you recognize the other numbers listed on the

17   defendant's phone record for July 31st, 2008?

18   A.    Yes, the 8:27 which would be 11:27 would be my phone

19   number.  When Special Agent Walsh called me that morning to

20   tell me the information regarding the courier that was at the

21   motel, Metro Motel on Queens Boulevard, he also gave me the

22   phone number for the courier.

23           At that time I didn't have anywhere where to write

24   it down.  I punched it into my cell phone so I'd have it at a

25   later time.  I punched it in and hit "send" and "end"

Aceves/Direct/Kazemi

Page 125

1  simultaneously so it wouldn't be sent but it would be recorded

2  in my phone on my "sent" calls so I could pull it up anytime.

3        This is something that I do with phone numbers often

4  when I don't have time to write it down so I can record it

5  easily.

6        THE COURT:  Excuse me.  Did that call end up being

7  recorded on that account?

8        THE WITNESS:  Yes, it's the call that is at 8:27

9  which would be 11:27.

10        THE COURT:  That's your number.

11        THE WITNESS:  Yes, your Honor.

12        THE COURT:  Go ahead.  What's next?

13  BY MR. KAZEMI:

14  Q    According to this report, what time did you input the

15  defendant's number into your phone?

16  A.    At approximately 11:27.

17  Q.    And how did you obtain the defendant's phone number?

18  A.    It was given to me from Special Agent Richard Walsh, the

19  DEA agent in Bogota, Columbia.

20  Q.    And you testified earlier that Agent Walsh was relaying

21  that information to you on a near realtime basis?

22        MS. HARRIS:  Objection.

23        THE WITNESS:  Yes.

24        THE COURT:  I'll sustain the objection to the form

25  of the question.  Don't lead the witness.

NICOLE M. WARREN, RPR, RMR, CRR

fce0b17b-f3f5-4498-9412-7a95a6ee3e26

Aceves/Direct/Kazemi

1    BY MR. KAZEMI:

2    Q    How was Agent Walsh relaying that information to you?

3    A.   He was relaying the information to me as he was receiving

4    the information.  So, on a realtime basis he would receive the

5    update; and he would call me.  I'd get the latest pertinent

6    information.  Then he'd call me back with more recent

7    information and so forth.  That's how it went throughout the

8    day, several calls back and forth.

9              THE COURT:  This is at least what he told you, is

10   that -- you don't know this of your own personal knowledge.

11   He just told you, "I'm getting this," and giving -- passing it

12   on to you.

13             THE WITNESS:  He told me exactly what the source

14   was, your Honor.

15             MS. HARRIS:  Objection.

16             THE COURT:  Well, he may have thought that was the

17   source.

18             In any event, he's not here to testify or be

19   cross-examined.  Whether this was realtime or not is not

20   something that's going to be determined on what someone said

21   on the phone who isn't here to be cross-examined.  So, we'll

22   receive it for the fact that it occurred but not for its

23   truth.

24             All right.  Go ahead.  What's next?

25   BY MR. KAZEMI:

fce0b17b-f3f5-4498-9412-7a95a6ee3e26

Aceves/Direct/Kazemi

1    Q    At what time does the T-Mobile receipt say the defendant

2    purchased the prepaid minutes?

3    A.    I believe it was 11:14.

4    Q.    So, approximately how long after the defendant purchased

5    her prepaid minutes in New York did Agent Walsh receive the

6    information regarding her phone number in Columbia?

7              MS. HARRIS:  Objection.

8              THE COURT:  Sustained.  Sustained.  What's next?

9    BY MR. KAZEMI:

10   Q    What's the other number listed on this phone record?

11   A.    It's a T-Mobile voice mail access number.

12   Q.    And how do you know that's the number for T-Mobile voice

13   mail?

14   A.    The Intel analyst when they were analyzing numbers told

15   me that that's the T-Mobile access number and I --

16   Q.    What time was that number called?

17             MS. HARRIS:  Objection.

18             THE COURT:  I'll sustain the objection and instruct

19   the jury to disregard it.

20             Stop bringing in this hearsay.  You can

21   bring -- you've got subpoenas.  You can bring people here into

22   court to testify, but don't shortcut the process by asking

23   this witness what other people have told him.

24             What's next?

25   BY MR. KAZEMI:

fce0b17b-f3f5-4498-9412-7a95a6ee3e26

Aceves/Direct/Kazemi

1    Q     Was there another way you determined that was the phone

2    number for T-Mobile voice mail?

3    A.    I called it.

4    Q.    You called it personally?

5    A.    Yes.

6    Q.    What time was that number called?

7    A.    On the records she was called at 10:14 which would be

8    1:14.

9    Q.    Did there come a time when you subpoenaed the phone

10   records for the caller who called the defendant in her motel

11   room?

12   A.    Yes.

13   Q.    I'd like to show you what's been marked for

14   identification as Government's Exhibit 6.

15         Do you recognize those documents?

16   A.    Yes.

17   Q.    What are those records?

18   A.    Those are the documents for the --

19         THE COURT:  Those are the documents that were

20   furnished you by T-Mobile pursuant to a subpoena?

21         THE WITNESS:  Yes, your Honor.

22         THE COURT:  If there's no objection, I'll receive

23   and mark them in evidence.

24         (Government Exhibit 6 received in evidence.)

25   BY MR. KAZEMI:

Aceves/Direct/Kazemi

Page 129

1   Q     And this is a subpoena for the number that called the

2   defendant while she was in the motel room?

3   A.    Yes.

4   Q.    I'd like to show you page 1 of these records.  Who is the

5   subscriber information listed for this phone?

6   A.    Lena Reyes.

7   Q.    What's the date of birth?

8   A.    February 2nd, 1955.

9   Q.    And is there an address listed?

10  A.    8023 37th Avenue, Jackson heights, New York.

11  Q.    What, if anything, did you do after receiving this

12  information?

13  A.    I tried to verify whether or not there was a Lena Reyes

14  at that address, and there is not.

15  Q.    When was this phone activated?

16  A.    This phone was activated on June 30th of 2008.

17  Q.    Is this a prepaid phone?

18  A.    Yes.

19  Q.    I'd like to show you additional records from Exhibit 6.

20  When was the first call placed on this phone?

21  A.    July 7th at approximately 1:23 p.m.

22  Q.    Have you reviewed the records from this phone for

23  July 31st, 2008?

24  A.    Yes.

25  Q.    What, if anything, did you learn as a result or review of

fce0b17b-f3f5-4498-9412-7a95a6ee3e26

Aceves/Direct/Kazemi

Page 130

1    those records?

2    A.    That on July 31st this number had several calls starting

3    at 6:15 which would be 9:15 a.m. to a (516) number which is a

4    international calling card number.  There are one, two, three,

5    four calls using this international calling card.

6          Then at approximately 11:18 is that initial phone

7    call with the defendant, approximately four minutes --

8          THE COURT:  Just to refresh your recollection --

9          MS. HARRIS:  Objection.

10         THE COURT:  -- the number on the defendant's -- on

11   the phone that was found with the defendant what was?

12         THE WITNESS:  It's there at 8:18, your Honor.  It's

13   (646)683-9762.

14         THE COURT:  Okay.  What's next?

15   BY MR. KAZEMI:

16   Q    And do you recognize that number?

17   A    Yes.  That is a --

18         MS. HARRIS:  Objection.

19         THE COURT:  Can you recognize that it's an

20   international call just from the numbers?

21         THE WITNESS:  Your Honor, I know for -- that it's an

22   access number for a Cinco Telecom calling card, a

23   predominantly Spanish speaking calling card that's in here as

24   well.

25         THE COURT:  All right.  What's next?

Aceves/Direct/Kazemi

1    BY MR. KAZEMI:

2    Q    I'm showing you what's been previously marked for

3    identification as Government's Exhibit 7.

4         Do you recognize that document?

5    A.   Yes, this is a Orbitel Columbian prepaid calling card and

6    has the access number that is listed here on the back as an

7    access number.

8    Q.   And what's that number?

9    A.   That number is (516)368-3040.

10        MR. KAZEMI:  Your Honor, I move to admit this into

11   evidence.

12        THE COURT:  All right.  If there's no objection,

13   I'll mark it.

14        (Government Exhibit 7 received in evidence.)

15        MS. HARRIS:  Your Honor, may I approach briefly?

16        THE COURT:  If it's necessary.  Was this something

17   you found on the defendant or is this just something that you

18   went and bought to illustrate the -- this number?

19        THE WITNESS:  The latter, your Honor, to illustrate

20   that number on this --

21        THE COURT:  All right.  So, with that verification,

22   is there any need to come to sidebar?

23        MS. HARRIS:  No, your Honor.

24        THE COURT:  Let's go ahead.

25        MR. KAZEMI:  I'd like to publish Government's

Aceves/Direct/Kazemi

1  Exhibit 7.

2          THE COURT:  All right.  Go ahead.  You need to get

3  that a little bit focused.

4          MR. NATHANSON:  I think if you do one document at a

5  time.

6          THE WITNESS:  There you go.

7  BY MR. KAZEMI:

8  Q    And do you see that calling card access number?

9          THE COURT:  This is just a typical Columbian phone

10  card; is that right?

11          THE WITNESS:  Yes, your Honor.  It's a card for

12  mostly international phone calls.

13          THE COURT:  All right.

14  BY MR. KAZEMI:

15  Q    So, Agent Aceves, you reviewed the records on July 31st,

16  2008?

17  A.   Yes.

18  Q.   Please explain to the jury one more time those four calls

19  to (516)368-3040.

20  A.   Yes, four calls to that access number and then a call to

21  the defendant.

22  Q.   And what do the records show with regard to the calls to

23  the defendant's phone number?

24  A.   They're one, two, three, four, five calls to the

25  defendant or with the defendant.  Actually, all of them are

Aceves/Direct/Kazemi

Page 133

1  outgoing on this, yes, five calls to defendant.

2          THE COURT:  Let me just ask this.  This access

3  number, international access number, is this a situation --

4  system that you dial this number and then that -- and then

5  dial a telephone number within the country you're calling or

6  is this a -- is this the dialing the access number a first

7  step on the way to calling a foreign number?

8          THE WITNESS:  Yes, your Honor.  You dial that

9  number, and then you're greeted by a Spanish speaker who says

10  that you've called or to enter your pin number.  You enter the

11  pin number that was on the back of that card, and it tells you

12  how many minutes you have or how many dollars you have.

13          Then you dial the international phone number you'd

14  like to dial, and then it tells you how many minutes you have

15  for that call.

16          Then you make the call.  So, it's just a prepaid

17  call card for making calls.

18          THE COURT:  And will this record reflect both the

19  call to the access number and the call to the number in the

20  foreign country or --

21          THE WITNESS:  From this record you only see the call

22  to the access number.  Subpoenaing records from Cinco Telecom,

23  that's how we receive what phone number was called

24  internationally.

25          We can do that as well.

Aceves/Direct/Kazemi

1          THE COURT:  Okay.

2          (Continued on the next page.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NICOLE M. WARREN, RPR, RMR, CRR

Aceves/Direct/Kazemi

Page 135

1          THE COURT:  Okay.

2    DIRECT EXAMINATION (Continued)

3    BY MR. KAZEMI:

4    Q    Turn your attention to the July 31 record.  When was the

5    first call placed to the defendant?

6    A    First call to the defendant was 6:15, which would be 9:15

7    a.m.

8          MS. HARRIS:  Objection.

9    A    I'm sorry, I'm looking at the wrong one.

10          8:18.  I'm sorry about that.  So many lines.  8:18

11    and that would be 11:18.

12    Q    When was the second call that was placed to the

13    defendant?

14    A    At 10:04 which would be 1:04.  That was about the time

15    that we were entering the defendant's room.

16    Q    And the third call that was placed to the defendant?

17    A    1:21.

18    Q    Was that also a time when you were in the room?

19    A    That's a call that took place while we were in the room.

20    Q    And the third call?

21    A    The third and fourth calls were at the time that we

22    recorded the calls.

23    Q    And those were the calls as 1:26 and 1:28?

24    A    Correct.

25    Q    What is the next call that this individual made?

Aceves/Direct/Kazemi

1   A    A call to voice mail.

2   Q    That is the general T-Mobile voice mail number you

3   discussed earlier?

4   A    Correct.

5   Q    Did you make any other calls?

6   A    One more call and he made no further calls.

7   Q    What was his last calm?

8   A    The last call was at 11:51 which was 2:51, 11:51 on the

9   record but 2:51, and he never made another call from this

10  number.

11  Q    Was that last call placed before or after the defendant's

12  arrest?

13  A    After the defendant's arrest.

14  Q    So when was this phone activated if you can remind the

15  jury?

16  A    It was activated on June 30th.  The first call was placed

17  on July 5th and the very last call was placed on July 31 and

18  it wasn't used again.

19  Q    So it was active for 26 days?

20  A    Correct.

21  Q    During this 26 day period, approximately how many calls

22  were made on this prepaid phone?

23  A    I don't remember the exact number but it's several

24  hundred and I believe it was somewhere over 400.

25  Q    Within two hours of the defendant's arrest, was this

ALLAN R.  SHERMAN, CSR, RPR   Official  Court Reporter

Aceves/Direct/Kazemi

Page 137

1   phone ever used again?

2   A    No.

3            MR. KAZEMI:  No further questions.

4            THE COURT:  All right.

5            Do you have some questions on cross?

6            MS. HARRIS:  Your Honor, may I take a brief recess,

7   very brief?

8            THE COURT:  All right.  We'll take a short recess.

9            Don't talk about the case or permit it to be

10  discussed with you.

11           We'll start again shortly.

12           You may retire.

13           (Jury out at 3:35 p.m.)

14           THE COURT:  We'll start again shortly.

15           (Recess.)

16           (Continued on next page.)

17

18

19

20

21

22

23

24

25

Aceves/Direct/Kazemi

1      THE COURT:  Are we ready to go?

2      All right, call the jury in.

3      (Jury in at 4:10 p.m.)

4      THE COURT:  Let's go ahead with the

5  cross-examination.

6  CROSS-EXAMINATION

7  BY MS. HARRIS:

8  Q    Good afternoon, agent.

9  A    Good afternoon.

10  Q    I just have a few questions for you today.

11      Before July 31, 2008, you had not received any

12  specific information about Ms. Marin Moreno?

13  A    About the defendant, no.

14  Q    And I'll ask you about your surveillance at the hotel.

15  A    Okay.

16  Q    When you saw Ms. Marin Moreno enter room 166, you didn't

17  notice if she had to use a key, is that correct?

18  A    I did not notice.  The defendant stood in front of the

19  door and it appeared to be closed.  I couldn't see what she

20  was doing as she was in front of the door.  She was between

21  me, my position and the door, so I just saw her go in.

22  Q    Now when you entered room 166, you had your gun drawn,

23  correct?

24  A    I was the last to enter the room and I had my weapon

25  drawn to clear the room for security.

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
fce0b17b-f3f5-4498-9412-7a95a6ee3e26

Aceves/Cross/Harris

1   Q     And you were wearing a bulletproof vest?

2   A     I was wearing a bulletproof vest.

3   Q     And your badge was at your hip, correct?

4   A     Correct.

5   Q     You testified about the phone calls that were coming in

6   while you were in the room?

7         THE COURT:  Did you have any markings on you just

8   aside from this badge that alerted people that you were a

9   government agent or police or some law enforcement or not?

10        THE WITNESS:  I don't recall what the two people

11  were wearing before me, however, they did say police as I

12  entered.  The two entering before me identified themselves as

13  police.

14        THE COURT:  But as far as clothing was concerned,

15  you were dressed in ordinary street clothes plus this vest?

16        THE WITNESS:  Yes, your Honor'.

17        THE COURT:  And the vest itself didn't say police?

18        THE WITNESS:  No, not this particular vest.

19        THE COURT:  Go ahead.

20        What is next?

21  Q     I want to ask you about the phone calls that came in.

22        THE COURT:  Just go ahead and ask.  Don't tell us

23  what you are about to do, do it.

24  Q     Several phone calls came in while you were in the room,

25  correct?

Aceves/Cross/Harris

1    A    Correct.

2    Q    And while the phone calls came in Ms. Norby Marin Marino

3    was in handcuffs, correct?

4    A    Correct.

5    Q    And eventually you let her answer one of the calls,

6    correct?

7    A    Correct.

8    Q    And she agreed to let you listen to them, correct?

9    A    Yes.

10   Q    And record it?

11   A    Correct.

12   Q    Now, you talked about a call that came into the hotel

13   land line?

14   A    Yes.

15   Q    Was that call before or after the calls on the cell

16   phone?

17   A    Honestly, I don't recall the exact time it came in.  My

18   recollection is that it came in after all the calls to the

19   cell phone had come in but in all honesty, I can't

20   specifically say what time that came in.

21   Q    But close in time, fair to say, to the calls on the cell

22   phone, correct?

23   A    I think it was closely after the last call to the call on

24   the cell phone.

25   Q    Now, you testified about 13 --

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

Aceves/Cross/Harris

1              THE COURT:  Why don't you turn off that microphone

2     because as you get closer, the volume of your voice changes.

3     So just turn it off.

4              Keep your voice up.

5              Go ahead.

6              MS. HARRIS:  I don't see the switch, your Honor.

7              THE COURT:  It's the light in the middle of the

8     microphone.

9              What is next?

10    Q     You testified about a prayer that you found in Ms. Marin

11    Marino's luggage, correct?

12    A     Yes.

13    Q     And you also found in her luggage multiple prayer books,

14    correct?

15    A     There were religious items.

16    Q     A rosary?

17    A     I think there is a rosary on the inventory.  I don't

18    recall off the top of my head.

19    Q     And religious candles,correct?

20    A     There were candles.

21    Q     And other prayers, correct?

22    A     Correct.

23             MS. HARRIS:  If I may approach, your Honor.

24             THE COURT:  Yes.

25    Q     I'm going to show you what has been marked for

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter

Aceves/Cross/Harris

1    identification as Defendant's Exhibit O2, P2 and Q2.

2    A    Thank you.

3    Q    Do you recognize these documents?

4    A    Yes.

5    Q    Those were also prayers found in Ms. Marin Moreno's

6    luggage?

7              MR. KAZEMI:  Objection, your Honor, relevance.

8              THE COURT:  No, overruled.

9    A    Yes.

10   Q    And those are prayers -- you speak Spanish, right, agent?

11   A    Yes.

12   Q    And these prayers are in Spanish?

13   A    Yes.

14   Q    And these prayers are I think -- excuse me.  If I may

15   approach.

16   A    You want all of them?

17   Q    Yes.

18             THE COURT:  If you are going to get into the

19   content, I think you better offer them.

20             MS. HARRIS:  Your Honor, I offer Exhibits O2, P2 and

21   Q2 in evidence.

22             THE COURT:  Besides relevance, any other objection?

23   If not, they are received and marked.

24             MR. KAZEMI:  Your Honor, none of these prayers have

25   been translated.

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
fce0b17b-f3f5-4498-9412-7a95a6ee3e26

Aceves/Cross/Harris

1          THE COURT:  I beg your pardon?

2          MR. KAZEMI:  They haven't been translated.

3          THE COURT:  That is true but that isn't a ground for

4     objection, particularly with the witness on the stand who can

5     translate for us.

6          What is next?

7          (So marked in evidence as Defendants' Exhibit O2, P2,

8     Q2.)

9     Q    One of those prayers, O2, is a prayer for opening roads,

10    is that correct?

11    A    Yes.

12    Q    And Exhibit P2 is the prayer to stay prosperous?

13    A    Yes.

14    Q    And Q2 is the prayer to just judge against enemies,

15    correct?

16    A    Yes.

17         THE COURT:  What was the word in Spanish?

18    A    Justo Juez, J-U-S-T-O   J-U-E-Z.

19         MS. HARRIS:  Your Honor, I have no further

20    questions.

21         THE COURT:  All right, any other questions from the

22    prosecution?

23         MR. KAZEMI:  No, your Honor.

24         THE COURT:  Thank you very much.

25         You are excused.

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter

Aceves/Cross/Harris

Page 144

1         Would you call your next witness.

2         MR. KAZEMI:  Yes, your Honor.

3         Your Honor, we have two short witnesses.  I was

4    wondering when the Court wants to break.  They will be brief.

5         THE COURT:  You can start with one or the other.

6         MR. KAZEMI:  The government calls Customs & Border

7    Protection officer Luis Cordero.

8         THE COURT:  Come on up and have a seat, sir.

9         THE WITNESS:  Thank you.

10   LUIS   CORDERO,  having been called as a

11       witness, first being duly sworn, was examined and

12       testified as follows:

13        THE CLERK:  Please state your name and special

14   assessment it for the record.

15        THE WITNESS:  Luis, L-U-I-S, Cordero C-O-R-D-E-R-O.

16   DIRECT EXAMINATION

17   BY MR. KAZEMI:

18   Q     Good afternoon, Officer Cordero.

19   A     Good afternoon.

20   Q     What do you do for a living?

21   A     I'm a Customs & Border Protection enforcement officer.

22   Q     How long have you been an enforcement officer with

23   Customs and Border Protection?

24   A     Approximately six years.

25   Q     What did you do prior to that?

Cordero/Direct/Kazemi

1   A    I worked for the Immigration & Naturalization Service for

2   approximately five years or so.

3   Q    Where are you currently assigned?

4   A    At JFK International Airport in Jamaica, New York, Queens

5   County.

6   Q    How long have you been assigned there?

7   A    About 11 years or so.

8   Q    What are your responsibilities as an enforcement officer

9   as JFK International Airport?

10  A    As an enforcement officer, I investigate any violation of

11  federal law within the port of entry or the airport.

12  Q    Do you have any specialized training as an enforcement

13  officer?

14  A    Yes, I do.

15  Q    And what kind of training have you received?

16  A    I went down to the federal law enforcement training

17  center for a training related to my position which was

18  approximately 45 days or so.

19  Q    What matters were you instructed on?

20  A    We were instructed on Titles 8 and 18 of the United

21  States Codes and procedures in handling evidence, Miranda,

22  interview and techniques -- techniques, et cetera, et cetera.

23  Q    Have you completed any other specialized training?

24  A    Yes, I have.

25  Q    What kind of training was that?

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

Cordero/Direct/Kazemi

1    A    I was able to complete the basic immigration officer

2    academy back in I believe it was 1997 which was about 16 weeks

3    long down again at the federal law enforcement training center

4    in Glynco, Georgia.

5    Q    In performing your duties as an enforcement officer, do

6    you often review records?

7    A    Yes, I do.

8    Q    What types of records do you review?

9    A    Basically border crossing records, customs declarations,

10   I-94 immigration records, et cetera, et cetera.

11   Q    Please take a look at Government's Exhibit 23 marked for

12   identification, pages nine and 10.

13   A    Okay.

14   Q    Do you recognize that document?

15   A    Yes, I do.

16   Q    What is that?

17   A    It's what we call a customs declaration.

18   Q    Is that type of document kept in the ordinary course of

19   business?

20   A    Yes, it is.

21            MR. KAZEMI:  Your Honor, I move to admit Exhibit 23,

22   pages nine and 10 in evidence.

23            THE COURT:  If there is no objection, I'll receive

24   it.

25            Can you hand me the document and I'll mark it in

Cordero/Direct/Kazemi

Page 147

1    evidence.

2          This doesn't appear to be the original stickered

3    document.

4          MR. KAZEMI:  Your Honor, the original sticker is on

5    the front page.

6          THE COURT:  All right, do you want to give me the

7    whole document and I'll mark the cover page.

8          You are offering now the whole document or just

9    these pages?

10          What should I do, just mark the cover page and the

11   two pages.

12          MR. KAZEMI:  That is fine.  We are only offering

13   pages nine and 10.

14          THE COURT:  Nine and 10, and any reason I can't mark

15   as well 1 since it has the sticker on it?

16          MR. KAZEMI:  That would be fine, your Honor.

17          THE COURT:  I'll staple these together.

18          MS. HARRIS:  Your Honor, besides -- is your Honor

19   admitting page 1?

20          THE COURT:  Yes.

21          There is no objection.  Go ahead.

22          What is next?

23          (So marked in evidence as Government's Exhibit 23.)

24   Q    What is the date on this customs declaration, Officer

25   Cordero?

Cordero/Direct/Kazemi

1    A    Your Honor, may I?

2         THE COURT:  Yes.

3         Just take it.

4         THE WITNESS:  Thank you.

5    A    Stamped July 31, 2008.

6    Q    And who does this document pertain to?

7    A    Norby Marin Moreno.

8    Q    Who typically fills out a customs declaration form?

9    A    Every person arriving or head of household arriving into

10   the United States.

11   Q    When will this form be filled out by the traveler?

12   A    Prior to presenting themselves to what we call the

13   primary inspector or officer prior to them entering the United

14   States.

15   Q    So after this form is filled out, who would it be

16   presented to?

17   A    The traveler would present the form along with other

18   documentation to what we call a primary officer.  That is

19   normally the first officer that the person encounters once

20   they enter the United States and seeks admission.

21   Q    This form is in Spanish, correct?

22   A    That's correct.

23   Q    Are the questions on the Spanish version of the customs

24   form the same as the questions on the English version?

25   A    Yes, they are.

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

Cordero/Direct/Kazemi

1    Q     Are you also fluent in Spanish?

2    A     Yes, I am.

3    Q     How did you develop your fluency?

4    A     My parents are native speakers, Puerto Ricans, so we

5    spoke Spanish at home and that was my primary language.

6    Q     What does question four ask on this declaration form?

7    A     It is asking for address in the United States or name of

8    a hotel.

9    Q     And what address did the defendant in this case, Norby

10   Marin Marino, list as her destination address?

11   A     It's listed here as 5921 Callow in New York.

12   Q     Is there an apartment number listed?

13   A     Yes, there is.

14   Q     Is there a signature at the bottom of that document?

15   A     Yes, there is.

16   Q     Now, I'd also like to show you what has been previously

17   marked as Government's Exhibit 23, pages 15 and 16.

18   A     I don't have a copy of it.

19              THE COURT:  What is it you are looking for?

20              THE WITNESS:  Your Honor, may I?

21              THE COURT:  Yes.

22              THE WITNESS:  Thank you.

23              THE COURT:  Do you have the two pages of the earlier

24   exhibit that have not been received?

25              What is the question?

Cordero/Direct/Kazemi

1    Q    Do you recognize that document?

2    A    Yes, I do.

3    Q    What is that documents?

4    A    It's another customs declaration.

5    Q    What is the date for that customs declaration?

6           MS. HARRIS:  Objection.

7           THE COURT:  Yes, I don't see the relevance of that

8    document.

9           I'll sustain the objection to the document and this

10    line of questioning.

11           What is next?

12           MR. KAZEMI:  No further question your Honor.

13           THE COURT:  Do you have any questions of this

14    witness?

15           MS. HARRIS:  I do not, your Honor.

16           THE COURT:  All right.

17           Thank you very much.

18           Do you want to call your other brief witness?

19           MR. KAZEMI:  Yes, your Honor.

20           (Witness excused.)

21           THE COURT:  I know I have another matter scheduled

22    for 4:30.  I'll hear that as soon as we have concluded this

23    other brief witness.

24           Ma'am, come on up here and have a seat in the

25    witness box.

Cordero/Direct/Kazemi

1       You are going to act as an interpreter?

2       THE INTERPRETER:  Yes.

3       THE COURT:  Would the interpreter raise his right

4  hand.

5       (Official Spanish Interpreter sworn, Mario

6  Michelena.)

7       THE COURT:  Would you tell us for the record your

8  name.

9       THE INTERPRETER:  Federal certified Spanish

10  interpreter Mario Michelena.)

11       THE COURT:  Will the witness raise her right hand.

12  MARIA PATRICIA CARRASQUILLA, having been called as a

13       witness, first being duly sworn, was examined and

14       testified as follows:

15       THE COURT:  Ma'am, would you tell us your name and

16  spell it for the court reporter.

17       THE WITNESS:  Maria Patricia Carrasquilla.

18       THE COURT:  How is the last name spelled?

19       THE WITNESS:  C-A-R-R-A-S-Q-U-I-L-L-A.

20       THE COURT:  All right, go ahead.

21  DIRECT EXAMINATION

22  BY MR. KAZEMI:

23  Q    Good morning.

24  A    Good morning.

25  Q    Do you work?

Carrasquilla/Direct/Kazemi

1    A    Yes.

2    Q    Where do you work?

3    A    In a restaurant.

4    Q    Which restaurant?

5    A    Chipodly Music and Grill Restaurant.

6         THE COURT:  What does the word Chipodly mean in

7    Spanish or refer to?

8         THE WITNESS:  It's a Mexican dish.

9         THE COURT:  Okay, go ahead, counsel.

10        Could you keep your voice up.

11        You have to be heard not only by the witness but by

12   the lawyers and everybody all the way over on that side of the

13   room, so speak up.

14        Go ahead.

15   Q    Do you have any children?

16   A    Yes.

17   Q    How many?

18   A    Three.

19   Q    And how old are they?

20   A    33, 30 and 22.

21   Q    What is your birthday?

22   A    February 7, '57.

23   Q    Where were you born?

24   A    Colombia, Medellin.

25   Q    Where do you live now?

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

Carrasquilla/Direct/Kazemi

1    A    Queens.

2    Q    How long have you lived in the United States?

3    A    Ten years.

4    Q    Since you moved to the United States, have you always

5    lived in Queens?

6    A    Yes.

7    Q    What is your street address?

8    A    5921 Calloway Street, Corona, New York 11368.

9    Q    What is your apartment number?

10   A    6E.

11   Q    How long have you lived at your current address?

12   A    Six years.

13   Q    Do you know a woman named Norby Marin Marino?

14   A    I only knew her for a few days.

15   Q    Do you see her sitting in this courtroom?

16   A    I don't see her, no.  I cannot really distinguish her.

17   Where is she?

18   Q    I can't answer any questions.

19        When did you first meet Ms. Morena?

20   A    Norby, two years ago, three years ago.

21   Q    How did you meet her?

22   A    I rent a room to her in my apartment for a few days.

23   Q    Do you remember approximately when that was?

24   A    I think -- I don't remember exactly.  It was summer I

25   think two years ago.

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

Carrasquilla/Direct/Kazemi

1  Q    And was that the apartment that you currently live at

2  now?

3  A    Yes.

4  Q    Do you know where Norby stayed before she stayed with you

5  at that apartment?

6  A    At a hotel.

7  Q    Do you know which hotel?

8  A    No.

9  Q    Did Norby have any visitors when she stayed with you?

10  A    I don't remember.  I didn't see anything.

11  Q    Did she tell you why she was in New York?

12  A    Yes.

13  Q    What did she tell you?

14  A    Because the plane had made a stopover in New York and she

15  was going to visit her daughter in another state because the

16  ticket was cheaper that way.

17  Q    How many days did she stay with you in New York?

18  A    About a week.

19  Q    And she had also stayed at a hotel prior to that?

20  A    I think so but I don't know.  I don't know.  She was

21  coming from a hotel but I don't know how many days.

22  Q    When is the last time you spoke with Ms. Morena?

23  A    When she left, she left to go to her daughter's and I

24  didn't see her again.

25  Q    How were the terms of your last communication with Ms.

1    Morena?

2           THE COURT:   How were the terms?

3    Q    Were you friendly with Ms. Morena when she left?

4    A    I mean normal, you know, it was not friendly friendly

5    because I didn't know her much.

6    Q    Do you know Ms. Morena's family?

7    A    No.

8    Q    Do you know any of her friends?

9    A    I did meet but no, it was not a friend of hers, no.

10   Q    Does she know any of your family or friends?

11   A    No.

12   Q    I'm going to show you a document that was previously

13   admitted as Government's Exhibit 23.

14          Do you recognize this address?

15   A    That's the address for my house but it's not correctly

16   written down.

17          THE COURT:   What's the mistake?

18          THE WITNESS:   Calloway is not written down the right

19   way.

20          THE COURT:   How would you spell it?

21          THE WITNESS:   And it doesn't have the apartment

22   number.

23          THE COURT:   The apartment number is wrong or -- is

24   that wrong?

25          Do want to bring up the original so the witness can

Carrasquilla/Direct/Kazemi

1    look at it?

2              MR. KAZEMI:  Sure.

3              THE WITNESS:  Because I cannot distinguish very

4    well.

5              (Pause.)

6    A    It's written okay here but Calloway is not like that.

7              THE COURT:  What is the apartment number?

8              THE WITNESS:  That one, 6E.

9              THE COURT:  And that's your apartment?

10             THE WITNESS:  Yes.

11             THE COURT:  Okay.  Thank you.

12             Anything else?

13             MR. KAZEMI:  Just very briefly, your Honor.

14   Q    Did you know that Ms. Morena was in the United States

15   right now?

16   A    No.

17   Q    And can you read that line at the bottom of the form?

18   A    This one?

19   Q    This one.

20             MS. HARRIS:  Objection.

21             THE COURT:  I'm sorry, you want the witness to

22   translate that into English?

23             MR. KAZEMI:  Yes, your Honor.

24             THE COURT:  I think that is not the reason for

25   bringing this witness all the way in here.  Someone else can

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter

Carrasquilla/Direct/Kazemi

1   do that.

2          Anything else?

3          MR. KAZEMI:  One last question, your Honor.

4   Q    Did Ms. Morena -- were you expecting Ms. Morena to visit

5   you?

6          THE COURT:  In July or August?

7   Q    In July?

8          THE COURT:  I mean of this year.

9   Q    Were you expecting Ms. Morena to visit you in July of

10  this year?

11  A    No.

12         MR. KAZEMI:  No further questions.

13         THE COURT:  Okay, do you have any questions?

14         MS. HARRIS:  I do, your Honor.

15         THE COURT:  All right, go ahead.

16  CROSS-EXAMINATION

17  BY MS. HARRIS:

18  Q    Good afternoon.

19  A    Good afternoon.

20  Q    You helped Ms. Morena out previously, correct?

21         THE COURT:  Helped her out?  Let's phrase it a

22  little more carefully, counsel.

23  Q    You let her stay at your house, correct?

24  A    Yes.

25  Q    And you let her stay there because you had been contacted

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter

Carrasquillo/Cross/Harris

1   by someone, correct?

2            MR. KAZEMI:  Objection, your Honor.

3            THE COURT:  Overruled.

4   A    Yes.

5   Q    It was the nephew of a friend of yours, correct?

6            MR. KAZEMI:  Objection, your Honor, this is beyond

7   the scope of direct.

8            THE COURT:  No, overruled.

9   A    A nephew of a female friend.

10  Q    It was a Mr. Hermes, correct, a Mr. Hermes?

11  A    Yes.

12  Q    And he said he had a friend in New York who needed help,

13  correct?

14           MR. KAZEMI:  Objection, your Honor.

15           THE COURT:  I'll permit it not for its truth as to

16  whether this really was her nephew with a friend in New York

17  but simply for the fact that it was said, if it was said.

18           Did this gentleman tell you -- I'm sorry, counsel,

19  you can rephrase the question.

20  Q    Mr. Hermes said that Ms. Marin Moreno needed a place to

21  stay, correct?

22  A    Yes.

23  Q    And then you offered your room, correct?

24  A    Yes.

25  Q    And you helped her get a phone, correct?

fce0b17b-f3f5-4498-9412-7a95a6ee3e26

Carrasquillo/Cross/Harris

Page 159

1    THE COURT:  Excuse me, did you rent the room or just
2 offered it to her without compensation?

3    THE WITNESS:  No, I rented it out to her.

4    THE COURT:  All right.

5    What is next?

6    THE WITNESS:  For a few days.

7 Q    And you helped her get a phone, correct?

8 A    Yes.

9 Q    And while she was with you, she tried to call her cousin
10 in New York, correct?

11    THE COURT:  If you know.

12 A    I don't know.

13 Q    You sometimes let her use your phone, correct?

14 A    Maybe.  I don't remember.

15 Q    And your phone number is (646)421-0106, is that right?

16 A    Yes.

17 Q    And that's been your phone number for several years?

18 A    Yes.

19 Q    And that was your phone number at the time that Ms.
20 Morena -- Ms. Marin Moreno stayed with you, correct?

21 A    Yes.  That's right.

22 Q    When she stayed with you, you learned that she had family
23 problems, correct?

24    MR. KAZEMI:  Objection, your Honor.

25    THE COURT:  You are getting pretty far afield from

Carrasquillo/Cross/Harris

1    the direct examination so I'll sustain the objection.

2         Anything else?

3         MS. HARRIS:  Nothing further, your Honor.

4         THE COURT:  All right, that said, thank you very

5    much, ma'am.

6         You are excused.

7         (Witness excused.)

8         THE COURT:  Ladies and gentlemen, we are going to

9    suspend for the day.  We'll start again tomorrow morning at

10   9:30.

11        Once again, don't talk about the case permit it to

12   be discussed with you.

13        Have a good evening.  I'll see you back here at

14   9:30 you should come directly to the jury room now that you

15   know where it is.

16        (Jury out at 4:45 p.m.)

17        (Whereupon, the trial was adjourned to December 10,

18   2008 at 9:30 a.m.)

19

20

21

22

23

24

25

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter

fce0b17b-f3f5-4498-9412-7a95a6ee3e26

1           I N D E X

2              WITNESSES

3     Opening by the Court              9

4     Opening/Government/Kazemi        27

5     Opening/Defendant/Harris         31

6

7     Aceves/Direct/Kazemi             40
      Aceves/Cross/Harris             139
8

9     Cordero/Direct/Kazemi           145

10

11    Carrasquilla/Direct/Kazemi      152
      Carrasquillo/Cross/Harris       158
12

13            EXHIBITS

14    GX 1B through 1H                 51
      GX 2                             66
15    GX 12                            89
      GX 11A, B, C, D, E               92
16    GX 23                           148
      Government Exhibit 19           109
17    Government Ehxibigt 17          109
      Government Exhibit 15A          114
18    Government Exhibit 15B          114
      Government Exhibit 5            116
19    Government Exhibit 16           117
      Government Exhibit 4            118
20    Government Exhibit 6            129
      Government Exhibit 7            132
21

22    DX O2, P2, Q2                   144

23

24

25

**A**

ability 65:21
able 13:13
  60:10 62:6
  67:8 90:21
  92:12,17
  146:1
absence 74:14
  105:8
absolutely
  37:2
academy 146:2
accept 17:25
  18:10 37:11
access 127:11
  127:15
  130:22 131:6
  131:7 132:8
  132:20 133:2
  133:3,6,19
  133:22
accident 12:15
  12:17
account 84:2
  120:17 121:6
  121:9 122:7
  125:7
accounting
  16:17
accurate 17:22
  18:4,11
  47:17 49:17
  77:8 103:24
  112:23
  123:18
accurately
  17:7
accusation
  19:1
accusations
  9:20 10:4,5
accused 20:9
  20:11 30:4,6
Aceces 6:17
Aceves 6:4,5
  27:7 36:3
  37:21 38:1,6
  39:11,13,18
  48:19 49:10
  50:2,6,22
  53:19 70:7
  74:6 75:13
  77:18 78:18
  84:8 88:8,15
  90:14 91:19
  102:11 110:6
  113:18
  132:15
Aceves/Cro...
  161:7
Aceves/Dir...
  161:7
Acie 45:24
  58:11

acquired 17:15
  121:12
act 4:25 12:16
  41:13 45:3
  151:1
acted 4:25
  28:4 38:1,4
acting 12:13
actions 6:4
activate 39:6
activated
  120:9,10
  129:15,16
  136:14,16
active 136:19
actual 78:13
  93:12 101:3
add 19:15
added 120:16
adding 19:19
addition 10:21
  15:5 18:13
additional
  10:18 13:22
  18:16 24:16
  86:23 129:19
address 6:24
  6:24 19:14
  103:19,20,22
  103:24,25
  105:7,9,11
  108:10
  118:15,22,24
  129:9,14
  149:7,9,10
  153:7,11
  155:14,15
adjourned
  160:17
administer
  8:24
Administra...
  26:24 40:5
admissibility
  3:22
admission
  148:20
admit 25:7
  47:22 49:20
  64:14 67:4
  70:23 91:15
  104:2 108:11
  111:15
  116:16
  131:10
  146:21
admitted 117:7
  120:20
  155:13
admitting
  147:19
adversary
  35:14
advise 10:11

advisedly
  18:23
advising 9:22
affect 23:7
affidavit 2:21
afield 159:25
afternoon 23:1
  74:1 138:8,9
  144:18,19
  157:18,19
agent 4:23 6:4
  6:5,16 7:6
  27:7 28:10
  28:20 36:3
  37:21 38:1,6
  38:10,13
  39:11 40:3,9
  40:10,18,20
  40:21,25
  41:25 42:6
  42:10,11,20
  42:21,25
  44:12,17,21
  46:2,4,19
  48:19 49:10
  50:2,6,10,22
  53:19 59:24
  60:20,20,22
  60:23,23,24
  61:4,5,6,8
  61:15,16,24
  62:21,21
  63:5 64:11
  66:3 70:7
  74:6 75:13
  77:18 78:18
  83:12 84:8
  87:6,19 88:8
  88:15,16
  89:17 90:7
  90:14,25
  91:19 102:11
  110:6 113:18
  124:19
  125:18,19,20
  126:2 127:5
  132:15 138:8
  139:9 142:10
agents 26:24
  27:17,20
  28:4,13 29:1
  29:5,16
  30:21 32:12
  54:15,19,22
  54:23,24
  55:2,12 62:6
  62:19 63:4,6
  66:5,8 94:23
ago 31:5
  153:20,20,25
agree 5:12
  69:18
agreed 69:19
  74:17 80:25

112:23
  117:21 140:8
ahead 7:17
  25:3 39:25
  41:20 42:24
  45:8 48:18
  49:9 53:18
  57:7 58:3,18
  59:18 60:15
  61:25 62:17
  68:22 75:4
  77:5,16
  78:16 80:10
  84:5 85:5
  89:14 91:18
  92:8 94:9
  95:7 98:14
  99:21 100:15
  100:21 102:9
  105:18 109:2
  114:1 118:7
  121:16
  123:22
  124:14
  125:12
  126:24
  131:24 132:2
  138:4 139:19
  139:22 141:5
  147:21
  151:20 152:9
  152:14
  157:15
aid 48:20
  114:13
airport 26:19
  111:5 145:4
  145:9,11
alarm 33:15
alert 55:5
alerted 139:8
Ali 1:15 27:4
ALLAN 1:21
alleged 2:17
  36:2
allow 37:11
  119:11
alphabet 15:10
alters 41:6
Aluminum 101:8
Amen 114:14
America 1:2
  2:2 26:9,18
  32:17
amorphous 4:18
amount 93:24
  93:25
analysis 35:24
  95:6
analyst 127:14
analyze 103:5
analyzed
  101:25
analyzing

127:14
angel 100:3
announcing
  23:7
anonymous
  36:16,17,18
  37:3 38:3,3
  38:4,19 41:8
  41:10,11,13
  41:14,14
answer 13:8,12
  25:3 62:13
  140:5 153:18
answered 28:16
  28:17 68:13
  69:10,24
  85:24
anticipate
  12:4 50:8
anticipates
  13:20,22,22
Antipathy
  20:11
anybody 12:16
anybody's
  15:25
anytime 125:2
apart 5:1 8:2
apartment
  149:12 153:9
  153:22 154:1
  154:5 155:21
  155:23 156:7
  156:9
apologize 6:2
  64:23
apparatus 7:9
apparent 11:9
appeal 20:14
appealed 20:19
appealing
  20:20
appear 147:2
appearance
  16:1,5,18
APPEARANCES
  1:12
appeared 47:19
  49:18 61:17
  61:20 75:18
  89:6 90:24
  91:21 103:25
  138:19
appears 35:14
  100:4
application
  7:5
applications
  2:16 4:2
apply 32:18
apprehend 59:7
approach 18:16
  20:4 22:5
  87:18 95:15

106:12,14,18
131:15
141:23
142:15
approaching
  55:14 59:19
appropriate
  6:1,7 7:7
  25:20 37:20
approximately
  43:4,21 46:9
  51:20 52:2
  54:17 56:10
  68:9 69:8
  79:19 80:17
  93:1 112:1
  115:21
  123:17 124:3
  124:11,11
  125:16 127:4
  129:21 130:6
  130:7 136:21
  144:24 145:2
  145:18
  153:23
April 120:10
area 6:6 47:19
  49:5 51:8
  89:21 118:15
argue 82:12
  84:24
arguing 83:5
argument 37:10
  38:7,10
  82:16 90:12
arguments
  19:16,21,23
  21:16 25:7
  25:21
arms 21:4
arraignment
  35:9
arrange 43:19
arranging 79:3
arrest 59:17
  62:15 102:19
  102:22 112:2
  114:20
  136:12,13,25
arrested
  111:22
  116:23
arrive 54:17
arrived 6:25
  27:10 54:18
  55:18 111:4
  111:9 124:9
arriving 44:18
  59:10 148:9
  148:9
articles 3:23
ashtray 52:22
aside 44:9
  87:23 139:8

asked 14:19
  63:9,13,16
  65:8 69:13
  77:23 85:24
  86:15
asking 5:25
  56:23 69:2
  95:21 127:22
  149:7
asks 30:9
aspect 3:17
  20:6
assembled
  45:20
assessment
  144:14
assigned 35:12
  40:13,25
  116:10 122:7
  145:3,6
assist 15:22
  61:8
assistant 1:16
  11:13 27:4,6
  35:12
associate
  43:20
associated
  31:7 121:5,9
assume 2:22
  26:5
assure 22:7
attempt 45:4
  45:10 62:22
  119:5
attempted
  60:19 61:22
  61:24
attempting
  38:18
attend 73:2
attention 39:7
  40:12 50:22
  58:17 66:16
  91:19 135:4
attorney 1:14
  1:16,17 6:1
  27:5,6
attorneys 11:4
  11:14 19:18
  107:4
audio 78:17
  81:7 85:6,9
audiotape
  77:17
August 117:11
  157:6
authenticity
  6:20
authorities
  3:19
available
  15:16,19
  48:5

Avenue 29:22
  115:19
  129:10
average 29:8,9
avoid 23:8
avoiding 23:12
aware 11:7,7
  14:7 35:7
  54:13
awkward 108:5
A-C-E-V-E-S
  39:18
a.m 1:10 8:6
  33:19 38:25
  110:9,20
  111:2 130:3
  135:7 160:18

_____

          B

B 49:11 91:12
  91:14 92:10
  97:7 108:23
  109:4 112:13
  113:5,6,7
  161:15
back 8:9 14:14
  14:18 15:3
  21:5 28:25
  33:17 51:9
  51:14,20
  54:5 57:21
  69:21,23
  71:24 72:10
  81:24 88:19
  96:7,10
  99:23 109:5
  113:19 126:6
  126:8 131:6
  133:11 146:2
  160:13
background
  42:12 82:5
backgrounds
  20:21,22
backwards
  81:25
bad 22:4
badge 139:3,8
bag 25:16
  88:16
baggage 87:24
bags 26:19
  28:7,14
  57:10,11
  63:10,16
  65:9 66:10
  87:2
balance 9:9
bars 114:11
base 90:13
based 20:8
  38:1 90:7
  124:2
basic 5:13

146:1
basically 9:5
  9:23 146:9
basis 20:22
  22:9,9 36:6
  41:11 44:16
  119:21
  125:21 126:4
bathroom 61:11
bear 77:8
beard 55:7
bed 53:15 87:5
  88:20
beeping 78:3,4
beg 143:1
began 66:10
  74:1
beginning 22:8
behalf 43:25
  44:1 83:17
  84:11,21
behavior 7:6
believe 5:3
  6:8 48:2
  58:11 68:11
  74:16 79:2
  87:24 92:3
  94:3 111:17
  117:11,12
  118:18
  122:24 123:8
  123:16 127:3
  136:24 146:2
believed 69:16
belongings
  60:14 88:9
  88:10 89:22
  102:20,22,25
  103:10
beloved 114:3
bench 25:6
benefit 35:1,6
  75:7
BENTON 1:13
best 23:12
  35:8 37:6
  65:20 71:18
better 3:24
  15:6 21:24
  93:22 142:19
beyond 10:6,10
  10:12 11:19
  19:2,10
  20:16 21:18
  21:19 48:24
  52:21 158:6
big 89:4
bills 112:6
birth 118:24
  119:1,3,7
  120:2,4,6
  129:7
birthdate
  119:14,16

birthday
  152:21
bit 63:7 99:13
  132:3
black 57:11
  91:1,24 93:8
blue 32:12
  51:20
boarded 26:8
  26:17
bodies 31:22
body 10:2,25
  24:1 94:11
Bogota 41:1
  125:19
bolster 4:20
book 103:19,20
  103:22,25
  119:22
books 141:13
border 4:11,14
  4:19,23,25
  144:6,21,23
  146:9
born 152:23
bottom 64:8
  90:20,23
  91:23,24
  94:1 122:11
  123:8 149:14
  156:17
bought 131:18
Boulevard 43:3
  43:3 45:15
  46:13 47:16
  49:3 51:6,8
  51:9,10,14
  51:19 124:21
box 25:11
  33:14 74:6
  95:5,10,12
  95:17,20
  97:5,19
  107:5 150:25
brand 88:22
  94:14
brands 92:7
brawn 114:10
break 33:20,24
  71:22 144:4
breaking 97:25
breezeway
  46:14 48:22
  51:8,14
  57:18,22
bricks 37:4
Bridge 12:14
brief 33:12,17
  96:9,14
  97:16 98:4
  137:6,7
  144:4 150:18
  150:23
briefly 58:2

75:9 95:15
131:15
156:13
**bring** 5:2 22:6
29:12 33:7
33:17 35:18
91:8 97:14
98:23 104:7
107:2 115:4
127:21,21
155:25
**bringing** 36:21
127:20
156:25
**broader** 41:22
**broke** 74:11
**Brooklyn** 1:6
1:15,19,22
12:14
**brothers** 31:3
**brought** 31:17
58:16 66:16
**brown** 57:4
95:10
**brownish** 92:14
**building** 49:1
**bulletproof**
139:1,2
**burden** 11:18
11:18 18:25
19:7
**burial** 31:16
**buried** 26:22
28:8 31:22
**burn** 70:21
**burned** 70:17
**burning** 71:12
**business** 17:4
17:6,21 18:4
23:13 108:9
110:24
146:19
**businesses**
17:7
**button** 33:14
**buy** 88:22

—————————
C
—————————
C 91:12,14
93:4 97:7
161:15
**Cadman** 1:5,22
**call** 10:2 14:8
17:13 25:1
28:19 29:3,4
36:10 39:9
57:20 68:6
68:10,11
69:6,8,9,13
69:15,18,19
69:25 70:2
71:8 72:4
74:13 75:9
75:19,21

**76:**11,13
77:10,11,19
77:20,22,22
78:1,3,4,7
78:13,18,24
79:15,18
80:12,16,16
80:19,21,25
81:3,8,18,20
81:22 84:11
85:21,23
86:17 122:8
122:9,9,10
122:13 123:4
123:11 124:5
125:6,8
126:5,6
129:20 130:7
130:20
132:20
133:15,16,17
133:19,19,21
135:5,6,12
135:16,19,20
135:25 136:1
136:6,8,9,11
136:16,17
138:2 140:12
140:15,23,23
144:1 146:17
148:12,18
150:18 159:9
**called** 10:25
14:21,24
15:8 27:15
27:23 28:24
39:13 41:1
69:21,23
122:10
123:18,24
124:19
127:16 128:3
128:4,6,7,10
129:1 133:10
133:23
144:10
151:12
**caller** 28:16
28:22 29:4
29:20 69:14
69:22,23
70:1 75:17
75:24,24
79:11 80:17
80:18,23
86:7,15,16
123:12
128:10
**calling** 14:8
29:2 43:25
44:1,14,15
69:24,24
77:21 78:5,6
79:6 83:17

**84:**11,21
122:10,19
130:4,5,22
130:23 131:5
132:8 133:5
133:7
**Callow** 149:11
**Calloway** 27:13
27:14 29:21
29:24 153:8
155:18 156:6
**calls** 28:15,15
28:16,17
29:17,18,19
39:10 44:12
68:4,8 70:5
71:4,5 75:14
75:16 76:7
80:18 85:19
86:21,23
87:3 122:18
122:21,22,22
125:2 126:8
130:2,5
132:12,18,20
132:22,24
133:1,17
135:21,22,23
136:5,6,21
139:5,21,24
140:2,5,15
140:18,21
144:6
**calm** 136:7
**camera** 99:12
101:20
**CAMPBELL** 1:13
**candles** 141:20
**candles,co...**
141:19
**canister** 88:17
88:21,25
89:1,2,3
90:23 91:25
92:12,19
93:2,8,16
94:12 101:12
**canisters**
26:22 28:8,9
28:11 30:23
33:8 89:4,10
89:17,24
90:2,4,19,24
91:3,7,21
93:13,19
94:19 99:5,9
101:13
102:18
**cannisters**
89:15
**cap** 88:18,19
91:24 92:12
92:18,18,21
92:21

**caps** 93:16,17
100:22,23
**car** 12:15
**card** 108:10
110:24 130:4
130:5,22,23
131:5 132:8
132:10,11
133:11,17
**cards** 7:8
33:13 116:7
116:7
**carefully**
30:10 36:15
157:22
**Carrasquilla**
151:12,17
**Carrasquil...**
161:11
**Carrasquil...**
161:11
**carrier** 29:8
**carrying** 26:18
27:21,22
29:7,9 57:8
112:2
**cars** 55:12,12
55:13
**cart** 52:21
**case** 3:10 7:12
8:15 9:12,19
9:25 11:14
11:25 12:5
12:12,13
15:12 16:2
18:7 19:5,6
19:9 20:4,7
20:16 21:14
22:12,20,22
22:22,25
23:9,11,14
23:18,20
27:9 29:6
30:3,11,19
32:11,13
38:5,15
40:16,18,20
56:18 70:14
70:15,16,16
70:16,19,21
72:2,5 74:22
96:15 103:10
137:9 149:9
160:11
**cases** 70:15
**cat** 1:25 25:15
**categories**
9:23 10:19
17:1 18:14
18:17,18
**cause** 2:1 23:4
115:25
**CD** 70:11,12,13
70:17,21,22

**71:**1,6,13
77:1
**CDP** 6:21
**cell** 28:15
55:19 57:18
57:24 66:11
66:13,15,24
67:8 68:4,16
68:20 75:25
76:12 115:15
116:11,12,14
117:18
124:24
140:15,19,21
140:24
**center** 145:17
146:3
**certain** 10:9
10:16 13:9
21:18 111:6
**certainly**
36:17
**certificates**
3:24
**certified** 2:8
2:9 151:9
**cetera** 145:22
145:22
146:10,10
**chains** 114:11
**chairs** 21:5
33:23 74:16
**chamber** 60:1,5
**chambermaid**
60:17,18
**chambermaids**
53:16 59:25
**change** 22:3
23:5 112:5
**changed** 24:7
**changes** 9:17
141:2
**charge** 30:3,6
**charges** 14:3
30:2,8
**Charles** 1:11
8:14
**cheaper** 154:16
**check** 68:24
69:2
**checked** 108:15
**chemist** 102:2
102:6
**children**
152:15
**Chipodly** 152:5
152:6
**chooses** 19:4
**chunk** 93:8,9
94:18
**Cinco** 130:22
133:22
**circumstances**
2:24 3:14

4:13,15,18
4:20,24 8:4
16:12 37:2,5
37:12
city 24:5
29:15
civil 9:20
claiming 36:25
clarity 67:19
clause 5:15
clean 55:5
cleaning 52:21
clear 37:8
138:25
clearer 78:14
clearly 99:13
CLERK 2:1
39:16,21
144:13
client 7:22
client's 19:20
close 60:19
140:21
closed 57:23
138:19
closely 52:20
140:23
closer 28:10
49:14 51:1
95:13 141:2
closets 61:11
closing 19:15
20:24 21:1
21:16
clothes 26:22
139:15
clothing 39:4
139:14
code 44:1
83:18 84:16
84:20,22,23
Codes 145:21
colleague 23:2
Colombia 2:25
26:9,17
27:19,20
28:3 31:1,2
31:20 32:3
32:23 33:1
35:19 36:21
42:6,14
152:24
Colombian 3:11
3:16 7:20
32:16 56:15
color 89:1,2
colored 92:14
Columbia
125:19 127:6
Columbian
112:5,8
131:5 132:9
column 122:6,8
come 7:13 8:7

9:15 15:3
19:5 25:5
37:4 38:8,9
39:1,12 42:6
43:16 55:23
58:5 63:9
69:21 72:6
74:5 82:16
87:1 95:23
104:7,7
106:15,19
107:3 117:1
120:5,6
128:9 131:22
140:19 144:8
150:24
160:14
comes 9:6,24
10:6 13:12
13:17 74:7
100:20
coming 23:24
24:1 76:10
139:5 154:21
comment 82:15
commitment
8:17
committed
10:13
common 19:23
20:5,15,23
21:23,24
22:10 24:2
32:17
communicate
55:17
communicating
55:20
communication
44:14 154:25
compensation
159:2
complaint 9:21
complete 146:1
completed
145:23
completely
93:24
complicated
32:15 33:5
complied 11:5
Complies 100:8
101:21
computer 21:6
70:19 72:16
119:24,25
conceal 55:7
concealed
89:21 93:23
concentrate
25:23
concern 121:14
concerned 5:8
139:14

concerning
2:17,23 4:2
4:4 5:9
conclude 13:15
19:24 22:17
109:9
concluded
14:10 23:18
23:19 150:22
concludes
24:15 105:19
conclusion
9:25 24:2
conclusions
22:13
condemn 20:14
condition 67:1
87:21 88:11
92:1
conduct 8:3
10:4,9 21:18
55:4
conducted 61:9
conducting
53:10
cone 49:15
51:2,15,18
52:3
configured
72:17
confirm 119:5
confirmed
110:15
confrontation
5:15
confuse 12:19
confusing 83:4
confusion 4:6
Congress 10:7
10:7
connected 31:1
connection
16:13
consent 60:13
63:24 64:3
65:23 108:16
consented
63:20
consider 9:25
18:8,9 21:21
23:10 38:7
42:8
consideration
11:17
considered
11:2 15:24
18:2
consistent
30:12
conspiracy
83:7
Conspirator
82:11
conspire 29:11

conspiring
30:4
constant 44:14
Consuelo 118:4
118:11,17
119:6,16
consult 64:21
contact 43:18
43:23 59:15
contacted
44:19 157:25
contacting
44:2
contain 121:1
contained
95:11 122:6
container
100:5
containers
93:23 99:1,1
99:5 100:11
content 5:16
23:19 142:19
contents 6:10
6:11 68:1
74:12 88:2
99:3 115:1
context 7:12
83:14
contexts 9:17
23:21
continue 22:11
74:3 99:21
116:23
continued 34:1
55:20 73:6
75:11 84:6
85:10 88:23
88:24,24
104:9 107:9
134:2 135:2
137:16
contract 69:16
controls 75:3
conversation
35:19 42:16
69:25 71:9
77:9 82:1,3
convey 74:24
convincing
11:19
copies 72:22
72:23
copy 47:3,4
48:2 103:24
110:15
113:13
149:18
Cordero 144:7
144:10,15,18
147:25
Cordero/Di...
161:9
corner 90:21

Corona 153:8
Corps 44:11
correct 43:13
53:3 72:21
75:20,22
76:11 77:2
80:7 81:22
91:24 99:4
111:3 118:14
120:22 121:7
121:10
135:24 136:4
136:20
138:17,23
139:3,4,25
140:1,3,4,6
140:7,8,11
140:22
141:11,14,21
141:22
143:10,15
148:21,22
157:20,23
158:1,5,10
158:13,21,23
158:25 159:7
159:10,13,20
159:23
correctly
155:15
corresponded
119:7
corridor 52:14
52:19 53:7
53:21
corroborating
2:25
corroboration
7:23
cost 43:22,22
Costa 44:10
counsel 6:19
27:6 32:21
39:25 48:14
53:18 59:18
80:10 82:12
92:8 102:9
152:9 157:22
158:18
country 41:1
133:5,20
County 145:5
courier 27:21
28:2 41:2
43:22 124:20
124:22
couriers 7:11
course 8:22
9:5 21:7
24:22 25:9
28:3 146:18
court 1:1,11
1:18 2:5,5
2:11 5:7,11

5:17,21,25
6:6,10,14,18
7:1,16,17,21
8:7,13 9:2
23:14 25:6
26:5,10,14
30:14,17
32:21 33:11
33:20 35:1,6
35:13,25
36:5,7,11,14
36:23 37:1
37:10,15,18
37:23 38:7
38:23 39:1
39:12,19,22
40:22 41:4
41:18 42:4
43:7,12,14
45:7 47:5,9
47:24 48:3
48:12,16
49:2,5,8,21
49:23 50:8
50:13,19,24
51:5 53:9,13
53:18,25
54:4 55:6,9
56:6,22 57:2
57:5,14,24
58:3,15 59:5
59:12,18
60:7,15,25
61:2,14,19
61:22,25
62:5,12,17
63:13,15,18
64:16,19,24
65:13,17,24
66:13,17
67:6,13,16
67:25 68:15
68:20,22
70:25 71:6
71:10,12,18
72:12,18,22
72:25 74:3,5
74:8,9 75:10
75:23 76:4,7
76:9,12,17
76:20,25
77:5,13 78:8
78:12,16
79:6,10,20
80:1,6,10
81:4,6 82:12
83:3,10,15
83:20 84:1
84:18,23
85:3,5,8,15
86:2,4,6,8
87:8,15 88:1
88:4 89:13
90:6,9,12

91:8,9,17
92:2,5,8,16
92:22,25
94:1,5,7,9
94:14,17,20
95:3,7,14,16
95:19,23
96:3,9,10,13
96:20 97:1,5
97:8,11,15
97:18,25
98:5,7,14,22
99:2,11,18
99:23 100:2
100:6,9,12
100:15,17
101:1,5,8,16
101:19,22,25
102:3,7,9
104:5,7
105:2,12,15
105:20 106:3
106:13,15,19
106:24 107:2
108:4,11,13
108:19,23
109:7,10
110:18,21
111:8,11,17
112:15 113:1
113:8,10,14
113:19,22
114:1,17
115:1,4,7
116:18
117:23 118:5
118:16,20
119:11,18,22
119:25 120:4
120:7,14
121:5,9,11
121:14,23,25
122:3 123:2
123:7,21
124:8,13
125:6,10,12
125:24 126:9
126:16 127:8
127:18,22
128:19,22
130:8,10,14
130:19,25
131:12,16,21
131:24 132:2
132:9,13
133:2,18
134:1 135:1
137:4,8,14
138:1,4
139:7,14,17
139:19,22
141:1,7,24
142:8,18,22
143:1,3,17

143:21,24
144:4,5,8
146:23 147:6
147:14,17,20
148:2 149:19
149:21,23
150:7,13,16
150:21 151:3
151:7,11,15
151:16,18,20
152:6,9
155:2,17,20
155:23 156:7
156:9,11,21
156:24 157:6
157:8,13,15
157:21 158:3
158:8,15
159:1,4,11
159:25 160:4
160:8 161:3
**Courthouse** 1:5
**courtroom** 8:19
20:9 56:20
56:25 97:13
97:17 98:6,9
98:24 99:22
153:15
**courts** 9:18
**Court's** 75:7
**cousin** 159:9
**cover** 35:11
100:24 147:7
147:10
**cower** 114:10
**CR** 1:3 2:2
**creating**
103:14
**crime** 10:5,10
10:13 20:10
20:11
**crimes** 31:22
**criminal** 2:1
3:9 9:20
20:10 23:14
**cross** 137:5
**crossing** 146:9
**cross-exam...**
13:3 14:11
14:11,13
16:24 17:3
17:23 23:3
42:8,18
86:10 108:25
138:5,6
157:16
**cross-examine**
16:24 24:14
**cross-exam...**
17:16 126:19
126:21
**cross-exam...**
13:4
**cross-section**

93:22
**CSR** 1:21
**currency** 112:6
**current** 153:11
**currently**
145:3 154:1
**curtain** 61:11
**customs** 6:21
27:11 29:21
105:6,10
144:6,21,23
146:9,17
147:24 148:8
148:23 150:4
150:5
**C-A-R-R-A-...**
151:19
**C-O-R-D-E-R-O**
144:15

**D**

**D** 51:16 91:12
91:14 97:7
122:12 161:1
161:15
**damage** 102:14
102:15
**damaged** 32:4
91:2
**danger** 61:12
**dangerous**
103:3
**dark** 60:2
**date** 110:18
115:16
117:12
118:24 119:1
119:3,6
120:2,4,6,12
120:13,15,21
120:21 122:8
129:7 147:24
150:5
**daughter**
154:15
**daughter's**
154:23
**David** 45:24
60:23 61:8
87:6
**day** 25:12 32:7
32:8 41:12
43:10 45:22
51:21 52:2,7
53:10,14
56:25 63:1
70:12 71:2
84:17 126:8
136:21 160:9
**days** 136:19
145:18
153:14,22
154:17,21
159:6

**DEA** 26:24 27:7
27:17,20
28:2,4,20
29:1,5,16
30:21 32:12
38:4 39:10
40:6,10,25
41:10,13
46:4 62:10
90:7 96:7
125:19
**deactivate**
33:15
**dead** 31:16
**deal** 10:19
18:19 24:4
25:11 26:25
49:23 71:21
**dealing** 4:13
9:19 24:23
102:21
**death** 31:11
**DEA's** 102:21
**December** 1:9
160:17
**decide** 18:6,10
18:12 20:6
20:15 59:23
**decided** 15:20
59:21,24
**deciding** 11:2
16:2 21:14
21:25
**decision** 18:2
22:1,7,15
23:8
**declaration**
29:21 105:10
146:17
147:24 148:8
149:6 150:4
150:5
**declarations**
6:21,23
146:9
**declared** 105:6
**deep** 26:22
28:8
**defend** 114:8
**defendant** 1:7
1:17 4:14
6:23 7:18
8:3 14:4
18:22 19:3
26:8,17,23
26:25 27:10
27:16 28:3,6
28:19,22,23
28:25
29:3,7,11,14
29:21,25,25
30:3,6 36:24
40:15 42:13
42:15 43:10

43:18 44:20
56:8,18 57:6
57:8 58:21
58:21 59:1,8
60:9,10,13
60:18,19,20
60:22 61:7,8
61:15,15,17
61:20 62:2,7
62:20,23,25
63:2,4,9,18
64:4,10 65:3
66:5,8 67:2
67:9 68:3,19
68:24 69:13
69:15,18,19
69:21 70:1
71:3 77:25
78:19,22
79:3,16
80:14,19,22
80:23,25
81:9,13,23
81:23 85:12
85:19 86:23
87:22 88:13
89:10,15,17
89:20,24
98:2 102:19
103:20 105:5
105:17
108:15,25
110:8,14,25
111:4,8,13
111:21,24
112:1,14
114:19,24
116:13,14,23
117:2,19
122:19,20,20
123:15,19,24
124:3 127:1
127:4 128:10
129:2 130:7
130:11
131:17
132:21,25,25
133:1 135:5
135:6,13,16
138:13,18
149:9
**defendants**
29:20 143:7
**defendant's**
4:20 19:10
27:18 28:7,8
28:14 29:16
64:8,10
66:24 80:13
81:24 83:14
87:2,4,14
88:10 90:3
90:20,25
102:21

103:10,19,23
103:25
110:10 117:5
118:12 119:3
119:6 121:1
124:17
125:15,17
130:10
132:23
135:15
136:11,13,25
142:1
**Defender's**
1:18
**defense** 3:18
6:19 7:22
11:21 13:21
14:5 15:1
19:5,6 24:12
72:24
**deference**
11:15 14:1
**define** 10:16
**definition**
10:17
**deli** 57:11
**deliberating**
22:21
**deliberations**
15:17 48:5
100:19
**deliver** 26:20
114:4
**delivering**
59:16
**denial** 90:3
**dents** 91:4
**depending** 9:19
**depict** 52:18
**depicted** 52:4
52:8
**depiction**
47:17
**depicts** 50:23
51:12
**DEPUTY** 97:13
98:6,9 99:22
**describe** 46:11
48:19 50:23
51:11 52:4
53:5,20
56:12 62:19
102:24
**described**
74:12
**describes**
106:17
**describing**
12:19 96:4
106:25
**description**
49:17 56:14
**desperate**
31:11

**despite** 65:22
**destination**
149:10
**details** 8:1
**determine**
75:23
**determined**
126:20 128:1
**determines**
11:1
**develop** 149:3
**device** 70:2,5
70:18 81:21
**devise** 59:19
**diagonal** 48:23
53:23 54:7
**dial** 28:21
121:11,12
133:4,5,8,13
133:14
**dialing** 133:6
**dictate** 10:23
**difference**
74:25 123:1
123:2
**different** 9:18
9:18,19 15:2
18:17,18
19:16,17
20:21 23:25
32:18,23
33:2 89:1,2
92:7 105:11
116:9,11
**difficult** 82:5
**difficulties**
23:8
**difficulty**
48:17
**digital** 70:3
70:14,18
**direct** 14:8
40:1 75:11
84:6 85:10
91:19 135:2
144:16
151:21 158:7
160:1
**directed** 23:16
72:5
**directing**
40:12 50:22
**directly** 46:17
46:24 48:23
49:15 51:4
51:15,18
52:3,22
78:19 81:18
160:14
**disappearance**
31:6,11
**disappeara...**
3:11
**disc** 74:12,22

77:15
**disclosing**
31:21
**disclosure**
105:12
**discovered**
42:17 59:20
102:17
**discovery**
105:14
**discuss** 22:20
23:17
**discussed**
96:16 136:3
137:10
160:12
**discussion**
83:24 96:12
104:9 105:19
107:9 109:9
**discussions**
25:22
**dish** 152:8
**display** 33:21
48:10
**displayed**
101:1
**disposed** 37:11
**disqualified**
12:13
**disregard** 9:16
25:19 82:15
127:19
**distance** 39:23
**distinction**
26:15
**distinguish**
13:1 17:17
153:16 156:3
**distracted**
25:24
**distraught**
31:12
**distribute**
30:5
**District** 1:1,1
1:11,14 27:5
**Division** 40:14
**docket** 2:2
**document** 16:24
16:25 17:11
17:11 18:4
63:23,25
64:2,4,12,17
64:19 65:3,5
74:15 92:11
106:17
112:11
113:18
114:19,23
131:4 132:4
146:14,18,25
147:3,7,8
148:6 149:14

150:1,8,9
155:12
**documentary**
17:1
**documentation**
148:18
**documents**
16:16 21:12
106:8,9
107:12 108:4
109:4 111:6
111:13
117:15
128:15,18,19
142:3 150:3
**doing** 2:14
11:8 24:13
25:12 48:6
138:20
**dollars** 29:14
112:5 133:12
**door** 51:18
52:5,6,8,12
52:13 53:7
53:22,23
54:2,5,7,9
54:13 55:15
56:4,7,8
57:17,23
58:6,9,13,21
53:24 59:21
59:2,2,20,21
59:25 60:5
60:10,17,18
60:19,19,21
61:5 138:19
138:20,21
**doors** 33:13
52:10 114:11
**doubt** 10:6,10
10:12 11:19
19:2,11
20:17 21:18
21:19
**download** 70:18
**downloaded**
70:14
**dozens** 41:11
**drawn** 22:13
138:22,25
**dressed** 139:15
**drive** 46:15,15
**driving** 12:14
**drug** 7:9 26:20
26:24 27:21
28:1 29:13
31:2 40:5
60:12 103:4
103:4
**drugs** 3:20
7:19 26:21
27:15,16,25
29:7 30:16
30:20,24

31:8,8 32:13
33:7,8 103:1
**duly** 39:14
144:11
151:13
**duration**
122:13
**duties** 146:5
**DVD** 72:20
**DX** 161:22

_____
**E**
_____

**E** 91:12,14,16
93:20 161:1
161:15
**ear** 57:19,24
78:11 81:24
**earlier** 29:4
54:15 76:13
77:21 84:16
122:21
125:20 136:3
149:23
**early** 27:10
37:21
**earpiece** 70:3
71:9 78:15
81:24,25
**Earth** 114:7
**ease** 97:7
**easier** 12:24
25:23 98:16
101:20
**easily** 125:5
**East** 1:5,22
**Eastern** 1:1,14
27:5
**easy** 26:14
**edgewise** 23:15
**effect** 4:1
**effects** 114:16
**effort** 2:18
21:11 31:24
**Ehxibigt**
161:17
**either** 2:25
5:17 24:25
58:11 80:9
99:20
**El** 43:25 44:4
83:18 84:12
84:13,21
85:2
**elements** 19:1
21:19
**elicit** 3:11
5:9 37:22
**eliciting** 3:6
**Elizabeth**
45:24 55:1
58:11 59:24
**Ellis** 91:2,25
92:2,3
**else's** 16:11

**emergency** 35:8
**emotional**
19:22
**emotionally**
20:14,19
**emotions** 20:8
20:8,20
21:24
**employ** 40:4
**empty** 99:16
**enclosed** 46:18
**encounter**
42:13
**encounters**
148:19
**enemies** 114:5
143:14
**enforcement**
26:24 40:5
139:9 144:21
144:22 145:8
145:10,12,16
146:3,5
**engage** 14:10
**English** 62:25
64:17 65:14
65:16 66:2
74:18 77:9
112:24
148:24
156:22
**enter** 55:24
56:7,8 58:21
59:1,13 61:5
61:6 133:10
133:10
138:16,24
148:20
**entered** 56:4
57:8,12,16
60:21,21
61:3,6 105:5
138:22
139:12
**entering** 56:17
68:12 135:15
139:12
148:13
**enters** 97:17
**entitled** 11:17
37:16
**entrance** 49:6
49:6 51:6
**entry** 47:19
145:11
**envelope** 67:20
67:20 68:2,2
**equally** 11:16
**equipment** 74:9
97:24
**ESQ** 1:15,19
**essential**
10:12,15
11:20 19:1

19:24 20:15
21:19
**essentially**
93:23 116:8
116:9
**establish**
16:13 17:21
17:23 21:20
45:17 46:19
46:22
**established**
17:5,6,11
19:25 20:16
45:16 46:6
54:12 55:15
**estimate** 112:7
**Estrelita** 2:3
2:7,8
**et** 145:22,22
146:10,10
**ethnic** 20:22
**ev** 48:7
**evade** 61:24
**evening** 26:7
56:24 160:13
**event** 8:24
84:24 126:18
**eventually**
38:17 140:5
**everybody** 8:9
8:13 20:3
21:10 22:6
98:24 152:12
**evidence** 2:23
2:25 3:3,17
4:1 10:19
11:1,5,25
12:2,4,10,12
12:20,20,21
12:22 13:7,9
13:15,20,23
14:2,4,24
15:6,15,19
15:23 16:17
17:1,2,10,12
17:18 18:2,9
18:14,17,18
19:3,4,12,15
19:19,24
20:5 21:2
22:5,14 23:3
24:1,4,18,19
24:21,23
25:2,4,8,10
25:15,18,23
26:11,16,23
27:9,19 29:2
29:6 30:10
30:12,19,24
33:6,21 37:9
39:3 47:10
47:23 48:4,8
49:24 50:16
50:25 64:20

64:25 67:18
67:20,21
68:1 70:24
71:14 74:12
74:22 75:3
87:23,24
88:6,7 91:13
91:16 96:7
97:21 98:10
98:11,12,13
99:12 100:18
103:4,8
104:3 105:17
108:12,19,22
111:16,18
112:25 113:4
115:7,8
116:17,19,20
117:22,24,25
121:21,23,24
128:23,24
131:11,14
142:21 143:7
145:21
146:22 147:1
147:23
**evidentiary**
25:21 82:13
83:6
**exact** 78:5
111:7 112:8
136:23
140:17
**exactly** 38:22
38:23 44:13
79:24 80:9
80:23 117:11
126:13
153:24
**examination**
14:8 40:1
64:22 75:11
84:6 85:10
135:2 144:16
151:21 160:1
**examine** 15:16
87:19 103:15
**examined** 39:14
144:11
151:13
**example** 12:14
12:23 13:11
15:12 16:6
17:4,4 42:14
**Examples** 15:25
**exception**
90:23 91:22
**exchange** 43:19
43:20
**exchanges**
112:8
**exclaiming**
114:13
**exclude** 105:15

**excuse** 65:13
95:1 125:6
142:14 159:1
**excused** 143:25
150:20 160:6
160:7
**exhibit** 15:8
15:15,17
16:11,21
47:2,7,12,22
48:4,6,8
49:11 50:16
50:22 51:11
52:4,15 53:4
63:22 64:15
64:25 65:2
66:20 67:5
67:18,18
70:9,24 77:7
77:7,11
87:11,25
88:5,6,7,9
88:12,15
90:15 91:12
91:13,15,20
92:10 93:4
94:25 95:2,6
95:10,22
96:23 97:22
98:9,11,12
98:13,21
99:7 102:11
103:18 104:2
106:7 108:11
108:12,20,22
110:6,7,17
110:23,24
111:1 112:10
112:19,25
113:15
114:22 115:8
116:1,16,19
116:20 117:7
117:14,16,16
117:24,25
118:2 121:21
121:25 122:1
122:2 128:14
128:24
129:19 131:3
131:14 132:1
142:1 143:7
143:12
146:11,21
147:23
149:17,24
155:13
161:16,17,18
161:18,19,19
161:20,20
**exhibits** 15:8
15:11,21
16:3 18:14
21:8 50:1

95:19 96:3
96:11 97:5
97:20 98:19
102:12 113:3
142:20
161:13
**exist** 4:18
**expect** 9:15
12:24 29:8
81:22
**expecting**
157:4,9
**experience**
90:7
**expert** 3:1,23
7:5,10 29:13
**experts** 7:8
**explain** 4:24
6:4,5 8:3
13:13 16:7
25:19 42:12
92:11 93:5
98:19 120:14
121:22 122:5
132:18
**explained**
77:21 102:12
**explaining**
10:22 15:23
**explains** 42:21
**explanation**
13:14
**explosives**
103:3
**exterior** 52:5
52:8 53:23
54:7 56:8
58:23 59:2
59:21
**extremely**
114:15

———— F ————

**face** 39:23
46:13 73:1
**facing** 46:24
54:7
**fact** 6:3,13,15
8:2 9:16
12:12,25
17:20 18:8
35:22,25
37:22 38:2
42:11,20
55:7 65:22
83:22 84:4
86:12 126:22
158:17
**facts** 10:12,15
11:20 18:6
19:25 20:15
**factual** 18:5
18:11
**faintly** 82:5

**fair** 103:24
112:23
140:21
**fairness** 37:15
37:16
**faith** 114:15
**false** 18:11
**falsely** 105:6
105:9
**family** 2:24
3:7 32:16
155:6,10
159:22
**far** 41:18 52:1
52:25,25
53:2 91:1
115:21,22
139:14
159:25
**fashion** 2:23
3:15 85:13
**fast** 38:10
74:25
**fate** 31:13
**father** 31:3
44:9
**Fax** 1:23
**fear** 114:6,6
**February** 119:2
119:7 129:8
152:22
**federal** 1:18
23:14 145:11
145:16 146:3
151:9
**feel** 22:2
**feelings** 20:21
22:4 32:7
**feet** 46:23
**fellow's** 23:3
**female** 78:21
81:8,12,13
158:9
**field** 40:14
92:14
**figure** 31:14
**file** 70:14,16
70:16,19,21
**filled** 27:11
29:21 148:11
148:15
**fills** 148:8
**final** 7:15
22:17
**finally** 10:25
94:10
**find** 12:6 21:5
29:10 31:12
60:13 66:11
66:13 90:22
119:15
**finding** 32:1
**fine** 6:18
97:10 147:12

147:16
**finger** 35:15
**finish** 11:10
**finished** 9:8
53:16
**first** 2:20
8:24 9:6
10:23 11:11
11:14,20
14:7,13,21
22:20 28:16
28:19 30:3
39:9,14
46:19 57:25
67:9 68:10
68:11 69:9
71:16 75:22
76:19 77:19
77:22 79:18
92:12 117:9
122:8,12
123:11
129:20 133:6
135:5,6
136:16
144:11
148:19
151:13
153:19
**fit** 13:15
**fits** 13:10
**five** 26:4
132:24 133:1
145:2
**flew** 26:19
**flight** 26:8,17
**flip** 76:2
**floor** 1:18
**fluency** 149:3
**fluent** 149:1
**focused** 60:3
132:3
**focusing** 60:3
**fold** 21:5
**follow** 10:23
13:17 23:9
24:3 45:4,10
100:19
113:23
**followed** 11:21
**following** 9:5
13:23 21:21
60:22 76:16
83:1 96:1
**follows** 39:15
144:12
151:14
**foreign** 133:7
133:20
**forget** 25:17
**form** 3:5 15:6
27:11,11
64:3,6,9
65:17,20

66:6,9 75:24
105:6,10
119:12
123:22
125:24 148:8
148:11,15,17
148:21,24
149:6 156:17
**forth** 14:18
126:7,8
**found** 3:20
10:13 16:13
16:14 26:24
28:6,7 29:16
30:7 66:14
66:15,16,17
88:16 90:19
91:4 103:20
110:7,14,25
112:14
114:19,24
116:13 117:4
117:18
118:12
130:11
131:17
141:10,13
142:5
**four** 26:21
28:7 32:19
68:9 90:19
98:19 116:14
122:18
123:17 124:3
130:5,7
132:18,20,24
149:6
**fourth** 76:23
89:3,4 90:1
135:21
**frame** 2:18
**Francisco** 2:4
2:9
**Francolla**
45:25
**friend** 155:9
158:5,9,12
158:16
**friendly** 155:3
155:4,4
**friends** 155:8
155:10
**front** 12:15
25:17 46:16
46:17,24
47:3 48:23
49:15 51:4
51:15,18
52:3,22
77:12 89:23
138:18,20
147:5
**full** 27:15
89:6 93:24

105:14
**function** 9:14
12:3 13:17
20:12,13
**functioning**
33:23
**functions**
19:18
**furnished**
128:20
**further** 4:24
27:3,17
37:18 83:6
136:6 137:3
143:19
150:12
157:12 160:3

———— G ————

**gathered** 45:14
102:19
**gavel** 46:18
**general** 12:1
62:14 136:2
**generated** 4:6
**gentleman**
35:18 36:21
158:18
**gentlemen** 8:7
8:14 27:9
33:11 39:1
74:14 85:15
96:13 100:17
160:8
**gently** 33:22
**genuine** 17:5
**Georgia** 146:4
**getting** 4:6
8:1 14:18
44:24 53:25
126:11
159:25
**give** 5:2,21
9:4 10:17,18
12:12,22
15:14 18:15
18:19 21:6
21:16 31:16
65:11 74:21
83:14 147:6
**given** 2:21
13:16 15:9
23:4 43:4,7
43:12 45:1
118:19
125:18
**giving** 9:2
12:9 24:16
43:21 44:24
126:11
**glad** 8:19
**glass** 101:10
**Glynco** 146:4
**go** 3:18 7:17

8:11,17
11:11,14
14:14 22:25
23:6,13 24:5
24:6,9 25:3
27:3 32:14
33:15 37:18
39:25 41:20
42:24 45:8
48:18 49:9
53:18 55:9
57:7 58:3,18
59:7,18
60:15 61:25
62:17 68:22
75:4 77:5,16
78:16 80:10
84:5 85:5,16
89:14 91:18
92:8 93:18
94:9 95:7
97:2,11,12
98:14 99:21
100:15,21,24
102:9,25
103:6,7
105:18 109:2
109:7 114:1
114:5 118:7
121:16
123:22
124:14
125:12
126:24
131:24 132:2
132:6 138:1
138:4,21
139:19,22
141:5 147:21
151:20 152:9
152:14
154:23
157:15
**goes** 10:23
14:18 48:23
70:3 103:5
**going** 2:22 3:2
3:2,21 4:3
4:11 5:9,18
7:22 8:1,2,3
9:2,4 10:24
12:5 13:13
13:22 14:5
22:3,16 26:2
26:11 30:1
32:12 33:21
35:8,11,18
36:19 37:11
37:23 38:24
41:5 47:1,4
47:5 70:7
71:15,21
72:12 83:12
83:15 84:2

87:5,7 88:1
90:9 94:24
95:16,16,19
96:7,13
100:22 105:7
105:16 109:5
123:21
126:20
141:25
142:18 151:1
154:15
155:12 160:8
**Gomez** 118:11
119:6,16
**good** 14:1
17:17 40:3
72:9 138:8,9
144:18,19
151:23,24
157:18,19
160:13
**government** 5:8
5:25 6:8,12
6:15,21 7:6
18:21 19:8
24:11 30:9
31:2,21
32:10,11,25
35:18,22
37:5,15
39:10 106:7
108:12,22
112:10 113:3
115:8 116:16
116:20
117:25
128:24
131:14 139:9
144:6 161:16
161:17,17,18
161:18,19,19
161:20,20
**government's**
3:10 4:3,4
4:11 47:2
50:16 63:22
64:15,25
65:2 66:19
67:5,18 70:8
70:24 77:11
87:11 88:7
90:15 91:11
91:13,15,19
92:9 94:25
98:9,11,12
98:13 102:11
103:18
112:19
114:22 116:1
117:14
128:14 131:3
131:25
146:11
147:23

149:17
155:13
**grams** 43:4,19
79:4 101:18
**grant** 4:3
**granted** 4:9
**gravel** 46:23
49:16 51:3
51:13,19
**great** 114:15
**green** 57:4
**greeted** 133:9
**Grill** 152:5
**ground** 143:3
**group** 49:24
**groups** 32:17
**guess** 36:19
**guilt** 4:21
19:10 21:20
**guilty** 30:13
30:25 32:14
33:9 114:9
**gun** 138:22
**guns** 103:3
**GX** 161:14,14
161:15,15,16

---
H
---

**hair** 60:3
**half** 32:16
40:11 115:23
**hallway** 52:21
**hand** 57:10
73:4 94:21
94:22 146:25
151:4,11
**handcuffed**
62:2,7,8
**handcuffs**
114:12 140:3
**handed** 65:24
89:5
**handled** 88:19
**handling**
145:21
**hands** 14:6
100:18
**handwriting**
16:19
**hang** 3:14
**happen** 16:5,9
23:13 36:9
62:5 79:18
**happened** 31:13
60:17 63:12
69:3,12 75:8
85:23 88:15
**happening** 72:6
78:2
**happens** 32:24
**hard** 85:21
**hardships** 3:8
**Harris** 1:19
5:5,8,12,23

6:2,8 7:4
30:14,15,19
32:22 35:2
36:2,6,9,12
37:2,7,14
41:17 42:1
45:6 48:1
50:15 55:8
56:5 57:3
58:14 62:11
79:5 82:10
86:1 89:12
90:5,8 95:15
96:5 97:4,10
104:4,6
105:3,14
106:12,14,17
107:1 108:7
108:16 115:6
119:10
123:20
125:22
126:15 127:7
127:17 130:9
130:18
131:15,23
135:8 137:6
138:7 141:6
141:23
142:20
143:19
147:18 150:6
150:15
156:20
157:14,17
160:3
**hat** 96:21
**head** 67:12
77:25 141:18
148:9
**heading** 28:5
29:22
**hear** 11:23
22:25 26:5
27:16 28:4,6
28:18 29:13
29:15,18,23
30:25 31:1
31:10 32:5,9
32:11,22
33:5,7 36:9
75:2 76:10
78:1,3,4,9,9
78:12 80:22
82:4,4,6,9
84:8,12
150:22
**heard** 3:4,21
5:22 14:6
21:3 25:17
42:20 68:20
71:7 74:18
74:22 83:16
84:10,25

86:21 152:11
**hearing** 75:1
**hearsay** 5:14
36:12 37:24
127:20
**heart's** 23:19
**heated** 19:22
**Heaven** 114:7
**heavy** 27:20
43:1 56:13
89:6
**heights** 115:19
129:10
**held** 28:11,12
78:14 105:19
109:9
**help** 12:6,21
13:17 23:22
60:24 72:7
158:12
**helped** 157:20
157:21
158:25 159:7
**helpful** 12:10
**helping** 12:2
**helps** 13:1
**Henry** 35:9
97:20
**Hermes** 158:10
158:10,20
**heroin** 26:18
27:1,22
28:12 29:12
29:13,16
30:5,7,7
41:2 43:4,19
43:22 45:1
69:17 90:22
92:15,21
93:10,22,24
94:12 95:22
99:9 100:14
101:12,18
102:17
**hesitation**
63:20
**hidden** 26:21
27:1 29:16
**hip** 139:3
**Hispanic** 27:21
43:2 56:13
**hit** 124:25
**hold** 35:14
41:4 47:6,6
83:10 98:22
99:19 118:5
**holding** 57:18
**hole** 93:17
**holes** 100:23
**home** 23:12
72:4 149:5
**HON** 1:11
**Honestly**
140:17

**honesty** 140:19
**Honor** 5:5,19
6:12 7:15
8:5 26:4,13
35:21 36:9
36:22 37:17
38:22 39:21
41:17 42:3
43:17 47:11
47:22 48:11
48:15 49:7
49:20 50:12
50:15,21
51:7 53:12
53:15 54:3
57:1,15 58:2
59:9 63:14
64:14,18,23
65:19 67:4
67:15,23
68:21 70:23
71:2,11,16
72:14 74:4
75:6,9 76:11
77:4 78:15
79:5,9 82:11
83:9,13
85:18 87:9
87:17,18,25
90:11 91:6
92:4 94:3,8
94:16 95:18
95:22 97:3,4
97:6,10,23
98:17 101:24
104:2 105:4
107:1 108:7
108:9 109:3
110:19
111:10,15,19
112:22 113:5
113:7,12,24
115:3 116:17
117:20
118:18
119:17 120:3
121:10 122:1
123:5 124:11
125:11
126:14
128:21
130:12,21
131:10,15,19
131:23
132:11 133:8
137:6 139:16
141:6,23
142:7,20,24
143:19,23
144:2,3
146:21 147:4
147:16,18,18
148:1 149:20
150:12,15,19

156:13,23
157:3,14
158:2,6,14
159:24 160:3
**hope** 8:21
17:15 20:12
33:12
**hotel** 27:23
45:2 47:16
61:9 108:8
109:8 110:7
110:8,11
115:25
138:14
140:12 149:8
154:6,7,19
154:21
**hours** 29:4
103:13
136:25
**house** 155:15
157:23
**household**
148:9
**hundred** 136:24
**hurry** 108:5

— **I** —
**ID** 75:24 80:18
**idea** 29:25
**identifica...**
47:2,8 49:11
57:6 63:21
70:8 73:1
74:15 76:14
87:10 90:15
94:25 103:17
106:6 112:9
116:2 117:13
128:14 131:3
142:1 146:12
**identified**
15:8 56:18
80:18 139:12
**identify** 96:23
119:21
**identifying**
15:17
**identity** 116:7
119:7
**illustrate**
131:18,19
**image** 113:19
**immediately**
61:18,21
**immigration**
145:1 146:1
146:10
**imminently**
28:1
**implausible**
38:18
**import** 83:8
**importance**

11:2 22:18
**important** 5:6
9:24
**impossible**
25:18
**impression**
36:16 38:11
38:14
**inaccurate**
18:11
**inches** 94:3
**includes** 74:16
**including** 2:25
20:4
**incoming** 69:25
75:17,24
79:11 122:9
**increase** 90:4
**independent**
24:10
**independently**
15:24
**indicate** 48:7
57:2 83:18
94:7 120:23
123:11 124:5
**indicia** 17:13
**individual**
16:14 43:6
55:23 56:12
56:17 58:15
82:6 84:8,10
135:25
**individuals**
31:7,7 45:21
**individual's**
16:19
**inevitable**
20:9
**inevitably**
23:25
**information**
5:13 6:16,18
11:1 25:2,16
25:24 27:18
27:20 28:3,5
31:24 35:23
38:2,11,21
40:24 41:1,8
41:15,19,22
41:25 42:10
42:11,12,25
43:7 44:15
44:21,24
45:11 54:20
56:15 83:23
84:14,15
119:5 121:22
122:5 124:20
125:21 126:2
126:3,4,6,7
127:6 129:5
129:12
138:12

**informed** 9:24
**informing** 9:13
**initial** 130:6
**initially** 15:4
54:13 55:16
90:22
**initials** 48:7
70:12,22
**initiated**
61:14
**innocence**
18:25
**input** 125:14
**inquired** 14:16
**inquiry** 108:24
**inside** 26:21
26:22 28:8
60:11 88:11
89:8 93:23
94:19 95:11
99:9 100:1
101:7,10
102:5
**inspection**
28:10
**inspector**
148:13
**instance** 114:4
**instances** 15:2
15:21
**instruct** 9:16
21:17 25:19
38:13 73:2
82:15 127:18
**instructed**
23:10 145:19
145:20
**instructing**
9:22
**instruction**
22:17 23:4
74:20
**instructions**
5:3 9:3,3
10:8,18 11:6
11:10 18:16
18:19 24:16
**insure** 54:24
**Intel** 127:14
**intend** 5:19
6:12,21
**intended** 6:24
**intends** 7:18
19:13
**intent** 30:5
**intercept** 45:1
**interest** 90:2
**interferes**
24:20
**interim** 97:18
**interior** 52:13
52:13,19
53:7,7,14,21
53:22 54:9

54:13 55:15
58:6,9,13
59:2,20
**international**
26:19 130:4
130:5,20
132:12 133:3
133:13 145:4
145:9
**internatio...**
133:24
**interpreter**
2:7,8,9,10
97:23 98:3
151:1,2,3,5
151:9,10
**Interpreters**
2:3
**interrupted**
27:1 43:14
**interruptions**
25:9
**interview**
145:22
**introduce** 27:3
35:22
**introducing**
3:10
**inventory**
102:23,24
103:9,14
112:3 141:17
**investigate**
145:10
**investigation**
24:10,11
40:15,18,21
40:23 41:23
116:24
**involved** 12:16
40:15,23
54:22
**irrationally**
20:7
**irrelevant**
35:23
**issue** 15:20
16:2 23:23
36:12,24
75:7 96:5
**issues** 5:15
18:12 24:23
**item** 66:21
70:10 87:12
87:19,21
103:15,18
104:7 115:11
**items** 29:8
87:7 103:6,6
103:6,7
116:4,6
141:15
**I-94** 146:10

**J**

Jackson 115:19
 129:10
jail 29:10
 31:21 32:14
jailed 31:19
 31:25
Jamaica 145:4
Jeff 45:25
Jesus 114:3,13
 114:13,13
JFK 26:19
 27:10 111:4
 145:4,9
job 11:3,4
John 27:7
 45:24
joined 54:15
journey 31:12
 31:17
judge 1:11
 8:15,17 9:12
 18:1 143:14
Juez 143:18
July 26:7
 27:11 40:12
 40:24 47:19
 49:18 52:6,7
 54:5 77:10
 110:8,19
 117:19
 120:13
 122:14
 123:25
 124:17
 129:21,23
 130:2 132:15
 135:4 136:17
 136:17
 138:11 148:5
 157:6,7,9
June 129:16
 136:16
jurors 3:7
 8:12 9:14
 12:19 26:14
 33:23 35:23
 72:23 73:2
 77:11 81:5
 99:13 107:6
jury 2:11,12
 2:13 5:2
 7:13 8:6,10
 8:11,12,16
 8:18,21 9:1
 9:12 18:6,24
 23:1,14
 25:11 33:16
 33:19 36:16
 37:19 38:9
 38:13,16,25
 48:5,10
 71:24 72:10
 72:11 74:5,7

81:3 82:14
82:15 84:24
93:6 95:11
96:8,19 97:7
97:12,14,17
98:19 102:12
107:5 113:13
113:15
121:22 122:5
122:23
127:19
132:18
136:15
137:13 138:2
138:3 160:14
160:16
jury's 75:8
justice 114:9
justifies 2:23
JUSTINE 1:19
Justo 143:18
J-U-E-Z 143:18
J-U-S-T-O
 143:18

**K**

Kazemi 1:15
 5:19 6:3,12
 6:15,19 7:15
 7:18 8:5
 26:4,7,13,16
 27:4 35:3,21
 36:22,24
 37:17,21,25
 38:22 39:10
 40:2 42:2
 47:8,11,22
 48:2,11,15
 49:20,22
 50:12,21
 57:15 64:14
 64:23 65:1
 67:4 70:23
 71:16 72:16
 72:23 74:4,6
 75:6,12 77:6
 81:2,5 82:11
 83:9,13,17
 84:7 85:6,11
 85:18 87:18
 87:25 88:3
 90:10 91:6
 91:15 95:22
 97:6 98:18
 102:10 104:2
 105:5 106:5
 108:9,14,18
 108:21 109:3
 109:8 110:5
 110:22
 111:12,15,19
 111:20
 112:18,22
 113:6,12,15

113:17,25
114:18 115:3
115:10
116:16,22
117:20 118:1
118:9,21
120:8 121:17
121:24 122:1
122:4 123:10
123:23
124:15
125:13 126:1
126:25 127:9
127:25
128:25
130:15 131:1
131:10,25
132:7,14
135:3 137:3
142:7,24
143:2,23
144:2,6,17
146:21 147:4
147:12,16
150:12,19
151:22 156:2
156:13,23
157:3,12
158:2,6,14
159:24
keep 17:7
 25:10 32:8
 32:25 41:7
 67:20 87:8
 107:6 141:4
 152:10
keeping 37:19
 74:10
kept 146:18
Kessler 2:12
 8:25 33:12
 35:7
key 111:21
 138:17
keys 114:11
kidnapped
 31:14
killed 31:3
 32:16
kilogram 26:18
kilograms
 27:22 28:12
kind 4:19 8:18
 9:19 10:3
 16:13 17:10
 17:11 22:5
 25:24 68:15
 89:7 107:4
 145:15,25
kinds 11:1
knew 45:2
 109:5 153:14
knife 92:22,24
 94:14

knives 103:3
knock 59:25
 60:5
knocked 60:17
 60:18
know 7:1,25
 9:14,17
 13:11 17:8
 29:1,2 30:15
 30:20 31:14
 31:15 32:14
 35:15 36:17
 37:23 44:2,6
 57:19 59:2
 63:1,5 68:16
 72:7 76:10
 78:10,23
 79:24 81:10
 81:14 84:12
 89:19 110:11
 110:13 112:7
 115:24
 118:16
 126:10
 127:12
 130:21
 150:21
 153:13 154:4
 154:7,20,20
 154:21 155:4
 155:5,6,8,10
 156:14
 159:11,12
 160:15
knowledge
 52:10 126:10
known 40:6
 43:6
knows 29:24
 63:6 84:23

**L**

lab 95:6
 101:24 103:5
labels 96:6,6
 96:7
laboratory
 101:25
lack 3:14 15:6
ladies 8:7,14
 27:9 33:11
 39:1 74:14
 85:15 96:13
 100:17 160:8
land 140:13
language 63:2
 65:22 149:5
laptop 72:15
 72:19,20
large 28:8
 46:18 48:24
 48:24 59:10
 89:21 93:8
larger 48:25

largest 2:17
lasted 124:6
Late 26:7
latest 126:5
law 9:13,15,17
 9:17,22,23
 9:23 10:2,2
 10:3,6,7,11
 10:21,25
 21:17 139:9
 145:11,16
 146:3
lawfully 18:2
lawyer 11:13
 12:9,11,13
 12:14,15,16
 13:19,21
 14:5,8,14
 21:2,13
 24:12,24
 42:4 95:21
lawyers 11:12
 11:21,23,24
 12:1,3,19,23
 13:2,3,16
 18:7 19:14
 19:20 20:13
 20:20,25
 21:6 22:12
 25:5 35:1,6
 152:12
lawyer's 19:20
lay 99:11
laying 93:16
layout 46:11
 48:19
lead 4:19
 19:23 40:21
 45:4,10
 125:25
leaders 31:18
 31:20,25
leading 54:25
 75:8
learn 28:13,24
 44:8 58:12
 63:7 122:16
 129:25
learned 9:15
 27:17 28:2
 28:11 31:23
 42:11 58:6,9
 58:16 159:22
Leatherman
 94:13,14
leave 8:21
 36:16 61:23
 96:18 114:13
led 5:10 6:16
 52:13 89:16
left 45:2
 46:15,16
 48:22 49:1
 49:14 51:2

51:21 52:25
90:23 91:1
91:23,24
99:2 102:15
122:8 154:23
154:23 155:3
**left-hand**
90:21
**legal** 9:3,3
10:9,17
12:11
**legend** 122:11
**Lena** 129:6,13
**lengthy** 10:15
**lenient** 31:23
**letter** 15:9,18
105:14
**letters** 16:5
48:7
**let's** 8:11
25:15 26:14
32:21 37:18
96:9 98:14
105:18 108:4
109:2,7
121:16
131:24 138:4
157:21
**level** 17:14
**lid** 90:20
100:23
102:15,16
**lids** 101:13
**lid's** 101:14
**lies** 18:3
**life** 32:14,15
32:18,23
33:3
**light** 92:14
141:7
**limine** 2:16
4:2 7:5
**limit** 25:20
**limited** 14:12
14:15,19
**limits** 13:9
**limp** 35:8
**line** 65:10
70:15 82:7
84:9,10
85:21,24
96:10 140:13
150:10
156:17
**lines** 135:10
**linings** 99:25
**liquid** 89:7
101:10
**list** 118:10
149:10
**listed** 78:20
79:1,7 118:2
118:4,11,15
118:22 119:1

124:16
127:10 129:5
129:9 131:6
149:11,12
**listen** 30:10
32:24 74:21
77:15,24
81:18 140:8
**listened** 71:1
71:4,4 78:1
78:24 86:6
122:21
**listening** 67:9
73:3
**lists** 6:23
**little** 24:21
40:11 44:10
63:7 88:14
89:3 91:2
92:13,19
93:17 95:13
99:13 100:23
132:3 157:22
**live** 71:4
152:25 154:1
**lived** 29:23
153:2,5,11
**living** 144:20
**Liz** 46:3
**lobby** 46:14
48:21
**locate** 119:21
**located** 26:25
41:2
**location** 24:5
24:7 46:22
54:20 55:18
**locations** 24:4
**locked** 29:10
**logic** 3:14
**logical** 3:15
13:6 19:23
**long** 26:2
40:10 93:1
103:12 124:5
127:4 144:22
145:6 146:3
153:2,11
**longer** 26:6
**look** 12:5
49:10 52:20
55:5 76:1
77:13 88:8
96:10 99:25
106:15,19
111:6 146:11
156:1
**looked** 2:16
28:9 53:14
57:17,17,20
57:22 60:1
76:4 88:17
88:21 89:5
106:20

119:20
120:17
**looking** 21:10
23:25 42:22
47:16 49:2,5
51:5,9,14
53:6,21 59:5
89:1 100:9
106:16 135:9
149:19
**looks** 110:24
**lose** 32:19
114:10
**losing** 17:9
**lost** 99:18
**lot** 24:5 32:5
46:16,18,23
48:25 49:16
51:4,13,19
53:23 54:1
56:2 57:18
57:23 96:6
**loud** 74:24
**luggage** 2:19
3:20 16:1,1
29:17 66:10
90:25 91:22
141:11,13
142:6
**Luis** 144:7,10
144:15
**lunch** 72:9
**luncheon** 35:16
71:19,21
73:5
**L-U-I-S** 144:15

_____

**M**

**magistrate**
8:17 18:5
20:2
**mail** 68:24
69:2,4,4
127:11,13
128:2 136:1
136:2
**making** 12:18
17:8 21:13
82:14 133:17
**male** 28:21
79:1,7,11,13
79:13,14
80:11 81:16
**man** 28:23,24
30:4 123:18
**mandatory** 4:7
**manner** 14:23
37:12
**Maria** 151:12
151:17
**Marin** 1:6 2:2
26:8,17 28:4
30:15,20,25
31:3,8,10

32:1,4,18,22
33:1,3,6
40:16 56:18
65:8 138:13
138:16 140:2
141:10 142:5
148:7 149:10
153:13
158:20
159:20
**Marino** 1:6
26:8,17 28:4
30:15,20
32:18 40:16
56:18 65:8
140:2 149:10
153:13
**Marino's**
141:11
**Mario** 151:5,10
**Marion** 32:23
**mark** 47:25
48:3 49:25
50:9,14
64:19 72:25
88:4 91:10
97:8,11,13
97:20 108:19
108:20 115:5
116:19
117:23
128:23
131:13
146:25 147:7
147:10,14
**marked** 47:1
49:10 50:16
50:20 55:12
63:21 64:20
64:24,25
65:1 66:19
67:7 70:8
71:14 74:11
74:15 87:10
88:6,7 90:14
91:11,13,17
92:9 94:24
95:20 98:5,6
98:8,9,11,12
98:13,20
103:17 106:6
110:8 111:17
112:9 113:2
113:10 115:7
117:13
121:23,24,25
128:13 131:2
141:25
142:23 143:7
146:11
147:23
149:17
**marking** 48:6
67:18

**markings** 102:1
102:5 139:7
**match** 61:7
120:6
**matched** 83:22
**materials**
97:19
**matter** 5:6 7:4
7:15 11:2
12:1,25 14:1
18:5 71:20
74:24 83:6
90:12 150:21
**matters** 2:15
7:24 10:23
107:7 145:19
**ma'am** 150:24
151:15 160:5
**mean** 14:5
16:25 20:25
25:20 38:14
40:20 42:15
152:6 155:4
157:8
**meaning** 10:3
16:21 20:6
25:1,3 61:22
**means** 14:24
18:9 21:25
43:25 44:4
85:4 118:16
120:14
**mechanical**
1:25
**mechanism**
76:12
**Medellin**
152:24
**medical** 35:7
**meet** 69:17
79:3 153:19
153:21 155:9
**meeting** 43:5
43:24
**meets** 18:1
**member** 28:1
58:5 83:7
**members** 55:17
58:8
**memo** 16:22
**memoranda**
16:16
**memory** 75:8
**mentioned**
81:20
**message** 122:12
**messy** 32:15
33:4
**metal** 26:22
28:7 88:16
93:7,15,21
98:25 99:9
100:1
**method** 23:12

55:21
Metro 5:10 6:5
26:25 27:15
27:23 28:5
30:22 43:2
45:15 46:7
46:11,20
47:15,17
48:20,22
49:13,17
52:19 56:1
85:20 105:7
105:10
108:10,14
110:12,15,25
111:21
115:21
124:21
Mexican 152:8
Mexico 44:9
Michelena
151:6,10
microphone
39:19,22
41:6 141:1,8
middle 92:13
93:11 118:18
118:19 141:7
mile 115:22
miles 115:23
mind 11:23
22:3 23:5
32:8,25 36:4
36:5 60:7
68:18
minimum 25:11
minimums 4:7
minute 29:3
33:20,24
56:22 79:20
118:5
minutes 26:4
69:9 79:19
80:17 93:3
115:14
120:16,18
122:13
123:15,17
124:3,4,7,12
124:12 127:2
127:5 130:7
133:12,14
Miranda 145:21
misconduct
105:13,17
misleading
83:4
mission 31:17
mistake 105:8
155:17
module 116:7
moment 65:19
65:21 88:8
moments 28:24

57:16
money 17:9,9
29:12 59:11
111:24 112:1
monitored
77:24
monitors 33:22
39:3,5
morally 20:13
Morena 2:2,18
2:21 3:7
10:5 30:22
153:19
154:22 155:1
155:3 156:14
157:4,4,9,20
159:20
Morena's 3:22
38:18 155:6
Moreno 30:25
31:10 32:1,4
33:6 138:12
138:16 148:7
158:20
159:20
Moreno's 31:3
31:9 33:1,3
142:5
morning 13:24
23:1 27:10
29:4 40:3,12
40:24 43:1
44:14,19
124:19
151:23,24
160:9
motel 5:10 6:5
26:20,25
27:15,24
28:6 29:17
30:22 43:2
45:15 46:7
46:11,14,16
46:20 47:15
47:17 48:20
48:22 49:6
49:13,18
51:1 52:19
56:1 85:20
85:22,22
86:18 105:8
105:10
108:10,14
110:12,15,25
111:21
115:21 124:9
124:21,21
128:10 129:2
mother 32:19
44:9 114:4,6
114:8
motion 4:3,9
4:10
motivation

3:16
move 38:10
47:22 49:20
59:22 64:14
67:4 70:23
91:15 104:2
111:15
112:25
131:10
146:21
moved 38:6
153:4
moves 116:16
multiple
141:13
Music 152:5

_____
N
_____
N 161:1
name 8:14 27:4
39:17 42:18
42:22 43:16
80:13 84:18
85:3 88:22
92:7 114:12
118:2,4,8,10
118:11,18,19
119:13,16
120:1,5
144:13 149:7
151:8,15,18
named 27:21
43:2 59:15
153:13
names 2:5
45:21
narcotics 2:18
7:6,11 59:16
Nathanson 27:7
35:11 72:14
72:21 97:3
99:7 132:4
native 65:22
149:4
natural 3:6
20:8,10
Naturaliza...
145:1
near 125:21
neater 88:14
necessarily
22:4 53:13
necessary 4:24
5:13,14 8:8
131:16
need 7:1,10
9:14,24 11:7
11:7,23
23:17 39:7
55:9 72:7,18
131:22 132:2
needed 59:22
158:12,20
neither 11:16

75:14
nephew 158:5,9
158:16
never 5:15
27:14,16
30:22 32:15
37:8 60:3
96:5 136:9
New 1:1,14,15
1:19,22 27:5
27:13,24
29:15 30:1
40:14 41:2
63:6,7
115:19 127:5
129:10 145:4
149:11 153:8
154:11,14,17
158:12,16
159:10
newspaper 3:23
newspapers
7:23
nine 146:12,22
147:13,14
nondrug 103:6
103:7,7
non-anonymous
45:5
non-eviden...
13:14
non-rational
20:20
non-ration...
20:7
noon 35:11
46:10 124:11
Norby 1:6 2:2
26:8,17
27:21 28:3
28:22 30:15
30:20 32:18
32:22 40:16
42:15,15,18
42:21,22
43:2 56:18
60:19 65:7
80:13 86:15
140:2 148:7
149:9 153:13
153:20 154:4
154:9
normal 28:9
155:4
normally
148:19
note 109:3
notes 43:9
notice 21:3
138:17,18
notifying 3:19
nozzle 92:19
93:12,17
numb 32:8

number 2:2
15:9,18 16:8
16:9,10,11
16:15 28:21
28:23 36:12
36:13 43:5,8
43:10,12
75:18 76:3,5
76:22,22,23
77:20,22,23
80:15,18
96:4 97:22
108:20
116:10
118:15,22,25
121:1,3,5,7
121:11,12,15
121:18,19
122:7,9,19
123:24
124:19,22
125:10,15,17
127:6,10,11
127:12,15,16
128:2,6
129:1 130:2
130:3,4,10
130:16,22
131:6,7,8,9
131:18,20
132:8,20,23
133:3,3,4,5
133:6,7,9,10
133:11,13,19
133:19,22,23
136:2,10,23
149:12 153:9
155:22,23
156:7 159:15
159:17,19
numbers 16:5,6
16:8,15 94:1
99:7 116:11
116:15
124:16 125:3
127:14
130:20
numerous 10:15
22:18
N.Y 1:6

_____
O
_____
oath 8:24 13:3
15:5 17:3,13
17:15,23
22:8 42:7
object 24:24
25:21
objecting
97:21
objection
24:25 37:24
41:17 42:1
45:6 47:10

47:24 48:1
50:9,13,15
55:8 56:5
58:14,20
62:11 64:16
67:6 79:5
82:10 83:20
84:1 86:1,8
88:4 89:12
90:5,8 91:9
97:8 104:4,6
104:8 105:2
106:24 108:6
108:24 113:1
115:5,6
116:18
119:10,12
123:20,22
125:22,24
126:15 127:7
127:17,18
128:22 130:9
130:18
131:12 135:8
142:7,22
143:4 146:23
147:21 150:6
150:9 156:20
158:2,6,14
159:24 160:1
objections
95:8
objection's
106:3
objects 15:7
obligation
19:3,9,10
23:6 24:11
observed 55:23
56:17
observing 52:6
54:6
obtain 125:17
obtained 41:22
45:4,10
56:14 67:21
obviously
17:21 19:2
25:14 86:9
108:16
occasion 25:18
114:14
occurred
126:22
occurs 12:15
odd 89:3
offer 4:4 14:3
19:3,4 38:24
50:8 88:1
105:16,16
117:21
142:19,20
offered 15:15
15:23 16:4

16:21,25
36:3,20
37:25 42:2,5
47:10 158:23
159:2
offering 49:24
50:1,11
115:2 147:8
147:12
office 1:18
8:24 41:1
officer 1:18
144:18,21,22
145:8,10,13
146:1,5
147:24
148:13,18,19
officers 55:3
63:7
Official 2:3
151:5
officials 31:2
65:8
oh 72:6 97:25
99:23 124:13
okay 8:13
48:14,16
49:8 50:3
54:4 64:24
66:18 67:16
67:25 70:25
76:25 77:16
79:10 81:4,6
85:15 86:8
92:25 94:17
98:3 99:24
100:12
101:25 102:7
102:9 113:15
113:22
114:17 118:5
118:20 123:7
124:13
130:14 134:1
135:1 138:15
146:13 152:9
156:6,11
157:13
old 152:19
Olivero 2:4,9
2:9
once 13:25
14:25 17:11
30:17 48:25
62:22 83:22
86:9 92:20
148:19
160:11
ones 13:4
oneself 17:23
one-sided 71:9
online 119:23
open 6:8,13,15
6:22 7:19,21

32:10,13,15
51:18 53:8
57:17 60:10
60:21 61:5
87:25 90:21
91:3 92:13
92:16 93:1
95:1,7
102:15
105:19 109:9
opened 30:21
60:18 67:24
95:10 99:2
opening 9:9
11:12,22
12:2,23 13:7
25:25 26:3
143:9 161:3
openings 7:25
26:5
Opening/De...
161:5
Opening/Go...
161:4
opens 46:17
48:24,25
49:1
operate 33:13
opportunity
5:22 13:21
14:4 18:22
18:23 19:4,8
19:20 21:1,7
21:15 45:3
100:18
opposed 38:3
opposite 67:12
orange 49:15
51:2,15,17
52:3
Orbitel 131:5
order 9:14
10:24 14:2
32:6,7 43:18
70:2
ordered 23:16
ordinarily
17:5
ordinary
139:15
146:18
organization
7:20
oriented 8:20
8:21
orienting 2:12
12:20
original 6:20
147:2,4
155:25
originally
102:13
Orst 45:25
other's 22:13

ought 107:4
outer 56:4
99:4
outgoing 122:9
133:1
outside 25:13
35:3 97:19
outweighed 4:5
overall 4:8
9:7 19:10
overheard
35:19 71:7
overrule 83:20
86:8
overruled 25:2
25:22 62:12
84:1 142:8
158:3,8
overview 12:5
owe 17:9
ownership 90:3
O'Connor 45:24
46:3 55:1
58:11 59:24
60:20,20,24
61:4,7,8,24
62:21 63:6
O'Connor's
64:11
O2 142:1,20
143:7,9
161:22

_____
P

P 1:11
Pacific 122:25
123:5,9
package 26:20
27:22
packaged
102:13
packaging 7:11
96:6
page 34:1 73:6
103:19,21,22
104:9 107:9
118:2 121:20
129:4 134:2
137:16 147:5
147:7,10,19
pages 146:12
146:22 147:9
147:11,13
149:17,23
paper 16:3,4,6
16:7,7,9,13
16:14,19
99:16
paramilita...
3:17 31:5
paramilitary
7:20 31:1,18
31:20 32:17
pardon 143:1

parents 149:4
parked 51:20
51:21 52:2
parking 46:16
46:17,18,23
48:23,25
49:5,16 51:4
51:8,13,19
53:23,23
54:1,8 56:2
57:18,22
part 3:6,13,16
11:24 21:11
22:8 24:4
41:22 45:17
45:19 122:2
participant
59:10
participants
24:9
particular
3:13,15 10:9
10:19 12:6
14:20 21:12
24:4 121:6
139:18
particularly
11:24 143:4
parties 24:9
74:17 77:6
112:22
117:21
pass 48:25
passed 42:10
44:21
passes 2:13
10:7
passing 126:11
passion 114:4
Patricia
151:12,17
patrol 4:11,23
4:25
pattern 105:11
pause 35:5
50:18 97:16
98:4 156:5
pay 31:15 39:7
PDT 123:8
Peace 44:11
peeled 93:7,21
penalties 3:9
people 4:19
17:7,15
20:21 22:2
23:12 30:4
31:7,22
59:17 74:24
98:22 113:23
127:21,23
139:8,10
people's 15:22
perceive 74:25
perchance

114:9
perfect 91:4
91:25
perform 103:9
performing
20:12,13
146:5
perfume 26:22
28:8,9,10,11
28:11 30:23
88:17,18,21
88:21 89:4
89:10 90:19
92:12,19
93:12,14,24
99:5 100:24
101:4,11,11
period 136:21
permission
65:11
permit 3:3
6:14 17:2
56:6 72:2,18
83:20 86:9
89:13 96:15
99:13 108:24
137:9 158:15
160:11
permitted
17:18
perpendicular
51:10
Perry 91:2,24
92:2,3
person 4:15
23:5,6 29:23
32:4 41:16
44:2 56:24
59:12,16
69:16,17
79:2,7 83:6
84:3 85:24
114:12
116:10 119:8
148:9,19
personal 103:6
126:10
personally
70:18,21
82:6 103:9
103:14 128:4
perspective
19:21 20:5
21:13 23:25
102:4
pertain 148:6
pertinent
126:5
pesky 72:5
pesos 112:5,8
phone 28:14,15
28:20,25
29:18 35:19
43:4,8,10,12

43:24 55:19
57:18,24
66:11,13,15
66:24 67:9
67:11 68:4,4
68:8,16,18
68:20 70:4
71:7,7 75:9
75:14,16,18
75:19,25
76:1,2,3,3,3
76:13 77:19
77:20,22,23
78:1,9,11,13
78:14,24
79:6 80:19
80:21 81:3
84:3,11
85:24 86:18
87:3 115:15
116:9,11,11
116:12,14,14
117:1,4,7,10
117:18,18,21
118:3,12,15
118:22,25
119:6,22
120:9,10,12
120:17,21,24
120:25 121:1
121:7,12,15
121:18 122:7
122:9,14,18
124:4,5,17
124:18,22,24
125:2,3,15
125:17
126:21 127:6
127:10 128:1
128:9 129:5
129:15,16,17
129:20,22
130:6,11
132:9,12,23
133:13,23
136:14,22
137:1 139:5
139:21,24
140:2,16,19
140:22,24
158:25 159:7
159:13,15,17
159:19
phones 7:9
photo 94:22
photocopy
103:21,22
photograph
49:12,13,14
49:17 50:23
51:12,13,17
52:16 53:5
53:20 54:2
90:16,18,24

93:5,7 94:2
94:20
photographer
49:2
photographs
49:21 53:9
91:7
phrase 13:1
157:21
physically
48:3
picked 26:19
28:19,25
picks 39:22
picture 47:15
48:20 51:1,3
51:17,22,25
52:1 53:6,19
53:21 93:11
122:12
piece 16:6,7,9
16:12,19
pieces 15:25
16:3,4
Pierrepont
1:14
pin 133:10,11
Pintor 43:6,15
43:18,20
45:1 59:15
60:11 79:2
place 7:8 8:13
16:14 23:13
24:7 27:15
29:5 48:12
60:12 79:25
83:1 87:3
96:1 135:19
158:20
placed 16:17
17:2 25:15
31:8 51:15
52:22 80:16
87:4 95:5
97:22 101:22
102:19 105:9
129:20 135:5
135:12,16
136:11,16,17
Plaintiff 1:3
plan 55:14
60:7,8,9
plane 154:14
planned 44:3
plans 27:1,18
plant 3:17
planted 7:19
31:8
planting 2:18
plastic 57:10
57:11 92:17
92:18,20
93:9 100:5
plausibly 17:6

play 36:25
71:15 72:12
72:17 75:4
77:9 78:7
81:2 85:6
played 77:17
78:17 81:7
85:9 122:22
Plaza 1:5,14
1:22
plea 4:4
please 39:16
40:22 46:11
48:19 49:10
50:23 51:11
52:4 53:5,20
62:19 63:23
71:25 77:18
87:19 92:11
93:5 95:11
97:1 102:24
106:8,12,14
108:4 113:18
113:20
120:14 122:5
132:18
144:13
146:11
pleases 7:16
Plested 2:4,7
2:8
plus 139:15
podium 99:12
point 7:10
17:17 19:19
20:19 21:3
21:11 23:17
25:20 42:9
53:11,12
54:10 56:1
59:6,23 62:5
62:22 67:11
71:15 72:7
83:6 89:24
93:14 101:5
points 22:18
24:22 82:13
101:10,15
police 55:6
63:6 139:9
139:11,13,17
porque 80:2
port 145:11
portion 9:13
10:8 92:20
92:21 93:12
portions 21:12
24:3 65:13
94:11
position 3:24
12:11 98:1
138:21
145:17
positions 8:9

positive 92:15
possess 30:5
possessing
30:6
possession
66:25 87:14
103:23 117:5
118:13
possible 24:21
44:25,25
54:21,24
59:17
possibly 3:1
posted 102:11
posting 113:15
potential 3:5
4:17
powerful
114:15
practical
12:18 24:6
practice 62:14
prayer 29:9
112:14,16,17
112:21,24
114:2,15
141:10,13
143:9,12,14
prayers 141:21
142:5,10,12
142:14,24
143:9
preceding
14:16
precisely 71:6
preclude 4:3
4:10
predominantly
130:23
prejudice 3:5
3:9 4:5,17
prejudicial
3:12 4:1
preliminary
2:14 5:2
premature 23:7
prematurely
22:21
prepaid 7:8
115:15
120:16,23,25
123:15 127:2
127:5 129:17
131:5 133:16
136:22
prepared 17:3
17:12
presence 25:14
55:5 82:14
present 5:15
5:18,19 6:3
8:12 13:19
14:2,4 19:9
26:11 148:17

3:1 12:8
72:13 99:12
**presentations**
19:22
**presented** 5:16
6:7 10:20
13:16 15:6
18:21 19:12
30:10 148:16
**presenting**
5:23 14:23
25:10 148:12
**presiding** 8:15
**pretty** 13:24
16:20 21:9
24:15 36:17
159:25
**prevent** 13:10
**previous** 86:21
**previously**
66:2 70:8
75:13 109:6
120:20 131:2
149:16
155:12
157:20
**primary** 148:13
148:18 149:5
**prior** 43:23
80:4 124:12
124:12
144:25
148:12,13
154:19
**Prison** 112:16
112:20 114:2
**probably** 14:7
18:24 35:16
43:21 70:25
96:20
**probative** 3:25
4:4,16
**problem** 2:20
24:25 25:4
27:13 35:25
67:17 81:20
**problems**
159:23
**procedural** 5:3
9:7 10:18,22
11:6,10
18:16,19
74:20
**procedure** 9:4
24:17
**procedures**
145:21
**proceed** 22:6,9
22:9,17 37:6
44:3 83:19
108:5
**proceeding**
19:14,17
20:3

**proceedings**
1:25 74:10
**process** 11:9
22:11,21
23:22 24:3
102:24
127:22
**processing**
102:20
**profession**
12:11
**prohibited**
10:14
**projection**
101:2
**projector**
33:22 48:9
113:14
**proof** 4:3,20
11:18 12:8
13:22 18:22
19:7
**proper** 31:16
**proposed** 3:5
**prosecution**
11:13,15,18
13:25 14:1,2
14:25 18:25
19:6,8 20:10
72:14,19
143:22
**prosecution's**
13:19
**prosperous**
143:12
**Protect** 114:8
**Protection**
144:7,21,23
**protocol** 62:10
102:21
**prove** 8:1
12:24 18:24
19:1,1,10
36:8,8
**proved** 8:2
10:6,9,12
11:20 21:18
21:19
**provide** 41:25
42:25 64:4
113:12
**provided** 119:5
**pry** 92:17 93:1
**public** 31:21
**publish** 131:25
**publishing**
65:1
**Puerto** 149:4
**pull** 125:2
**pulled** 88:17
88:25 89:1,3
92:20
**punched** 124:24
124:25

**purchased**
123:15 127:2
127:4
**purported** 36:6
**purpose** 3:10
36:2,7 67:24
**purposes** 67:19
74:8,15
**purse** 112:6
**pursuant** 77:7
112:23
117:20
128:20
**push** 61:5
**pushed** 60:21
**put** 13:9,21
16:11,20
18:15,15
19:13,21
25:2 30:18
36:24 39:4
47:4,9 48:9
50:24 73:1
77:25 81:24
81:25,25
82:2 85:15
88:18,20
96:6,22 98:1
101:19 103:4
108:8 124:4
**puts** 25:16
33:14
**putting** 2:23
**p.m** 72:11 74:2
77:10 96:19
129:21
137:13 138:3
160:16
**P2** 142:1,20
143:7,12
161:22

_____
Q
_____
**Queen** 114:6
**Queens** 27:24
43:2,3 45:15
46:13 47:15
49:3 51:6,8
51:9,10,14
51:19 124:21
145:4 153:1
153:5
**question** 13:6
13:12 25:1,3
35:17 62:13
90:9,10
119:12
123:22
125:25 149:6
149:25
150:12 157:3
158:19
**questioned**
14:7 15:4

21:9
**questioning**
14:9,13,14
14:15,17
36:15 150:10
**questions** 14:6
14:19,22
15:1 65:18
137:3,5
138:10
143:20,21
148:23,24
150:13
153:18
157:12,13
**quickly** 13:24
38:1,4,6
44:21,24,25
54:21 59:22
81:23
**quite** 3:6,14
20:8 22:23
36:18
**Q2** 142:1,21
143:8,14
161:22

_____
R
_____
**R** 1:21
**rabbit** 96:21
**races** 20:21
**radio** 55:19
**raise** 151:3,11
**Ramon** 45:24
58:11
**rang** 121:12
**ransom** 31:15
**reach** 22:23
**reaching** 22:15
**reaction** 3:6
20:10
**read** 10:8,11
65:24 71:17
97:21 113:18
113:22
156:17
**ready** 74:3
97:2 114:9
138:1
**real** 32:25
33:1 93:14
119:8
**really** 36:14
37:5 38:17
60:3 108:5
153:16
158:16
**realtime** 44:23
125:21 126:4
126:19
**reappeared**
57:16
**rearrange** 8:8
**reason** 12:18

12:22 17:25
19:23 20:5
20:14,22
21:23,24
22:9,24
25:12 38:1
147:14
156:24
**reasonable**
10:6,10,12
11:19 19:2
19:11 20:16
21:18,19
**reasons** 11:9
21:23 24:6,6
**rebuttal** 19:9
**recall** 44:13
58:8,10 60:1
60:2 66:14
68:8 69:2,3
69:3,4 79:23
80:8,9 88:23
111:4 112:1
123:14
139:10
140:17
141:18
**receipt** 108:14
110:7,8,11
110:16 111:1
114:24
115:14,16,18
120:17,20
123:16 127:1
**receive** 5:13
41:10,11
47:24 50:13
69:6,6 69:6
69:8,17 84:2
85:19 86:11
86:23 116:19
117:23 126:4
126:22 127:5
128:22
133:23
146:23
**received** 15:18
17:12 28:14
40:24 44:15
50:19 54:20
63:24 64:20
64:24 67:7
68:8,11
71:14 75:16
84:15 88:6
91:11,17
98:8 108:12
108:22 113:2
113:3,10
115:7,8
116:20
117:25
123:12
128:24

138:11
142:23
145:15
149:24
receives 38:4
receiving
  42:10 67:17
  126:3 129:11
recess 23:1
  26:6 33:12
  33:17,25
  35:16 71:19
  71:21 73:5
  96:9,14,25
  137:6,8,15
recesses 25:12
  107:6
recognize
  47:12 49:12
  52:16 63:25
  66:21 70:10
  84:14 86:18
  86:20 87:12
  90:16 106:21
  112:11,19
  114:23
  115:11 116:4
  117:15
  124:16
  128:15
  130:16,19
  131:4 142:3
  146:14 150:1
  155:14
recognizes
  106:25
recollection
  15:12,13,22
  22:14 130:8
  140:18
record 2:7
  17:21 18:4
  37:7 39:17
  57:5 70:2,5
  71:17 74:8
  74:10 77:19
  86:2 95:9
  97:22 98:7,8
  120:23
  124:17 125:4
  127:10
  133:18,21
  135:4 136:9
  140:10
  144:14 151:7
recorded 1:25
  28:17,19
  29:17,18
  69:20,25
  71:3 75:14
  75:21,22
  76:19,20,21
  76:22,23,24
  77:1,3,10,20

77:23,25
78:25 79:18
79:22 80:19
80:25 81:3
81:11 82:3
86:22 122:21
125:1,7
135:22
recorder 70:3
  70:14
recording
  41:14 70:18
  74:19 75:1,2
  75:5,9 81:21
recordings
  28:18 70:11
records 4:11
  4:17,22
  16:16,17
  17:4,6,7,21
  29:19 82:1,2
  108:8,17
  117:2,9,18
  117:22
  121:18 122:6
  122:14,17,25
  123:4,11
  124:2,5
  128:7,10,17
  129:4,19,22
  130:1 132:15
  132:22
  133:22 146:6
  146:8,9,10
recovered 67:2
  87:22 88:12
  111:13,24
red 33:14
reentered
  57:21,23
refer 6:11
  19:17 20:24
  152:7
reference 3:3
  5:14 8:2
referred 14:10
  42:16
referring
  98:23 99:14
refill 120:12
  120:13,15,19
  120:20,21
refilled 124:4
reflect 57:5
  133:18
refresh 15:12
  15:22 75:8
  130:8
refreshing
  15:13 22:13
regard 30:8
  132:22
regarding 41:2
  90:3 124:20

127:6
regular 41:11
  44:16 119:21
regularly
  41:10
reject 18:10
relabeled 97:6
related 145:17
relates 71:18
  123:14
relation 124:8
relative 72:6
relatively
  60:2
relaying
  125:20 126:2
  126:3
relevance
  105:3,8
  142:7,22
  150:7
reliability
  17:14,14
relied 22:5
religious
  141:15,19
rely 21:23
  23:21,21
remember 63:15
  105:16
  117:11
  136:23
  153:23,24
  154:10
  159:14
remind 21:2
  136:14
remove 89:17
removed 90:25
  91:22 94:18
  99:3
rent 153:22
  159:1
rented 159:3
repeat 22:18
repeating 20:3
rephrase
  158:19
report 6:10,11
  112:3 125:14
reporter 1:21
  2:6 25:6
  151:16
reporter's
  74:9
reporting
  22:15 96:10
reports 3:24
represent 27:8
reproduce
  24:14
reproducing
  74:12
require 17:24

required 74:20
requires 22:1
resides 19:7
resolve 23:23
resolved 107:7
resolving
  107:6
respect 4:10
respond 80:8
  80:14
responded
  28:22 85:12
response 63:19
  80:3 83:14
responsibi...
  145:8
responsible
  9:13 31:1
rest 79:24
  80:8 93:15
  101:12
restaurant
  152:3,4,5
result 122:16
  129:25
resumed 87:1,3
Resumes 102:8
retire 9:25
  21:21 96:17
  137:12
retrieve 79:3
return 30:11
  69:13,15,18
  69:19
returned 57:20
review 50:2,6
  63:23 106:8
  122:14,16
  129:25 146:6
  146:8
reviewed
  129:22
  132:15
Reviews 106:9
Reyes 129:6,13
Rica 44:10
Ricans 149:4
Richard 40:25
  125:18
right 8:13
  24:15 25:25
  28:25 30:14
  33:11,15,20
  35:3 38:22
  38:23 39:1
  39:23,25
  45:3 46:14
  48:21,21
  50:19 51:6
  51:25 52:1,1
  52:20,25
  53:1,2 62:17
  64:16 75:4
  76:2 79:8

80:22 81:11
81:15 83:5
83:10 84:1,5
85:5 89:20
89:22,23
94:15 95:23
97:1,18
98:14 99:19
99:20 100:2
100:6,15,20
101:16,19
102:7 106:3
107:2 108:18
108:19,23
109:1 111:11
113:1,8,20
115:4 116:18
117:23 120:7
122:3 126:24
130:25
131:12,21
132:2,10,13
137:4,8
138:2 142:10
143:21 147:6
150:16 151:3
151:11,20
155:18
156:15
157:15 159:4
159:15,21
160:4
ring 28:1
  68:17
ringing 68:18
  68:20 76:3
rivals 114:5
Rm 1:22
roads 143:9
role 8:11
  12:21
roll 8:12
  99:16
room 2:13 6:5
  8:21 23:1
  27:25 28:5
  29:17 30:22
  33:16 38:6
  43:3 46:24
  46:24 49:15
  51:4,15,18
  52:5,7,8,19
  52:23,25
  53:6,17,22
  54:1,12,13
  55:14,24
  56:17 57:8
  57:13,16,21
  57:21,23
  58:6 59:1,13
  59:19,25
  60:12,21,23
  61:5,6,6,9
  61:10,23

62:19,22
63:17 65:9
66:10,15
68:3,12
71:24 72:10
85:20,22,22
86:18 89:20
110:8 122:20
128:11 129:2
135:15,18,19
138:16,22,24
138:25 139:6
139:24
152:13
153:22
158:23 159:1
160:14
rooms 46:16
49:14 51:1
Roosevelt
115:19
rosary 141:16
141:17
rough 112:7
roughly 54:18
round 14:13,16
14:21
roundabout
3:19
RPR 1:21
rule 4:11 22:1
23:8 24:25
rules 10:22,25
11:3,4 12:10
13:8 17:2,10
17:18 18:2,9
25:4 32:17
32:23
ruling 3:22
24:18

S

sacred 114:4
sad 33:4
safekeeping
103:8
safety 4:7
54:24 62:9
sake 114:3
Salvador 27:7
39:11,13,18
Samilo 45:24
60:22,23,23
61:5,8 62:21
87:6 88:16
89:17 90:25
sample 101:11
samples 101:4
save 29:9
saved 76:13,13
saw 56:8,24
57:10 59:1,8
60:20 61:2,3
61:4,4,5,6,7

67:9,9 76:4
76:16,17
77:20,22,23
138:16,21
saying 12:24
12:25 25:1
28:22 43:14
48:21 80:11
121:6
says 7:21
16:10,15
29:21 42:8
65:7,7 79:23
80:4,7,15
83:17 91:1
92:3 122:12
122:24
123:16 133:9
scale 94:5,13
scheduled
69:17 150:21
scope 158:7
score 3:3
scraps 93:15
scratches 91:4
screen 21:4,6
47:9 50:24
76:2,4
113:20
seal 67:21
sealed 100:13
seams 91:4
search 4:19
28:7 60:13
63:10,16
64:3 65:9,11
66:11 119:25
searched 87:16
88:15
searching
28:14 32:2,3
66:10 87:1,4
88:16,23,24
88:25
seat 2:11 8:8
39:2 97:1
144:8 150:24
seated 8:20
39:16 57:3
92:19
seats 73:2
second 9:6
28:17 30:6
58:1 69:8
71:8 76:18
76:21 77:21
80:21 81:3
83:10 88:25
99:19 118:15
121:20
135:12
secondary
118:22,24
security 2:13

61:9 138:25
see 4:23 7:10
14:23 21:7
22:24 24:24
25:6 29:18
29:20 32:5,6
41:5 51:2,17
51:19 53:7
53:15 56:24
60:10,25
61:14 72:10
83:12 89:17
93:7,14,16
93:21 95:8
95:18 98:23
98:24 99:9
99:13,15,24
100:3,22
101:6,7,14
101:20 102:4
108:4 118:20
121:12
122:11 132:8
133:21
138:19 141:6
150:7 153:15
153:16
154:10,24
160:13
seeing 22:12
48:17
seek 37:22
seeks 35:22
148:20
seen 5:17
30:22 37:8
76:19,22,23
76:23 95:4
96:5 106:21
114:16
sees 21:9
see-through
67:19
seized 27:1
101:23
selection 8:10
8:17,18 9:12
18:6
self 49:21
semi-wrest...
61:7
send 124:25
Senn 45:25
sense 11:8
19:21,23
20:5,15,23
21:23,24
22:10 24:2
25:16 32:17
32:19,20
33:4
sensible 22:23
sent 125:1,2
sentence 79:24

sentences
31:23
sentencing 4:7
separate 15:9
separated
13:16
separately
95:20
series 28:14
91:6
serve 12:3
Service 145:1
serving 23:14
session 74:1
set 10:16
27:20 43:1
56:13 69:4
71:20 114:9
seven 16:6,8,8
Seventeen
106:9
shackles
114:11
shake 89:7
shaking 89:5
shards 98:25
100:1
shell 99:1
shells 99:4
SHERMAN 1:21
shirt 57:4
short 36:20
60:2 69:25
137:8 144:3
shortcut
127:22
shortly 35:4
96:16,24
137:11,14
show 26:11,16
26:23 27:10
27:19 29:3,6
30:19,24
47:1 70:7
94:24 95:11
112:9 114:22
116:1 117:13
121:20
128:13 129:4
129:19
132:22
141:25
149:16
155:12
showed 88:19
shower 61:11
showing 29:19
52:15 63:21
66:19 87:10
90:1,14 92:9
93:4 103:17
106:6 118:2
131:2
shown 15:11

shows 76:3
105:8 108:10
108:15
shut 32:10,13
32:15
si 80:2
side 8:1 11:17
14:11 15:1
19:13 25:6,7
46:13 53:8
67:12 82:2,2
82:3 84:11
100:2,7
152:12
sidebar 25:13
25:22 82:13
82:16 83:2
83:24 96:2
96:12 104:8
104:9 105:19
107:3,9
109:9 131:22
sides 5:22
11:15 14:19
19:12 21:15
78:2 82:1
97:21
sidewalk 51:3
51:10
sift 102:25
Sifton 1:11
8:14
sign 65:22
signal 68:15
signature 64:8
64:10,11,11
110:10
149:14
signed 64:6
65:3,25 66:5
66:8
significance
16:2 21:13
109:4
signing 64:12
silver 52:22
SIM 7:8 116:7
similar 90:10
91:21
simply 3:6 5:1
10:3 14:1
15:11 16:4
16:18 21:1
21:25 24:24
36:8 37:22
42:9 83:21
84:3 86:12
158:17
simultaneo...
125:1
sir 39:12
110:21 113:9
115:9 116:21
144:8

sit 14:5 30:9
  98:1
sitting 27:5
  56:20 89:20
  89:22 153:15
situation
  96:21 133:3
situations
  21:25
six 144:24
  153:12
size 16:1 94:7
sketchy 3:2,18
slanted 46:16
  46:17
slight 102:14
sliver 92:13
slosh 89:8
sloshes 89:7
small 48:7
  57:10,11
  67:12 70:3
  93:11,12,24
  93:25 101:3
  101:11
smuggled 29:14
solid 89:9
somebody 16:10
  42:14,17,22
  60:11 61:12
somebody's
  94:21
son 114:8
sons 31:4,6,11
  31:13,25
  32:20
soon 45:14
  59:8 60:20
  62:6 114:16
  150:22
sorry 8:16
  50:6 61:19
  63:24 66:7
  97:23 103:7
  104:5 106:13
  110:18
  112:12 123:2
  135:9,10
  156:21
  158:18
sort 3:13 7:24
  12:4 13:14
  16:17,23
  23:8 24:22
  25:15 39:6
  42:12 82:14
  83:3 92:13
  94:5 100:4
  100:13
  119:25
sound 78:3,4
sounds 38:17
source 5:10
  6:16,18

27:18,19
  35:22 37:22
  38:1 41:8
  45:5,11
  56:15 126:13
  126:17
south 26:9,18
  46:13
so-called
  11:11
space 93:25
spaces 53:24
Spanish 2:3,8
  2:10 44:4,7
  44:8 63:3,7
  63:13 64:17
  65:6,14,15
  65:20,20
  66:2 74:17
  77:8 80:2
  85:1 112:24
  130:23 133:9
  142:10,12
  143:17
  148:21,23
  149:1,5
  151:5,9
  152:7
speak 11:20
  15:7 44:7
  60:10 62:23
  62:25 63:4
  142:10
  152:13
speaker 78:20
  79:1 83:17
  86:11 133:9
speakers 149:4
speaking 63:2
  63:8 79:15
  82:4 83:7
  130:23
special 11:17
  27:7 39:10
  40:9,10 46:2
  46:4 124:19
  125:18
  144:13
specialized
  145:12,23
specific 70:15
  70:16 138:12
specifically
  10:10 58:10
  119:6 140:20
spell 151:16
  155:20
spelled 11:3
  151:18
spent 44:10
spoke 6:19
  63:5 79:22
  86:7 149:5
  154:22

spray 92:19
  93:12,14,17
  101:5
sprayed 28:10
  88:18 89:9
sprayer 100:24
  101:9,14
square 46:18
  48:25
stage 4:12
  14:15 19:14
  19:17 21:16
  21:17
stages 22:25
stamped 110:9
  111:1 115:17
  148:5
stand 14:9
  24:24 98:15
  98:17 102:8
  143:4
standard 17:4
standards 33:3
standing 28:20
  29:1 49:3
  78:18 80:21
  81:11 85:12
stands 123:9
staple 147:17
start 9:2
  22:21 25:25
  71:23 96:16
  96:24 137:11
  137:14 144:5
  160:9
started 5:4
  7:14 8:23
  9:8 14:14
  22:12 33:24
  71:25 124:9
  124:10
starting 130:2
state 2:5 36:3
  36:5 39:17
  89:24 95:9
  123:22
  144:13
  154:15
stated 27:12
  27:24 89:10
  89:15
statement
  19:18 21:1
  21:14 26:1
  80:6 82:11
  83:13 84:4
statements 9:9
  11:12,22
  12:3,23 13:8
  19:18 20:25
  82:14 83:11
  86:9,10
states 1:1,2,5
  1:14,16 2:1

6:25 11:14
  27:4,6,8,12
  27:23 29:12
  31:18,24
  33:7 44:18
  105:6 109:6
  120:10,25
  124:7 145:21
  148:10,14,20
  149:7 153:2
  153:4 156:14
static 78:8,8
  78:14
statute 10:9
  10:14,17
stay 98:15
  143:12
  154:17
  157:23,25
  158:21
stayed 109:6
  154:4,9,19
  159:20,22
staying 27:13
  27:23,25
stenography
  1:25
step 8:18
  11:11 95:1
  96:22 133:7
stepped 57:21
stepping 35:4
steps 119:18
sticker 48:7
  147:4,15
stickered
  64:19 147:2
stickers 15:9
  87:23
stipulate 6:20
  36:19
stipulated
  77:6 121:21
stipulation
  7:2,2 71:17
  112:23
  117:21
stocks 114:12
stomping 19:22
stood 71:3
  77:25 138:18
stop 32:1,2
  127:20
stopover
  154:14
stopped 4:14
  4:15
storage 115:18
store 88:22
  115:21,25
stored 103:8
straight 13:7
  28:5
straightfo...

4:13 56:23
strategy 59:19
street 1:18
  57:22 139:15
  153:7,8
streets 29:15
strong 23:16
struggle 60:22
  61:3,14
struggled
  61:18,21,22
stuffed 26:21
subdue 62:7
  68:19
subduing 61:8
subject 3:11
  4:6 10:4
  13:3 14:12
  14:20 15:2,4
  16:23 17:3
  42:7 86:10
subjected 3:9
subjecting
  17:23
subjects 14:16
submitted
  22:23 95:6
subpoena 117:4
  128:20 129:1
subpoenaed
  117:1,9
  121:18 128:9
Subpoenaing
  133:22
subpoenas
  127:21
subscriber
  116:7 118:3
  118:23 129:5
substance 5:16
  65:6 92:14
substantial
  3:16
substantially
  4:5 67:1
  87:21 88:11
substantive
  10:2,7,21
successful
  15:13 71:12
  71:13
suffered 32:5
sufficient
  17:13 21:20
suggest 37:3
suit 55:4
suitcase 26:21
  27:2,15 28:9
  30:7,16,21
  30:21 31:9
  32:13 87:7,7
  88:24,25
  90:20
suitcases 87:4

87:13,15
suits 32:12
sum 21:15
59:10 65:6
summation
20:25
summations
19:16 20:18
21:11
summer 153:24
supervisory
46:2
support 14:3
sure 7:18 11:4
11:4,16
12:18 21:22
33:5,23 37:2
45:23 61:10
61:11 76:15
85:8 94:4
103:1,2
105:3 108:21
156:2
surveillance
45:16,17
46:6,19,22
51:21 53:10
54:12,16
55:4,18 58:5
58:8 124:9
124:10
138:14
survive 32:6
suspect 9:11
18:5 44:17
suspects
119:21
suspend 160:9
suspicion 90:4
suspicions
90:13
suspicious
4:20
suspicious...
90:2
sustain 37:23
45:7 108:23
119:11
125:24
127:18 150:9
160:1
sustained 25:1
25:21 58:20
90:6 106:3
127:8,8
swear 5:4
sweater 57:4
sweep 61:9
sweetest 114:3
switch 116:11
141:6
swore 42:18
sworn 2:3 5:3
9:1 16:22

39:12,14
144:11 151:5
151:13
sympathy 3:12
20:9
system 133:4
systems 119:20
119:23

——— T ———

table 19:22
27:6 72:24
96:22
tackling 61:15
61:16
tactical 55:14
tag 87:24
take 2:14 5:6
6:7 26:6,10
33:12,20,22
33:24 35:16
37:19 49:10
50:10 53:9
60:7 67:19
70:25 71:19
71:22 77:13
78:8 88:8
93:1 94:20
95:17,19
96:9,14,21
101:22
102:23
103:12
106:19
108:20
119:19
121:16 137:6
137:8 146:11
148:3
taken 8:12
41:14 54:2
79:25 97:18
107:5
takes 33:13
talk 23:9,11
23:18,20
72:2,3,5
96:3,3,15
137:9 160:11
talked 22:16
23:6 140:12
talking 22:22
23:15 25:14
74:24
tan 92:14
tape 74:18
75:1,2,5
78:17 81:7
85:9 87:23
taxes 17:9
team 45:18,19
45:20 46:2
54:25 55:17
58:6,8 65:12

tear 39:4
techniques
145:22,22
Tel 1:23
Telecom 130:22
133:22
telegraphic
24:23
telephone 16:9
16:10,11,15
30:5 74:13
85:22 133:5
tell 7:3 9:6
11:24 16:23
23:12,16
29:24 40:22
44:17 58:12
60:8 61:2,3
67:13 72:4,6
77:18 80:1
83:12 86:14
104:8 124:20
139:22 151:7
151:15
154:11,13
158:18
telling 12:3
13:10 17:24
18:3 31:22
86:12
tells 72:6
133:11,14
Ten 153:3
tens 29:14
Teresa 35:9
97:11
terminated
79:15
terms 10:16
49:24 154:25
155:2
tested 92:14
93:13
testified 4:23
12:7 14:12
24:8 39:15
54:15 75:13
125:20 139:5
140:25
141:10
144:12
151:14
testifies
108:25
testify 2:22
2:22 3:2
4:15 7:8,22
13:2,13
14:21,24
15:3 17:15
19:3,5 29:13
32:5 33:7
42:7 58:16
83:15,21

126:18
127:22
testifying
21:8
testimony 3:1
3:22,23 4:17
7:5,11 9:9
13:10,17
15:5,14,20
15:25 17:25
18:13 21:2
23:3 37:21
38:19 42:9
100:20
text 122:12
thank 8:5
33:10 48:11
50:21 85:18
111:19 113:9
115:9 116:3
116:21 142:2
143:24 144:9
148:4 149:22
150:17
156:11 160:4
Thanks 102:7
theory 7:19
thing 13:5
16:17 21:10
33:5 68:18
71:19 72:19
83:3 105:9
107:4
things 13:1,15
15:7 21:25
24:18 29:9
33:23 45:14
87:5 96:22
think 3:7 5:1
5:5 8:19
11:22 12:21
23:2 26:2
32:12 36:20
39:19 41:18
45:25 53:16
55:6,9 68:11
74:11 78:14
83:5 88:20
88:22 92:6
96:20 98:16
122:12 123:9
123:21 132:4
140:23
141:17
142:14,19
153:24,25
154:20
156:24
thinking 22:12
thinks 22:2
third 1:18
75:19 76:22
89:2 135:16
135:20,21

thought 126:16
thousands
29:14
threatened
65:10
three 9:23
32:19 40:11
116:8 130:4
132:24
152:18
153:20
three-hour
122:25 123:2
ticket 154:16
tilted 99:15
99:24
time 9:18 13:7
14:18 21:10
24:8,17,17
28:16 30:9
36:10 37:20
38:5 40:13
46:6 54:18
55:6,23
56:10 57:19
57:25 58:1,5
59:3 63:9
68:12,17
69:21,23
71:25 76:15
77:9 78:5,7
80:24 81:2
81:22 84:9
85:7 86:24
87:1 88:12
88:23 89:4
89:10,15
90:1,24
110:9,19
111:1,7
112:2 114:19
115:17 117:1
117:9 118:19
120:16 122:9
122:11,25
123:5,9,14
123:14 124:9
124:23,25
125:4,14
127:1,16
128:6,9
132:5,18
135:14,18,21
140:17,20,21
154:22
159:19
times 16:3,16
120:5
Tio 43:25 44:4
83:18 84:12
84:13,21
85:2
tip 36:16,17
36:18 37:3

38:3,3,20
41:8,15
**tips** 38:5
41:10,11,13
41:14
**title** 40:8
**Titles** 145:20
**today** 56:20
97:25 138:10
**told** 9:11
11:16 18:6
18:24 21:22
27:20 28:23
33:12 42:20
43:1,5,17,20
44:20,23
59:9,14
84:16,19
86:15 126:9
126:11,13
127:14,23
**tomorrow** 160:9
**ton** 37:4
**tool** 92:22
94:13
**top** 21:5 70:12
70:22 91:2
92:4,20,21
100:24 101:9
101:14
141:18
**tops** 115:23
**total** 112:7
**totaling** 112:6
**totally** 83:4
**towel** 99:17
**trafficker**
26:20
**traffickers**
7:6,9 31:2
55:5
**training**
145:12,15,16
145:17,23,25
146:3
**trajectory** 9:7
**transaction**
60:12 83:19
**transcript**
1:10 73:3
74:17,23,23
75:2 77:10
77:13 78:20
**transcription**
1:25
**transcripts**
77:8 81:5
85:16 96:18
**transferring**
27:25
**translate**
143:5 156:22
**translated**
74:18 142:25

143:2
**translation**
65:6,14,18
112:20,24
113:13
**translations**
77:8
**translator**
66:3
**transported**
102:20
**traveler** 29:9
148:11,17
**treated** 11:16
**trial** 1:10 2:1
8:15,22,23
9:5,7,10,12
10:24 11:9
12:13,16
14:25 15:19
20:1,19 21:7
22:9,19 23:4
24:17,22
160:17
**trickling**
54:19
**tried** 54:20
119:15
129:13 159:9
**trip** 39:3
**trouble** 97:24
**troubles** 3:13
**true** 17:25
18:11 31:13
47:17 143:3
**truth** 5:20,24
6:4 16:21,23
16:25 17:19
17:24 18:3,4
31:13 32:2,3
32:3 37:25
38:21 42:2,5
83:21 84:3
86:12 126:23
158:15
**truthful** 17:22
**try** 5:9 24:20
25:10,20
54:23 55:7
**trying** 11:14
68:19 69:16
91:3 102:15
108:7
**tube** 101:10
**tubes** 99:16,25
**turn** 32:7 39:5
100:2,6
102:3 120:1
135:4 141:1
141:3
**turning** 51:11
53:17 54:5
**turns** 16:8
**twice** 14:25

**two** 6:20 19:16
28:16,17
29:3,4,17,19
30:3,8 31:3
31:5,6 36:2
44:10 52:24
53:25 57:10
70:6,11
75:13,22
77:1,3,7
79:1,11,19
80:11,17
81:12,13
86:21 115:23
122:22 124:7
130:4 132:24
136:25
139:10,12
144:3 147:11
149:23
153:20,25
**type** 122:10
146:18
**types** 146:8
**typical** 132:9
**typically**
41:13 148:8
**T-I-O** 85:2
**T-Mobile**
115:14
120:18 123:4
127:1,11,12
127:15 128:2
128:20 136:2

_____
U
_____
**unanimity** 22:6
**unanimous**
21:22 22:1,7
**unavailable**
86:16
**unaware** 24:13
55:16
**uncle** 43:25
44:1,4 85:4
**underneath**
65:16
**understand**
5:12 12:2,10
12:21 20:12
26:15 36:11
37:1,10,14
**understanding**
11:8 12:6,7
24:21 97:7
**understood**
108:8
**undo** 23:7
**unfair** 24:9,12
36:14,18
37:5,12
**unfasten**
114:12
**unfortunate**

2:24
**Unfortunately**
26:23
**unidentified**
78:21 79:1,7
79:11,13,13
79:14 80:5
80:11 81:8
81:12,13,16
**uniform** 55:4
**uniformed** 55:3
**uniforms** 55:2
55:4
**unintentio...**
81:25
**United** 1:1,2,5
1:14,16 2:1
6:25 11:13
27:4,6,8,12
27:23 29:12
31:18,24
33:6 44:18
105:6 109:5
145:20
148:10,13,20
149:7 153:2
153:4 156:14
**unknown** 29:20
**unmade** 53:16
**unmarked** 55:12
55:13
**unrelated** 15:3
**unreliable**
41:15
**unsworn** 86:9
**update** 44:15
126:5
**use** 4:19 7:11
18:23 19:16
20:14,24
37:12 38:20
38:20 70:2
92:22,22
119:21
138:17
159:13
**usual** 5:2
**usually** 41:15
41:15
**U.S** 3:19

_____
V
_____
**vague** 41:15
**valor** 114:10
**value** 3:25 4:5
4:16
**valves** 4:7
**vantage** 54:10
56:1 67:11
**various** 24:21
29:7
**vault** 103:5,8
**vehicle** 51:20
51:21,23,25

52:1,2
**vehicles** 47:20
**verbal** 63:24
65:23
**verdict** 10:1
21:22 22:15
22:23 23:10
30:11,12
**verification**
131:21
**verify** 119:17
129:13
**version** 148:23
148:24
**versus** 1:5 2:2
**vest** 139:1,2
139:15,17,18
**view** 54:9
93:22
**violation**
145:10
**visit** 24:5,8
154:15 157:4
157:9
**visitors** 154:9
**voice** 39:22
41:6,7 68:24
69:2,3,4
86:18,20,21
87:8 127:11
127:12 128:2
136:1,2
141:2,4
152:10
**volume** 141:2

_____
W
_____
**wait** 3:21
18:17 56:22
79:20 118:5
**waiting** 37:19
59:12 69:25
78:4 107:6
**walk** 114:5,6
**walked** 51:7
**wallet** 112:4,4
**Walsh** 40:25
41:25 42:25
44:12,17,22
124:19
125:18,20
126:2 127:5
**want** 14:20
20:7 32:8,25
37:7 48:3,9
48:13 75:4
82:12,17
95:7 96:7
97:13 98:15
100:6 101:5
101:19 102:3
106:15,20
107:3 113:22
139:21

142:16 147:6
150:18
155:25
156:21
wanted 32:1,2
44:25 59:17
79:24 106:18
wants 15:1
31:14,15
42:6 144:4
Warden's
112:16,20
114:2
wasn't 8:16
36:18 61:12
81:23 136:18
wasted 93:25
watching 52:7
58:24 59:21
wavelength
22:7
way 3:19 4:12
4:13 13:1
16:20 22:16
24:20,23
31:15 38:16
39:6,6 43:18
45:14 56:23
65:11 82:1
91:3,21
99:21 108:5
128:1 133:7
152:12
154:16
155:19
156:25
ways 53:25
weapon 138:24
weapons 103:3
wear 55:3
wearing 55:2
57:4 139:1,2
139:11
week 154:18
weeks 146:2
weigh 3:25
4:16
weight 16:1
went 6:5,24
26:19 27:14
27:14,17
61:10 89:22
105:7,10
110:14
115:25 126:7
131:18
145:16
weren't 28:16
111:8
we'll 4:23 5:4
5:4 6:7 7:13
8:8,23 9:5,8
11:11 18:17
26:5,6 33:11

33:17,20,24
36:20 37:6
37:19 48:4
71:22,23
72:10 77:15
95:8 96:16
96:24 126:21
137:8,11,14
160:9
we're 9:2 11:8
35:21
we've 5:15
97:18 99:18
whatnot 112:8
white 16:18
33:13
willing 6:20
windows 114:11
wiretap 5:14
5:16,17,18
5:20 6:3,13
35:23 36:1,8
37:8,22 38:2
38:5,12,20
wish 113:24
wishes 7:22
withdraw 33:18
witness 5:9
12:7,12
13:12 14:7,9
14:9,12,14
14:21,24
15:2,3,4,11
15:12,13,14
15:22 18:3
21:9 22:25
25:3 39:9,14
39:18 43:9
43:13,17
49:4,7 51:7
53:12,15
54:3 57:1,3
58:1 59:9,14
60:9 61:1,4
61:17,20,24
62:6,16
63:14,16,20
64:12,18,21
65:15,19
66:1,14
67:11,15,23
68:17,21
71:2,8,11
76:1,6,8,11
76:15,18,21
77:3 78:10
78:13 79:9
79:23 80:3,7
83:15,21
84:20 85:2,4
86:3,5,7,15
87:9,17 92:3
92:6,17,24
94:3,6,8,16

94:22 95:1,5
95:9,13,18
96:22 98:16
98:25 99:4,8
99:15,24
100:4,8,10
100:13,16,22
101:3,7,9,17
101:21,24
102:1,5,8
106:16,23,24
110:19
111:10
112:16 113:5
113:7,9,21
113:24 114:2
115:9 116:21
118:8,18
119:15,20,23
120:2,5
121:7,10,13
123:4,8
124:10 125:8
125:11,23,25
126:13
127:23
128:21
130:12,21
131:19 132:6
132:11 133:8
133:21
139:10,16,18
143:4 144:1
144:9,11,15
148:4 149:20
149:22
150:14,18,20
150:23,25
151:11,13,17
151:19 152:8
152:11
155:18,21,25
156:3,8,10
156:21,25
159:3,6
160:7
witnesses 13:2
13:2,9,10
16:20 21:8
30:17 32:11
144:3 161:2
woman 27:21
43:2 56:13
60:2 88:21
153:13
wondering
144:4
word 15:7
18:23 20:24
23:15 42:14
84:25 85:1,3
143:17 152:6
words 19:16
30:2 48:22

63:6 65:17
71:10 79:21
79:21 86:13
86:14
work 22:2
151:25 152:2
worked 66:2
145:1
working 74:9
99:19
works 67:22
world 3:8
32:25 33:1,2
worth 20:3
29:14 115:14
120:18
wouldn't 125:1
wrapped 7:9
93:9
wrappings 99:6
99:8 100:10
wrestling
78:10
write 124:23
125:4
writer 16:22
writing 65:7
93:9 101:22
written 16:5
17:20 64:3
65:15 74:23
75:1 155:16
155:18 156:6
wrong 24:7
28:23 80:15
135:9 155:23
155:24
wrote 16:22
65:7,17,20
112:3

X
x 1:2,8 12:24
12:25 161:1

Y
year 157:8,10
years 31:5
40:11 44:10
144:24 145:2
145:7 153:3
153:12,20,20
153:25
159:17
yesterday 8:16
9:11 11:16
York 1:1,14,15
1:19,22 27:5
27:13,24
29:15 30:1
40:14 41:2
63:6,7
115:20 127:5
129:10 145:4

149:11 153:8
154:11,14,17
158:12,16
159:10

Z
Zacharizovich
45:25

$
$10,000 43:21
$25 115:14
120:18
$600 112:4
$650 112:6
$95 110:9

0
08 1:3 2:2

1
1 47:2,12
49:11 118:2
129:4 147:15
147:19
1A 47:23
1B 50:12,16,22
161:14
1C 50:5,5
51:11
1D 51:17
1E 50:4,6 52:4
52:5,8
1F 52:15
1G 53:4
1H 50:7,12,17
53:20 161:14
1.02 27:22
1.2 28:12
1:04 135:14
1:14 128:8
1:21 135:17
1:23 129:21
1:26 77:10
123:1,5
135:23
1:28 123:1,6
135:23
1:30 71:23,24
72:10
1:40 74:1
10 33:20,24
77:7 146:12
146:22
147:13,14
160:17
10:00 44:19
10:04 135:14
10:14 128:7
10:15 8:6
10:26 122:24
123:5
10:28 122:24

123:6
109 161:16,17
11 90:15 91:12
   91:12,12,12
   91:12,13,15
   91:20 92:10
   93:4,20
   145:7
11A 102:11
   161:15
11E 94:10
11:10 33:19
11:14 123:16
   127:3
11:14:53
   115:17
11:18 123:13
   123:25 130:6
   135:11
11:27 124:18
   125:9,16
11:45 38:25
11:51 136:8,8
11201 1:6,15
   1:22
11241 1:19
11368 153:8
114 161:17,18
116 161:18
117 161:19
118 161:19
12 87:11,25
   88:6,7,9,12
   88:15 161:15
12th 117:11
12:30 35:10,16
   54:18 56:11
   72:11
1200 43:4,19
   79:4 101:18
129 161:20
13 94:25 95:22
   140:25
13A 97:7 98:9
   98:21
13B 98:11 99:8
13C 98:12
   100:16
13D 98:13
   101:17
132 161:20
139 161:7
144 161:22
145 161:9
148 161:16
15 69:9 149:17
15A 112:19,25
   113:3,5,13
   113:16
   161:17
15B 112:10,12
   112:14 113:3
   161:18
152 161:11

158 161:11
161 1:18 116:1
   116:16,19,20
   146:2 149:17
   161:19
166 6:5 27:25
   28:5 30:22
   38:6 43:3
   46:24,25
   49:15 51:4
   51:15,18
   52:3,5,7,8
   52:19,23
   53:6,23 54:7
   54:12,13  .
   55:14,24
   56:9,17 58:6
   59:1,25 60:4
   110:9 111:21
   138:16,22
17 106:7
   108:22 110:6
   110:7 111:1
   111:15
   161:17
18 47:8 145:20
18A 106:7
   108:23 109:4
18B 106:7
19 106:7
   108:11,12
   110:17,23,24
   111:15
   161:16
1955 129:8
1957 119:2,7
1997 146:2

2
2 36:13 63:22
   64:15,25
   65:2 161:14
2nd 129:8
2:25 96:19
2:51 136:8,9
20 46:23
2007 105:5
   108:8,17
   120:11
2008 1:9 26:7
   40:12 47:19
   49:18 54:5
   105:9,10
   108:9,18
   110:8 120:13
   122:14
   124:17
   129:16,23
   132:16
   138:11 148:5
   160:18
22 103:18
   104:3 152:20
225 1:5,22

23 146:11,21
   147:23
   149:17
   155:13
   161:16
25th 120:10
26 77:7 136:19
   136:21
27 161:4

3
3 66:20 67:5
   67:18 117:7
3:35 137:13
30 26:7 152:20
30th 129:16
   136:16
31 27:11 40:12
   40:24 47:19
   49:18 52:6,7
   54:5 77:10
   123:25 135:4
   136:17
   138:11 148:5
   161:5
31st 110:8,19
   117:19
   120:13
   122:14
   124:17
   129:23 130:2
   132:15
33 152:20
37th 129:10
374 1:22

4
4 117:14,16,16
   117:24,25
   118:2 122:2
   161:19
4:10 138:3
4:30 150:22
4:45 160:16
40 124:11,12
   161:7
400 136:24
45 124:12
   145:18

5
5 114:22 115:8
   161:18
5th 136:17
51 161:14
516 130:3
516) 368-3040
   131:9 132:19
57 152:22
5921 27:13,14
   29:22,24
   149:11 153:8

6
6 128:14,24
   129:19
   161:20
6E 153:10
   156:8
6:15 130:3
   135:6
6051 3 2:2
613-2529 1:23
613-2630 1:23
646) 421-0106
   159:15
646) 427-2509
   122:19
   123:24
646) 683-9762
   121:4 130:13
66 161:14

7
7 131:3,14
   132:1 152:22
   161:20
7th 119:2,7
   129:21
7-31-2008
   115:17
7:02 110:9,20
   111:2
718 1:23,23
7300 43:3
   45:15

8
8 70:9,24
   145:20
8:18 123:13,25
   130:12
   135:10,10
8:27 124:18
   125:8
8023 129:10
8601 115:19
89 161:15

9
9 1:9 77:7,11
   161:3
9:15 130:3
   135:6
9:30 1:10
   160:10,14,18
92 161:15